AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ROBERT TURNER<br><br>*Defendant* | ) Case: 1:21-mj-00644<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 11/3/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ROBERT TURNER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

18 U.S.C. §§ 231(a)(3), 2 - Civil Disorder;
18 U.S.C. §§ 111(a)(1), 2 - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding and Aiding and Abetting;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 11/03/2021

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2021.11.03 22:42:13 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/03/21, and the person was arrested on *(date)* 11/22/21
at *(city and state)* Los Angeles, CA.

Date: 11/22/21

Chad Warren
*Arresting officer's signature*

Chad Warren / Special Agent
*Printed name and title*