# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ROBERT TURNER<br><br>*Defendant* | )<br>) Case: 1:21-mj-00644<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 11/3/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ROBERT TURNER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

18 U.S.C. §§ 231(a)(3), 2 - Civil Disorder;
18 U.S.C. §§ 111(a)(1), 2 - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding and Aiding and Abetting;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 11/03/2021

*G. Michael Harvey* Digitally signed by G. Michael Harvey
Date: 2021.11.03 22:42:13 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.

G Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/03/21, and the person was arrested on *(date)* 11/22/21
at *(city and state)* Los Angeles, CA.

Date: 11/22/21

*[signature]*
*Arresting officer's signature*

Chad Warren / Special Agent
*Printed name and title*

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**PLAINTIFF**<br><br>ROBERT TURNER<br>USMS# _____<br>**DEFENDANT** | **CASE NUMBER:** 1:21-mj-00644<br><br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/22/2021 at 9:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the N/A District of N/A on N/A at N/A ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. 231(a)(3), 2; 18 U.S.C. 111(a)(1),2; 18 U.S.C.1512(c)(2),2; 18 U.S.C. 1752(a)(1)&(a)(2); 40 U.S.C. 510_

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☒ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: N/A

7. Year of Birth: 01/22/1982

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: N/A    Phone Number: N/A

9. Name of Pretrial Services Officer notified: N/A

10. Remarks (if any): N/A

11. Name: Chad Warren    (please print)

12. Office Phone Number: 415-926-0970    13. Agency: FBI

14. Signature: *Chad Warren*    15. Date: 11/22/2021

CR-64 (09/20)        REPORT COMMENCING CRIMINAL ACTION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America PLAINTIFF(S) <br> v. <br> Robert Turner <br> DEFENDANT(S) | CASE NUMBER <br> 1:21-mj-00644 <br><br> DECLARATION RE <br> OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **criminal complaint**
in the **US District Court for the** District of **Columbia** on **11/03/2021**
at **10:42** ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about **01/06/2021**
in violation of Title **18 U.S.C.** U.S.C., Section(s) **231(a)(3), 2; 111(a)(1), 2; 1512(c)(2); 1752(a)(1)(a)(2)**
to wit: 

A warrant for defendant's arrest was issued by: **U.S. Magistrate Judge G. Michael Harvey**

Bond of $ **∅** was ☒ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/22/2021**
            Date

_Chad Warren_                                  _Chad Warren_
Signature of Agent                              Print Name of Agent

_FBI_                                          _Special Agent_
Agency                                          Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
PLAINTIFF

ROBERT TURNER
USMS# ____
DEFENDANT

CASE NUMBER: 1:21-mj-00644

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/22/2021 at 9:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the N/A District of N/A on N/A at N/A ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. 231(a)(3), 2; 18 U.S.C. 111(a)(1),2; 18 U.S.C.1512(c)(2),2; 18 U.S.C. 1752(a)(1)&(a)(2); 40 U.S.C. 510⋅

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☒ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: N/A

7. Year of Birth: 01/22/1982

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: N/A   Phone Number: N/A

9. Name of Pretrial Services Officer notified: N/A

10. Remarks (if any): N/A

11. Name: Chad Warren  (please print)

12. Office Phone Number: 415-926-0970      13. Agency: FBI

14. Signature: *Chad Warren*              15. Date: 11/22/2021

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America       PLAINTIFF(S)<br>v.<br>Robert Turner<br><br>DEFENDANT(S). | CASE NUMBER<br>1:21-mj-00644<br><br>DECLARATION RE<br>OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __criminal complaint__
in the __US District Court for the__ District of __Columbia__ on __11/03/2021__
at __10:42__ ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about __01/06/2021__
in violation of Title __18 U.S.C.__ U.S.C., Section(s) __231(a)(3), 2; 111(a)(1), 2; 1512(c)(2); 1752(a)(1)(a)(2)__
to wit: 

A warrant for defendant's arrest was issued by: __U.S. Magistrate Judge G. Michael Harvey__

Bond of $ __0__ was ☒ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/22/2021__
              Date

__Chad Warren__                                  __Chad Warren__
Signature of Agent                               Print Name of Agent

