UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | :   Case No. : 22-CR-00019 (FYP) |
| ROBERT TURNER, | : |
| Defendant. | : |

**NOTICE OF CHANGE IN COUNSEL
FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Edward Smock has assumed responsibility for the defense of Robert Turner in the above-captioned case. Mr. Turner's case had previously been assigned to Assistant Federal Public Defender Sabrina Shroff.

Respectfully submitted,

_____/s/_____
EDWARD SMOCK
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500