**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 22-cr-19-RCL |
| v. | |
| GREGORY RICHARD PURDY, *et al.*, | |
| *Defendants*. | |

**ORDER**

Based upon the representations in the Defendant's *Consent* Motion to Continue December 5, 2022 Status Conference and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status conference set for December 5, 2022 is rescheduled for February 7, 2023 at 10:30 a.m.; it is further

**ORDERED** that the time between December 5, 2022 and February 7, 2023 shall be excluded from the calculation of time pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A) as the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the Defendants in a speedy trial as a continuance will afford the Defendants additional time to confer with their counsel regarding a potential resolution of this matter in lieu of trial.

Dated: December 2, 2022

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE