UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Cr. No. 22-19 RCL |
| | : | |
| **ROBERT TURNER,** | : | |
| **Defendant.** | : | |

## MOTION TO WITHDRAW AS COUNSEL
## AND FOR APPOINTMENT OF NEW COUNSEL

Undersigned counsel, Assistant Federal Public Defender Ned Smock, respectfully moves to withdraw from further representation of Mr. Turner and asks the Court to appoint new counsel to represent Mr. Turner.

Mr. Turner indicated that he does not wish to be represented by the undersigned and directed the undersigned to seek to withdraw so that new counsel could be appointed.

Wherefore, the undersigned asks that this Court grant his motion to withdraw from representation and to appoint new counsel to represent Mr. Turner.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Ned Smock
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500