**R. DEKE FALLS**
California State Bar No. 289490
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Deke_Falls@fd.org

Attorneys for Mr. Robert Turner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT TURNER,<br><br>　　　　　　　Defendant. | CASE NO.:  22-CR-00019-RCL-3<br><br>**NOTICE OF APPEARANCE AS COUNSEL** |

　　　Please enter the appearance of Chief Trial Attorney, Richard Deke Falls, Federal Defenders of San Diego, Inc., on behalf of the defendant Robert Turner, in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  February 9, 2023　　　　　*s/ Deke Falls*
　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　Attorneys for Mr. Robert Turner
　　　　　　　　　　　　　　　　　Email:  Deke_Falls@fd.org