**BRITTANY L. SHERRON**
California State Bar No. 333762
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Brittany_Sherron@fd.org

Attorneys for Mr. Robert Turner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT TURNER,<br><br>                            Defendant. | CASE NO.:   22-CR-00019-RCL-3<br><br>**NOTICE OF APPEARANCE AS COUNSEL** |

Please enter the appearance of Trial Attorney, Brittany L. Sherron, Federal Defenders of San Diego, Inc., on behalf of the defendant Robert Turner, in the above-captioned case.

                                                                Respectfully submitted,

Dated:  February 9, 2023            *s/ Brittany L. Sherron*
                                                                Federal Defenders of San Diego, Inc.
                                                                Attorneys for Mr. Robert Turner
                                                                Email:  Brittany_Sherron@fd.org