UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ROBERT TURNER,

    *Defendant.*

Case No. 1:22-cr-19-3-RCL

## ORDER

In consideration of attorney Ned Smock's Motion [49] to Withdraw and defendant Robert Turner's Motion [51] for Appointment of New Counsel, as well as the Court's *ex parte* discussion with Mr. Smock and Mr. Turner at the February 7, 2023 status conference and the appearance of attorneys Brittany Sherron and Richard Falls on behalf of Mr. Turner, it is hereby **ORDERED** that the motion to withdraw is **GRANTED** and the motion for appointment of new counsel is **GRANTED**, *nunc pro tunc*. The Court reminds Mr. Turner, as it admonished him at the status conference, that it is granting his request for new counsel one time and one time only.

**IT IS SO ORDERED.**

Date: February 10, 2023

Royce C. Lamberth
United States District Judge