**R. DEKE FALLS**
California State Bar No. 289490
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Deke_Falls@fd.org

Attorneys for Robert Turner

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT TURNER,<br><br>        Defendant. | CASE NO.:   1:22CR19-RCL-3<br><br>Hon. Royce C. Lamberth<br><br>Date: April 6, 2023<br>Time: 12:30 p.m.<br><br>DEFENDANT ROBERT TURNER'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING |

This case is set for a status hearing April 6, 2023.  At the last hearing on March 10, 2023, the parties advised the Court that they believed they were close to resolving the case pursuant to a plea agreement.  Based on that representation, the Court continued the matter to the status hearing this Thursday, advising the parties to schedule a Rule 11 plea hearing in advance of the hearing, assuming the parties reached an agreement.  At that time, defense counsel advised the Court that he was scheduled to start a jury trial on April 4, 2023 in San Diego.

Unfortunately, the parties have not come to terms, and defense counsel's trial starts tomorrow.   Consequently, even if the government forwards a plea agreement to the defense today, counsel will not have time to review it with Mr. Turner, and certainly will not be able to enter the plea before or on Thursday.  In fact, counsel anticipates being unavailable for Thursday's hearing due to being in trial.

1   Therefore, the defense requests a continuance of the status hearing. The
2   government does not oppose. The defense agrees that time under the Speedy Trial
3   Act should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), due to
4   the unavailability of defense counsel to participate in the proceeding.

                                    Respectfully submitted,

Dated: April 3, 2023                *s/ R. Deke Falls*
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Robert Turner
                                    Email: Deke_Falls@fd.org