**R. DEKE FALLS**
California State Bar No. 289490
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Deke_Falls@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | CASE NO.:   22-CR-00019-RCL-3 |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW AS COUNSEL** |
| ROBERT TURNER, | |
| Defendant. | |

Undersigned counsel, Deke Falls, Federal Defenders of San Diego Inc., respectfully moves to withdraw from further representation of Mr. Turner.

Mr. Turner has retained counsel, Melissa Isaak, Esq., who was *granted pro hac vice* admission to the above-entitled court on August 18, 2023, ECF 80.

Wherefore, the undersigned asks that this Court grant his motion to withdraw as counsel for Mr. Turner.

Respectfully submitted,

Dated:  October 17, 2023      *s/ Deke Falls*
Federal Defenders of San Diego, Inc.
Email:  Deke_Falls@fd.org