# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERT TURNER, et. al., )<br>   Defendant )<br>_____/ | Case No. 1:22-cr-00019 |

## DEFENDANT TURNER'S PROPOSED JURY INSTRUCTIONS

The attached two (2) defense requested jury instructions were timely provided to the government but through inadvertence were not submitted along with the joint Proposed Jury Instructions filing on March 29, 2024 (ECF116). The government is aware of this oversight and has no objection to them being filed at this time. However, the government does reserve the right to raise legal objections to them.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Robert Turner
Bar No: FL0108
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com

By:/s/ *George T. Pallas*
 GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.

By:/s/ *George T. Pallas*
GEORGE T. PALLAS, ESQ

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:22-cr-00019 |
| ) | |
| **ROBERT TURNER, et. al.,** ) | |
| **Defendant** ) | |
| _____/ | |

### DEFENDANT TURNER'S REQUESTED JURY INSTRUCTION #1

Our country was formed under the belief that all people are created equal, that we are endowed by our Creator with certain unalienable Rights, that among these are **Life, Liberty, and the pursuit of Happiness**.

To secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed. That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government.

It is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security.

- *Declaration of Independence, 1776.*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:22-cr-00019 |
| ) | |
| **ROBERT TURNER, et. al.,** ) | |
| **Defendant** ) | |
| _____/ | |

## DEFENDANT TURNER'S REQUESTED JURY INSTRUCTION #2
## SPECIFIC UNANIMITY
## (MULTIPLE THEORIES OF CULPABILITY IN ONE COUNT)

The offense of Assaulting, Resisting, or Impeding Certain Officers may be committed in two different ways. 1) whether the defendant made physical contact with, and assaulted a person who was assisting officers of the United States who were then engaged in the performance of their official duties or 2) whether the defendant acted with the intent to commit another felony.

You may find the defendant guilty of this offense only if you all unanimously agree that the Government has proved beyond a reasonable doubt that the defendant committed the offense in one of those two ways. You may not find the defendant guilty unless you all agree that the Government has proved beyond a reasonable doubt that the defendant made physical contact with,
and assaulted a person who was assisting officers of the United States who were then engaged in the performance of their official duties, or you all agree that the Government has proved beyond a reasonable doubt that the defendant acted with the intent to commit another felony.

- *Richardson v. United States*, 526 U.S. 813 (1999);
- *United States v. Lapier*, 796 F.3d 1090 (9th Cir. 2015) (plain error);
- *United State v. Ramirez*, 537 F.3d 1075 (9th Cir. 2008) (jury must unanimously reject selfdefense theory in order to find defendant guilty).