**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No. 1:22-cr-00019** |
| | ) | |
| **ROBERT TURNER, et. al.,** | ) | |
| **Defendant** | ) | |
| _____/ | | |

**<u>NOTICE PURSUANT TO FEDERAL</u>**
**<u>RULE OF CRIMINAL PROCEDURE 12.3</u>**

The Defendant, **ROBERT TURNER**., through undersigned counsel and pursuant to Rule 12.3, Federal Rules of Criminal Procedure, hereby gives notice to the government of his intention to assert a defense of actual or believed exercise of public authority and in further compliance of the aforementioned Rule states as follows:

(2)  Contents of Notice

    (A) Office of the President

    (B) Donald J. Trump

    (C) January 6, 2021

Respectfully submitted this 3rd day of May 2024.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Robert Turner.
Bar No.: FL0108
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com

By:/s/___*George T. Pallas*_____
       GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of May 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.

By:/s/___*George T. Pallas*_____
       GEORGE T. PALLAS, ESQ.