UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Case No. 1:22-cr-00019 |
| ) | |
| **ROBERT TURNER, et. al.,** ) | |
|    Defendant ) | |
| _____/ | |

### DEFENDANT TURNER'S MOTION TO ADOPT, JOIN AND CONFORM

The Defendant, ROBERT TURNER, through his undersigned attorney, George T. Pallas, moves this Court for the entry of an Order granting leave to adopt, join and conform co-Defendant Matthew Purdy's Motion for Recusal and/or Disqualification (ECF 180), as it may relate in any way to Mr. Turner.

The facts set forth in co-Defendant Matthew Purdy's motion are equally and specifically applicable to Mr. Turner in this prosecution. The legal arguments and authorities set forth in co-Defendant Matthew Purdy's motion are those that Mr. Turner would have cited had he filed a separate motion.

WHEREFORE, based upon the foregoing, the Defendant, ROBERT TURNER, requests that this Court permit him to adopt, join and conform to co-Defendant's Motion for Recusal and/or Disqualification (ECF 180), as if filed by him.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Robert Turner.
Bar No.: FL0108
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com

By:/s/___*George T. Pallas*_____
     GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

I certify that on this 28th day of May 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing.

By:/s/___*George T. Pallas*_____
     GEORGE T. PALLAS, ESQ.