UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

GREGORY RICHARD PURDY, *et al.*,

Defendants.

Case No. 1:22-cr-19-RCL

## VERDICT FORM

We, the jury in the above-titled case, find the defendants:

**Count One:** Obstructing Officers During Civil Disorder, in violation of 18 U.S.C. § 231(a)(3)

Verdict as to Gregory Richard Purdy, Jr.:

__X__  
Guilty

_____  
Not Guilty

**Count Two:** Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Gregory Richard Purdy, Jr.:

__X__  
Guilty

_____  
Not Guilty

If you unanimously find Defendant Gregory Richard Purdy, Jr. guilty of the above crime, have your foreperson check the blank space above "guilty." Do not consider the lesser-included offense of simple assault.

If you unanimously find the Defendant Gregory Richard Purdy, Jr. not guilty of the above charge, have your foreperson check the blank space above "not guilty." You then must consider whether the defendant is guilty of the lesser-included offense of simple assault.

1

If you are unable to reach a unanimous decision on the above charge, leave the space blank and decide whether the defendant is guilty of the lesser-included offense of simple assault.

**Lesser-Included Offense**: Simple Assault, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Gregory Richard Purdy, Jr.:

_____                                          _____
Guilty                                                                                  Not Guilty

**Count Three**: Obstructing Officers During Civil Disorder, in violation of 18 U.S.C. § 231(a)(3)

Verdict as to Gregory Richard Purdy, Jr.:

___X_____                                                       _____
Guilty                                                                                  Not Guilty

**Count Four**: Obstructing Officers During Civil Disorder and Aiding and Abetting, in violation of 18 U.S.C. §§ 231(a)(3) and 2

Verdict as to each defendants:

1. Gregory Richard Purdy, Jr.:

   ___X_____                                                    _____
   Guilty                                                                               Not Guilty

2. Robert Turner:

   ___X_____                                                    _____
   Guilty                                                                               Not Guilty

2

**Count Five:** Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Gregory Richard Purdy, Jr.:

__X__  
Guilty

_____  
Not Guilty

If you unanimously find Defendant Gregory Richard Purdy, Jr. guilty of the above crime, have your foreperson check the blank space above "guilty." Do not consider the lesser-included offense of simple assault.

If you unanimously find the Defendant Gregory Richard Purdy, Jr. not guilty of the above charge, have your foreperson check the blank space above "not guilty." You then must consider whether the defendant is guilty of the lesser-included offense of simple assault.

If you are unable to reach a unanimous decision on the above charge, leave the space blank and decide whether the defendant is guilty of the lesser-included offense of simple assault.

**Lesser-Included Offense:** Simple Assault, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Gregory Richard Purdy, Jr.:

_____  
Guilty

_____  
Not Guilty

**Count Six:** Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Robert Turner:

__X_____                                    _____
Guilty                                                       Not Guilty

If you unanimously find Defendant Robert Turner guilty of the above crime, have your foreperson check the blank space above "guilty." Do not consider the lesser-included offense of simple assault.

If you unanimously find the Defendant Robert Turner not guilty of the above charge, have your foreperson check the blank space above "not guilty." You then must consider whether the defendant is guilty of the lesser-included offense of simple assault.

If you are unable to reach a unanimous decision on the above charge, leave the space blank and decide whether the defendant is guilty of the lesser-included offense of simple assault.

**Lesser-Included Offense:** Simple Assault, in violation of 18 U.S.C. § 111(a)(1)

Verdict as to Robert Turner:

_____                                    _____
Guilty                                                       Not Guilty

**Count Seven:** Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and 2

    Verdict as to each defendants:

        1. Gregory Richard Purdy, Jr.:

            __X__                                      _____
            Guilty                                      Not Guilty

        2. Robert Turner:

            __X__                                      _____
            Guilty                                      Not Guilty

**Count Eight:** Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1)

    Verdict as to each defendants:

        1. Gregory Richard Purdy, Jr.:

            __X__                                      _____
            Guilty                                      Not Guilty

        2. Matthew Purdy:

            _____                                  __X__
            Guilty                                      Not Guilty

        3. Robert Turner:

            __X__                                      _____
            Guilty                                      Not Guilty

**Count Nine:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2)

    Verdict as to each defendants:

        1. Gregory Richard Purdy, Jr.:

        __**X**__ Guilty                                _____ Not Guilty

        2. Matthew Purdy:

        _____ Guilty                         __**X**__ Not Guilty

        3. Robert Turner:

        __**X**__ Guilty                                _____ Not Guilty

**Count Ten:** Engaging in Physical Violence in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(4)

    Verdict as to each defendants:

        1. Gregory Richard Purdy, Jr.:



        __**X**__ Guilty                                _____ Not Guilty

        2. Robert Turner:

        __**X**__ Guilty                                _____ Not Guilty

**Count Eleven:** Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D)

Verdict as to each defendants:

1. Gregory Richard Purdy, Jr.:

   __X__  
   Guilty                                              Not Guilty

2. Matthew Purdy:

   __X__  
   Guilty                                              Not Guilty

3. Robert Turner:

   __X__  
   Guilty                                              Not Guilty

**Count Twelve:** Act of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F)

Verdict as to each defendants:

1. Gregory Richard Purdy, Jr.:

   __X__  
   Guilty                                              Not Guilty

2. Robert Turner:

   __X__  
   Guilty                                              Not Guilty

7

**Count Thirteen:** Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G)

Verdict as to each defendants:

1. Gregory Richard Purdy, Jr.:

   __X__  
   Guilty                                Not Guilty

2. Matthew Purdy:

   __X__  
   Guilty                                Not Guilty

3. Robert Turner:

   __X__  
   Guilty                                Not Guilty

Date: __6-11-24__

8