__FBI__                                          __Special Agent__
Agency                                           Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT

FILED
CLERK, U.S. DISTRICT COURT

NOV 22 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: |
|---|---|
| v. | 21-mj-5358 |
| Robert Turner | |
| DEFENDANT. | WAIVER OF RIGHTS (OUT OF DISTRICT CASES) |

I understand that charges are pending in the _____ District of ____Columbia____ alleging violation of _____ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
  (1)   have an identity hearing to determine whether I am the person named in the charges;
  (2)   arrival of process;

*-Check one only-*

☐ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
  (3)   have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
  (4)   request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
  (3)   have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

  ☐ have an identity hearing
  ☑ arrival of process
  ☐ have a preliminary hearing
  ☐ have an identity hearing, and I have been informed that I have no right to a preliminary hearing
  ☑ have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant

_____
Defense Counsel

Date: 11/22/2021

_____John E. McDermott_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter(if required)

Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-05358-DUTY-1

Case title: USA v. Turner

Date Filed: 11/22/2021

Other court case number: 1:21MJ644 District of Columbia

Date Terminated: 11/22/2021

Assigned to: Duty Magistrate Judge

### Defendant (1)

**Robert Turner**
*TERMINATED: 11/22/2021*

represented by **Christine O'Connor**
Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012-4202
213-894-5186
Fax: 213-894-0081
Email: christy_oconnor@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

### Plaintiff

**USA**    represented by **Assistant 2241-2255 US Attorney LA-CR**

                               AUSA - Office of US Attorney
                               Criminal Division - US Courthouse
                               312 North Spring Street
                               Los Angeles, CA 90012-4700
                               213-894-2434
                               Email: USACAC.Criminal@usdoj.gov
                               *LEAD ATTORNEY*
                               *ATTORNEY TO BE NOTICED*
                               *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2021 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Robert Turner, originating in the District of Columbia. Defendant charged in violation of: 18:231(a)(3)2. Signed by agent Chad Warren, FBI, Special Agent. (mhe) (Entered: 11/24/2021) |
| 11/22/2021 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Robert Turner; defendants Year of Birth: 1982; date of arrest: 11/22/2021 (mhe) (Entered: 11/24/2021) |
| 11/22/2021 | 3 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge John E. McDermott as to Defendant Robert Turner. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutors disclosure obligations;see General Order 21-02 (written order). Defendant arraigned and states true name is as charged. Attorney: Christine O'Connor for Robert Turner, Deputy Federal Public Defender, present. Court orders bail set as: Robert Turner (1) $15,000 Appearance Bond, see attached for terms and conditions. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Columbia. Warrant of Removal and final commitment to issue. Initial Appearance in charging district before Honorable Judge Merriweather is set for 11/30/21 AUSA will email information to counsel. Court Smart: CS 1/22/21. (mhe) (Entered: 11/24/2021) |
| 11/22/2021 | 4 | SEALED Defendant Robert Turner arrested on warrant issued by the USDC District of Columbia at Washington. (Attachments: # 1 Charging Documents)(mhe) (Entered: 11/24/2021) |
| 11/22/2021 | 5 | FINANCIAL AFFIDAVIT filed as to Defendant Robert Turner. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 11/29/2021) |
| 11/22/2021 | 6 | DECLARATION RE: PASSPORT filed by Defendant Robert Turner, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (mhe) (Entered: 11/29/2021) |
| 11/22/2021 | 7 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS filed by Defendant Robert Turner (mhe) (Entered: 11/29/2021) |
| 11/22/2021 | 8 | CONSENT to Video Conference/Telephonic Conference filed by Defendant Robert Turner. (mhe) (Entered: 11/29/2021) |
| 11/22/2021 | 9 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Robert Turner. (mhe) (Entered: 11/29/2021) |
| 11/22/2021 | 10 | WAIVER OF RIGHTS approved by Magistrate Judge John E. McDermott as to Defendant Robert Turner. (mhe) (Entered: 11/29/2021) |
| 11/22/2021 | | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Defendant |

| | |
|---|---|
| | Robert Turner. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 3 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 11/29/2021) |