1        UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA
2

3   UNITED STATES OF AMERICA,      )
                                   )
4            Plaintiff,            )
                                   )
5        vs.                       )  CASE NO. 1:22-cr-00019-RCL
                                   )
6   GREGORY RICHARD PURDY, JR.,    )
    MATTHEW PURDY and ROBERT       )
7   TURNER,                        )
                                   )
8            Defendants.           )
    _____
9

10           TRANSCRIPT OF TRIAL BY JURY - TRIAL DAY 1
         **BEFORE THE HONORABLE ROYCE C. LAMBERTH, DISTRICT JUDGE**
11                    June 3, 2024
                 10:26 a.m. - 5:09 p.m.
12                   Washington, DC

13

14  **FOR THE GOVERNMENT:**
         Office of the United States Attorney
15       BY:  LYNNETT WAGNER
         1620 Dodge Street, Suite 1400
16       Omaha, Nebraska 68102
         (402) 661-3700
17
         Office of the United States Attorney
18       BY:  KYLE MORAN McWATERS
         601 D Street, NW
19       Washington, DC 20001
         (918) 902-5977
20

21

22                      **SONJA L. REEVES**
                  **Registered Diplomate Reporter**
23                 **Certified Realtime Reporter**
                  **Federal Official Court Reporter**
24                 333 Constitution Avenue, NW
                      Washington, DC 20001
25          Transcript Produced from the Stenographic Record

1    **FOR DEFENDANT GREGORY RICHARD PURDY, JR.:**
         Barket Lawyers
2        BY:  DYLAN GEORGE BARKET
         66 West Flagler Street, 7th Floor
3        Miami, Florida 33130
         (305) 373-6711
4
     **FOR DEFENDANT MATTHEW PURDY:**
5        Isaak Law Firm
         BY:  MELISSA LEA ISAAK
6        PO Box 4894
         Montgomery, Alabama 36103
7        (334) 262-8200

8    **FOR DEFENDANT ROBERT TURNER:**
         George T. Pallas, P.A.
9        BY:  GEORGE T. PALLAS
         2420 Coral Way
10       Miami, Florida 33145
         (305) 856-8580

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            (Call to Order of the Court at 10:26 a.m.)

2            DEPUTY CLERK:  This is Criminal Case 22-019,

3    *United States of America versus Defendant One, Gregory Richard*

4    *Purdy; Defendant Two, Matthew Purdy; and Defendant Three,*

5    *Robert Turner.*

6            Starting with the government, please approach the

7    podium and state your appearance for the record.

8            MS. WAGNER:  Good morning.  Representing the

9    United States, AUSA Lynnett Wagner and Kyle McWaters, also

10   Rachel Marcelin and Michael Jeng from the FBI are present.

11           MR. BARKET:  Good morning, Your Honor.  Dylan Barket

12   for Mr. Gregory Purdy, who is present in the courtroom.

13           MS. ISAAK:  Good morning, Your Honor.  Melissa Isaak

14   representing Mr. Matthew Purdy, who is also present in the

15   courtroom.

16           MR. PALLAS:  Good morning, Your Honor.  George Pallas

17   on behalf of Robert Turner, who is seated right there.

18           Judge, also a colleague of mine from Florida just was

19   sworn in by Judge Kelly today into the DC bar, so I told him he

20   can sit with us.  He's going to be here today and tomorrow.

21   His name is Austin Carr.  He's not entering an appearance, but

22   he's just going to assist us during jury selection.

23           THE COURT:  Can I get his name again?

24           MR. PALLAS:  First name is Austin.  Last name is Carr.

25           THE COURT:  How do you spell it?

```
 1            MR. PALLAS:  Austin is like Austin, Texas.  You should
 2   know that one, Judge.
 3            THE COURT:  I should.
 4            MR. PALLAS:  And Carr is with two R's, C-a-r-r.
 5            THE COURT:  The clerk will seat the jury, the
 6   prospective panel.  They'll be seated in the order in which
 7   they're listed on the sheet you've been given.
 8       (Pause)
 9       (Prospective jurors enter courtroom at 10:28 a.m.)
10            THE COURT:  Counsel, you may be seated.
11            All right.  Good morning, ladies and gentlemen.
12   Welcome to Courtroom 15.  I'm Judge Royce C. Lamberth.  I'll be
13   the presiding judge in this case.  You have been called to this
14   courtroom for possible selection in a criminal case called
15   United States of America versus Gregory Richard Purdy, Jr.,
16   Matthew Purdy, and Robert Turner.
17            If all of you will please stand, the clerk will swear
18   you in and then we'll proceed.  Please raise your right hands.
19            (Oath administered to prospective jurors.)
20            THE COURT:  You may be seated.
21            The purpose of jury selection is to select jurors who
22   have no prior knowledge of the case and no bias toward either
23   side in the case.  In short, it's our aim to select a jury that
24   will reach a verdict based solely on the evidence presented in
25   this courtroom and the law as I instruct you.
```

1          During this process you will be introduced to the

2     participants in the trial, and I'll ask you a series of

3     questions that the lawyers and I think will be helpful to us in

4     selecting a fair and impartial jury.  You, of course, are bound

5     by the oath you just have taken to truthfully answer those

6     questions.

7          You all should have a piece of paper and a pen there

8     in front of you.  Please write your jury number in the

9     appropriate part of the sheet.  I'm going to ask you a series

10    of questions.  They are all "yes" or "no" questions.  If you

11    have a "yes" answer to a particular question, please indicate

12    on your sheet an "X" in the appropriate box.  You don't have to

13    write why you have a "yes" answer.

14         After I read all of the questions, I'll collect your

15    sheets, and then I'm going to call you up individually to the

16    bench, where I'll ask you why you did or did not answer that

17    particular question.  We'll do that at the bench individually

18    to preserve your privacy.

19         So I will tell you, this process is going to take all

20    of today and maybe part of tomorrow, so I'm going to ask for

21    your patience as we go through this, because we're going to try

22    to preserve everyone's privacy as we go this process.  We have

23    had some experience in these cases now, so we know it's going

24    to be time consuming, and I'm going to ask for your patience.

25         We could not fairly and impartially impanel juries

1    here without good citizens like you, and I want to express my

2    appreciation to all of you for your patience as we go through

3    this process.

4         We're going to be asking what may appear to you to be

5    some personal questions in an attempt to get your viewpoint

6    about things, and we think it's important that you be entirely

7    straightforward with us in your responses so that we may more

8    easily select the jury for this case.

9         This is a criminal case entitled *United States of*

10   *America versus Gregory Richard Purdy, Junior, Matthew Purdy,*

11   *and Robert Turner*.  It arises out of the events at the

12   United States Capitol on January 6, 2021.

13        The United States has alleged that Gregory Richard

14   Purdy, Jr., Matthew Purdy, and Robert Turner committed offenses

15   arising out of the events that occurred at the U.S. Capitol on

16   January 6, 2021.

17        Count 1 charges Gregory Richard Purdy, Jr. with civil

18   disorder.

19        Count 2 charges Gregory Richard Purdy, Jr. with

20   forcibly assaulting, resisting, opposing, impeding,

21   intimidating and interfering with law enforcement officers from

22   the Metropolitan Police Department.

23        Count 3 charges Gregory Richard Purdy, Jr. with civil

24   disorder.

25        Count 4 charges Gregory Richard Purdy, Jr. and

1    Robert Turner with civil disorder and aiding and abetting.

2         Count 5 charges Gregory Richard Purdy, Jr. with

3    forcibly assaulting, resisting, opposing, impeding,

4    intimidating and interfering with a law enforcement officer

5    from the Metropolitan Police Department.

6         Count 6 charges Robert Turner with forcibly

7    assaulting, resisting, opposing, impeding, intimidating and

8    interfering with a law enforcement officer from the

9    Metropolitan Police Department.

10        Count 7 charges Gregory Purdy, Jr. and Robert Turner

11   with corruptly obstructing, influencing and impeding an

12   official proceeding and aiding and abetting.

13        Count 8 charges Gregory Richard Purdy, Jr.,

14   Matthew Purdy, and Robert Turner with knowingly entering and

15   remaining in a restricted building and grounds.

16        Count 9 charges Gregory Richard Purdy, Jr., Matthew

17   Purdy, and Robert Turner with engaging in disorderly and

18   disruptive conduct in and within such proximity to a restricted

19   buildings and grounds.

20        Count 10 charges Gregory Richard Purdy, Jr. and Robert

21   Turner with knowingly engaging in physical violence in a

22   restricted building and grounds.

23        Count 11 charges Gregory Richard Purdy, Jr.,

24   Matthew Purdy, and Robert Turner with willfully and knowingly

25   engaging in disorderly and disruptive conduct within the

1    United States Capitol grounds and in any of the Capitol

2    buildings.

3           Count 12 charges Gregory Richard Purdy, Jr. and Robert

4    Turner with engaging in physical violence within the United

5    States Capitol grounds or any of the Capitol buildings.

6           Count 13 charges Gregory Richard Purdy, Jr.,

7    Matthew Purdy, and Robert Turner with willfully and knowingly

8    parading, demonstrating and picketing in the United States

9    Capitol building.

10          Gregory Richard Purdy, Jr., Matthew Purdy, and

11   Robert Turner have all pleaded not guilty to all of these

12   charges.

13          The Court will ask the following questions.  It's this

14   Court's standard practice not to allow parties or counsel to

15   ask questions themselves.  The Court will hold to that practice

16   and will ask you these questions.

17          During the course of asking individual questions, I

18   will give counsel an opportunity to suggest additional

19   questions to me when I ask you the questions, but I'm the one

20   who will be asking you the questions.

21          The first question is:  Having heard this brief

22   description of the case, do you know or have you heard anything

23   about this particular case involving these defendants?  If so,

24   put an "X" in number one, meaning yes, you know something about

25   this case or these defendants.  That would be number one, you

1    would put an "X."

2         Number two:  Is there anything about the nature of the

3    charges that would make it difficult for you to render a fair

4    and impartial verdict in this case?  That's number two.

5         Number three:  I'm going to introduce you to counsel

6    and the parties in the case.  First, the government is

7    represented by Assistant United States Attorney Lynnett M.

8    Wagner, who will now stand, and Kyle M. McWaters; also by

9    paralegal Rachel Marcelin and Special Agent Michael Jeng.

10   They're all sitting at counsel table.

11        Do you or, to your knowledge, any of your family or

12   friends know of these individuals at counsel for the

13   government's table?  If so, put a yes, or "X" in number three.

14   Put an "X," number three.

15        Let me introduce each of the defendants and their

16   counsel.

17        The defendant Gregory Richard Purdy, Jr., I'll ask to

18   stand first.  He's a resident of New York state.  He's

19   represented by Attorney Dylan Barket, who is now standing.

20        So again, the same question, if you, any member of

21   your family or close friend know either the defendant or his

22   attorney put an "X" in number three.

23        The next defendant I'll ask to stand is Matthew Purdy.

24   He's also a resident of New York state.  He's represented by

25   Attorney Melissa Isaak, who will also stand.  If you or member

1    of your family or close friend know either Matthew Purdy or his

2    attorney, Melissa Isaak, put an "X" in three.

3            And the final defendant is Robert Turner, who is a

4    resident of California, who is now standing.  Do you or any of

5    your family or friends know either Mr. Turner or his attorney

6    George T. Pallas, who is now standing?  Mr. Pallas will be

7    assisted, during part of the trial at least, by Austin Carr,

8    who is now standing.  If so, please put a yes in number three.

9            You may be seated.

10           I'm going to read off names of expected witnesses.  If

11   you recognize or, to your knowledge, any of your family or

12   friends know any of these people we expect to be called as

13   witnesses, put an "X" in number four.

14           The witnesses are expected to be:

15           Mark Gazelle for the U.S. Capitol Police.

16           Elizabeth Glavey, U.S. Secret Service.

17           Carneysha Mendoza from the U.S. Capitol Police.

18           I have already introduced Michael Jeng from the FBI,

19   who is seated here.

20           Alphonso Gbatu, Metropolitan Police Department.

21           Bradley Tuttle, U.S. Capitol Police Officers.

22           Christopher Kurland, Metropolitan Police Department.

23           Samuel Mott, Grand Rapids Police Department in

24   Michigan.

25           And John Horton, a records custodian from the

1   Metropolitan Police Department.

2           There is officer Anthony Walsh, a former officer

3   Tarik Johnson, Officer Daniel Thau, Officer Markell Jones.

4   Officer O-w-a-i-s, Akhtar, A-k-h-t-a-r, U.S. Capitol Police,

5   Sergeant Datori, and a possible witness of Suzette Monk.

6           So those are the people that may be called as

7   witnesses at the trial.  If you recognize any of those names,

8   put an "X" in four, and I'll follow up and see if the person

9   whose name you recognize may be the person who is actually

10  going to be called at trial.  Those are all possible witnesses.

11  Those all won't necessarily be called at trial.  That's number

12  four.

13          Number five:  Look around the gallery.  Do you know or

14  recognize any other member of the jury panel here this morning?

15  Put an "X" in number five.

16          Number six:  Do you recognize me?  Some of you might

17  have been on one of my juries before or the courtroom staff,

18  stenographer, or my law clerks.  Number six, put an "X."

19          Number seven is an important principle of law I'm

20  going to talk about.  The law provides that the defendant is

21  presumed innocent.  The burden is on the government to prove

22  the defendant guilty of each element of the offense beyond a

23  reasonable doubt.  The defendant does not have to produce any

24  evidence at trial because he is not required to prove his

25  innocence, nor is the defendant required to prove any fact and

1    dispute in the case.  This instruction is based on the law.

2    This presumption of innocence continues throughout the trial

3    unless and until the government proves the defendant guilty

4    beyond a reasonable doubt.

5          Would any of you have any difficultly following this

6    principle of law?  If so, put an "X" in number seven, and I'll

7    talk to you further about it.

8          Number eight is another important principle of law.

9    These defendants, like every defendant in a criminal case, has

10   the absolute right not to testify.  Our Constitution provides

11   that no defendant may be compelled to testify.  If a defendant

12   elects not to testify in this case, you must not draw any

13   inferences to his guilt from that decision.

14         Would you have any difficulty following that principle

15   of law?  If so, put an "X" in number eight, and I'll talk to

16   you further about that on voir dire.

17         Number nine:  If, after you have heard all the

18   evidence, you find the government has proven beyond a

19   reasonable doubt every element of a charged offense, then it is

20   your duty to find the defendant guilty of the offense.  On the

21   other hand, if you find that the government has failed to prove

22   any element of a charged offense beyond a reasonable doubt, you

23   must find the defendant not guilty of that offense.

24         Would any of you be reluctant or unable to carry out

25   these duties?  Then put an "X" on number nine.

1          Number 10:  Have you, a family member, or close friend

2     ever gone to law school, worked as a lawyer, or worked at a law

3     firm in another capacity, for example, as an investigator or

4     paralegal?  This could include in a government agency, public

5     defender's office, or private law firm.  If so, I'll follow up

6     when I talk to you individually.

7          Number 11:  Have you or a member of your family or

8     close friend ever worked for or with an office that handles

9     prosecution or law enforcement?  By "prosecution," I mean

10    government agency such as the U.S. Attorney's Office, the

11    District Attorney's Office, the Attorney General's Office.

12         By "law enforcement," I mean any government agencies

13    like state or local police departments or federal agencies,

14    like FBI, CIA, IRS, Park Police, Homeland Security, any kind of

15    law enforcement agency, you, member of your family, or close

16    friend.  That would be number 11, put an "X."

17         Number 12:  Have you or any member of your immediate

18    family or close friends ever done any work for any personal

19    organization that does criminal defense work, such as the

20    Federal Public Defender's Office, the Public Defender's Office,

21    defense attorneys, or a private law firm?  That also includes

22    working as a private investigator.  So that's number 12, is

23    sort of the other side of 11.

24         Number 13:  Have you, a family member or close friend

25    ever belonged, in the last five years, to any group or

1  organization that is active in law enforcement, crime

2  prevention, or victim support or advocacy?  I include in that

3  Crime Watch, Crime Stoppers, Orange Hats, neighborhood watch

4  groups, Fraternal Order of Police, or other groups relating to

5  crime or crime victims.  In the last five years, you or a

6  family member or close friend belonged to any of those kinds of

7  groups?  That's 13.

8         Number 14:  Do you or any member of your family, close

9  friends, or household members have a pending application for

10  employment with the U.S. Attorney's Office or any prosecutor's

11  office, public defender service, or law firm that does criminal

12  defense work or with any local, state, or federal law

13  enforcement agency?  That was 14.

14         Number 15:  Have you, any member of your family, close

15  friends, or household members every worked at a courthouse or

16  court system, including as a probation or parole officer?

17         Number 16:  Do you have any strong opinions about

18  either prosecutors or criminal defense attorneys in general or

19  in connection with January 6 cases in particular that might

20  affect your ability to be fair to both sides in this trial?

21         Number 17:  Have you had an experience with law

22  enforcement or any person associated with or employed by a

23  prosecutor's office or the criminal justice system that would

24  make it difficult for you to be a fair and impartial juror in

25  this case?

1          Number 18:  There will be testimony from police

2    officers and other law enforcement agencies in this case.  I

3    will be instructing at the end of the trial that the testimony

4    of a law enforcement officer should be treated the same as

5    testimony of any other witness.  The testimony should not be

6    given either greater or less weight to the testimony of a

7    witness simply because that testimony is the testimony of a law

8    enforcement officer.

9          Does anyone have any strong feelings about law

10   enforcement, either positive or negative, that would make it

11   difficult for you to follow my instruction in that regard?

12         In other words, some witnesses tell the truth, some

13   don't.  Law enforcement officers may tell the truth, we hope

14   they do, but some don't.  I will tell you in my instructions,

15   you have to take the testimony of law enforcement officers just

16   like anybody else; you decide it and weigh it with all the

17   other evidence you hear, decide with all the other evidence who

18   is telling the truth and who is not at the end of the day.

19         Any of you have any difficulty with doing that?  If

20   you do, I would like to follow up with you about that when we

21   talk individually.  And that's number 18.

22         Number 19:  Have you, a family member, or close friend

23   ever been arrested for or convicted of or charged with a crime?

24   By that, I don't include any traffic offenses.  You, a family

25   member, or close friend arrested for or convicted of or charged

1    with a crime.  That was 19.

2         Number 20:  Have you, a family member, or close friend

3    ever been a victim or witness to a crime?  Again, not counting

4    traffic offenses.  So 19 is convicted or charged, and 20 is

5    victim or witness.

6         Number 21:  Have you ever served on a jury, either

7    grand jury or trial jury, in federal, state, or DC court?

8    That's 21.

9         I'll follow up about when you served and what kind of

10   case and so on, but if you have been on a jury before, we would

11   like to talk about it.

12        Number 21:  Let me tell you about the likely schedule.

13        Today is Monday, June 3rd.  Following the completion

14   of jury selection, you will hear evidence in the case every day

15   this week from 10:00 a.m. to 5:00 p.m. each day, with a short

16   break in the morning, short break in the afternoon, and lunch

17   from about 12:30 to 1:45 each day.

18        You will likely begin deliberating by early next week.

19   Once you begin deliberating, I don't know how long your

20   deliberations will last.  We won't meet on weekends.

21        Knowing the schedule, would serving as a juror in this

22   case be an extreme hardship for you?  If so, put an "X" in 22

23   and I'll discuss what the hardship would be.

24        Hopefully, if you were going to have a hardship in

25   serving, you have already made known your excuse to the jury

1  office.

2        Number 23:  Do you, members of your immediate family,

3  or close personal friends live or work in or near the U.S.

4  Capitol?  That's 23.

5        Number 24:  Were you, a family member, or close friend

6  present at or near the U.S. Capitol on January 6, 2021?  You, a

7  family member or close friend present at or near the U.S.

8  Capitol on January 6, 2021.  That was 24.

9        Number 25:  Do you or someone you know have any direct

10  or indirect connection to events at the U.S. Capitol on

11  January 6, 2021?  In other words, did the events of January 6th

12  personally impact you or someone you know?  That's 25.

13        Number 26:  Did you watch the events at the U.S.

14  Capitol on January 6, 2021, on live TV at the time?

15        Number 27:  Have you seen any video of what happened

16  at the U.S. Capitol on January 6, 2021, on the news or on the

17  internet?

18        Number 28:  Have you been following the investigation

19  of the events of January 6, 2021, at the U.S. Capitol in the

20  news media or on the internet?  That's 28.

21        Number 29:  Did you watch any of the hearings of the

22  January 6th Committee of the House of Representatives?  That

23  was 29.

24        Number 30:  Have you or any family member or close

25  friend ever been employed or had any association with the House

1    January 6th Committee?

2         Number 31:  Think about this for a minute before you

3    answer this one, because I definitely will follow up on this

4    one with you.

5         Do you have any strong feelings or opinions about the

6    events that took place at the Capitol on January 6 that would

7    make it difficult for you to serve as a fair and impartial

8    juror in this case?  Place an "X" in 31.

9         Number 32:  Do you have strong feelings about persons

10   who do not accept the validity of the results of the 2020

11   presidential election that would affect your ability to be a

12   fair and impartial juror?  That's 32.

13        Number 33:  Do you have an opinion about former

14   President Donald Trump or people who strongly support former

15   President Donald Trump that would make it hard for you to serve

16   as a fair and impartial juror in a case where the defendant is

17   such a person?  That's 33.

18        Number 34:  No matter what you have heard or seen

19   about the events at the U.S. Capitol on January 6, 2021, and no

20   matter what opinions you may have formed, can you put all of

21   that aside and decide this case only on the evidence you

22   receive in this courtroom, follow the law, and decide this case

23   in a fair and impartial manner?

24        Number 35:  Are you able to read, speak, and

25   understand the English language?

1            Number 36:  Do you have any trouble seeing or hearing?

2            Number 37:  Do you have any trouble paying attention

3    for long periods of time?  Hopefully just a week, not that

4    long.

5            Number 38:  Do you have a health or physical problem

6    that would make it difficult to serve on this jury?  Are you

7    presently taking any medication that might impair your ability

8    to sit as a juror in the case?  That might include medication

9    or physical pain that makes it difficult to sit and focus for

10    long periods of time?  That's 38.

11            Number 39:  Do you hold any moral, social, political,

12    philosophical, religious or other beliefs that would interfere

13    with your ability to assess the facts and return a fair and

14    impartial verdict based solely on the evidence?

15            Number 40:  If you are selected as a juror in this

16    case, I will instruct you to avoid all media coverage,

17    including radio, television, podcasts, social media, and not to

18    use the internet with regard to this case for any purpose.

19    That is, you will be forbidden from reading newspaper articles

20    about this case, listening to radio and podcast stories about

21    this case, watching TV news about this case, Googling this case

22    or any of its participants, blogging or tweeting about this

23    case, or reading or posting comments about this case on any

24    social media sites.

25            Do you have any reservations or concerns about your

1  ability or willingness to follow this instruction if you're

2  seated on this case?  That's number 40.

3          Number 41:  Jurors are the sole judges of the facts.

4  However, the jury must follow the principles of law as

5  instructed by me.  The jury may not follow some rules of law

6  and ignore others.  Even if the jury disagrees or dislikes the

7  rules of law or does not understand the reason for some of the

8  rules, it's the jury's duty to follow them.

9          Do you have any personal beliefs that would make it

10  difficult to follow my legal instructions, whatever they may

11  be?  That's 41.

12          Number 42:  My final question is a catchall question.

13  This asks whether there is any other reason I haven't already

14  asked about that might make it difficult for you to sit fairly

15  and impartially and attentively as a member of the jury in this

16  case.

17          Is there some other reason that would make it

18  difficult for you to sit as a fair and impartial juror in this

19  case?  List it on 42 and I'll talk to you about it when I talk

20  to you individually.

21          With those questions, then, that's just the starting

22  point for my having an individual conversation with each of

23  you.  Hopefully, I won't reach the end of all of you, so some

24  of you will be dismissed without my seeing you again.  So I

25  want to tell you, if I don't see you again, it's not a lack of

1    respect, it is with the utmost respect that I tell all of you I

2    thank you for your service.

3         Some of you I won't reach and you will be excused, but

4    you will be excused with my telling you on behalf of the Court

5    and the community, we could not fairly and impartially

6    administer justice without good citizens like you.  You have

7    performed your highest duty as a good citizen by coming down

8    here today, and maybe tomorrow as well, to help us pick a fair

9    and impartial jury.

10        There's a lot of talk about whether we can get fair

11   and impartial juries in our community.  I assure you I have

12   done it before, and I'm going to do it again, and I'm convinced

13   that I can pick a fair and impartial jury after a discussion

14   with people here and after going over questions with people

15   here, and we will get a fair and impartial jury that I'm

16   convinced will decide this case.

17        But what I want to go over with you individually is

18   whether you can decide the case on the evidence in this

19   courtroom.  Setting aside whatever you've heard anywhere else

20   or read about or think you know, the evidence has to be based

21   on what you hear and see in this courtroom.

22        There is evidence that you will view and see and hear

23   in this courtroom.  There will be tapes.  There will be

24   witnesses, plenty of evidence.  To decide this case just on

25   what happens in this courtroom, that's what we're going to do

1    is have a trial in this courtroom and decide this case on

2    evidence in this courtroom, nowhere else, just in this

3    courtroom.

4            I'll be talking to you each individually.  Before we

5    excuse the panel, let me see if counsel have other things to

6    say.  And I'll be doing this when I see you individually.  This

7    is how I talk to counsel, so everybody doesn't hear everything.

8            (Begin bench conference)

9            MR. PALLAS:  Judge, I'm going to object to one of your

10   statements and I'm going to move to strike the voir dire panel.

11   You mentioned that there is going to be plenty of evidence in

12   this trial, and I object to that.  I think that's an improper

13   comment on the evidence in that somehow the government's case

14   is going to be overwhelming, the use of the word "plenty" of

15   evidence.

16           THE COURT:  That's denied.

17           (End bench conference)

18           THE COURT:  My comment there is going to be plenty of

19   evidence means volume, not that you're going to credit the

20   evidence.  You decide what evidence you're going to believe and

21   not believe.  "Plenty" doesn't mean you're going to believe

22   anybody.  It's up to you who you believe, ultimately, not --

23   I'm not saying who you're going to believe.

24           It will be up to you to decide if you believe any

25   witness.  That's totally in the jury's province, not mine.  I'm

1  going to give you instructions about how you decide who you

2  believe.

3          With that, I'll excuse the panel.

4          (Prospective jurors exit courtroom at 11:07 a.m.)

5          THE COURT:  Mr. Pallas, thank you for that objection.

6  That was very helpful, actually.

7          MR. PALLAS:  Judge, I meant to ask for a curative

8  instruction, but you basically covered it.  But I would have

9  asked -- you know, actually, the jurors can reject all the

10  evidence, you know, they decide what they want.

11          THE COURT:  That was helpful.

12          MR. PALLAS:  I didn't know whether I should have

13  interrupted or just waited.

14          THE COURT:  No, no.  You did it before they left.  I

15  think that was very helpful, and that's why the telephone thing

16  is good.

17          MR. PALLAS:  Okay.  Thank you.

18          THE COURT:  I appreciate doing it then.  It was good

19  to do it right on the spot.  I don't have any problem with

20  doing that.  I think it was actually helpful.  I give you

21  credit.

22          MR. PALLAS:  Might be the only one I get the whole

23  trial.  I appreciate it.

24          Now, we're going to bring in the first juror?  And is

25  he or she going to be up there?

1          THE COURT:  Over here, first seat in the jury box.

2     They're making copies of the first row's questionnaires so you

3     can see their answers.  You have the printout here.

4          MR. PALLAS:  We don't get a copy of her questionnaire,

5     do we?

6          THE COURT:  Yeah.  They're copying it right now.

7          MR. PALLAS:  Okay.  Thank you.

8          THE COURT:  So we'll go in the order of the panel

9     sheet you have.

10         MR. PALLAS:  Perfect.

11         THE COURT:  The handicapped person who was at the end

12    of the first row, that's number two, and we're going to put her

13    right at the end of the well there.  So she'll just be at the

14    end of the well when she comes.

15         MR. PALLAS:  So (name redacted) is the one against the

16    wall?  No. 1 is against the wall?

17         THE COURT:  Yes.

18         If you refer to them by the jury number, we won't have

19    as much trouble when the transcript is ordered, rather than

20    using names.

21         DEPUTY CLERK:  0400.

22         THE COURT:  You or someone you know works for a law

23    firm or is a lawyer?

24         PROSPECTIVE JUROR:  Yes.  My mother and my brother and

25    a few close friends.

```
 1              THE COURT:  Okay.  Tell me about your mother first.
 2              PROSPECTIVE JUROR:  She founded a small law firm,
 3   works in healthcare law here in DC.  She previously worked at
 4   Covington & Burling, also here in DC.
 5              THE COURT:  When she was at Covington & Burling, did
 6   she ever do any criminal work, do you know?
 7              PROSPECTIVE JUROR:  I don't believe so.
 8              THE COURT:  And in the healthcare firm, she didn't do
 9   any, I assume?
10              PROSPECTIVE JUROR:  No.
11              THE COURT:  What about your brother?
12              PROSPECTIVE JUROR:  My brother, he's in his first
13   year.  He's working at a law firm, as well, here in DC.  I
14   don't think he's doing any criminal work, either.  He works on
15   intellectual property law.
16              THE COURT:  And how about the friends?
17              PROSPECTIVE JUROR:  Most of them are very, you know,
18   young, just starting out.  I'm not really sure what kind of
19   work they do.
20              THE COURT:  Any of that have any impact on your
21   ability to be a fair juror, do you think?
22              PROSPECTIVE JUROR:  I don't think so.
23              THE COURT:  Okay.  You can't say you hate all lawyers,
24   your mother being one and your brother being one?
25              PROSPECTIVE JUROR:  No.
```

1            THE COURT:  You know or have direct communication with

2    someone or about January 6th.  Tell us what you know about it.

3            PROSPECTIVE JUROR:  So I work as a journalist.  I

4    mainly cover foreign-policy related stuff, but I have a few

5    colleagues who were reporting on the Capitol on or around

6    January 6th, so who were there or who have working there, you

7    know, in the years since.

8            THE COURT:  What were you doing that day?

9            PROSPECTIVE JUROR:  So I was -- I think I was just

10   between jobs.  I remember being at home and watching the events

11   live.

12           THE COURT:  Did you see it live that day?

13           PROSPECTIVE JUROR:  I did see it live.

14           THE COURT:  To what extent have you followed it in the

15   news since then?

16           PROSPECTIVE JUROR:  I mean, I follow news in general

17   pretty closely for work.  So even though it's not something I

18   follow that closely, I read a lot of news in general.  So, I

19   mean, I watched some of the congressional testimony things, and

20   then any other sort of like big headlines that come across my

21   news feed.

22           THE COURT:  What's your normal news coverage?

23           PROSPECTIVE JUROR:  I cover U.S. foreign policy, which

24   involves some stuff on Capitol Hill, but typically foreign

25   policy stuff, not so much domestic politics.

```
 1              THE COURT:  What kind of news coverage do you watch?
 2              PROSPECTIVE JUROR:  I don't watch much news on TV.  I
 3    get most of my news, I would say, from Twitter and then from
 4    various newspapers and magazines.
 5              THE COURT:  What newspapers do you typically read?
 6              PROSPECTIVE JUROR:  I guess I read the Washington Post
 7    most consistently, and I read a lot of -- like the New Yorker,
 8    Foreign Affairs Magazine, that kind of thing.
 9              THE COURT:  And you watch any TV news?
10              PROSPECTIVE JUROR:  Very rarely.  Maybe like
11    presidential debates, thing like that, election night, but not
12    regularly at all.
13              THE COURT:  Okay.  What's your current employment?
14              PROSPECTIVE JUROR:  I work for a small online magazine
15    that covers U.S. foreign policy.
16              THE COURT:  And you were not employed January 6th
17    of 2021?
18              PROSPECTIVE JUROR:  I don't believe so.
19              THE COURT:  Okay.  So you were home that day?
20              PROSPECTIVE JUROR:  Yes.
21              THE COURT:  And happened to see it live?
22              PROSPECTIVE JUROR:  Yeah.  I remember I was just -- I
23    was doing something else and I saw some headlines come across
24    my Twitter page, so I turned on the TV and started watching it.
25              THE COURT:  How much of the hearings did you watch,
```

1  the congressional hearings did you watch?

2          PROSPECTIVE JUROR:  I don't think I ever watched them

3  as they were going on in any kind of, like, significant way.  I

4  watched the clips that sort of showed up on my social media

5  feeds.  I don't really recall what I saw very much.

6          THE COURT:  More like you watched clips of them?

7          PROSPECTIVE JUROR:  Yeah.

8          THE COURT:  I wasn't sure about your answer to the

9  opinion about former Trump -- people who strongly support

10 Trump.  Would it be hard for you to serve as a fair and

11 impartial juror?

12         PROSPECTIVE JUROR:  Yeah.  I'm just --

13         THE COURT:  Looks like you said no or --

14         PROSPECTIVE JUROR:  I was -- I do think I have

15 personal feelings about him, but I don't think it would impact

16 my opinion to serve fairly.

17         THE COURT:  Okay.  You have some hesitation?

18         PROSPECTIVE JUROR:  I mean, definitely I would say my

19 own personal politics didn't align with his at all, so that's

20 why I started crossing it out.  But then when you finished the

21 question --

22         THE COURT:  Okay, okay.  But in terms of -- in terms

23 of the question of whether you have a fair and impartial mind

24 yourself, I was talking about if you start with you don't know

25 what these defendants did, so if we start with the presumption

1   of innocence, which you're willing to accord to any defendant,

2   we don't know what these defendants did as the trial starts, so

3   you have to see if the government can prove that they did

4   something in this courtroom, the evidence in this courtroom,

5   they did something that was against the law.

6          The government has to prove beyond a reasonable doubt

7   that each defendant that you are to vote to find them guilty,

8   they'd have to prove beyond a reasonable doubt they broke some

9   law.

10          The question would be, could you do that fairly and

11  impartially?  Set aside whether you've seen or heard or been

12  exposed to publicity-wise or anything.  Any reason you couldn't

13  do that fairly and impartially?

14          PROSPECTIVE JUROR:  I don't think so.

15          THE COURT:  Then I'll ask you the hardest question.

16  If you think about this, this is going to be the hardest

17  question.

18          You're sitting over there where the defendant is

19  sitting.  Would you want somebody with your mindset sitting

20  there in that jury box?  You think that would be somebody who

21  you would expect could be fair and impartial?

22          PROSPECTIVE JUROR:  I would like to think so.  I can't

23  be fully sure, but I think so.

24          THE COURT:  What gives you some hesitation on that?

25          PROSPECTIVE JUROR:  I think the work that I do, even

```
1   though it's different from -- even though I don't necessarily
2   cover what happened in this case specifically, is very
3   political in nature, so I do have a lot of -- I've had a lot of
4   exposure to what's happened in the country on that day and
5   since, but.  So that would be my hesitation.
6           THE COURT:  Okay.  Let me speak to counsel.
7       (Begin bench conference)
8           THE COURT:  Any other questions counsel propose?
9           MS. WAGNER:  None for the government.
10          MR. PALLAS:  Judge, I was going to move for cause on
11  what he just said, but I have some other questions I can ask if
12  you're not inclined to release him for cause.
13          THE COURT:  What are the other questions?
14          MR. PALLAS:  I was just curious as to what news outlet
15  or news magazine he currently works for, and also what some of
16  the Twitter people that he follows, you know, like, whether
17  it's Ryan Reilly or Jordan Fischer and those guys.
18          THE COURT:  I'll grant the motion to strike.  Thank
19  you very much.
20      (End bench conference)
21      (Prospective juror 0400 is excused.)
22          THE COURT:  He is stricken.  We'll go to number two,
23  1198.
24          DEPUTY CLERK:  Juror 1198.
25          THE COURT:  Tell me about your health issues and how
```

1    difficult you think it would be to serve.

2            PROSPECTIVE JUROR:  I'm not -- okay.  Staying in my

3    chair all day long is the issue with my back problem.  And the

4    medicine that I take kind of makes me sleepy.

5            THE COURT:  Okay.  Let me speak to counsel.

6        (Begin bench conference)

7            THE COURT:  Any objection to excusing her?

8            MR. PALLAS:  No objection.

9            MR. McWATERS:  No objection.

10       (End bench conference)

11           THE COURT:  I'll go ahead and excuse you.  Thank you

12   for coming down.

13               (Prospective juror 1198 is excused.)

14           DEPUTY CLERK:  Juror 0733.

15           THE COURT:  You indicated there was something about

16   the nature of the charge that would make it difficult for you

17   to sit.  Tell me a little more about that, if you would.

18           PROSPECTIVE JUROR:  Which question was that?

19           THE COURT:  The question was, is there anything about

20   the nature of the charges that would make it difficult for you

21   to render a fair and impartial verdict, and you said yes.

22           PROSPECTIVE JUROR:  So my concern is, I'm a former

23   military officer.  I have taken an oath to defend the

24   Constitution.  I have basically predisposed thoughts about

25   everything that happened on that day.

```
 1              THE COURT:  You think it would be hard to be a fair
 2    and impartial juror, then?
 3              PROSPECTIVE JUROR:  Yeah.
 4              THE COURT:  Okay.  Let me see counsel.
 5         (Begin bench conference)
 6              THE COURT:  Any objection to striking him?
 7              MR. PALLAS:  No, Your Honor.
 8              MR. McWATERS:  No, Judge.
 9         (End bench conference)
10              THE COURT:  Thank you very much for coming down.
11              (Prospective juror 0733 is excused.)
12              DEPUTY CLERK:  Juror 1161.
13              THE COURT:  You know someone who is a lawyer?
14              PROSPECTIVE JUROR:  Yes, a fraternity brother.
15              THE COURT:  Hold that up closer.
16              PROSPECTIVE JUROR:  I have one fraternity brother who
17    is a lawyer.
18              THE COURT:  Okay.  What kind of practice does he have?
19              PROSPECTIVE JUROR:  I think mortgage.
20              THE COURT:  Okay.  Where is that?
21              PROSPECTIVE JUROR:  Cincinnati.
22              THE COURT:  Does he ever do any criminal law, do you
23    know?
24              PROSPECTIVE JUROR:  I have no idea.  I don't think so.
25              THE COURT:  Okay.  And someone worked for either
```

1    prosecution or law enforcement?

2           PROSPECTIVE JUROR:  No.  Sorry, no.

3           THE COURT:  Do you know what you had in mind on that

4    question?

5           PROSPECTIVE JUROR:  I think just involved with police

6    at some point.

7           THE COURT:  Okay.  What was that?  Do you know?

8           PROSPECTIVE JUROR:  I see a lot of police officers at

9    my job.

10          THE COURT:  What's your job?

11          PROSPECTIVE JUROR:  I'm an ER physician.

12          THE COURT:  Okay.  Where do you work?

13          PROSPECTIVE JUROR:  I work at four different hospitals

14   in the Maryland area.

15          THE COURT:  Those are usually local police?

16          PROSPECTIVE JUROR:  Maryland.  People bring in

17   patients.

18          THE COURT:  Okay.  And then you had some connection to

19   an incident on January 6th?

20          PROSPECTIVE JUROR:  I watched the events happen.

21          THE COURT:  On TV?

22          PROSPECTIVE JUROR:  Yes.

23          THE COURT:  You saw it live?

24          PROSPECTIVE JUROR:  I believe so, yes.

25          THE COURT:  Okay.  Tell me about what you saw.

1          PROSPECTIVE JUROR:  I was in upstate New York on

2    vacation, and I just saw the Capitol.

3          THE COURT:  Where were you?

4          PROSPECTIVE JUROR:  I was in a cabin on a farm upstate

5    New York.  I forget exactly where it was.

6          THE COURT:  Okay.  And then you or close friends or

7    immediate family lived or worked near the Capitol?

8          PROSPECTIVE JUROR:  My cousins live close by, and then

9    my wife at the time lived here or close by.

10          THE COURT:  Okay.  And where do they live?

11          PROSPECTIVE JUROR:  Shaw.

12          THE COURT:  Okay.

13          PROSPECTIVE JUROR:  I'm so sorry.  She had moved

14    already here.  But I have family that lives in DC, on East

15    Capitol.

16          THE COURT:  Okay.  And then you've seen videos since

17    that day as well?

18          PROSPECTIVE JUROR:  Yes, in the news.

19          THE COURT:  To what extent have you followed it on the

20    news since then?

21          PROSPECTIVE JUROR:  Casually.  It's the headlines all

22    the time, so casually observing.

23          THE COURT:  Okay.  And then what's your normal news

24    source?

25          PROSPECTIVE JUROR:  Like what papers I read?  CNN, *New*

1   *York Times, Washington Post*.

2           THE COURT:  Okay.  Do you take the *Post*?

3           PROSPECTIVE JUROR:  Yeah.

4           THE COURT:  Okay.  And you read the *New York Times*

5   online or you take it?

6           PROSPECTIVE JUROR:  Online.

7           THE COURT:  And then did you watch any of the

8   congressional hearings or you saw news reports of them, or

9   what.

10          PROSPECTIVE JUROR:  A little bit, yes, not intensely,

11  but I have seen parts of it.

12          THE COURT:  Okay.  You were asked, do you have any

13  strong feelings about persons who do not accept the validity of

14  the results of the 2020 presidential elections that might

15  affect your ability to be a fair and impartial juror.  Tell me

16  a little bit more about that one.

17          PROSPECTIVE JUROR:  It seems a little ridiculous at

18  this time, given all the evidence that's come out the past four

19  or six years -- I'm sorry, four years.

20          Was your question just on accepting election results,

21  that's it?

22          THE COURT:  I'm sorry?

23          PROSPECTIVE JUROR:  Your question was just on

24  accepting election results?  Yeah.

25          THE COURT:  Well, the other one, then, is, how do you

1    think that opinion would affect you in terms of following the

2    issues in this case?  This case don't directly involve that.

3    This case is what happened that day.

4         So if we start with the presumption defendants are

5    innocent until the government comes in and proves they're

6    guilty in this courtroom, with evidence in this courtroom,

7    whatever they may have thought about the election, they've got

8    to have violated the law that day and the government has got to

9    prove they violated the law that day in this courtroom.

10   Whatever they thought, whatever anybody else thought about the

11   election, the evidence has to be in this courtroom.

12        Do you think your overall feelings about the election

13   will have any effect on deciding fairly and impartially what

14   they did that day?

15        PROSPECTIVE JUROR:  No.

16        THE COURT:  And you could start with the

17   presumption -- I mean, if you're a doctor, you've got a lot of

18   training.  So, you know, we presume in the law, you start with

19   the presumption they're innocent when you start the trial, and

20   the evidence has to be in this courtroom to show they're

21   guilty.  Whatever you've seen or heard on CNN or *New York Times*

22   or whatever else, it doesn't matter.  It's got to be the

23   evidence you see in front of you in this courtroom before you

24   can vote them guilty.  Do you have any problem with that?

25        PROSPECTIVE JUROR:  No problem.

1          THE COURT:  They start innocent.  The government has

2     got to come in and have evidence in this courtroom before you

3     can find them guilty.

4          PROSPECTIVE JUROR:  Yes, of course.

5          THE COURT:  Could you be fair and impartial in

6     deciding if there is such evidence?

7          PROSPECTIVE JUROR:  Yes.

8          THE COURT:  I'm going to ask you the hardest question.

9          If you're sitting over there where the defendants are

10    sitting, would you want somebody like you, with your mindset,

11    sitting in the jury box?

12         PROSPECTIVE JUROR:  Yes.

13         THE COURT:  Because you could do it fairly and

14    impartially and decide if there's really evidence these guys

15    did it?

16         PROSPECTIVE JUROR:  I think I could, yes.

17         THE COURT:  That's what I'm looking for in a jury,

18    somebody that could really decide, did they really do what the

19    government is accusing them of.

20         PROSPECTIVE JUROR:  Yes.

21         THE COURT:  And a doctor is going to look at the

22    evidence and science.  You've got a scientific background, so

23    you've got the mindset that I'm looking for if you can fairly

24    set aside what you thought about the election, because it

25    really doesn't matter, does it?

1          PROSPECTIVE JUROR:  No.  It's whatever they present.

2          MR. PALLAS:  I didn't hear that.

3          PROSPECTIVE JUROR:  Whatever they present, whatever

4   you guys show us.

5          THE COURT:  Let me speak to counsel.

6       (Begin bench conference)

7          THE COURT:  Any other questions?

8          MR. PALLAS:  Yes, Judge.  I think the issue is

9   actually the issue I brought up about in my question.  I don't

10  think this person can accept -- like, for example, if one of

11  the defendants testifies, that this prospective juror believes

12  that people that don't accept the validity of the results are

13  basically crazy, how is he going to treat these defendants

14  fairly?

15          He basically said there is overwhelming evidence that

16  the election was fair and there's people -- but there are

17  people that still believe that the election was stolen or

18  rigged or whatever.  And I think that's going to be a problem.

19  So I think we need a follow-up question along those lines.

20          THE COURT:  How do you want me to phrase it?

21          MR. PALLAS:  I guess you can phrase it that he made

22  the statement that people that follow -- that believe the

23  election was invalid are crazy -- not -- I forgot the word he

24  used, but just -- he just said there's overwhelming evidence.

25  How would you trust anything that comes from their mouth or how

1    can you trust anything they argue if you already assume they're

2    crazy?

3            MR. McWATERS:  I believe the juror actually testified

4    that he said that now, three, four years later, he seemed to

5    think that it was implausible that someone now would say that

6    the election was stolen, given the evidence that's come out

7    over the years since the election.

8            So maybe the better question would be something about

9    at the time, as opposed to now, because his main comment was

10   saying that it seems wild that someone would have that opinion

11   today.  I'm not sure if that's really what he thinks about

12   someone who had that opinion in 2020.

13           MR. PALLAS:  If I may respond, on January 6th, there

14   had already been several legal challenges.  There's numbers

15   bandied about, like 60 legal challenges, many of which had been

16   rejected by the time January 6th came along.  So there was

17   still a body of evidence for people who believed that the

18   election results were valid, and I think that this fellow

19   happens to believe there's more evidence that they were valid.

20   I think there's people that can make the argument that there's

21   more evidence that they're invalid, but -- but I think that's a

22   big problem.

23           If he wrote it down like that -- you know, and he

24   actually asked you, because he said, are you talking about

25   accepting the results.  And the question, as Your Honor

1    modified it at my request was, accept the validity of the

2    results.  And that's the big distinction, and I think this

3    fellow, this medical professional, has some questions about it,

4    because they see things black and white.  They are more so in

5    science, and what we do is a lot different than that and I

6    think that's going to be a problem because he initially wrote

7    down that he has a problem with people that believe that way.

8              THE COURT:  I don't have any further questions to ask.

9              MR. McWATERS:  Judge, if I may.  He also indicated yes

10   to number 31 and then scratched it out, do you have strong

11   feelings about persons that took place on the Capitol or --

12             THE COURT:  I'm going to strike him.

13        (End bench conference)

14             THE COURT:  Thanks very much.

15             (Prospective juror 1161 is excused.)

16             DEPUTY CLERK:  Juror 0403.

17             THE COURT:  You know someone who is a lawyer?  Tell

18   me.

19             PROSPECTIVE JUROR:  My husband.

20             THE COURT:  Okay.  What does he do?

21             PROSPECTIVE JUROR:  He's a criminal defense attorney

22   at a large global law firm.

23             And then one of my best girlfriends actually was an

24   AUSA here several years ago.

25             THE COURT:  Okay.  What's her name?

```
 1              PROSPECTIVE JUROR:  Her married name is Gabby Kenny.

 2              THE COURT:  Okay.  And she's in the U.S. Attorney's

 3   Office here?

 4              PROSPECTIVE JUROR:  She was.  It's been a couple

 5   years.  She's on the Hill now, Senate Judiciary Committee.

 6   Gabrielle.

 7              THE COURT:  And she did January 6th cases, do you

 8   know?

 9              PROSPECTIVE JUROR:  She is one of them, correct.

10              THE COURT:  Okay.  Did you ever talk to her about

11   them?

12              PROSPECTIVE JUROR:  I have, yes.

13              THE COURT:  Okay.  And where does your husband

14   practice?

15              PROSPECTIVE JUROR:  Latham & Watkins.

16              THE COURT:  Okay.  Let me speak to counsel.

17        (Begin bench conference)

18              THE COURT:  Do you all know the assistant?

19              MR. McWATERS:  I do not know, and I don't believe

20   Ms. Wagner knows her either.

21              MR. PALLAS:  What was the name again?  I didn't catch

22   it.

23        (End bench conference)

24              THE COURT:  What was the name of the AUSA again?

25              PROSPECTIVE JUROR:  Her first name is Gabby,
```

1  Gabrielle, and her last name is Kenny.

2       (Begin bench conference)

3            THE COURT:  Gabby Kenny, G-a-b-b-y, K-e-n-n-y.

4            MR. PALLAS:  I don't know her.

5            THE COURT:  I really don't propose spending a lot of

6  time trying to find out how much she's discussed January 6th

7  cases with her.

8            MR. PALLAS:  I have no objection to challenging her

9  for cause.

10            THE COURT:  All right.

11       (End bench conference)

12            THE COURT:  Thanks very much.

13            (Prospective juror 0403 excused.)

14            DEPUTY CLERK:  Juror 1050.

15            THE COURT:  Good morning.  Just a few follow-ups.

16            You or a family or friends live or work near the

17  Capitol?

18            PROSPECTIVE JUROR:  No.

19            THE COURT:  Where was that?  Where is that?

20            PROSPECTIVE JUROR:  Northeast.

21            THE COURT:  Okay.  And you did?

22            PROSPECTIVE JUROR:  Can you say that again?

23            THE COURT:  You worked near the Capitol?

24            PROSPECTIVE JUROR:  Yeah.

25            THE COURT:  You worked near?

```
 1              PROSPECTIVE JUROR:  Northeast.

 2              THE COURT:  Okay.  When was that?

 3              PROSPECTIVE JUROR:  That was in 2021.  I was like a

 4  home health aide working with a patient.

 5              THE COURT:  Home health.  Okay.  How long did you do

 6  that?  You can be seated.

 7              PROSPECTIVE JUROR:  Oh, thank you.

 8              I've done that -- I did it about ten years, and then I

 9  transitioned to a registered nurse.

10              THE COURT:  Okay.  And then you saw the events live

11  January 6, 2021?

12              PROSPECTIVE JUROR:  Yes.

13              THE COURT:  Where were you?

14              PROSPECTIVE JUROR:  I was at work that day.  And it

15  was on -- I viewed it on the television.

16              THE COURT:  Okay.  And then to what extent did you

17  follow those events since then?

18              PROSPECTIVE JUROR:  Since then, I've not really -- I

19  did not do any follow-ups about it.

20              THE COURT:  Okay.  And what did you see that day?

21              PROSPECTIVE JUROR:  So that day, I saw how the

22  rioting, how people were breaking into the Capitol and the

23  fighting was going on, how some people were wounded.

24              MR. PALLAS:  I'm having trouble hearing her, Judge.

25              THE COURT:  Speak louder, right with the mic right
```

1    next to your mouth.

2              PROSPECTIVE JUROR:  Sorry about that.

3              THE COURT:  Repeat that last answer.

4              PROSPECTIVE JUROR:  So I said, that day on the

5    television, I saw the rioting, how people were running into the

6    Capitol, and how some people were, like, on the ground, fell.

7              THE COURT:  Okay.  And then subsequent to that day,

8    did you follow this in the news?

9              PROSPECTIVE JUROR:  Yes.  A few days after that, I

10   followed that up in the news, but not for a long time, just for

11   some --

12             THE COURT:  What's your normal news source?

13             PROSPECTIVE JUROR:  I do watch news on the television,

14   like on ABC.

15             THE COURT:  What channel do you watch?

16             PROSPECTIVE JUROR:  ABC.  So I do like watching --

17             THE COURT:  Okay.  And you take in *The Washington Post*

18   or any papers?

19             PROSPECTIVE JUROR:  No, I don't do that.

20             THE COURT:  Okay.  And did you watch any of the

21   congressional hearings or anything like that?

22             PROSPECTIVE JUROR:  No.

23             THE COURT:  Okay.  Have you followed any of the court

24   cases about this?

25             PROSPECTIVE JUROR:  No.

1          THE COURT:  Okay.  You've never been on a jury before?

2          PROSPECTIVE JUROR:  No.  But one time I was, like, a

3    witness in a -- it was like a family thing, so I was a witness.

4          THE COURT:  Any reason you couldn't be a fair and

5    impartial juror if you were seated here?

6          PROSPECTIVE JUROR:  No.

7          THE COURT:  Okay.  I'm going to tell you at the end of

8    the trial, I'll have instructions to say, as we start the

9    trial, we believe the, and I'll instruct you the defendants are

10   innocent, the government has to prove them guilty beyond a

11   reasonable doubt.

12         Any reason you couldn't follow that instruction?

13         PROSPECTIVE JUROR:  No.

14         THE COURT:  And they have to come in here with

15   evidence in this courtroom and prove that what they did

16   violated the law.  It's the government's burden to prove they

17   did violate the law.  Any reason you couldn't hold them to that

18   burden of proof?

19         PROSPECTIVE JUROR:  No.

20         THE COURT:  And decide that fairly and impartially?

21         PROSPECTIVE JUROR:  No.

22         THE COURT:  If you were sitting over there where the

23   defendants are sitting, here is the most difficult question:

24         Would you want somebody with your mindset sitting

25   there in the jury box?

1      PROSPECTIVE JUROR:  So my question would be, the only

2   thing is we just want evidence.  If the defendants can present

3   evidence that they're not proved guilty, I mean, that's the

4   only thing I can assume.

5      THE COURT:  You don't understand they don't have to

6   present any evidence at all?  The government has the burden of

7   proving that they're guilty.  They don't have to come in and

8   prove anything.  You understand that?

9      PROSPECTIVE JUROR:  So it's a little bit difficult for

10   me if they don't have to present evidence.

11      THE COURT:  The burden of proof is on the government

12   to prove what they did.  They don't have to testify.  They

13   don't have to produce any evidence at all.  The whole burden is

14   on the government to prove them guilty.  They don't even have

15   to get on the stand and testify.  So that will be part of my

16   instructions at the end.  The burden is on the government.

17      PROSPECTIVE JUROR:  I understand.

18      THE COURT:  Okay.  Any follow-up, Counsel?

19    (Begin bench conference)

20      MR. PALLAS:  Judge, I'm sorry.  I didn't understand

21   her that well.

22      THE COURT:  The last comment was, "I understand."

23      MR. PALLAS:  Was she working at a hospital on

24   January 6th?

25      THE COURT:  No.  She said home healthcare.

1          MR. PALLAS:  So she didn't actually treat anybody that

2    was injured on January 6th?

3          THE COURT:  No.  No.  She was previously working at

4    home healthcare at some home near the Capitol, I took her

5    answer.

6          MR. PALLAS:  I'm going to object on cause, and I think

7    you had to explain to her three times about burden of proof,

8    and the last time she did say -- she nodded her head and she

9    said, "I understand," but I don't know if that's necessarily

10   because she truly understood or because you told her three

11   times that that's how it works here.  So I think she has that

12   problem.

13         And I think there is the language difficulty where

14   these instructions, even for people that English is their first

15   language, is very difficult for them, and I think maybe it

16   might be -- it may be a question -- follow-up question is

17   whether she understands English well enough to be able to

18   listen to the testimony and then later deliberate with other

19   jurors.

20         MS. WAGNER:  Your Honor, if I may, this is

21   AUSA Wagner.  She is a registered nurse at MedStar Georgetown

22   University Hospital, so a knowledge of English would be

23   important to that, as far as if she's treating people, so I

24   think she will have sufficient English to understand the

25   instructions of the Court.

1          And with respect to the burden of proof issue, she did

2     indicate to the Court that she understood the burden of proof

3     after the Court questioned her.

4          MS. ISAAK:  Judge, this is Melissa Isaak.  She did say

5     she understood the Court's instructions, but she still said she

6     would have difficulty being fair and impartial; it would depend

7     on what we presented.  So even though she understood what you

8     said, she didn't verbalize it or change her overall mindset

9     that we would still have to present evidence.

10          THE COURT:  The objection is overruled.

11       (End bench conference)

12          THE COURT:  Thank you very much.

13          DEPUTY CLERK:  00647.

14          THE COURT:  You know a lawyer?

15          PROSPECTIVE JUROR:  Yes.  Paralegal.

16          THE COURT:  Paralegal.  Where is that?

17          PROSPECTIVE JUROR:  Up in New Jersey.

18          THE COURT:  I'm sorry?

19          PROSPECTIVE JUROR:  I know a paralegal.  One of my

20     best friends is a paralegal.

21          THE COURT:  Where do they work?

22          PROSPECTIVE JUROR:  Up at a law firm in New Jersey.

23          THE COURT:  Do they do criminal work, do you know?

24          PROSPECTIVE JUROR:  I would have to ask her.  I'm not

25     sure.

```
 1              THE COURT:  Okay.  And then someone works in law
 2    enforcement?
 3              PROSPECTIVE JUROR:  Correct.  A number of my uncles
 4    have been police officers.  One was a corrections officer, now
 5    retired.
 6              THE COURT:  Where are they?
 7              PROSPECTIVE JUROR:  New Jersey, New York, and
 8    Pennsylvania.
 9              THE COURT:  Okay.  Their employment have any effect on
10    your ability to be a fair juror, do you think?
11              PROSPECTIVE JUROR:  No.
12              THE COURT:  Are you particularly close to any one of
13    those?
14              PROSPECTIVE JUROR:  No.
15              THE COURT:  Okay.  Ever lived with any of them?
16              PROSPECTIVE JUROR:  No.
17              THE COURT:  Family member arrested or convicted or
18    charged with a crime?
19              PROSPECTIVE JUROR:  Correct.  Years ago, my brother.
20              THE COURT:  What was the crime?
21              PROSPECTIVE JUROR:  I believe stalking.
22              THE COURT:  And from what you know, and I know you may
23    not know all the circumstances, was he fairly treated by the
24    criminal justice system?
25              PROSPECTIVE JUROR:  As far as I know.
```

1           THE COURT:  Okay.  Anything about that have any impact

2   on your ability to be a fair juror?

3           PROSPECTIVE JUROR:  No.

4           THE COURT:  What was the outcome?

5           PROSPECTIVE JUROR:  I'm trying to remember.  I don't

6   know that he was guilty on all counts.  I think he had to do

7   mandatory community service and anger management classes,

8   et cetera.

9           THE COURT:  Was that in New Jersey?

10          PROSPECTIVE JUROR:  Yes.

11          THE COURT:  Now, on January 6th, what was your

12  connection?

13          PROSPECTIVE JUROR:  Oh, watching.

14          THE COURT:  You saw it live?

15          PROSPECTIVE JUROR:  Yes.  I work for a television

16  station.  We had it up on the monitors.

17          THE COURT:  Who do you work for?

18          PROSPECTIVE JUROR:  Hurst Television.  Hurst is the

19  company.  They own a number of local news stations throughout

20  the country, and we have a Washington bureau that I work out

21  of.

22          THE COURT:  And then what were you doing in connection

23  with the January 6th?

24          PROSPECTIVE JUROR:  I was just doing normal work that

25  day.  It just happened to be up.  We had reporters on the

1    scene.

2            THE COURT:  What's your normal work?

3            PROSPECTIVE JUROR:  I'm a -- I work with our data

4    systems.

5            THE COURT:  Okay.  And then what happened that day

6    that you saw?

7            PROSPECTIVE JUROR:  I saw some of the coverage of

8    folks, you know, kind of breaching barriers that had been set

9    up, entering the building, and then, you know, in between

10   different meetings, things like that, just sort of some of the

11   efforts to kind of calm it down and eject people from the

12   space.

13           THE COURT:  Okay.  And then to what extent have you

14   followed that on the news since then?

15           PROSPECTIVE JUROR:  I've seen news stories.

16   Obviously, as a part of work, we've had some coverage.  I

17   wouldn't say I've been -- I haven't had the time to really deep

18   dive into it.

19           THE COURT:  Okay.  What's your normal news you watch

20   or read?

21           PROSPECTIVE JUROR:  I have a lot of sources.  Locally,

22   WUSA 9 or *Washington Post* or some of the PBS outlets.  National

23   might be *The New York Times* or CNN or MSNBC, or any of the

24   local news stations that we work with, I see their coverage.

25           THE COURT:  Okay.  Did you watch any of the

1    congressional hearings?

2              PROSPECTIVE JUROR:  No.

3              THE COURT:  Just news clips of them?

4              PROSPECTIVE JUROR:  Correct.

5              THE COURT:  Did you read any of the court coverage or

6    see any of the court cases?

7              PROSPECTIVE JUROR:  No.  I didn't really see much of

8    that.

9              THE COURT:  Now, I take it that if you were seated on

10   the jury here -- I want to walk through the way the process

11   would work.

12             You understood from what I said originally that we

13   start with the presumption the defendant is innocent as we

14   start the trial.  The government has to come in with evidence

15   and prove the defendants guilty of what they are accusing them

16   of.  They will have witnesses and they will have videos they

17   are going to show in this courtroom, and your decision has to

18   be based just on evidence you see in the courtroom, setting

19   aside whatever you've seen or read or heard, whatever you saw

20   that day, setting all of that aside, base a decision of the

21   jury just on what you see and hear in this courtroom.

22             And I think you -- in answer to one question, you

23   would say you could do that fairly and impartially.  Is that

24   right?

25             PROSPECTIVE JUROR:  That is correct.

 1          THE COURT:  No reason you couldn't?  And so I'm going

 2    to ask the hardest question, then.

 3          If you're sitting over there where the defendant is

 4    sitting, would you want somebody with your mindset sitting in

 5    the jury box?  Do you think you could be fair and impartial and

 6    decide this case just on the evidence in this courtroom?

 7          PROSPECTIVE JUROR:  I believe I could.

 8          THE COURT:  And set aside whatever else is going on,

 9    whatever has been said about it, just decide this case on what

10    you hear in this courtroom?

11          PROSPECTIVE JUROR:  I believe so.

12          THE COURT:  And be fair and impartial?

13          PROSPECTIVE JUROR:  Yes.

14          THE COURT:  That's what I'm looking for.  Let me ask

15    counsel.

16       (Begin bench conference)

17          MS. WAGNER:  This is AUSA Wagner.  I believe that this

18    potential juror checked Box 36, which is, do you have any

19    trouble seeing or hearing.  If we could just inquire briefly

20    about that.

21          MR. PALLAS:  She also checked Box 35, ability to read

22    and speak English.

23          MR. BARKET:  She mentioned barriers were breached and

24    people were breaking into the building.  I would like to

25    inquire that if the government didn't put on any evidence of

1   barriers or breaking and entering, if she would be able to put

2   that knowledge aside and rely on just what the government

3   shows.

4       (End bench conference)

5           THE COURT:  I guess there was a question, 35 was, are

6   you able to read, speak, and understand the English language.

7           PROSPECTIVE JUROR:  Yes.

8           THE COURT:  Maybe that was -- do you have any trouble

9   seeing or hearing?  There's no problem with either of those?

10          PROSPECTIVE JUROR:  I'm color blind.

11          THE COURT:  And there's something about if there's a

12  question about if barriers were breached, and there's no

13  evidence that barriers were breached, could you set aside that

14  you had seen on TV barriers were breached?

15          PROSPECTIVE JUROR:  Yeah.

16          THE COURT:  You don't have any problem with that.  I

17  don't know if there will be evidence of that or exactly what

18  the evidence will be here at trial, but what we're talking

19  about, you will only base your decision on what you see here at

20  trial.  You don't have any problem with that?

21          PROSPECTIVE JUROR:  Right.

22          THE COURT:  Thanks very much.  You're excused.

23      (Pause)

24          THE COURT:  Since we're at a breaking point, we'll

25  come back at 1:15 p.m.  So your notes are consistent with mine,

1    I have excused the first five, and I have left in the sixth and

2    seventh on this first sheet, then.

3              MR. PALLAS:  That's what I have, Your Honor.  That's

4    correct.

5              THE COURT:  We'll continue, then, at 1:15 p.m. with

6    the next group.

7              DEPUTY CLERK:  All rise.

8         (Recessed from 12:09 p.m. to 1:24 p.m.)

9              DEPUTY CLERK:  Juror 0812.

10             THE COURT:  You know a lawyer or someone who is a

11   lawyer in your family?

12             PROSPECTIVE JUROR:  Oh, yeah, lots of them, including

13   my ex-wife.

14             THE COURT:  Okay.  Where did she practice?

15             PROSPECTIVE JUROR:  She was at the Consumer -- and

16   still is, Consumer Product Safety Commission.

17             THE COURT:  Okay.  Did she ever do any criminal cases

18   here, do you know?

19             PROSPECTIVE JUROR:  No.  I mean, I think it was mainly

20   going after, like, toy manufacturers that had recalled stuff or

21   needed to recall stuff.  But I don't think it was any criminal

22   trials or anything like that.

23             THE COURT:  Okay.  Any of your other lawyers you know

24   about have any criminal practice?

25             PROSPECTIVE JUROR:  Yeah.  So a friend of mine, she

1    actually just went to a law firm, but she was a prosecutor with

2    the Department of Justice.

3              THE COURT:  Okay.  What was her name?

4              PROSPECTIVE JUROR:  Jillian Willis.

5              THE COURT:  Okay.  When was she at Justice?

6              PROSPECTIVE JUROR:  Still is her name.

7              Like, up until a few months ago.

8              THE COURT:  Okay.  What unit was she in there, do you

9    know?

10             PROSPECTIVE JUROR:  Healthcare, I think, healthcare

11   fraud.

12             THE COURT:  Okay.  Was she at Main Justice, or where?

13             PROSPECTIVE JUROR:  What's that?

14             THE COURT:  Was she at Main Justice?

15             PROSPECTIVE JUROR:  Never came up over cocktails.  I

16   know she was in Memphis a lot.  I don't know.  But I know it

17   was healthcare stuff.  That's about all we ever discussed.

18             THE COURT:  Okay.  What do you do?

19             PROSPECTIVE JUROR:  I'm in film and video production.

20   So I make commercials, web videos, things like that.

21             THE COURT:  Your employment -- friends that are

22   employed as lawyers or work as lawyers have any effect on your

23   ability to be a fair juror here?

24             PROSPECTIVE JUROR:  Not at all.

25             THE COURT:  Okay.  Then you know someone in law

1    enforcement as well?

2            PROSPECTIVE JUROR:  Where did that come from?  Well,

3    this is a whole question.  I think there was a part of the

4    question that --

5            THE COURT:  Either prosecution or law enforcement or

6    government agencies, like law enforcement or police

7    departments, or federal agencies, such as DEA, FBI.

8            PROSPECTIVE JUROR:  No, no.  I'm sorry.  I guess -- I

9    don't know anybody who is specifically in law enforcement.  A

10    friend of mine, his wife is in the FBI, but I have never met

11    her.

12            THE COURT:  Okay.  What does she do at the FBI?  Do

13    you know?

14            PROSPECTIVE JUROR:  I don't really know.  He's a

15    camera guy.  I'm a camera guy.  We talk about cameras and

16    stuff, and every once in a while he tells me his wife and he

17    went hiking.

18            Oh, no.  Secret Service, that's what she does.  Secret

19    Service.

20            THE COURT:  Tell me a little bit about your

21    employment.

22            PROSPECTIVE JUROR:  I make commercials, branded

23    content, testimonials, things like that, for Kaiser Permanente,

24    so healthcare organization.  And then I also teach a class in

25    filmmaking at American University.  I do some commercial work

1    and advertising in radio on the side.

2            THE COURT:  You had an answer on -- let me see.

3            Family member or close friend or you arrested for or

4    convicted of or charged with a crime.

5            PROSPECTIVE JUROR:  Yeah, sorry.  I should not have

6    checked that.  I can't think of anyone that was charged with a

7    crime, no.

8            THE COURT:  Okay.  And then the events at the Capitol,

9    you watched live that day.  You were at work or home?

10           PROSPECTIVE JUROR:  I was at home, yeah.  We were all

11   working from home at that time, and I definitely, you know, was

12   watching that.

13           THE COURT:  Tell me what you remember seeing that day

14   then, and then what you followed up or have seen since.

15           PROSPECTIVE JUROR:  Just, like, whatever was on TV and

16   then stuff was on Twitter.  I remember, you know, just crowds

17   of people.  I remember crowds of people trying to push their

18   way in.  I remember lots of footage.  Somebody was shot and

19   killed.  I do remember seeing that replayed quite a bit.

20           I think -- you know, I have memories of some sort of

21   wall, people, like, hanging over a wall or signs over a wall.

22   But basically, just crowds at the Capitol.

23           And then I guess there were some shots from inside the

24   Capitol.  I remember there was one security or police officer

25   or whatever who, like, ushered some people into a room and

1    closed the door before other folks came through.

2          Those are the specific memories.  But in general, just

3    crowds of people in the Capitol.

4          THE COURT:  What sort of news coverage of that have

5    you followed since then?

6          PROSPECTIVE JUROR:  Let's see.  Just whatever has

7    popped up, you know, in the news as, you know, there has been

8    updates.  I remember listening to some news podcasts about it

9    afterwards.  You know, there were definitely a few episodes of

10   maybe like *The Daily*, *Today, Explained*.  I think maybe there

11   was a -- *This American Life* or something.  Just some podcasts.

12   I listen to a lot of podcasts and I know it was discussed for

13   several months.

14         THE COURT:  What's your normal news source?

15         PROSPECTIVE JUROR:  Lots of them.  I guess I read *The*

16   *Times*, *Washington Post*.  I listen to *The Daily*, *Things*

17   *Remembered*.  I don't watch a whole lot of news on TV, so it's

18   more podcasts and newspapers, the web, you know, digital

19   papers.

20         THE COURT:  How do you come across the podcasts?

21         PROSPECTIVE JUROR:  Just, like, Spotify.  I subscribe

22   to different news podcasts.

23         THE COURT:  Okay.  Did you watch any of the

24   January 6th congressional hearings?

25         PROSPECTIVE JUROR:  I didn't.

1          THE COURT:  Did you see any of the news accounts about

2     them?

3          PROSPECTIVE JUROR:  I mean, I'm sure I saw something,

4     nothing that really resonates, nothing that I specifically

5     remember, other than they were happening.

6          THE COURT:  All right.  Do you follow any of the court

7     cases about any of those?

8          PROSPECTIVE JUROR:  I didn't follow any specific court

9     cases.

10          THE COURT:  I take it you don't have any problem

11     reading, speaking, or understanding English language?

12          PROSPECTIVE JUROR:  Nope.  I'm fine.

13          THE COURT:  You don't have any trouble seeing or

14     hearing?

15          PROSPECTIVE JUROR:  None at all.

16          THE COURT:  The one thing I want to go over with you,

17     we talked a little in the opening session about, is as we start

18     the trial, we presume the defendant is -- each defendant is

19     innocent, of course.  The government has to prove them, beyond

20     a reasonable doubt, guilty of committing what they are charged

21     with here, with evidence in this courtroom.

22          So whatever you have seen or heard, or what you saw

23     that day, is all totally irrelevant.  You need to put it out of

24     your mind and decide the case just on what you see in this

25     courtroom.  Any reason you couldn't do that fairly and

1    impartially?

2           PROSPECTIVE JUROR:  No reason at all.

3           THE COURT:  I'll ask the hardest question now.

4           If you're sitting over there where the defendants are

5    sitting, would you want somebody with your mindset sitting in

6    that jury box where you are now?

7           PROSPECTIVE JUROR:  Yeah, I think so.  I'm a fair

8    person, so I would want someone like me.

9           THE COURT:  You don't have your mind made up on

10   anything?

11          PROSPECTIVE JUROR:  Nothing related to this case.

12          THE COURT:  I mean about this case.

13          PROSPECTIVE JUROR:  Nothing about this case.

14          THE COURT:  As we start, you could be a fair-minded

15   person and decide whether the government has really proven what

16   these guys did, if anything?

17          PROSPECTIVE JUROR:  Yes.

18          THE COURT:  We don't know as we start.  You don't

19   know.

20          PROSPECTIVE JUROR:  Correct.

21          THE COURT:  Any other questions counsel want to ask?

22       (Begin bench conference)

23          MR. PALLAS:  I have no questions, Your Honor.

24          MR. McWATERS:  None from the government, Your Honor.

25          MR. BARKET:  None from Mr. Barket.

1          (End bench conference)

2          THE COURT:  You sound like what we're looking for.

3  Thanks very much.

4          MR. PALLAS:  Question 35, I think is confusing.

5          THE COURT:  I think it is.  I don't think that's worth

6  asking when they have responded to a lot of questions.  If you

7  take it literally, you would answer yes.

8          MR. PALLAS:  Right.

9          THE COURT:  So I think it's poorly worded probably.

10          MR. PALLAS:  I think that was part of the confusion I

11  had earlier and I noticed now over lunch.

12          DEPUTY CLERK:  Juror 1934.

13          THE COURT:  From the brief description of the case,

14  you thought you might have heard something about the case?

15          PROSPECTIVE JUROR:  Yes.

16          THE COURT:  Pull the microphone up, would you?

17          PROSPECTIVE JUROR:  Yes.

18          THE COURT:  What do you think you know?

19          PROSPECTIVE JUROR:  On television.

20          THE COURT:  I'm sorry.

21          PROSPECTIVE JUROR:  On television.

22          THE COURT:  On television.  What do you think you saw

23  on TV about it?

24          PROSPECTIVE JUROR:  I don't know exactly which one it

25  is, but a lot of people were doing violent acts on television.

```
1              MR. PALLAS:  Sorry, Your Honor.  I can't hear her.

2              THE COURT:  Could you repeat that?

3              PROSPECTIVE JUROR:  I said that it was a violent act

4    for the Capitol that day, January the 6th.

5              THE COURT:  Okay.

6              PROSPECTIVE JUROR:  There was a lot of people that was

7    breaking in there, doing a lot of things.

8              THE COURT:  But you don't know whether that was these

9    defendants or who that involved?

10             PROSPECTIVE JUROR:  Exactly.  I don't know if it was

11   those defendants or not because I didn't see their faces.  So I

12   don't know who is who.

13             THE COURT:  Okay.  And then there's a question about

14   whether you or a family member or close friend has a pending

15   application for employment with the U.S. Attorney's Office or

16   Prosecutor's Office or Public Defender Office.

17             PROSPECTIVE JUROR:  No.

18             THE COURT:  You checked "yes" to that.

19             PROSPECTIVE JUROR:  Oh, I didn't mean to check that.

20   No.

21             THE COURT:  Okay.  The next question was have you or a

22   family member or close friend ever been arrested for or

23   convicted of or charged with a crime.

24             PROSPECTIVE JUROR:  Do I know anyone?

25             THE COURT:  No.  You or a family member or close
```

1    friend.

2              PROSPECTIVE JUROR:  No.

3              THE COURT:  What was your juror number again?

4              PROSPECTIVE JUROR:  Twelve.

5              THE COURT:  Oh, I have the wrong juror number.

6              PROSPECTIVE JUROR:  Okay.

7              THE COURT:  You're 712?

8              PROSPECTIVE JUROR:  I'm 1934.

9              THE COURT:  1934.  Oh, okay.

10             On question 20, if you or a family member or close

11   friend ever been a victim or witness to a crime.

12             PROSPECTIVE JUROR:  Yes.

13             THE COURT:  What was that?

14             PROSPECTIVE JUROR:  Well, no, I wasn't a witness

15   really.  Yeah.  Yes, I was.

16             THE COURT:  What was that?

17             PROSPECTIVE JUROR:  It was a robbery.

18             THE COURT:  How long ago was that?

19             PROSPECTIVE JUROR:  1990.

20             THE COURT:  Tell me a little more about it, if you

21   would.

22             PROSPECTIVE JUROR:  It was somebody broke into my

23   house and robbed us.

24             THE COURT:  Was anyone apprehended in that?

25             PROSPECTIVE JUROR:  Yes.

```
1              THE COURT:  Was that here in DC?
2              PROSPECTIVE JUROR:  Yes, it was in DC.
3              THE COURT:  What happened after they were apprehended?
4   What was the outcome?  Did they go to trial?
5              PROSPECTIVE JUROR:  They went to jail.
6              THE COURT:  Okay.  Were they arrested by DC police?
7              PROSPECTIVE JUROR:  Yes.
8              THE COURT:  Did you have to testify at a trial?
9              PROSPECTIVE JUROR:  Yes.  I was the victim.
10             THE COURT:  What was the outcome?
11             PROSPECTIVE JUROR:  What do you mean?  Me and my
12  husband was the victim.
13             THE COURT:  Of the case?
14             PROSPECTIVE JUROR:  Yes.
15             THE COURT:  What eventually happened?
16             PROSPECTIVE JUROR:  My husband died, and I don't know
17  what else happened after that because I was shot.
18             THE COURT:  Your husband died unrelated to that
19  incident?
20             PROSPECTIVE JUROR:  No.  It was to that incident.  And
21  I was shot in that incident.
22             THE COURT:  And he was killed in that incident?
23             PROSPECTIVE JUROR:  Yes.
24             THE COURT:  Oh, I'm very sorry to hear that.
25             And you were also shot?
```

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  Did the person plead guilty?

3          PROSPECTIVE JUROR:  They went to jail.  I don't know.

4    I mean, they were gone to jail, that's all I know.

5          THE COURT:  Okay.  Did you have to testify in court

6    about it?

7          PROSPECTIVE JUROR:  Yes.  Yes, I did.

8          THE COURT:  Okay.  There's a question at the end of

9    this about anything else that would make it difficult for you

10   to sit here on this jury.  Tell me a little more about that

11   one.

12         PROSPECTIVE JUROR:  Well, right now my name has been

13   cyberbullied and a lot of people is going around stealing my

14   identity.  They are stealing my bank card.  They are stealing

15   my driver's license.  And all the people that's giving it to

16   them work for these places.  So right now, I'm trying to find

17   me a lawyer to stop this cyberbullying that's going on.

18         THE COURT:  Okay.  Let me speak to counsel.

19         PROSPECTIVE JUROR:  They're going online doing this.

20      (Begin bench conference)

21         THE COURT:  Any objection to releasing her?

22         MR. PALLAS:  No objection, Your Honor.

23         MS. ISAAK:  No objection.

24         MR. McWATERS:  None from the government, Your Honor.

25      (End bench conference)

```
 1              THE COURT:  Thank you very much for coming down.
 2              (Prospective juror 1934 excused.)
 3              THE COURT:  Move to 1824.
 4              DEPUTY CLERK:  Juror 1824.
 5              THE COURT:  We'll start with lawyers you know.
 6              PROSPECTIVE JUROR:  My uncle was a lawyer, and then my
 7   wife worked at an immigration office as an admin assistant in
 8   Georgia.
 9              THE COURT:  Your uncle do any criminal practice, do
10   you know?
11              PROSPECTIVE JUROR:  No.  He was family law, family and
12   estate law, I believe.
13              THE COURT:  And where was that?
14              PROSPECTIVE JUROR:  That was Arizona.
15              THE COURT:  Okay.  And where does your wife work?
16              PROSPECTIVE JUROR:  She doesn't anymore.  This was in
17   Atlanta a few years ago.
18              THE COURT:  Okay.  Did she do any criminal cases when
19   she was doing that, or just immigration law?
20              PROSPECTIVE JUROR:  Yeah.
21              THE COURT:  Okay.  And then was there some hardship
22   you wanted to raise?
23              PROSPECTIVE JUROR:  Well, I have a dentist appointment
24   tomorrow that I can reschedule.  There was a work trip planned
25   for next Monday through Thursday.  I was texting co-workers
```

1    during the break, and there is somebody that can go in my place

2    if I'm selected.  So that probably doesn't matter so much now.

3             THE COURT:  There's somebody that could go in your

4    place?

5             PROSPECTIVE JUROR:  Yes, sir.

6             THE COURT:  So that can get resolved?

7             PROSPECTIVE JUROR:  Yes.

8             THE COURT:  Okay.  And you, a member of your immediate

9    family, or close friend live in or work near the Capitol?

10            PROSPECTIVE JUROR:  I live in Eastern Market, which is

11    about a half mile southeast of the Capitol.

12            THE COURT:  You or close member of your family or

13    friends were present at or near the Capitol January 6th?

14            PROSPECTIVE JUROR:  We were at home that day.

15            THE COURT:  And then you saw the thing live on TV that

16    day?

17            PROSPECTIVE JUROR:  Yeah.

18            THE COURT:  Because you were home that day?

19            PROSPECTIVE JUROR:  We were home that day.

20            THE COURT:  Tell us about what you remember about what

21    you saw on TV.

22            PROSPECTIVE JUROR:  My supervisor mentioned it.  I was

23    on a call with my supervisor.  He just kind of mentioned what

24    was going on.  I wasn't watching TV.  I was on the internet,

25    just kind of following updates throughout the day.  And I could

1    hear the sirens and, like, the PA system at the Capitol, so

2    kind of keeping note of it, trying to get my work done during

3    the day, but obviously aware it was going on.

4              THE COURT:  Right.  Okay.  What did you observe?

5              PROSPECTIVE JUROR:  I remember crowds of people, the

6    pictures of the crowds of people in the -- I can't remember if

7    it was the House or Senate Chamber, but I remember seeing those

8    pictures and seeing the pictures of just the swarms of people

9    around the Capitol.

10             I remember the pictures of the people inside the

11   chambers.  There was the guy carrying the podium and the, you

12   know, swarms of people around the building.  I think a lot of

13   those iconic pictures that made the news that day.

14             THE COURT:  Okay.  Have you followed news coverage

15   since then?

16             PROSPECTIVE JUROR:  I read, typically, the first page

17   of *The Washington Post*, and so anything that comes up on there

18   I at least see the headline.

19             When the -- I think this was one of the other

20   questions.  When the House January 6th Committee did their

21   hearings, I listened to some of the sessions.  I don't think I

22   was able to hear all of them, but curious observer.

23             THE COURT:  Okay.  Did you watch the hearings

24   themselves, or just news clips?

25             PROSPECTIVE JUROR:  I think I watched at least one or

1    two of the sessions.  If I remember right, it took place over a

2    couple of weeks.  So I don't think I heard everything, but I

3    did listen to at least one or two of the sessions, I believe.

4            THE COURT:  Did you follow any of the court cases as

5    they were going on?

6            PROSPECTIVE JUROR:  I did not, no.

7            THE COURT:  What's your normal news sources?

8            PROSPECTIVE JUROR:  *Washington Post* is probably the

9    main one, and whatever my Google feed pops up.

10           THE COURT:  And Google feed?

11           PROSPECTIVE JUROR:  Yeah, exactly.  So I mean, that

12   aggregate from -- you know, from Fox, from CNN, *New York Times*,

13   whatever I think will have something that will interest me.

14           THE COURT:  Now, the one thing I do want to go over

15   with you, you said yes to this, but I want to go over with you

16   that we talked a little this morning about that, as we start

17   the trial, we're going to presume the defendants are innocent.

18   The government has to come in here and prove beyond a

19   reasonable doubt that they're guilty of what they're being

20   charged with.

21           You don't have any problem with that?

22           PROSPECTIVE JUROR:  No, sir.

23           THE COURT:  Any reason you couldn't be fair and

24   impartial in deciding whether the government can really prove

25   that?

1          PROSPECTIVE JUROR:  No, sir.

2          THE COURT:  Because as we start, you don't know what

3     these defendants did, if they did anything unlawful that day.

4          PROSPECTIVE JUROR:  That's right, blank slate.

5          THE COURT:  You can accord them the presumption of

6     innocence they're entitled to?  You can hold the government to

7     their burden of proof?  The government has got to prove them in

8     this courtroom, with evidence in this courtroom, not on

9     anything you saw on TV or read about or anything else, but

10    evidence in this courtroom.

11         Then I'm going to ask you the hardest question.  If

12    you're sitting over there where the defendant is sitting, would

13    you want somebody with your mindset sitting on that jury?

14         PROSPECTIVE JUROR:  Yes, sir.

15         THE COURT:  Because you could be fair and impartial,

16    decide this case just on what you see in this courtroom?

17         PROSPECTIVE JUROR:  This is the box.  Everything in

18    this box counts.  Everything outside doesn't count.  That's

19    right.

20         THE COURT:  And you'd want somebody with your mindset

21    on that jury?

22         PROSPECTIVE JUROR:  Yes.

23         THE COURT:  That's a hard question when you think

24    about it.  Let me talk to counsel.

25       (Begin bench conference)

1          THE COURT:  Any other questions?

2          MR. BARKET:  I have a question.  I want to make sure

3    that by not going on that work trip, he's not foregoing

4    overtime, he's not losing money by sitting in here.

5          THE COURT:  Okay.  Anything else?

6          MR. PALLAS:  I was concerned about that too, because I

7    know always when you work under a deadline, if you don't meet

8    it, you try -- there's that added stress.  So I think maybe

9    clear that up would be good.

10       (End bench conference)

11         THE COURT:  I take it rearranging your schedule next

12   week won't cause you any money -- losing that work trip, you're

13   not going to have any adverse consequences?

14         PROSPECTIVE JUROR:  No.  I'll be fine.

15         THE COURT:  Thanks very much.

16         DEPUTY CLERK:  0883.

17         THE COURT:  You were asked, is there anything about

18   the nature of the charges that make it difficult for you to

19   render a fair and impartial verdict, and you said yes.  What do

20   you have in mind there?

21         PROSPECTIVE JUROR:  Yes, sir.  If I understood you

22   when you were speaking, you said one of the defendants was

23   charged with interfering with the electoral process.  Is that

24   right?

25         THE COURT:  Yes.

1          PROSPECTIVE JUROR:  Of course, I'm not a lawyer, but

2     the thing that bothers me is why that person wouldn't be

3     charged with a crime such as insurrection or treason.  Again,

4     I'm not a lawyer, but that's something that certainly enters my

5     mind.

6          THE COURT:  Well, the government has decided he did

7     not meet the criteria for those, so that's all I can say.

8          PROSPECTIVE JUROR:  No, no.  And I -- obviously, I'm

9     not a lawyer.  But that was the question, and that's something

10    that entered my mind, yes, sir.

11         THE COURT:  Okay.  All right.  Let me go through the

12    other questions, then.

13         You also had an answer regarding lawyers that you

14    know.

15         PROSPECTIVE JUROR:  Yes, sir.  My sister is a judge.

16    She was actually a defense attorney, public defender, and then

17    she was a prosecutor, and now she's a judge in Virginia,

18    Stafford County.

19         THE COURT:  She's a state judge?

20         PROSPECTIVE JUROR:  She's a state judge, yes, sir.

21         THE COURT:  Where was she a defense attorney?

22         PROSPECTIVE JUROR:  She was a defense attorney in

23    Charleston, West Virginia, and a prosecutor in Stafford County,

24    where she is now a judge.  And I actually worked for a law firm

25    many, many, many years ago, doing toxic tort litigation.

1          THE COURT:  Okay.

2          PROSPECTIVE JUROR:  That was 30 years ago.

3          THE COURT:  Did you have a background in law, too?

4          PROSPECTIVE JUROR:  In government politics, yes, sir.

5          THE COURT:  Okay.  What are you doing now?

6          PROSPECTIVE JUROR:  I'm an economist with the federal

7   government.

8          THE COURT:  Where do you work?

9          PROSPECTIVE JUROR:  For the Department of Commerce.

10          THE COURT:  Okay.  And what lawyers did you have

11   besides your sister?  I missed the first part.

12          PROSPECTIVE JUROR:  I'm not sure if was part of the

13   question.  I was actually a witness for the prosecution for the

14   first Bob Menendez trial, and I worked extensively with the

15   government prosecutors on that in 2017.

16          THE COURT:  You were just a witness?

17          PROSPECTIVE JUROR:  Yes, sir, I was just a witness.

18          THE COURT:  Okay.  That ended in a hung jury and then

19   he wasn't retried, right?

20          PROSPECTIVE JUROR:  Yes, sir.  And now it's leading to

21   something else, apparently.

22          THE COURT:  And then you or a family member or close

23   friend worked with prosecution or law enforcement?

24          PROSPECTIVE JUROR:  Yes, sir.  So that trial as well,

25   and in my capacity as an economist, I work closely with CBP.  I

1    do trade.  I do exports, trade with the Department of Commerce.

2    So we work closely with CBP.

3              I'm not sure if that's the question that related.

4              THE COURT:  Yeah.  Okay.  Work closely with who?

5              PROSPECTIVE JUROR:  CBP, Custom and Border Protection.

6              THE COURT:  But not the FBI?

7              PROSPECTIVE JUROR:  No, sir.

8              THE COURT:  And Menendez, was that FBI you worked

9    with?

10              PROSPECTIVE JUROR:  I dealt mostly with the government

11    prosecutors, but I'm sure there was FBI folks there.

12              THE COURT:  But mostly, you were working with the

13    prosecutors directly?

14              PROSPECTIVE JUROR:  Yes, sir, with the prosecutors, in

15    New Jersey.

16              THE COURT:  Okay.  And how about the other side of

17    that, your family member or close friend doing defense work,

18    that's your sister at one point?

19              PROSPECTIVE JUROR:  Yes.

20              THE COURT:  And who else?

21              PROSPECTIVE JUROR:  Just my sister.

22              THE COURT:  Okay.

23              PROSPECTIVE JUROR:  My brother-in-law does defense

24    work, but he's a Virginia state trooper.

25              THE COURT:  He's a trooper?

1          PROSPECTIVE JUROR:  Virginia state trooper, yes, sir.

2          THE COURT:  Is he still doing that?

3          PROSPECTIVE JUROR:  He actually works in Richmond now.

4     I think he does more liaison work, but he's still a trooper.

5          THE COURT:  Okay.  And then you or a close member of

6     your family or close friend a victim or a witness to a crime?

7          PROSPECTIVE JUROR:  I think -- and I was referring to

8     the Menendez trial, but I guess he was not --

9          THE COURT:  You were a witness?

10          PROSPECTIVE JUROR:  I was a witness.  But he was not

11     found guilty, so I guess technically that's not a crime.

12          THE COURT:  Okay.  And then you have been on a jury

13     before, or grand jury?

14          PROSPECTIVE JUROR:  DC, DC petit jury.

15          THE COURT:  On the petit jury.  How long ago was that?

16          PROSPECTIVE JUROR:  Maybe 2012.  12 years ago,

17     13 years ago.

18          THE COURT:  What kind of a case was it?

19          PROSPECTIVE JUROR:  It was a case involving -- this

20     was a gun and weapons.  A warrant was being served to a house,

21     and an individual that the warrant was not being served on was

22     in the house.  The police asked if he had a weapon.  He said

23     there was one in the closet, if I remember correctly.  It's

24     been a while ago.  He said there was one in the closet, and the

25     trial concerned, was the gun within reach, the gun was not

1    registered, and there was also ammunition as well.  And I

2    believe he was found guilty on everything except for the weapon

3    being within reach.

4             THE COURT:  Okay.  How long did the trial go?

5             PROSPECTIVE JUROR:  It was three or four days.

6             THE COURT:  The jury reached a verdict?

7             PROSPECTIVE JUROR:  Yes, sir.

8             THE COURT:  Anything about that experience have any

9    effect on your ability to be a fair juror here, do you think?

10            PROSPECTIVE JUROR:  Not that one, no, sir.

11            THE COURT:  Regarding scheduling, there was some

12   question you had about whether there would be a hardship.

13            PROSPECTIVE JUROR:  Yes, sir.  I have travel after my

14   two weeks.  So if the trial was to end before my two-week

15   period, that's not a problem.  I have travel on the 19th of

16   June.

17            THE COURT:  Okay.  We're scheduled to be sure we'll be

18   gone by then, one way or another.  Or my next trial will be in

19   big trouble.

20            PROSPECTIVE JUROR:  Understood.

21            THE COURT:  And then you or friends live or work

22   near -- in or near the Capitol?

23            PROSPECTIVE JUROR:  Yes, sir.  I have some friends

24   that run a diner at Fifth and East Capitol.

25            THE COURT:  Okay.  And then you or family or friends

1    were present or near the Capitol or at the Capitol on

2    January 6th?

3             PROSPECTIVE JUROR:  So I was referring to my friends

4    that live at Fifth and East Capitol.  I also own some property

5    on the Hill, but I was not present at the Capitol.

6             THE COURT:  And then you saw the events live that day,

7    though?

8             PROSPECTIVE JUROR:  Yes, sir.

9             THE COURT:  Where were you?

10            PROSPECTIVE JUROR:  At home.

11            THE COURT:  Where is your home?

12            PROSPECTIVE JUROR:  I live in Takoma, on the DC side

13    of Takoma.

14            THE COURT:  Tell us about what you saw that day.

15            PROSPECTIVE JUROR:  I saw people trying to invade our

16    Capitol building.  I saw violence and horrible acts and things

17    I would never expect to see in my own country.  I was

18    horrified.  That's what I saw.

19            THE COURT:  To what extent have you followed things in

20    the news since then, and what's your normal news source?

21            PROSPECTIVE JUROR:  Usually on my phone, so CNN,

22    sometimes *The Washington Post* news feeds, just general news

23    feeds, and then, of course, television news in the morning

24    sometimes.

25            THE COURT:  What TV news do you watch?

```
 1              PROSPECTIVE JUROR:  Which channels?  NBC usually,
 2    Channel 4.  Yeah, mostly that for news.
 3              THE COURT:  Okay.  To what extent have you been
 4    following the news since then on this?
 5              PROSPECTIVE JUROR:  Just not purposefully seeking it
 6    out, but just as it appears in the news feed or on television
 7    or something like that.
 8              THE COURT:  Did you watch any of the congressional
 9    hearings on this?
10              PROSPECTIVE JUROR:  I watched snippets.  I didn't
11    watch CSPAN.  I didn't watch the lengthy versions, but snippets
12    of it, usually on the news.
13              THE COURT:  Did you follow any of the court cases?
14              PROSPECTIVE JUROR:  Not any more than headlines and
15    things in the news.
16              THE COURT:  In the news?
17              PROSPECTIVE JUROR:  Yes, sir.
18              THE COURT:  Okay.  You were asked, do you have any
19    strong feelings or opinions about the events that took place
20    that make it difficult for you to serve, and you said yes.
21    Tell me a little more about that.
22              PROSPECTIVE JUROR:  I think that's my response to
23    question number two, was more of what I was referring to.  I
24    would like to think I could be impartial, but I certainly have
25    strong feelings, definitely.
```

1          THE COURT:  What are your feelings?

2          PROSPECTIVE JUROR:  That people that are convicted of

3    these crimes probably deserve harsher sentences than I have

4    been reading that they're getting.

5          THE COURT:  Okay.

6          PROSPECTIVE JUROR:  If they're found guilty, of

7    course.

8          THE COURT:  You were also asked, do you have strong

9    feelings about persons who do not accept the validity of the

10   results of the 2020 presidential election that would affect

11   your ability to be a fair and impartial juror, and you said

12   yes.  Tell me a little more about that one.

13         PROSPECTIVE JUROR:  I think it's more of a yes to the

14   first part.  I would like to hope I can be impartial to the

15   second part of that question, but yes, I certainly have strong

16   feelings for people that did not accept the results of the

17   election.

18         THE COURT:  Okay.

19         PROSPECTIVE JUROR:  Especially -- well, never mind.

20         THE COURT:  When you say you hope you could be

21   impartial, tell me a little more about that.

22         PROSPECTIVE JUROR:  I would like to hope to be

23   impartial.  That's kind of the ideal of an American, to try to

24   weigh the evidence as impartially as possible.  But in such a

25   case as this, it may be very difficult.  This is unprecedented

1    in our country, unprecedented, and it would be very, very

2    difficult, I think, for me to not have those thoughts and

3    feelings enter into a decision, in all honesty.

4         THE COURT:  Okay.  I appreciate your honesty.

5      (Begin bench conference)

6         MR. BARKET:  This is Dylan Barket for Defendant Purdy.

7    I would, obviously, move to strike for cause.  He referred --

8         THE COURT:  It's granted.

9         MR. BARKET:  Thank you.

10     (End bench conference)

11        THE COURT:  Thank you very much, sir.

12        (Prospective juror 0883 excused.)

13        THE COURT:  I'm not going to spend all day trying to

14    rehabilitate somebody like that.

15        MR. PALLAS:  He wants more serious charges than the

16    government brought.

17        DEPUTY CLERK:  Juror 1007.

18        THE COURT:  On the questionnaire you were asked, is

19    there anything about the nature of the charges that would make

20    it difficult for you to render a fair and impartial verdict,

21    and you said yes.  Tell me a little more about that.

22        PROSPECTIVE JUROR:  I believe it would be hard for me

23    to grapple with implications of physical violence in a building

24    that's important to me as somebody who was born in DC and has

25    grown up in DC, and I don't know that there is a quantitative

or rational explanation for that.  It's just something I feel

and wanted to express in the answer.

THE COURT:  Okay.  Tell me a little more about that.

PROSPECTIVE JUROR:  Might be a proximity thing.  I

lived in Mount Pleasant in 2021 and saw the police cars going

on January 6th and imagined some of them not being able to come

back because the officers were injured or hurt, or I believe

there was some fatalities as well.  And so I think those

memories are especially top of mind for me, and I can imagine

that being hard, as you said, to separate from evidence

exclusively presented in the courtroom.

THE COURT:  Okay.  May I speak to counsel?

(Begin bench conference)

MR. BARKET:  This is John Barket.  Move to strike for

cause.

THE COURT:  Granted.

(End bench conference)

THE COURT:  Thank you very much for your honesty.

DEPUTY CLERK:  Juror 1428.

THE COURT:  You know someone with a connection to law

enforcement?

PROSPECTIVE JUROR:  Yes.  I have a cousin who is

married to a state trooper in New Hampshire.

THE COURT:  And where does your cousin live, in

New Hampshire, too?

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  Does that have any effect on your ability

3    to be a fair juror here?

4          PROSPECTIVE JUROR:  I don't think so, no.

5          THE COURT:  Okay.  And then you've seen video of what

6    happened at January 6th.  You didn't see it that day, I take

7    it?

8          PROSPECTIVE JUROR:  I didn't, no, not that day, but I

9    saw plenty online after.

10         THE COURT:  Where were you that day?

11         PROSPECTIVE JUROR:  I believe I was working.  I was in

12   undergraduate, but I was working, like, during COVID.  I wasn't

13   on campus, so I was just working at a store.

14         THE COURT:  To what extent have you followed news

15   coverage of that since then?

16         PROSPECTIVE JUROR:  I have seen stuff on, you know,

17   like, Twitter and Instagram, so on social media as the accounts

18   I follow have posted stuff about it, but I don't watch a lot of

19   TV and news coverage.

20         THE COURT:  Okay.  Did you watch any of the

21   congressional hearings about it?

22         PROSPECTIVE JUROR:  I don't think at the time, but I

23   have seen clips of them and certainly seen discourse on social

24   media, like, after the fact.

25         THE COURT:  All right.  Okay.  What social media do

1    you usually look at?

2            PROSPECTIVE JUROR:  Twitter sometimes, Reddit,

3    Instagram, and Facebook.

4            THE COURT:  Okay.  Do you take the *Post* or any regular

5    newspaper, or do you see any regular papers?

6            PROSPECTIVE JUROR:  Just like *The Washington Post* on

7    social media.  Like, *The Washington Post*, I follow.

8            THE COURT:  I want to go through in a little more

9    detail the procedure we were talking about this morning.

10           As we start the trial, we presume each defendant is

11   innocent.  The government has to come in and prove beyond a

12   reasonable doubt what they did and if they did something that

13   actually violates the law.  You have to decide the case just on

14   the evidence you see here in this courtroom, not anything you

15   have read in the *Post* or online or social media.  Any problem

16   with doing it that way and trying to set aside whatever you

17   have heard outside this courtroom?

18           PROSPECTIVE JUROR:  Genuinely, I'm not sure.  I think

19   that was one of the questions I couldn't answer yes to.  I

20   think I feared for my safety after those events that day, and

21   that is one thing that might hold me back from potentially

22   being impartial to just the things that are presented in this

23   room.

24           THE COURT:  Okay.  Tell me a little more about that.

25           PROSPECTIVE JUROR:  Sure.  I think -- truthfully, I

1  don't know.  You know, I think it's hard to sit here and feel

2  like I'll be impartial to just what is said in this room

3  because I think a lot of the video and the discourse of the

4  physical safety and the political safety of people in the

5  country was a big concern to me after the events of that day.

6          THE COURT:  Okay.  How do you think that would affect

7  you as a member of the jury?

8          PROSPECTIVE JUROR:  Because I think if evidence and --

9  I think if physical and political safety things weren't

10  explicitly discussed in the context of the case that occurs in

11  these walls, I think I would still have it in the back of my

12  mind.  If it wasn't discussed here, I would probably still

13  think about the safety of myself and others that I feared for

14  after that day.

15          THE COURT:  And how would that affect you?  I'm not

16  sure I'm understanding how that would affect you.  You mean --

17  it would make you afraid to vote one way or the other, you

18  mean?

19          PROSPECTIVE JUROR:  Like, if -- I think that maybe I

20  couldn't be completely impartial to the innocent until proven

21  guilty, maybe.

22          THE COURT:  Okay.

23      (Begin bench conference)

24          MR. PALLAS:  Judge, no sense trying to rehabilitate

25  her.  I move for cause.

1          THE COURT:  I don't even know for sure what she's

2    saying.

3          MR. PALLAS:  She's saying she's basically afraid from

4    what she's seen, and upon that, she just can't be fair, she

5    cannot presume them innocent until guilty.

6          THE COURT:  I guess that's what she's saying.

7          MR. PALLAS:  Yes.

8          MS. ISAAK:  It sounds like to me unless we discuss the

9    physical and political aspects of it, she doesn't think she can

10   be impartial.

11         MR. McWATERS:  Your Honor, I think her answers have

12   been a little confusing.  I agree with you.  I think, like,

13   asking her a direct question, would you be able to limit your

14   deliberations and considerations to what you hear in this

15   courtroom to determine innocence or guilt, a straightforward

16   question like that might give us all the answer we're looking

17   for.

18         MR. PALLAS:  She has already answered that.  She said

19   it three or four times, that even then, the political safety

20   and physical safety would prevent her from presuming them

21   innocent.

22         THE COURT:  At this point, it won't help.

23      (End bench conference)

24         THE COURT:  Thank you very much.

25            (Prospective juror 1428 excused.)

1          DEPUTY CLERK:  Juror 0300.

2          THE COURT:  Good afternoon.  You know someone who is a

3    lawyer?

4          PROSPECTIVE JUROR:  Yes, sir.

5          THE COURT:  Okay.  Who is it?

6          PROSPECTIVE JUROR:  He's my cousin.

7          THE COURT:  Where does he or she practice?

8          PROSPECTIVE JUROR:  She practices in the

9    Dominican Republic.

10          THE COURT:  Does she do criminal work, do you know?

11          PROSPECTIVE JUROR:  Yes.

12          THE COURT:  Do you ever talk to her about her

13    practice?

14          PROSPECTIVE JUROR:  No.

15          THE COURT:  Have any effect on your ability to be a

16    fair juror here, do you think?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  Anyone else?

19          PROSPECTIVE JUROR:  No.

20          THE COURT:  And you know someone in law enforcement?

21          PROSPECTIVE JUROR:  Yes.

22          THE COURT:  Who is that?

23          PROSPECTIVE JUROR:  My half-brother.

24          THE COURT:  Where does he work?

25          PROSPECTIVE JUROR:  NYPD.  In New York.

1        THE COURT:  He's a uniformed officer?

2        PROSPECTIVE JUROR:  Yes.

3        THE COURT:  How long has he been there?

4        PROSPECTIVE JUROR:  Twenty-seven years.

5        THE COURT:  Oh, wow.

6        PROSPECTIVE JUROR:  Yes.

7        THE COURT:  Do you ever talk to him about his

8   employment?

9        PROSPECTIVE JUROR:  Yes.

10        THE COURT:  What does he tell you?

11        PROSPECTIVE JUROR:  A lot.  It's hard.  It's very

12   hard.  And sometimes he will come home and just debrief on his

13   day.  Yeah, sometimes affects him, but he likes it.

14        THE COURT:  Okay.  His employment there have any

15   effect on your ability to be a fair juror, do you think?

16        PROSPECTIVE JUROR:  I think about it, but I don't

17   know.

18        THE COURT:  Okay.  Could you get through this trial

19   without talking to him about it?

20        PROSPECTIVE JUROR:  No, because he's in the know.

21        THE COURT:  If I tell you not to talk to him until the

22   trial is over, you can do that?

23        PROSPECTIVE JUROR:  Yes.

24        THE COURT:  Okay.  Because I don't want you to have

25   any outside influence -- I don't want you to have any outside

1  influence until the trial is over.  So would that be okay not

2  to talk to him until the trial is over?

3              PROSPECTIVE JUROR:  Yes, sir.

4              THE COURT:  Because he might have some strong views

5  about it.

6              PROSPECTIVE JUROR:  Okay.

7              THE COURT:  Do you or a member of your immediate

8  family or close friends live or work near the Capitol?

9              PROSPECTIVE JUROR:  Yes, my brother-in-law.

10             THE COURT:  Where does he live or work?

11             PROSPECTIVE JUROR:  He lives in Maryland, but he works

12 in the Capitol.

13             THE COURT:  What does he do?

14             PROSPECTIVE JUROR:  He's maintenance.

15             THE COURT:  Okay.  Does he work at the Capitol too, or

16 just lives there?

17             PROSPECTIVE JUROR:  Yes.

18             THE COURT:  He works there?

19             PROSPECTIVE JUROR:  Just work.

20             THE COURT:  Was he at work that day, or do you know?

21             PROSPECTIVE JUROR:  They called him not to go to work

22 that day because of the incident.

23             THE COURT:  And then were you watching TV that day?

24             PROSPECTIVE JUROR:  Yes.

25             THE COURT:  Where were you?

1                PROSPECTIVE JUROR:  At home.

2                THE COURT:  Okay.  And then tell us about what you saw

3    that day.

4                PROSPECTIVE JUROR:  It was a lot of chaos.  I didn't

5    go out for a couple of days, neither was my daughter, because

6    she was, like, afraid.

7                THE COURT:  Okay.  And then how much have you followed

8    the news since then?

9                PROSPECTIVE JUROR:  Just once or twice.  I decided not

10   to.

11               THE COURT:  Okay.  What's your news source usually?

12   Do you take the *Post* or you watch TV news, or what's your

13   usual?

14               PROSPECTIVE JUROR:  Fox 5.

15               THE COURT:  Did you watch any of the congressional

16   hearings on TV?

17               PROSPECTIVE JUROR:  No.

18               THE COURT:  Do you follow any of the court cases about

19   this?

20               PROSPECTIVE JUROR:  No.

21               THE COURT:  Okay.  When I talked this morning about

22   having the jury start with the presumption of innocence, that

23   each defendant we presume is innocent as we start the trial,

24   the government has to come in and prove him guilty with what

25   they're charging him with beyond a reasonable doubt, you don't

```
 1    have any problem with that?

 2              PROSPECTIVE JUROR:  No, sir.  No.

 3              THE COURT:  And the evidence has to be produced in

 4    this courtroom.  You have to decide just on what you see in

 5    this courtroom as to whether the government has proven them

 6    guilty beyond a reasonable doubt.  Any reason you couldn't

 7    decide that just on the evidence you see here at this trial?

 8              PROSPECTIVE JUROR:  No.

 9              THE COURT:  No reason you couldn't be fair and

10    impartial in deciding on what these defendants really did?

11              PROSPECTIVE JUROR:  No.

12              THE COURT:  Now I'm going to ask you the hardest

13    question.  If you think about this, it's a hard question.

14              If you're sitting over there where the defendants are

15    sitting, would you want somebody on the jury that's thinking

16    like you're thinking, who says they can be fair and impartial?

17    Would you want you on that jury?

18              PROSPECTIVE JUROR:  Yes.

19              THE COURT:  You could be fair and impartial and be a

20    good juror?

21              PROSPECTIVE JUROR:  Yes.

22              THE COURT:  That's what we're looking for.  Let me

23    speak to counsel.

24        (Begin bench conference)

25              MR. PALLAS:  Yes, Your Honor.  Judge, I'm a little
```

1    concerned because she said she was very afraid and didn't go

2    out for a couple of days on January 6th.  That's pretty --

3    that's a pretty strong reaction.  That's number one.  And then

4    number two, the brother that's the police officer in New York,

5    it sounds like she talks to him almost daily and that she will

6    discuss it with him notwithstanding what Your Honor tells her.

7    So those are my concerns.

8            MR. BARKET:  This is Dylan Barket.  I would like you

9    to inquire a little more about the half-brother as well.  My

10   concern is, since she has such a close relationship with this

11   half-brother, she believes officers' testimony more than just

12   any regular person, she holds them to a higher standard, or

13   higher standard in her mind.  So I would like a little more

14   inquiry into that.

15           THE COURT:  I'll ask more about him.

16       (End bench conference)

17           THE COURT:  Because we're going to have officers

18   testifying here, tell us about your brother in New York.  He's

19   been a policeman forever, I guess.  Tell us a little more about

20   how often you see him and how much you talk with him and so on.

21           PROSPECTIVE JUROR:  The who?

22           THE COURT:  And how often you talk with him and so on.

23           PROSPECTIVE JUROR:  We are a close family.  We see

24   each other at least once a month.  We try to, the whole family,

25   once a month.  We either meet at my sister's house in

1  Philadelphia or in my house in DC.  We talk at least once or

2  twice a week, just to check in on each other.

3          THE COURT:  Okay.  The other thing I wanted to ask you

4  a little more about is, since you said you were afraid to leave

5  the house for a couple of days after the incident on

6  January 6th, tell us a little more about that.

7          PROSPECTIVE JUROR:  We were very scared, at least me.

8  I work in DC, but my daughter goes to school in DC, and it was

9  a little hard for -- at least for me, to be driving without,

10  you know, what's going to happen today, what's going to happen

11  tomorrow.  It was a little hard.

12          THE COURT:  Okay.  But you got over that?

13          PROSPECTIVE JUROR:  Yes.

14          THE COURT:  Okay.  And you can follow my direction

15  about not talking to your brother until the trial is over?

16          PROSPECTIVE JUROR:  Yes, sir.

17          THE COURT:  No problem with that?

18          PROSPECTIVE JUROR:  No.

19          THE COURT:  Thanks very much.

20      (Begin bench conference)

21          MR. BARKET:  Can you ask her, I mean just point-blank,

22  I mean, does she believe or trust police officers more than a

23  regular person just because her half-brother is a police

24  officer?  That's my concern, that she's going to hold an

25  officer in higher regard, trying to parallel to her brother,

1    saying this guy is an officer, my brother is an officer, he's

2    more trustworthy.

3          THE COURT:  I can't ask it that way, but I can ask a

4    question about law enforcement better.

5          MR. BARKET:  Okay.

6       (End bench conference)

7          THE COURT:  I'm going to ask you a question about law

8    enforcement officers generally.  You understand I'm going to

9    instruct the jury at the end that you have to treat the

10   testimony of law enforcement officers like any other witness.

11   Some tell the truth, some don't, like any other witness.  So

12   you have to look at what they're saying and consider it in

13   connection with all the testimony of all the other witnesses

14   who testified.

15         You happen to know a law enforcement officer that you

16   know very well, but that doesn't mean all law enforcement

17   officers are like your brother.  So you have to weigh carefully

18   the evidence of law enforcement officers, and they may not all

19   be like your brother.

20         So as we start this trial, do you have any problem

21   with following my instruction about you have to treat the law

22   enforcement officer's testimony just like any other witness?

23   Some tell the truth and some don't, just like any witness

24   would, and I'll give you an instruction on that at the end.

25   Have any problem with that?

95

1           PROSPECTIVE JUROR:  No.

2           THE COURT:  Okay.

3           PROSPECTIVE JUROR:  I know there's some good and some

4    bad.  Some are honest and some are not.  I know.

5           THE COURT:  Thank you very much.

6           Any challenge for cause?  You got a good special

7    instruction out of that.

8           MR. PALLAS:  For the record, I would still move to

9    challenge her for cause because of the fact that she doesn't

10   leave the house for over two days.  I mean, that's a pretty

11   extreme reaction.

12          THE COURT:  Okay.  That's denied.

13          MR. PALLAS:  Thank you.

14          THE COURT:  We'll go to the next, 2078.

15          DEPUTY CLERK:  Juror 2078.

16          THE COURT:  You were asked, is there anything about

17   the nature of the charges that would make it difficult for you

18   to render a fair and impartial verdict, and you said yes.  What

19   did you have in mind there?

20          PROSPECTIVE JUROR:  I mean, yeah, probably.

21   Especially as a person of color, I was just -- yeah, I don't

22   feel comfortable.

23          THE COURT:  Why is that?

24          PROSPECTIVE JUROR:  Well, because, like, the

25   January 6th, like, stuff that happened, I mean I watched it on

1    TV.  Like, it was a majority like -- I don't know.  I just

2    don't feel comfortable.  Yeah, I guess I can't give, like, an

3    in-depth answer, but I'm not 100 percent comfortable.

4            THE COURT:  What is it that makes you uncomfortable,

5    though?

6            PROSPECTIVE JUROR:  I mean, I guess nothing in

7    particular.  We could do the next question, I guess.

8            THE COURT:  Well, you have a question of whether you

9    could be fair, or what is it that you -- are you --

10            PROSPECTIVE JUROR:  That's okay.  No.  If need to be,

11    I can be.

12            THE COURT:  Well, the next one was:  The law provides

13    the defendant is presumed innocent.  The burden is on the

14    government to prove the defendant guilty of each element beyond

15    a reasonable doubt.  Defendant does not have to produce any

16    evidence at trial because he's not required to prove his

17    innocence, nor is the defendant required to prove any fact in

18    dispute.

19            That presumption continues through the trial unless

20    and until the government proves the defendant guilty beyond a

21    reasonable doubt.  Would you have any difficulty following this

22    principle?  And you said yes.  So why would you have

23    difficultly with that?

24            PROSPECTIVE JUROR:  I think I misunderstood that one.

25    Even you saying it right now, I'm not 100 percent sure what

1    that means.

2        THE COURT:  And the next one was similar.  You had

3    difficultly with it, too.

4        The next one was:  "Every defendant in a criminal case

5    has a right not to testify.  Our Constitution provides no

6    defendant can be compelled to testify.  If the defendant elects

7    not to testify, you must not draw any inference as to his guilt

8    from the decision.  Would you have any difficulty following

9    that?"  And you said yes.

10        PROSPECTIVE JUROR:  No, I wouldn't have any difficulty

11    following it.  I mean, if somebody wouldn't want to, like,

12    speak for themselves, I would probably assume they're guilty.

13        THE COURT:  Okay.  Let me speak to counsel.

14        (Begin bench conference)

15        MR. PALLAS:  Judge, there's no rehabilitating her,

16    Judge.  I think she's pretty clear that she's -- first, she

17    doesn't think -- she thinks these guys are all racists or

18    something.  And number two, can't give them the presumption of

19    innocence.  And number three, expects to hear them testify.

20    She says if they don't testify, they're guilty.  So three

21    strikes, Judge.  I move for cause.

22        MS. ISAAK:  This is Melissa Isaak.  She's being very

23    evasive.  When she's talking about her ability to be impartial,

24    she said when she was watching it on TV, it was a majority, and

25    she stopped.  It was a majority what?  A majority white?  A

```
 1    majority of while males?  She's being evasive, Judge, and I
 2    move to strike for cause.
 3            THE COURT:  It's granted.
 4        (End bench conference)
 5            THE COURT:  Okay.  Thank you very much.
 6            (Prospective juror 2078 excused.)
 7            DEPUTY CLERK:  Juror 0459.
 8            THE COURT:  You know someone in law enforcement?
 9            PROSPECTIVE JUROR:  Yes.  My brother actually works
10    for a police department in Birmingham, Alabama.
11            THE COURT:  Okay.  What does he do?  Is he a uniformed
12    officer?
13            PROSPECTIVE JUROR:  Yes.
14            THE COURT:  How long has he been doing that?
15            PROSPECTIVE JUROR:  That's a good question.  I should
16    know this information.  Probably about three-ish years.
17            THE COURT:  Okay.  How often do you see him?
18            PROSPECTIVE JUROR:  It's two or three times a year.
19            THE COURT:  His employment there have any effect on
20    your ability to be a fair juror here, do you think?
21            PROSPECTIVE JUROR:  I don't believe that.
22            THE COURT:  Okay.  Now, you indicated that you saw the
23    events on live TV January 6th?
24            PROSPECTIVE JUROR:  Correct.
25            THE COURT:  And where were you?
```

1              PROSPECTIVE JUROR:  I was in Birmingham, Alabama.

2              THE COURT:  Okay.  Were you living there then, or you

3     were visiting?

4              PROSPECTIVE JUROR:  Visiting.

5              THE COURT:  Okay.  And you were working here, living

6     here then, and you were just visiting down there at the time?

7              PROSPECTIVE JUROR:  Correct.

8              THE COURT:  Okay.  Tell me about what you saw.

9              PROSPECTIVE JUROR:  Well, it was kind of surreal for

10    me, because I had just left that earlier week.  So I was just

11    watching things on TV, like this is actually --

12             THE COURT:  Hold the mic up so everybody can hear you.

13             PROSPECTIVE JUROR:  Absolutely.  Sure.  Sorry about

14    that.

15             So I was watching it on TV.  I recently left DC to

16    visit my family in Birmingham, Alabama.  It was very surreal

17    for me to watch that because I had recently moved to DC and was

18    excited to be in the city.  So it was a little bit daunting for

19    me to have all of this in the city that I call home.  But,

20    yeah, it was just watching it on television, like I was

21    separated from it all.

22             THE COURT:  Okay.  To what extent have you followed

23    the news coverage of it since then?

24             PROSPECTIVE JUROR:  To what extent?  I mean, I have

25    all of the social medias.  I watch the news as much as I can.

1    But I don't have cable television, to be quite honest, so I

2    just get notifications on CNN, different other news outlets.

3    So I see what comes across my feed.  I don't really follow it

4    per se.

5             THE COURT:  What's your normal news that you get?  Do

6    you take the *Post* or do you get --

7             PROSPECTIVE JUROR:  I've seen it from *The Washington*

8    *Post*, from CNN, MSNBC.  Usually those.

9             THE COURT:  Okay.  Did you watch any of the

10   congressional hearings?

11            PROSPECTIVE JUROR:  No.

12            THE COURT:  You just saw news accounts of them?

13            PROSPECTIVE JUROR:  No.

14            THE COURT:  You didn't see that?  Okay.

15            Did you follow any of the court cases?

16            PROSPECTIVE JUROR:  Not particularly follow.  If it

17   came across, yes, I saw it, but I can't name anything and name

18   any verdicts or anything like that.

19            THE COURT:  Okay.  And you were just in Alabama a

20   short time and you came back?

21            PROSPECTIVE JUROR:  Correct.

22            THE COURT:  You were there on a trip because you're

23   working here still?

24            PROSPECTIVE JUROR:  Correct.

25            THE COURT:  And I want to go in more detail on that

1    question I talked a little bit about this morning.

2            As we start the trial, you don't have any problem with

3    the fact that I'm going to instruct the jury that we start with

4    presuming each defendant is innocent as we start the trial, the

5    government has to come in and prove in this courtroom evidence

6    that they committed the crimes they're charging them with, and

7    you can only decide that on evidence you see presented in this

8    courtroom?  You don't have any problem with that?

9            PROSPECTIVE JUROR:  No problem.

10           THE COURT:  You already answered on the questionnaire

11   that you could be fair and impartial.  Can you be fair and

12   impartial in making that decision, whether the evidence in this

13   courtroom shows that they committed the offenses before you

14   would vote to find them guilty?  You don't have any problem

15   with that?

16           PROSPECTIVE JUROR:  No problem at all.

17           THE COURT:  And I'm going to ask you the hardest

18   question.  If you think about this, this is the hardest

19   question.

20           If you sit over there where the defendant is sitting,

21   would you want somebody with your mindset sitting on that jury?

22           PROSPECTIVE JUROR:  Yes, absolutely.

23           THE COURT:  You would?

24           PROSPECTIVE JUROR:  I don't take this lightly.

25           THE COURT:  You don't?  You don't take it lightly?

1    Okay.  So your mindset is open-minded, you would decide this on

2    the evidence?

3              PROSPECTIVE JUROR:  Yes.

4              THE COURT:  And be fair and impartial?

5              PROSPECTIVE JUROR:  Correct.

6              THE COURT:  Decide if the government has really proven

7    these guys did what they are charged with, each one?

8              PROSPECTIVE JUROR:  Yes.

9              THE COURT:  I mean, one could be guilty and one could

10   be not guilty.  Depends on the evidence.  You can do that,

11   separate them out, even?

12             PROSPECTIVE JUROR:  I understand.

13             THE COURT:  Have any problem with that at all?  That's

14   the task of the jury here, decide each one individually whether

15   they did what the government is saying.

16             Let me speak to counsel.

17      (Begin bench conference)

18             MR. PALLAS:  Yes, Judge.  I'm just concerned because

19   she used some very impactful words.  She said it was surreal

20   and daunting, and, you know, it seems to me like she was

21   watching that from Alabama and it had a tremendous impact on

22   her.  And it almost seems like she's too eager to sit on this

23   jury, kind of in a sense that she can, you know, mete out

24   justice, and justice in her eyes is to find these people

25   guilty.

1          So, I mean, I'm going to have to -- unless you wanted

2    to ask some follow-up questions, I'm going to move to strike

3    her for cause based upon that -- those answers.

4          MR. BARKET:  This is Dylan Barket.  I'd like to ask

5    the same question like you asked the last juror.  She said her

6    brother is a police officer, and I'm always concerned when they

7    have close family police officer.

8          THE COURT:  Okay.

9       (End bench conference)

10          THE COURT:  Tell me a little bit about your brother

11    that's a police officer.

12          PROSPECTIVE JUROR:  Sure.  So he's my older brother, a

13    couple years older.  He's been in the military pretty much most

14    of his life, and then recently started working on the force.  I

15    mean, he's the eldest in our family and he has that kind of

16    authoritative mindset as well.  So, I mean, people respect him.

17    I respect him.  He loves what he does and he loves protecting

18    our community in various ways.  So I respect him highly for

19    what he does.

20          THE COURT:  Okay.  We'll have police officers

21    testifying here, but I'm going to give you an instruction in

22    connection with law enforcement testimony that we treat them

23    like any other witness.  Some tell the truth, some don't.  And

24    so although your brother, I'm sure you would always find

25    truthful, but some law enforcement officers don't always

1    comply, and so you have to treat a law enforcement officer's

2    testimony like any other witness.  You would look at what

3    they're saying compared to everything else in the record and

4    decide whether you credit their testimony or not?

5            Any problem with following that instruction --

6            PROSPECTIVE JUROR:  No, sir.

7            THE COURT:  -- if you were on the jury here?

8            You may have a situation where you have a very

9    trustworthy brother, but that may be unusual in the

10   circumstance, so you have to treat a law enforcement officer's

11   testimony, I'll tell the jury, like any other witness, and I'll

12   give you a special instruction about that.

13           But you wouldn't have any problem with following that?

14           PROSPECTIVE JUROR:  No problem.

15           THE COURT:  Thank you very much.

16       (Begin bench conference)

17           MR. BARKET:  I would move to strike her for cause as

18   well.  Just something about it, she just doesn't seem honest.

19           THE COURT:  That's denied.

20       (End bench conference)

21           DEPUTY CLERK:  Juror 1693.

22           THE COURT:  You have moral, social, political,

23   philosophical, religious, or other beliefs that interfere with

24   your ability to serve as a juror here?

25           PROSPECTIVE JUROR:  I would say more of a religious,

1    kind of sort of.

2          THE COURT:  Tell me a little more about it.

3          PROSPECTIVE JUROR:  Can you repeat that?

4          THE COURT:  Tell me a little more about it.

5          PROSPECTIVE JUROR:  I just don't really -- when I say,

6    like, religious moral, I don't really -- I just don't agree

7    with certain things, so I don't think I will be able to -- it

8    would kind of -- my answers or my reasoning may not be jury,

9    like, ways, I guess.  It won't fit because I just don't agree

10   with it.  Just mess up my thought process.

11         THE COURT:  In what sense?

12         PROSPECTIVE JUROR:  Mainly towards the court system,

13   so to speak, not towards, like, the defendant, but more towards

14   the court system.  I'm not really too fond of how things work,

15   so it might kind of favor the defendant in a way, if that makes

16   sense.

17         THE COURT:  So it would be hard for you to rule in

18   favor of the government?  Is that what that means?

19         PROSPECTIVE JUROR:  Yes.

20         THE COURT:  Okay.  Is there a reason why you say that?

21         PROSPECTIVE JUROR:  There's just things that I have

22   done research on or I came across that just, you know -- that

23   just might not -- I just may not agree with, you know, that

24   certain laws or just certain course of action.  So I just feel

25   like even I could feel like something is wrong, but it's just

1    like the foundation or the -- what's the word for it?  The

2    nature might not be as bad as the actual overall picture.

3              THE COURT:  Okay.  Let me speak to counsel.

4         (Begin bench conference)

5              MR. PALLAS:  This is George Pallas.  It looks like

6    someone in his family or him maybe had some kind of dealing

7    with the court system and, therefore, has that reluctance.  But

8    when you asked the question, is it difficult for him to agree

9    with the government, the answer is really, yeah, it should be,

10   because the government has that high burden, the highest burden

11   known to our legal system of beyond a reasonable doubt.  So it

12   should be difficult to rule for the government, and, you know,

13   it's healthy sometimes to distrust what the government

14   sometimes is putting out there, and that people should look

15   with a critical eye to what the government is doing.

16             So I think maybe some follow-up questions about what's

17   causing him to have that reluctance about the court system

18   itself might flesh that out, but I don't think right now he

19   should be challenged for cause.

20             THE COURT:  If you want me to waste time like that,

21   I'm going to remember that next time you want me to do some of

22   these things.

23             MR. PALLAS:  Well, Judge, I don't know.  I understand.

24   He was kind of evasive, so you don't have to if you don't feel

25   like it.  But I just thought, you know --

1          THE COURT:  He's discharged on the government's

2    motion.

3          MR. PALLAS:  Okay.

4          THE COURT:  Thank you very much for coming down.

5      (End bench conference)

6      (Prospective juror 1693 excused.)

7          THE COURT:  We'll take a short recess, ten minutes.

8      (Recessed from 2:53 p.m. to 3:09 p.m.)

9          THE COURT:  I have an interesting tidbit to pass to

10   counsel and the defendants.  If the defendants want to be in

11   custody through the trial, they can continue speaking to jurors

12   in the hallway.  The report that came to me was -- you can't

13   say anything to jurors.  Matthew Purdy having said hello and

14   speaking to jurors in the hallway is prohibited.  I made clear

15   to counsel, but counsel should have made clear to their

16   clients, there are to be no conversations to any juror under

17   any circumstances, say hello, good-bye, nothing else.  Under no

18   circumstances is there to be any conversation with any juror,

19   pass the time of day, to say hello or say anything to any juror

20   or prospective juror.

21          If you can't follow that simple instruction, I have a

22   way to make sure you don't have any contact with the jurors,

23   that's you'll be back here in the cell block until the end of

24   the trial.

25          I also understand that -- that was Gregory Purdy.

1          I also understand Matthew Purdy is now applying for a

2     passport.  Pretrial services notified me that normally there is

3     a condition that passports are not allowed.  I will add a

4     condition that passport will not be allowed.  So the passport

5     office will be notified to not issue a passport when somebody

6     is on pretrial release.  There's no really condition.  For some

7     reason, there wasn't a condition.  I didn't have this case

8     originally, but I will add a condition, no passport until the

9     conclusion of the proceedings.

10          MR. PALLAS:  Regarding the first matter, it's not

11     going to happen again.  There won't be any contact with any

12     jurors.  I know one actually asked Mr. Barket and I where the

13     cafeteria was.  I just pointed, but Mr. Barket, not having as

14     much experience, said, "Oh, it's down the hall."  But that was

15     the only contact we've ever had.  It won't happen again.

16          Judge, as far as the passport, I don't know anything

17     about it, but he should be allowed to apply for one, and then

18     if one is issued --

19          THE COURT:  He can apply for anything he wants to, but

20     I'm going to make sure one is not granted.

21          MR. PALLAS:  It will be surrendered to pretrial

22     services, like most people do, they surrender their travel

23     documents.  I don't know what plans he has for travel in the

24     future, but he's only charged with misdemeanors.

25          THE COURT:  I don't care what he's charged with.  I

1   don't grant passports for people that are pending in trials

2   before me.  I don't know why the judge who had this before

3   didn't do it, but I don't do it.

4           MR. PALLAS:  Understood, Judge.

5           THE COURT:  Okay.  I've got enough problems without

6   dealing with nonsense.  Get this trial underway.

7           MR. PALLAS:  What's that, problems with what?

8           THE COURT:  I have enough trouble without dealing with

9   nonsense trying to get this trial underway.  This is all

10  nonsense, and you know it.

11          MR. PALLAS:  Understood, Judge.

12          DEPUTY CLERK:  Juror 0213.

13          THE COURT:  Someone you know is a lawyer?

14          PROSPECTIVE JUROR:  Yes.  I work with many lawyers.

15          THE COURT:  I'm sorry?

16          PROSPECTIVE JUROR:  I work with many lawyers.

17          THE COURT:  Any of them have a criminal practice?

18          PROSPECTIVE JUROR:  No.

19          THE COURT:  Tell me about what kind of lawyers they

20  are.

21          PROSPECTIVE JUROR:  Mostly regulatory, energy.

22          THE COURT:  Okay.  What do you do?

23          PROSPECTIVE JUROR:  I'm a lobbyist.

24          THE COURT:  Are you at a firm?

25          PROSPECTIVE JUROR:  No.

1            THE COURT:  Okay.  And then how about law enforcement,

2   you have some --

3            PROSPECTIVE JUROR:  I have some friends in law

4   enforcement, both in Chicago, where I'm from originally, as

5   well as some of the agencies in DC.

6            THE COURT:  Tell me about some of them.

7            PROSPECTIVE JUROR:  I have a very good friend who is a

8   police officer in Chicago.  A very good friend of my father's

9   is a police officer in Chicago.  And, again, some folks in the

10  intelligence defense community.

11           THE COURT:  And the friend that's a police officer in

12  Chicago, is he a uniformed officer?

13           PROSPECTIVE JUROR:  Uniformed, yes, sir.

14           THE COURT:  And the one who is -- what's the other one

15  in Chicago?

16           PROSPECTIVE JUROR:  Both are uniformed.

17           THE COURT:  Okay.  You were asked about whether you

18  have strong opinions about either the prosecutors or criminal

19  defense attorneys in general or in connection with the

20  January 6th cases that might affect your ability to be fair to

21  both sides.  Tell me more about that one.

22           PROSPECTIVE JUROR:  I live at 10th and East Capitol in

23  Washington.  I was at home when the event occurred.  My

24  neighbors were both trapped in the Capitol during the event,

25  shall we say.  I was troubled, to say the least, by it.  I

1    could hear it from my house and was very dissatisfied to see it

2    happening, to say the least.

3            THE COURT:  Okay.  Tell me a little more about it.

4            PROSPECTIVE JUROR:  More about that day?  I'm sorry.

5    Was that a question?

6            So I was at home with my eight-year-old son.  He was

7    home from school, given the COVID restrictions.  We could hear

8    it from the house, checked the news.  We watched it on

9    television.  Obviously, the neighborhood was barricaded off for

10   several months after the event.

11           I also have a -- I wouldn't say a good friend, but a

12   friend who is a judge who has been involved in some of these

13   cases, and I am aware of the security precautions he's had to

14   take as a result of this.

15           THE COURT:  Who is your friend?

16           PROSPECTIVE JUROR:  Judge Mehta.

17           THE COURT:  You also had a question about strong

18   feelings about persons who did not accept the validity of the

19   results of the 2020 presidential election that would affect

20   your ability to be a fair and impartial juror.  Tell me about

21   that one.

22           PROSPECTIVE JUROR:  I feel like the evidence is fairly

23   clear, there was not a stolen election.  No one who has claimed

24   so, at least publicly, as far as I'm aware, has been able to

25   demonstrate any evidence to the contrary.  I think it's based

1    on claims that are provably untrue.

2          THE COURT:  How do you think that might affect you in

3    a case like this?

4          PROSPECTIVE JUROR:  Well, I think it was clear at the

5    time that those claims were untrue, and then to storm the

6    Capitol, to use the phrase, was clearly based on falsehoods in

7    an attempt to stop an election that was clearly not stolen.

8          THE COURT:  Let me speak to counsel.

9       (Begin bench conference)

10          MR. PALLAS:  George Pallas speaking.  I think he's

11   just -- he has too much preconceived notions about January 6th

12   that I don't think he'd be able to put that aside.

13          I would move for cause.

14          THE COURT:  That's sustained.

15       (End bench conference)

16          THE COURT:  Thanks very much for coming in.

17          (Prospective juror 0213 excused.)

18          DEPUTY CLERK:  Juror 1626.

19          THE COURT:  I just have a couple of follow-ups.

20          You saw the video of January 6th.  How did you come to

21   see it?  You didn't see it live that day?

22          PROSPECTIVE JUROR:  No, I did not.  I did on various

23   news sites.

24          THE COURT:  Okay.  Tell me about what you saw and then

25   when you saw it.

1          PROSPECTIVE JUROR:  Yes, Your Honor.  I would say the

2     evening of January 6th, after work had ended, I came home and I

3     saw in the *New York Times* and Fox News just different videos of

4     people headed to the Capitol.

5          THE COURT:  Where were you working then?

6          PROSPECTIVE JUROR:  I was working at an educational

7     consulting firm called EAB here in Washington, DC.

8          THE COURT:  Okay.  Were you at work that day?

9          PROSPECTIVE JUROR:  I was.

10          THE COURT:  What's your normal news source?

11          PROSPECTIVE JUROR:  I get my news in a couple of

12     different sources.  The newspaper, I get *The Washington Post*

13     delivered.  I subscribe to *the New York Times* online, and I

14     also check Fox News regularly.

15          THE COURT:  Do you watch TV news, too?

16          PROSPECTIVE JUROR:  I don't have TV news.

17          THE COURT:  What's -- that's your normal news source,

18     would be the *Post* and you get the *Times,* the $50 *Times* online?

19          PROSPECTIVE JUROR:  That's the one, Your Honor, yeah.

20          THE COURT:  To what extent have you followed the news,

21     then, about the January 6th since then?

22          PROSPECTIVE JUROR:  I'm embarrassed to say not

23     closely, Your Honor.

24          THE COURT:  Don't be embarrassed.  Sane people don't

25     necessarily follow it.

1           Did you watch any of the congressional hearings?

2           PROSPECTIVE JUROR:  No, Your Honor.

3           THE COURT:  Have you followed any of the court cases?

4           PROSPECTIVE JUROR:  No.

5           THE COURT:  Okay.  So you don't have any opinions

6    about any of it and you could set aside what you saw on videos

7    that day?

8           PROSPECTIVE JUROR:  I have no opinion and I certainly

9    could set aside.  It's been a while.

10          THE COURT:  Good.  You're the kind of guy we're

11   looking for, then.

12          PROSPECTIVE JUROR:  Okay.

13          THE COURT:  So if we go through, then, what happened,

14   what I was talking about this morning, we start with the

15   presumption I'll give you, that we presume the defendants are

16   innocent as we start the trial.  The government has to come in

17   and prove beyond a reasonable doubt that they are guilty of

18   what they have been charged with.

19          Any reason you couldn't be fair and impartial in

20   deciding what they really did and what they're charged with?

21          PROSPECTIVE JUROR:  No reason, Your Honor.

22          THE COURT:  Okay.  And then I'm going to ask you the

23   hardest question, then.

24          If you're sitting over there where one of these

25   defendants is sitting, and somebody like you, meaning you,

1  sitting in the jury, with your mindset, are you somebody you

2  would want sitting in that jury?

3           PROSPECTIVE JUROR:  I think so, Your Honor, yes.

4           THE COURT:  Because you have an open mind?

5           PROSPECTIVE JUROR:  I do have an open mind, yes.

6           THE COURT:  You could decide just on the evidence you

7  saw in this courtroom whether this defendant is really guilty

8  or not guilty?

9           PROSPECTIVE JUROR:  Yes, Your Honor.

10          THE COURT:  Just based on what you hear in this

11 courtroom?

12          PROSPECTIVE JUROR:  Absolutely.

13          THE COURT:  Set aside whatever you have heard or seen

14 or anything else?

15          PROSPECTIVE JUROR:  Yes.

16          THE COURT:  And follow my instructions on the law?

17          PROSPECTIVE JUROR:  Absolutely.

18          THE COURT:  Okay.  Let me talk to counsel.

19    (Begin bench conference)

20          MR. PALLAS:  George Pallas.  I see no basis to

21 challenge him for cause.

22          MR. BARKET:  I just would like to ask.  He said work

23 keeps him busy.  I want to know if this is going to impact him

24 financially if it does roll into next week.

25          (End bench conference.)

1          THE COURT:  If this trial rolls into next week, it

2     won't impact you financially?  You will be okay, I take it?

3          PROSPECTIVE JUROR:  I'll be fine, Your Honor.

4          THE COURT:  Thanks very much.

5          DEPUTY CLERK:  Juror 0254.

6          THE COURT:  I just have a few follow-up questions.

7          One was, you know some lawyers or a lawyer.  Who is

8     it?

9          PROSPECTIVE JUROR:  Father, stepmother, stepsister,

10     step brother-in-law, partner's father, cousins on both sides.

11          THE COURT:  Okay.  Any of them do a criminal practice?

12          PROSPECTIVE JUROR:  No.

13          THE COURT:  Okay.  Where are your father and

14     stepmother?

15          PROSPECTIVE JUROR:  California.

16          THE COURT:  Okay.  They don't do any criminal cases?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  Okay.  On January 6th, you saw this live.

19     Where were you?

20          PROSPECTIVE JUROR:  In San Francisco.

21          THE COURT:  Okay.  You were at work or at home, or

22     what?

23          PROSPECTIVE JUROR:  At home.

24          THE COURT:  At home.  Okay.

25          PROSPECTIVE JUROR:  At my parents' home.

1          THE COURT:  How did this come to your attention?

2          PROSPECTIVE JUROR:  Probably the news was on TV.

3          THE COURT:  Okay.  And then tell us what you saw that

4   day.

5          PROSPECTIVE JUROR:  That a group of people were

6   storming the Capitol.

7          THE COURT:  Okay.  And then to what extent have you

8   followed it in news accounts since then?

9          PROSPECTIVE JUROR:  I have to the extent that I

10  generally follow the news, seen what's happening with various

11  trials, with the investigations, but I wouldn't say following

12  minute by minute.

13         THE COURT:  Okay.  Were you living in San Francisco

14  then or were you visiting?

15         PROSPECTIVE JUROR:  I spent six months there during

16  the pandemic, working remotely.

17         THE COURT:  Okay.  When did you come back?

18         PROSPECTIVE JUROR:  About a week after January 6th.

19         THE COURT:  Okay.  And what's your normal news source,

20  then?  Do you take the *Post* or --

21         PROSPECTIVE JUROR:  *Post*, *Wall Street Journal*, *New

22  York Times*.

23         THE COURT:  Okay.  Do you see TV news?

24         PROSPECTIVE JUROR:  Not very much.

25         THE COURT:  Okay.  And do you have any websites you go

1    to regularly?

2            PROSPECTIVE JUROR:  Mostly the websites of these

3    periodicals.

4            THE COURT:  Okay.  Did you watch any of the

5    congressional hearings on January 6th?

6            PROSPECTIVE JUROR:  No.

7            THE COURT:  And trial coverage is what you've seen

8    mostly in the *Post*?

9            PROSPECTIVE JUROR:  Correct.

10           THE COURT:  So if you were to sit on this jury, you

11   would start with an open mind; is that fair?

12           PROSPECTIVE JUROR:  Yes.

13           THE COURT:  If we go through the way I was talking

14   about this this morning, as we start the trial, I would give

15   you an instruction, we presume the defendants are innocent as

16   we start the trial.  Any problem with that?

17           PROSPECTIVE JUROR:  No.

18           THE COURT:  The government has to come in and prove

19   beyond a reasonable doubt that they did what the government

20   alleges they did.  You don't know what, if anything, they did,

21   and whether it was unlawful or not.  But you -- you have no

22   reason you couldn't be open and fair and objective about

23   deciding what they did and what the government alleges here,

24   right?

25           PROSPECTIVE JUROR:  No, I don't believe so.

1          THE COURT:  And then I'll ask you the most difficult

2     question.

3          If you're sitting over there where the defendant is

4     sitting, would you want somebody with your mindset sitting on

5     the jury?  That's the most difficult question, if you think

6     about it.

7          PROSPECTIVE JUROR:  I think I would be open to it.

8          THE COURT:  Do you have any hesitancy?

9          PROSPECTIVE JUROR:  No.

10          THE COURT:  You could be fair and honest, open about

11     deciding, well, the evidence really shows they violated the

12     law, and follow my instructions?

13          PROSPECTIVE JUROR:  Yes.

14          THE COURT:  Okay.  Any follow-up?

15       (Begin bench conference)

16          MS. ISAAK:  I would like to know if she has formed any

17     opinions about what she did see.  She said she saw people

18     swarming the Capitol, but she did not go into detail.  Did she

19     form an opinion about what went on that day, as far as any

20     criminal activity, based upon what she saw in the media?

21          MR. PALLAS:  I also have, you know, the last question

22     you asked, which I happen to believe is an excellent question,

23     but she kind of hesitated on it.  She really hesitated long and

24     hard.  And I didn't really catch her follow-up answer, but I'm

25     concerned that she would -- if she was one of the defendants,

1    she might not want herself on the jury, that kind of thing.

2    THE COURT:  She answered it no.  I agree, she took a

3    second, but she answered no.

4    MR. BARKET:  She said, "I would be open to it."  It's

5    not real clearcut, you know, "I would be open to it."  It's

6    kind of beating around the bush.  So if you could ask maybe

7    again.

8    THE COURT:  I think that's what peremptories are for,

9    so your requests are denied.

10    (End bench conference)

11    THE COURT:  Thank you very much.

12    DEPUTY CLERK:  Juror 585.

13    THE COURT:  You know some lawyers?

14    PROSPECTIVE JUROR:  I do, yeah.

15    THE COURT:  Who are they?

16    PROSPECTIVE JUROR:  She's in Baltimore, works for the

17    Maryland government.

18    THE COURT:  Hold your mic up.

19    PROSPECTIVE JUROR:  Lauren Bell.  She works for

20    Maryland.  She's in Baltimore.

21    THE COURT:  Okay.  What does she do?  Any criminal

22    practice?

23    PROSPECTIVE JUROR:  No.

24    THE COURT:  Okay.  And then you know somebody in law

25    enforcement as well?

 1              PROSPECTIVE JUROR:  Yes.  One of my best friends is an

 2    agent for the FBI.

 3              THE COURT:  Where do they work?

 4              PROSPECTIVE JUROR:  She is out of Tysons right now.

 5              THE COURT:  Okay.  Is she a special agent?

 6              PROSPECTIVE JUROR:  Yes.  Actually, I think she's more

 7    in a managerial role now, but within the last five years she

 8    was.

 9              THE COURT:  She's out of Texas, did you say?

10              PROSPECTIVE JUROR:  I'm sorry.  In Virginia, like

11    Tysons, Virginia.  There's an office in Tysons.

12              THE COURT:  Tysons, Virginia.  Okay.

13              Did she ever have any connection to January 6th cases,

14    do you know?

15              PROSPECTIVE JUROR:  Not that I'm aware of.

16              THE COURT:  Okay.  You had a scheduling problem?

17              PROSPECTIVE JUROR:  I mean, it's more of a -- our

18    nanny -- I think they said timing was for 5:00 p.m. every day.

19    Our nanny gets off at 4:30 p.m. every day.  I have three kids

20    at home, 4, 3, and 13 months.

21              THE COURT:  Can you make arrangements around that with

22    your husband or somebody?

23              PROSPECTIVE JUROR:  I mean, like, is it doable, yes.

24    It's...

25              THE COURT:  Okay.  And then you or members of your

1    immediate family or close friends live in or work near the

2    Capitol?

3            PROSPECTIVE JUROR:  I live in -- I work in

4    Capitol Hill, not on the Hill, but -- and then, obviously, I

5    live here.

6            THE COURT:  And then you watched the events live that

7    day?

8            PROSPECTIVE JUROR:  Yes.

9            THE COURT:  On TV?

10           PROSPECTIVE JUROR:  Yeah.

11           THE COURT:  Where were you?

12           PROSPECTIVE JUROR:  At home.  I live in Trinidad,

13   northeast DC.

14           THE COURT:  Okay.  And tell me about what you saw.

15           PROSPECTIVE JUROR:  Chaos and anger and destruction.

16   People getting hurt.

17           THE COURT:  To what extent have you followed the news

18   since then about those events?

19           PROSPECTIVE JUROR:  I mean, not as of -- like, I don't

20   pay close attention to it now.  I certainly paid close

21   attention to it within the following months of January 6th.

22           THE COURT:  What's your normal news source?  Do you

23   take the *Post* or --

24           PROSPECTIVE JUROR:  Usually, *The Today Show.*  But to

25   be honest, I don't really watch much news these days.

1          THE COURT:  Do you have -- what's your other news

2    source, other than *The Today Show*?

3          PROSPECTIVE JUROR:  None.

4          THE COURT:  Do you have any online sources?

5          PROSPECTIVE JUROR:  Not really.  I'll tap into, like,

6    *The Washington Post* occasionally.  I mean, I'm on Instagram,

7    but I would not call that my news source.  Probably my husband.

8          THE COURT:  Okay.  What's your husband do?

9          PROSPECTIVE JUROR:  He's in public accounting.

10          THE COURT:  Okay.  Did you watch any of the

11    congressional hearings?

12          PROSPECTIVE JUROR:  Yes.

13          THE COURT:  What did you see?

14          PROSPECTIVE JUROR:  I don't know.

15          THE COURT:  Just news accounts, or did you see some of

16    the hearings themselves?

17          PROSPECTIVE JUROR:  I mean, I watched bits and pieces

18    of probably a lot of things, but never anything, like,

19    continuous for too long.

20          THE COURT:  Okay.  Did you follow any of the trials in

21    this court?

22          PROSPECTIVE JUROR:  No.

23          THE COURT:  There was a question about, do you have

24    strong feelings about persons who did not accept the validity

25    of the results of the 2020 presidential election that would

1    affect your ability to be a fair and impartial juror.  You said

2    yes.  Tell me about that one.

3         PROSPECTIVE JUROR:  I mean, I think it's more I have

4    very strong feelings about people -- about people who do not

5    think that the election was valid.  I hope that I would be able

6    to, like, put that aside and follow the evidence.  I just -- I

7    have never been in this situation before, so I just feel like I

8    can't say one way or the other.  But, I mean, knowing myself,

9    like, I think I would be able to.  It just is...

10         THE COURT:  Okay.  Then you were asked, do you have an

11   opinion about President Trump or people who strongly support

12   him that would make it hard for you to serve as a fair and

13   impartial juror in a case where the defendant was such a

14   person.  You said yes.  Tell me a little more about that one.

15         PROSPECTIVE JUROR:  Similar to the last question.

16   Yeah, I have strong feelings about people that continue to

17   support Donald Trump and supported him then.  My hope is that I

18   would follow the evidence, but, yeah.

19         THE COURT:  I guess the question would be, could you

20   set that aside?

21         PROSPECTIVE JUROR:  I mean, I would like to say yes.

22   I just have not been in a situation like this.  I mean, knowing

23   myself, I think that I can and will if I were to be in this

24   situation.  But...

25         THE COURT:  Okay.  Can I speak to counsel?

1        (Begin bench conference)

2            MR. PALLAS:  Your Honor, I think she's really too

3    equivocal about putting this aside.  She says things like, "I

4    hope I could put it aside.  I'd like to think I could be fair."

5    Those are just not, you know, certainty enough for her to put

6    it aside, and I think because of that -- you know, she

7    obviously hates Trump.  She hates people -- not hate them, but

8    thinks low of people that think the election was stolen.  I

9    think I'm going to object on cause for her.

10           MS. ISAAK:  This is Melissa Isaak.  I agree with

11   Mr. Pallas.  She said that she has strong feelings about Trump

12   or people who supported him then or now.  She didn't say yes if

13   you asked her if she could be impartial.  She said, "Well, I

14   hope that I could be."  So I move to strike for cause.

15           MR. BARKET:  Just to kind of build on it, she also

16   said --

17           THE COURT:  You don't need to.  She will be stricken.

18       (End bench conference)

19           THE COURT:  Thanks very much.

20           (Prospective juror 585 is excused.)

21           DEPUTY CLERK:  Juror 2042.

22           THE COURT:  I just have a couple of follow-up

23   questions.

24           You watched the events on live TV at the time.  Where

25   were you?

1           PROSPECTIVE JUROR:  In the house.

2           THE COURT:  Pull your mic up.

3           PROSPECTIVE JUROR:  I was in the house.

4           THE COURT:  Okay.  You were working at home that day?

5           PROSPECTIVE JUROR:  No.  I don't work.

6           THE COURT:  You don't work.  Okay.

7           Tell me what you saw.

8           PROSPECTIVE JUROR:  I just seen what was going on on

9     TV, that was it.

10          THE COURT:  Okay.  So what was going on on the video

11    at the time you saw it?

12          PROSPECTIVE JUROR:  A lot of people storming the

13    Capitol.  That's what I had seen, yes.

14          THE COURT:  Okay.  What news coverage of that have you

15    seen since then or followed since then?

16          PROSPECTIVE JUROR:  None since then.

17          THE COURT:  What's your normal news you follow?  Do

18    you have *The Washington Post* or you have TV news, or how do you

19    follow news?

20          PROSPECTIVE JUROR:  Just on television news, sir.

21          THE COURT:  Okay.  Which TV station do you watch?

22          PROSPECTIVE JUROR:  Channel 5.

23          THE COURT:  Most people do here.  Some watch 4, but

24    many more watch 5.  That's your normal source for news?

25          PROSPECTIVE JUROR:  Yes, sir.

1          THE COURT:  Do you subscribe to the *Post* or you take
2  *The Washington Post?*
3          PROSPECTIVE JUROR:  No, I do not, sir.
4          THE COURT:  Do you go online?
5          PROSPECTIVE JUROR:  No, sir.
6          THE COURT:  Okay.  Have any other sources for your
7  regular news?
8          PROSPECTIVE JUROR:  No, sir.
9          THE COURT:  Okay.  Did you watch any of the
10 congressional hearings they had about January 6th?
11         PROSPECTIVE JUROR:  No, sir.
12         THE COURT:  Do you follow any of the court cases?
13         PROSPECTIVE JUROR:  No, sir.
14         THE COURT:  So you're pretty untainted?
15         PROSPECTIVE JUROR:  Yes, sir.
16         THE COURT:  Are you retired now?
17         PROSPECTIVE JUROR:  No, sir.  I don't work no more,
18 disabled.
19         THE COURT:  Okay.  What did you do before you became
20 disabled?
21         PROSPECTIVE JUROR:  I worked at the Pentagon, material
22 handler.
23         THE COURT:  I'm sorry?
24         PROSPECTIVE JUROR:  I worked at the Pentagon, material
25 handler.

1          THE COURT:  If you were seated on the jury, any reason

2     you couldn't be a fair and impartial juror?

3          PROSPECTIVE JUROR:  Yes.

4          THE COURT:  You could be?

5          PROSPECTIVE JUROR:  Yes, sir.

6          THE COURT:  I talked a little this morning about, as

7     we start the trial, we'd presume -- each defendant is presumed

8     to be innocent as we start the trial.  You don't have any

9     problem with that?

10          PROSPECTIVE JUROR:  No, I do not, sir.

11          THE COURT:  The government has to prove them guilty

12     beyond a reasonable doubt.

13          PROSPECTIVE JUROR:  Correct, sir.

14          THE COURT:  You have to base your decision on just

15     what you see in this courtroom with witnesses and with videos

16     they will show you in this courtroom.  Set aside anything else.

17     Any problem with that?

18          PROSPECTIVE JUROR:  No, sir.

19          THE COURT:  You could make a fair and impartial

20     decision just what you see in this courtroom, decide if they're

21     guilty or not guilty?

22          PROSPECTIVE JUROR:  Correct, sir, yes.

23          THE COURT:  And if you were seated on this jury -- if

24     you were a defendant sitting over there, would you want

25     somebody like you on this jury, with your mindset?

1          PROSPECTIVE JUROR:  Yes.  I don't have no problem with

2     that.

3          THE COURT:  You could be fair?

4          PROSPECTIVE JUROR:  Yes, sir.

5          THE COURT:  Okay.  Let me speak to counsel.

6        (Begin bench conference)

7          MR. PALLAS:  Judge, I have no grounds to move for

8     cause on this man.

9          MS. ISAAK:  I have no problems with him, Judge.

10          MR. McWATERS:  None from the government.

11        (End bench conference)

12          DEPUTY CLERK:  Juror 0351.

13          THE COURT:  You knew someone else on the jury panel?

14          PROSPECTIVE JUROR:  Yeah, I do, a friend from DC.

15          THE COURT:  Who was it?

16          PROSPECTIVE JUROR:  His name is Denver.

17          THE COURT:  I'm sorry?

18          PROSPECTIVE JUROR:  His name is Denver.

19          THE COURT:  How do you spell it.

20          PROSPECTIVE JUROR:  D-e-n-v-e-r.

21          THE COURT:  And how did you know him?

22          PROSPECTIVE JUROR:  College.  Played Lacrosse with

23     him.

24          THE COURT:  Okay.  How well did you know him?

25          PROSPECTIVE JUROR:  He was a close friend of a

1    roommate, but not a particularly close friend of mine.  So an

2    acquaintance.  I talked to him in the hall, know him that well.

3              THE COURT:  In college.  Where did you go to college?

4              PROSPECTIVE JUROR:  Catholic University.

5              THE COURT:  Okay.  I made a note to talk to him, too.

6              If you both ended up on the jury, that wouldn't be a

7    problem?

8              PROSPECTIVE JUROR:  No.

9              THE COURT:  Okay.  You or a family member or close

10   friend a victim or witness to a crime, what was that?

11             PROSPECTIVE JUROR:  That was me.  I was assaulted.

12   Somebody threw a bottle at me a decade ago.  It was -- they got

13   away.

14             THE COURT:  Here in DC?

15             PROSPECTIVE JUROR:  Yeah.

16             THE COURT:  Anyone apprehended?

17             PROSPECTIVE JUROR:  No.

18             THE COURT:  On the street?

19             PROSPECTIVE JUROR:  I was on my front porch.

20             THE COURT:  At your home?

21             PROSPECTIVE JUROR:  Yeah.

22             THE COURT:  Okay.  Reported to the police?

23             PROSPECTIVE JUROR:  Yeah, they came.

24             THE COURT:  And they never found anybody?

25             PROSPECTIVE JUROR:  They -- no, I guess not.

1          THE COURT:  You said the police responded at the time?

2          PROSPECTIVE JUROR:  Honestly, no.  We knew who the

3    people were.  Like we had -- I had afterwards found out who

4    they were and told the police.  We had -- you know, I had

5    interviews with them and told them everything I knew.  One of

6    them left a phone.  It was a group of five people.  One of them

7    left their cell phone in our driveway, and we gave it to police

8    and they lost it.  Yeah, so nothing ever happened.  I never

9    heard back from them.  We called dozens of times over the

10   following years, and it was just dropped.  So that's been my

11   only experience.

12         THE COURT:  It was DC police?

13         PROSPECTIVE JUROR:  Yeah.

14         THE COURT:  Not a great experience?

15         PROSPECTIVE JUROR:  Not great.

16         THE COURT:  Does that have any effect on your ability

17   to serve as a fellow juror, do you think?

18         PROSPECTIVE JUROR:  No.

19         THE COURT:  Okay.  What do you do now?

20         PROSPECTIVE JUROR:  I work at Walter Reed Military

21   Medical Center.  I'm an IT program manager.

22         THE COURT:  You saw this live that day?  You were at

23   work or not, the January 6th?

24         PROSPECTIVE JUROR:  Oh, yeah.  I was home.

25         THE COURT:  You were at work?

1        PROSPECTIVE JUROR:  I was working from home at the

2    time.

3        THE COURT:  You were working from home that day, and

4    so that's how you saw it live that day?

5        PROSPECTIVE JUROR:  Yeah.

6        THE COURT:  Tell us about what you saw.

7        PROSPECTIVE JUROR:  Just the live feed of people

8    trying to break into the Capitol.  Just crowds, riots,

9    everything that everyone was seeing that day, just the various

10   channels, nothing in particular.  Like, there's not a certain

11   event that sticks out, just the overall chaos, I guess.

12       THE COURT:  Okay.  To what extent have you followed

13   the news coverage of that since then?

14       PROSPECTIVE JUROR:  Yes, just through social media.

15       THE COURT:  What's your normal news source?

16       PROSPECTIVE JUROR:  A variety.  I don't really watch

17   live news, so X, Twitter, and Instagram and -- like, Snapchat

18   has, like, different platforms.  They'll have small five-minute

19   news cycles.

20       THE COURT:  On what?

21       PROSPECTIVE JUROR:  It's called Snapchat.  There's a

22   feature of shows, snippets of something.  Like a popular news

23   station could put up just a five-minute summary of that day's

24   news.  So those sources.

25       THE COURT:  Do you take *The Washington Post*?

1          PROSPECTIVE JUROR:  I do have a subscription to *The*

2  *Washington Post*.

3          THE COURT:  Okay.  Online?

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  Okay.  Do you see TV news at all?

6          PROSPECTIVE JUROR:  Do I see --

7          THE COURT:  See TV news at all?

8          PROSPECTIVE JUROR:  Just like snippets, just snippets

9  that are reposted to social media.  I don't really watch live

10  TV.

11          THE COURT:  Did you watch any of the January 6th

12  hearings in Congress?

13          PROSPECTIVE JUROR:  No.

14          THE COURT:  Okay.  Do you follow any of the court

15  cases on this, these cases?

16          PROSPECTIVE JUROR:  No.

17          THE COURT:  You do have some medical or health

18  problems you wanted to talk about?

19          PROSPECTIVE JUROR:  Yeah, I do.  I have two herniated

20  discs in my lower back, and it's been a year and a half since

21  it was a serious problem, but I do have trouble sitting or

22  standing for periods of time.  So if I was selected, I would

23  just ask that I be able to stand fairly regularly, if that's

24  not a distraction.

25          THE COURT:  If you had an end seat, like where you're

1    sitting now, if you were to stand beside that, if you had to

2    stand, would that be embarrassing or anything?

3            PROSPECTIVE JUROR:  No, that's fine.

4            THE COURT:  If I told you I'd let you stand, would

5    that be okay?

6            PROSPECTIVE JUROR:  That would be okay, yes.

7            THE COURT:  Or on the other end, either one?

8            PROSPECTIVE JUROR:  If I was able to stand right out

9    here, that would be fine.

10            THE COURT:  That wouldn't be embarrassing or anything?

11    I could accommodate that.  That would work for you?

12            PROSPECTIVE JUROR:  That would be fine.

13            THE COURT:  Let me go through the other thing, because

14    you're the kind of guy we're looking for.

15            I told you we would start with the presumption of

16    innocence, so we presume each defendant is not guilty as we

17    start the trial.  The government has to come in and prove

18    beyond a reasonable doubt that these -- this defendant -- we'll

19    take them one by one -- is guilty beyond a reasonable doubt of

20    what they have charged him with.  You got to look at just the

21    evidence you see in the courtroom, setting aside whatever

22    you've seen or heard or saw that day, just to the evidence in

23    this courtroom.  Could you fairly and impartially decide

24    whether the defendant is guilty or not guilty just based on

25    what you see and hear in this courtroom?

```
 1              PROSPECTIVE JUROR:  Yes.

 2              THE COURT:  Any reason you couldn't do that?

 3              PROSPECTIVE JUROR:  No.  Solely based on what's said

 4    here, yes.

 5              THE COURT:  Let me ask you the most difficult

 6    question.  If you think about this, this is the hardest

 7    question.

 8              If you're sitting over there where the defendant is

 9    sitting, would you want somebody with your mindset sitting

10    there where you're sitting in the jury?

11              PROSPECTIVE JUROR:  Sure.

12              THE COURT:  Because you would be fair and impartial?

13              PROSPECTIVE JUROR:  Yes, I would be.

14              THE COURT:  That's the hardest question, if you think

15    about it.

16              PROSPECTIVE JUROR:  I agree.

17              THE COURT:  Let me talk to counsel.

18              PROSPECTIVE JUROR:  I just have a question.

19              My daughter has the flu, just got over the flu today.

20    We just sent her back to daycare.  I just wanted to know, I'm

21    feeling okay now, but if I were to get sick --

22              THE COURT:  We'll have alternates.

23              PROSPECTIVE JUROR:  Okay.

24        (Begin bench conference)

25              MR. PALLAS:  I have no basis to challenge him for
```

1    cause.

2            MR. McWATERS:  The government would just ask for a

3    little bit more inquiry into his prior interactions with

4    police, just to inquire as to whether or not that interaction

5    would make him believe or disbelieve, kind of the opposite of

6    the question that the defendant has been asking other people

7    that have relations with police, kind of like the flip side of

8    that question, if that makes sense, Your Honor.

9            THE COURT:  All right.

10       (End bench conference)

11           THE COURT:  Your prior interaction with the DC police,

12   sort of the flip side, would that cause you to question

13   testimony of DC police officers here?

14           PROSPECTIVE JUROR:  No.

15           THE COURT:  Understanding there may not be perfect

16   reactions by the police always.  Obviously, from your point of

17   view, they weren't perfect in that case.

18           PROSPECTIVE JUROR:  That's true.

19           THE COURT:  They may or may not have been perfect in

20   this case.  It will depend on the jury to decide that in this

21   case, obviously.  But you're not going to hold against the

22   police whatever happened in your own case; am I correct?

23           PROSPECTIVE JUROR:  That's correct.

24           THE COURT:  Thank you very much.

25           DEPUTY CLERK:  Juror 0763.

1          THE COURT:  You know a lawyer or some lawyers?

2          PROSPECTIVE JUROR:  Yes, Your Honor.  Good afternoon.

3          THE COURT:  Tell me about that.

4          PROSPECTIVE JUROR:  I'm an attorney.  I graduated from

5   GW Law in 2016.  I practice energy utility regulatory law.

6          THE COURT:  Ever do any criminal work?

7          PROSPECTIVE JUROR:  In undergrad, I interned at the

8   Stark County Prosecutor's Office in the juvenile division for

9   about three months.  That's my exposure.

10          THE COURT:  Okay.  Have any other friends that are

11  lawyers doing any criminal work?

12          PROSPECTIVE JUROR:  Not that are doing criminal work,

13  no, Your Honor.

14          THE COURT:  Okay.  And during your internship, what

15  kind of criminal cases did you get involved in?

16          PROSPECTIVE JUROR:  There was some petty vandalism

17  cases, a few truancy cases, drug cases.  Pretty much what the

18  kids were getting into.

19          THE COURT:  Okay.  Tell me about law enforcement

20  contacts.  You had some friends or relatives in law

21  enforcement, too.

22          PROSPECTIVE JUROR:  I don't believe so.  If I checked

23  that box, I apologize.

24          THE COURT:  You checked law enforcement, friends or

25  relatives.

1           PROSPECTIVE JUROR:  Oh, yeah.  The question was very

2    broad, have you or anyone you know ever worked for it.

3           My wife interned for the Department of Homeland

4    Security when she was in law school.

5           THE COURT:  Okay.  What did she do there?

6           PROSPECTIVE JUROR:  I have no idea.

7           THE COURT:  What's she doing now?

8           PROSPECTIVE JUROR:  She's at Morrison & Foerster,

9    currently seconded with Amazon in-house government contracts

10   work.

11          THE COURT:  Okay.  And then someone worked for a

12   courthouse or court system?

13          PROSPECTIVE JUROR:  Again, my wife.  She clerked for

14   the U.S. Court of Federal Claims.

15          THE COURT:  Claims court.  Okay.  Who did she clerk

16   for?

17          PROSPECTIVE JUROR:  Judge Smith.

18          THE COURT:  Okay.  Loren Smith.  When he was chief

19   judge?

20          PROSPECTIVE JUROR:  No.  It was just recently --

21          THE COURT:  After he stepped down?

22          PROSPECTIVE JUROR:  Correct, Your Honor.

23          THE COURT:  Good guy.

24          PROSPECTIVE JUROR:  Yeah, he is.

25          THE COURT:  She liked him, I assume?

1          PROSPECTIVE JUROR:  She still does.  She stays close.

2          THE COURT:  Have you or a member of your family or

3   close friend been arrested or convicted of a crime?

4          PROSPECTIVE JUROR:  Yes, Your Honor.

5          THE COURT:  Who was that?

6          PROSPECTIVE JUROR:  That was me.  Over a year and a

7   half ago or so, I went to the airport forgetting I had carried

8   my camping machete in my backpack, and that turned out to be

9   against the law.

10          THE COURT:  That's a no-no these days.

11          PROSPECTIVE JUROR:  Turns out, yeah.

12          THE COURT:  What happened?  Was it Reagan?

13          PROSPECTIVE JUROR:  Yes, it was, Your Honor.  They

14   asked me if I had a sword in my backpack, and I went, oh, my

15   God, I do, but it doesn't have --

16          THE COURT:  It wasn't as funny as it is now?

17          PROSPECTIVE JUROR:  No, no.  And it's still, like,

18   very embarrassing, but got deferred, I think prosecution is

19   what it was, while I did community services, and then the

20   charges were dismissed.

21          THE COURT:  Satisfied with how you were handled by law

22   enforcement at the time?

23          PROSPECTIVE JUROR:  Yes, Your Honor.

24          THE COURT:  This was TSA?

25          PROSPECTIVE JUROR:  Yeah.  It's a Virginia state

1    statute that it was charged under, but I was dealing with TSA

2    people there who knew it was a mistake.  But they said, given

3    the length of the blade, we have to charge you because it was

4    over the threshold.  So unfortunate mistake, but I guess you

5    live and learn.

6          THE COURT:  Apparently, lots of people forget, when

7    they're packing, what they have.  You're not the only one,

8    apparently.

9          PROSPECTIVE JUROR:  It happens.

10          THE COURT:  Are you, a member of your family, or a

11    close friend a victim or witness to a crime?

12          PROSPECTIVE JUROR:  Yeah.  Living in DC, we've had

13    packages stolen.  I had my scooter stolen from the backyard.

14    That's what I was thinking when I checked that.

15          THE COURT:  Satisfied with how the police responded in

16    each of those incidents or not?

17          PROSPECTIVE JUROR:  I don't believe we called the

18    police.  Just figured they wouldn't do too much for a package

19    that went missing from the front porch.  Yes, I guess.

20          THE COURT:  So it wouldn't have any impact, in any

21    event?

22          PROSPECTIVE JUROR:  Correct, Your Honor.

23          THE COURT:  And then you saw January 6th live at the

24    time?  Where were you?

25          PROSPECTIVE JUROR:  In my apartment, which was

1  Columbia Plaza, right next to The Watergate at the time.

2          THE COURT:  You were home that day or working from

3  home?

4          PROSPECTIVE JUROR:  COVID.  Work from home was still

5  pretty common, then.

6          THE COURT:  Tell me what you saw.

7          PROSPECTIVE JUROR:  I recall seeing the barricades go

8  by the wayside as people stormed in, and then the gunshot that

9  I think the woman was killed with.  There were reports of that

10 that went on for a while.  And then I remember seeing footage

11 of the Capitol after everyone had gone in and then came out,

12 and people just still hanging around up there.

13         THE COURT:  To what extent, then, did you follow news

14 coverage of that afterwards?

15         PROSPECTIVE JUROR:  Loosely, I guess.  I listen to a

16 few morning podcasts that are news based, so to the extent they

17 covered that topic, I would have paid attention, but wasn't

18 actively following any particular issue.

19         THE COURT:  What's your normal news source, then?

20         PROSPECTIVE JUROR:  NPR, I would say.

21         THE COURT:  Okay.  Do you take the *Post* or not?

22         PROSPECTIVE JUROR:  No.

23         THE COURT:  And do you have -- do you watch TV news at

24 all?

25         PROSPECTIVE JUROR:  Rarely.  Mostly watch sports on

1   TV.  But I would say, no, I don't follow any show or any anchor

2   or anything like that for TV news.

3          THE COURT:  Did you watch any of the January 6th

4   hearings in Congress?

5          PROSPECTIVE JUROR:  No, Your Honor.

6          THE COURT:  Have you followed any of the court cases?

7          PROSPECTIVE JUROR:  No.

8          THE COURT:  Okay.  As you sit here today, you don't

9   have any opinion about the guilt or innocence of these

10  defendants?

11         PROSPECTIVE JUROR:  No, Your Honor.

12         THE COURT:  So as I was talking about this morning, as

13  we start the trial, I'll give you an instruction.  They're

14  presumed innocent as we start.  The government has to come in

15  and prove beyond a reasonable doubt that they did what the

16  government is charging them with.  You have to base your

17  decision just on the evidence you see here in this courtroom.

18         Any reason you couldn't do that fairly and

19  impartially?

20         PROSPECTIVE JUROR:  No, Your Honor.

21         THE COURT:  I'm going to ask you the hardest question.

22  You're a lawyer, so you know what this question is.

23         If you're sitting over there where the defendant is,

24  would you want somebody sitting on your jury who has got a

25  mindset that you have, or do you think you could be fair and

1    impartial in deciding this case?

2         PROSPECTIVE JUROR:  Yes, Your Honor, I would want

3    someone that is going to come at this with an open mind, as you

4    said, based on the evidence.

5         THE COURT:  That's what we're looking for.  You know

6    that's what we're looking for.

7      (Begin bench conference)

8         MR. PALLAS:  No grounds for recusal or cause challenge

9    on this gentleman.

10        MR. McWATERS:  None from the government, Your Honor.

11        THE COURT:  Okay.

12     (End bench conference)

13        THE COURT:  Thanks very much.

14        DEPUTY CLERK:  Juror 1828.

15        THE COURT:  A few follow-up questions.  Question two

16   was, is there anything about the nature of the charges that

17   would make it difficult for you to render a fair and impartial

18   verdict in this case, and you said yes.

19        Tell me what you had in mind there.

20        PROSPECTIVE JUROR:  Just because I thought the whole

21   thing was --

22        THE COURT:  Hold that up to your mouth closer.

23        PROSPECTIVE JUROR:  Because I just disagree with what

24   went down on January 6th.

25        THE COURT:  Okay.  Tell me a little more about that.

1          PROSPECTIVE JUROR:  It was horrible.  Didn't make any

2     sense.  It was nonsense.

3          THE COURT:  Well --

4          PROSPECTIVE JUROR:  My initial reaction when you said

5     that's what it was going to be about, was I thought idiots.  I

6     mean, I'm just being honest.

7          THE COURT:  As we start the trial, we don't know what

8     these defendants did, though.

9          PROSPECTIVE JUROR:  I know that, and I know that and I

10    understand that.  So if -- I don't feel like everybody that was

11    there meant for it to be violent and -- and the way it ended

12    up, so if I see evidence of that, then that's a whole other

13    story.  But just my initial reaction to it was that.

14         THE COURT:  Okay.  But you were also asked then, do

15    you have strong feelings about persons who do not accept the

16    validity of the results of the 2020 presidential election that

17    would affect your ability to be a fair and impartial juror, and

18    you said yes to that one.

19         PROSPECTIVE JUROR:  Yeah, because I don't understand.

20    I don't understand why they wouldn't have.  Yeah.

21         THE COURT:  And then you were asked, do you have an

22    opinion about former President Donald Trump or people who

23    strongly support former President Donald Trump that would make

24    it hard for you to serve as a fair and impartial juror in a

25    case where the defendant is such a person, and you said yes.

```
1            PROSPECTIVE JUROR:  Yeah.  I'm not a fan.

2            THE COURT:  You think it would be hard to be a fair

3   juror in this kind of case?

4            PROSPECTIVE JUROR:  Uh-huh.

5       (Begin bench conference)

6            MR. PALLAS:  Again, three reasons why she shouldn't be

7   sitting on this jury.

8            MR. BARKET:  I agree.

9       (End bench conference)

10           THE COURT:  Thank you very much for coming down.

11           (Prospective juror 1828 was excused.)

12           THE COURT:  If you all will take a minute to look at

13  line 52, which is juror number 145.  I'm advised that this

14  juror has a mother who is sick and no one can take care of her

15  tomorrow and has requested to be excused.  And there is no

16  other person that he can arrange to take care of her, so I'm

17  going to go ahead and excuse that juror, which would be 00145

18  on line 52 on page 2.  So he need not report back tomorrow.

19  I'll advise him now.

20           So we'll go ahead to 1423, then.

21           DEPUTY CLERK:  Juror 1423.

22           THE COURT:  I just have a few follow-up questions.

23           You know some lawyers?

24           PROSPECTIVE JUROR:  I'm a layer.

25           THE COURT:  Where do you work?
```

 1              PROSPECTIVE JUROR:  I work for the EEOC.

 2              THE COURT:  Okay.  How long have you been there?

 3              PROSPECTIVE JUROR:  Just a year.

 4              THE COURT:  Where did you work before?

 5              PROSPECTIVE JUROR:  I worked for a private firm based

 6    out of Texas.

 7              THE COURT:  Okay.  And did you ever have any criminal

 8    practice?

 9              PROSPECTIVE JUROR:  No.

10              THE COURT:  Okay.  And you don't do any criminal work

11    for EEOC?

12              PROSPECTIVE JUROR:  Correct.

13              THE COURT:  Do you have any friends that have a

14    criminal practice?

15              PROSPECTIVE JUROR:  No.

16              THE COURT:  Do you have a family member or close

17    friend, victim or witness to a crime, or you?

18              PROSPECTIVE JUROR:  I witnessed a crime.

19              THE COURT:  What was that?

20              PROSPECTIVE JUROR:  I witnessed someone get mugged

21    when I was in college, so 15 years ago.

22              THE COURT:  Where were you in college?

23              PROSPECTIVE JUROR:  In Ohio.

24              THE COURT:  Okay.  What happened in that incident

25    then?

1              PROSPECTIVE JUROR:  Someone was mugged and I saw it
2    happen and I saw the criminals run away.
3              THE COURT:  Someone apprehended?
4              PROSPECTIVE JUROR:  Yes.
5              THE COURT:  Did you end up testifying?
6              PROSPECTIVE JUROR:  No.
7              THE COURT:  Satisfied with how the police responded at
8    the time?
9              PROSPECTIVE JUROR:  Yes.
10             THE COURT:  Okay.  Anything about that incident have
11   any affect on your ability to be a fair juror here?
12             PROSPECTIVE JUROR:  No.
13             THE COURT:  You have a scheduling issue?
14             PROSPECTIVE JUROR:  For June 19th.  But I know you
15   said the hearing would go through the end of this week.
16             THE COURT:  What is June 19th?
17             PROSPECTIVE JUROR:  I have a trip scheduled to Boston.
18             THE COURT:  June 19th, you said?
19             PROSPECTIVE JUROR:  June 19th.
20             THE COURT:  We should be finished by then.
21             PROSPECTIVE JUROR:  Okay.
22             THE COURT:  And then you, immediate family, or close
23   friends live in or near the Capitol?
24             PROSPECTIVE JUROR:  I live in Capitol Hill.
25             THE COURT:  And you were there on January 6th?

1                PROSPECTIVE JUROR:  Correct.

2                THE COURT:  Were you working that day?

3                PROSPECTIVE JUROR:  Working from home.

4                THE COURT:  From home.  Okay.  What was your

5      approximate location, not your exact location?

6                PROSPECTIVE JUROR:  I was about a mile from the

7      Capitol.

8                THE COURT:  From the Capitol.  Okay.  So you heard

9      sirens and everything?

10               PROSPECTIVE JUROR:  I saw the National Guard.

11               THE COURT:  Okay.  What did you see that day?  You saw

12     the events live on TV as well that day, I assume?

13               PROSPECTIVE JUROR:  Yes, Judge.

14               THE COURT:  What else did you see?

15               PROSPECTIVE JUROR:  I saw people on the stairs of the

16     Capitol, on the grounds of the Capitol.

17               THE COURT:  Okay.  Tell us what you saw on the live TV

18     that day, too.

19               PROSPECTIVE JUROR:  That's what I saw on TV.  And then

20     what I saw actually with my own eyes?  I saw buses.  I live on

21     East Capitol Street, so I saw a lot of the buses and vehicles

22     with sirens going on their way to the Capitol.

23               THE COURT:  Okay.  Hold your mic up closer, would you,

24     so everybody can hear you?

25               PROSPECTIVE JUROR:  Sorry.

1          THE COURT:  To what extent have you followed the news

2   since then about all of this?

3          PROSPECTIVE JUROR:  Not very much.

4          THE COURT:  Okay.  What's your normal news source?

5          PROSPECTIVE JUROR:  NPR, *New York Times*, *Washington*

6   *Post*.

7          THE COURT:  Okay.  Do you have those online or do you

8   subscribe?

9          PROSPECTIVE JUROR:  I listen to podcasts and then I

10  get, like, newsletters to my email.

11         THE COURT:  Do you watch any TV news?

12         PROSPECTIVE JUROR:  No.

13         THE COURT:  Did you watch any of the congressional

14  hearings on this?

15         PROSPECTIVE JUROR:  I maybe saw some clips, but

16  nothing --

17         THE COURT:  Not the hearings themselves, just the

18  clips?

19         PROSPECTIVE JUROR:  Yeah.

20         THE COURT:  Do you follow any of the court trials on

21  this?

22         PROSPECTIVE JUROR:  No.

23         THE COURT:  Any reason then you couldn't be a fair and

24  impartial juror if you were seated here?

25         PROSPECTIVE JUROR:  No, Judge.

1          THE COURT:  Okay.  So I want to go through the steps

2     we talked about this morning.

3          When we start the trial, I'm going to give the jury an

4     instruction that we presume the defendants are innocent.  The

5     government has to prove they are guilty beyond a reasonable

6     doubt with evidence that you see in this courtroom, so you can

7     set aside everything you saw or heard or listened to outside

8     the courtroom.  Your decision has to be based just on evidence

9     in this courtroom right here.

10          PROSPECTIVE JUROR:  Yes, Judge.

11          THE COURT:  Any problem with doing that, fairly and

12     impartially deciding the case just on what you see here in my

13     courtroom?

14          PROSPECTIVE JUROR:  No, Judge.

15          THE COURT:  I'm going to ask you the hardest question,

16     then.  And you're a lawyer, so you know what this question

17     means.

18          But if you're sitting over there where the defendants

19     are sitting, would you want somebody with your mindset sitting

20     on this jury?

21          PROSPECTIVE JUROR:  I think so.

22          THE COURT:  You would be fair and open-minded?

23          PROSPECTIVE JUROR:  Yes.

24          THE COURT:  Let me see if counsel has other questions.

25       (Begin bench conference)

1          MR. PALLAS:  Judge, George Pallas.  Nothing to

2     challenge her for cause.

3          MR. BARKET:  Judge, I would move to challenge for

4     cause.  She said she saw people on the stairs, on the ground.

5     She lives about a block away, saw the National Guard, saw buses

6     and sirens and vehicles.  She's essentially a witness to some

7     of the crimes that occurred on January 6th, and I'm concerned

8     that she may see some of the footage played by the government

9     and that trigger recollections and her feelings from that day.

10          MS. ISAAK:  I have questions regarding the same thing,

11     whether she formed any opinions just by people simply being

12     there.  She said she saw people on the stairs and on the

13     grounds.  But also, regarding the National Guard, there's some

14     guardsmen who were, you know, carrying loaded weapons who had

15     their full gear on.  Did she form an opinion because the

16     National Guard was there in that capacity?

17          MS. WAGNER:  This is Lynnett Wagner for the

18     government.  I believe that her statement was that she lived a

19     mile away and saw vehicles and buses going by, not see -- and

20     then she saw some footage on the news of the Capitol, but I

21     don't think she saw -- I don't think she was within a block of

22     the Capitol.

23          THE COURT:  I agree.  And the requests are denied.

24      (End bench conference)

25          THE COURT:  Thank you very much.

1    DEPUTY CLERK:  Juror 2195.

2    THE COURT:  Just a few follow-up questions.

3    You know some lawyers?

4    PROSPECTIVE JUROR:  Yes.  My sister is an attorney at

5    Hogan Lovells here in DC.

6    THE COURT:  Does she have any criminal practice?

7    PROSPECTIVE JUROR:  She is a defense attorney.

8    THE COURT:  Okay.  How long has she been there?

9    PROSPECTIVE JUROR:  It's eight years.

10   THE COURT:  Do you ever talk to her about her cases

11   with her?

12   PROSPECTIVE JUROR:  Not particularly.

13   THE COURT:  What do you do?

14   PROSPECTIVE JUROR:  I'm a professor at Georgetown.

15   THE WITNESS:  Okay.  What do you teach?

16   PROSPECTIVE JUROR:  English literature.

17   THE COURT:  Not talking about cases, are you?

18   PROSPECTIVE JUROR:  Not often, no.  What little she

19   says, I do not understand.

20   THE COURT:  What kind of cases does she generally do?

21   PROSPECTIVE JUROR:  White collar, I believe.

22   THE COURT:  If you're seated here, can you not talk to

23   her about this case until after the jury service is ended?

24   PROSPECTIVE JUROR:  Understood.

25   THE COURT:  No problem with that?

1          PROSPECTIVE JUROR:  No problem.

2          THE COURT:  Then she'll be very anxious to talk to you

3    about your experience.

4          Have you, your immediate family, or close friend done

5    any work for a public defender?  You're talking about your

6    sister there?  Okay.

7          Before we get into 32, let me ask you this question

8    about schedule, possible schedule problems.

9          That's not a schedule issue.  Let me see what other

10   issues we have.  Yeah, it's a schedule.

11         You were asked, do you have an opinion about former

12   President Donald Trump or do you have strong feelings about

13   persons who do not accept the validity of the results of the

14   2020 presidential election that would affect your ability to be

15   fair and impartial.  You said yes, so tell me about that first.

16         PROSPECTIVE JUROR:  Just seems to me that those claims

17   have no basis in reality.

18         THE COURT:  Do you have an opinion about whether

19   former President Donald Trump or people that strongly support

20   former President Donald Trump, that it would make it hard for

21   you to serve as a fair and impartial juror in a case where the

22   defendant is such a person?  Tell me about that.  You said yes.

23         PROSPECTIVE JUROR:  Yeah.  My political beliefs are

24   fairly strong, and I believe that Donald Trump in particular

25   has done enormous damage to the fabric of this country, so it

1   factors into my rationale.

2           THE COURT:  How do you think that would affect you in

3   terms of being on a jury, then?

4           PROSPECTIVE JUROR:  To be honest, I would like to

5   believe I could set aside those feelings and be impartial.

6   It's more a function of can be hard to understand your own

7   biases and to perceive your own biases.

8           THE COURT:  Okay.  Can I speak to counsel?

9       (Begin bench conference)

10          MR. PALLAS:  Yes, Your Honor.  I would move for cause.

11  Again, he would like to believe that he could set it aside, but

12  in reality he can't.  I move for cause challenge.

13          THE COURT:  That's granted.

14      (End bench conference)

15          THE COURT:  Thanks very much for your honesty.

16          (Prospective juror 2195 excused.)

17          MR. PALLAS:  Judge, did you excuse the one that has

18  the mother issue?

19          THE COURT:  I'm sorry?

20          MR. PALLAS:  Number 145, that has the mother issue

21  that's sick?

22          THE COURT:  I excused.

23          MR. PALLAS:  He's 68.  So the mom has to be in her

24  80s.  So if she's sick...

25          DEPUTY CLERK:  Juror 1109.

1          THE COURT:  You know someone who is a lawyer?

2          PROSPECTIVE JUROR:  I'm a lawyer.

3          THE COURT:  Where do you work?

4          PROSPECTIVE JUROR:  For the Department of Veterans

5  Affairs.

6          THE COURT:  How long have you been there?

7          PROSPECTIVE JUROR:  Since 2016, so eight years.

8          THE COURT:  Okay.  And did you ever do any criminal

9  cases?

10          PROSPECTIVE JUROR:  My current career or previously?

11          THE COURT:  Previously.

12          PROSPECTIVE JUROR:  Yes.

13          THE COURT:  When was that?

14          PROSPECTIVE JUROR:  After law school, I worked as a

15  prosecutor, the City of Philadelphia.  Prior to that, I was an

16  intern with the Defender's Office in Philadelphia during law

17  school.

18          THE COURT:  Where did you go to school?

19          PROSPECTIVE JUROR:  Villanova, right outside of

20  Philadelphia.

21          THE COURT:  Okay.  And then you worked for the public

22  defender in Philadelphia?

23          PROSPECTIVE JUROR:  As an intern, yes.

24          THE COURT:  And then you worked where?

25          PROSPECTIVE JUROR:  I was a prosecutor.  I actually

1    worked as a prosecutor.

2             THE COURT:  In the DA's Office.

3             PROSPECTIVE JUROR:  Yes, sir.

4             THE COURT:  In Philadelphia?

5             PROSPECTIVE JUROR:  Yes, sir.

6             THE COURT:  How long were you there?

7             PROSPECTIVE JUROR:  For about two years.

8             THE COURT:  So you're doing the regular DA's work?

9             PROSPECTIVE JUROR:  Yes, sir.

10            THE COURT:  What kind of work did you do when you were

11   there?

12            PROSPECTIVE JUROR:  Initially, I worked misdemeanors

13   called municipal court.

14            THE COURT:  They always start there.

15            PROSPECTIVE JUROR:  They always start there, exactly.

16   So municipal court, and then for about a year after that, I

17   worked in juvenile court, handling misdemeanors and felonies,

18   but only involving juveniles or juvenile victims.

19            THE COURT:  Okay.  You're doing street-arrest-type

20   cases, then?

21            PROSPECTIVE JUROR:  Yes, sir.

22            THE COURT:  And then -- but you had interned on the

23   defense side?

24            PROSPECTIVE JUROR:  Yes, sir.

25            THE COURT:  So you saw both?

```
 1              PROSPECTIVE JUROR:  Yes, sir.

 2              THE COURT:  And then you came to VA from there?

 3              PROSPECTIVE JUROR:  No, sir.  After my time at the

 4    DA's office, I actually clerked for a federal judge.

 5              THE COURT:  Who did you clerk for?

 6              PROSPECTIVE JUROR:  Ricardo Hinojsa, Southern District

 7    of Texas.

 8              THE COURT:  Good, good.  He's in the Eastern?

 9              PROSPECTIVE JUROR:  No, Southern District of Texas,

10    down in McAllen.

11              THE COURT:  Okay.  In McAllen?

12              PROSPECTIVE JUROR:  Yes, sir.

13              THE COURT:  Interesting place.

14              PROSPECTIVE JUROR:  Understatement.

15              THE COURT:  I'm from San Antonio originally.

16              PROSPECTIVE JUROR:  I saw.  I saw.

17              THE COURT:  And then when did you come to DC?

18              PROSPECTIVE JUROR:  November 2016.

19              THE COURT:  And that's when you went to VA?

20              PROSPECTIVE JUROR:  Yes, sir.

21              THE COURT:  Okay.  So you know all about the burden of

22    proof and all -- everything I was talking about this morning.

23    You know all of that?

24              PROSPECTIVE JUROR:  Yes, sir.

25              THE COURT:  Did you do criminal cases when you were
```

1    doing your clerkship?  I'm sure you did.

2            PROSPECTIVE JUROR:  Not really.  Not a lot of cases

3    went to trial when I was clerking for the judge.  But mostly

4    illegal reentry, a lot of pleas, that sort of thing.  I think I

5    saw -- in the year I was there, I think I saw maybe one trial

6    from start to finish.

7            THE COURT:  Oh, really?

8            PROSPECTIVE JUROR:  Yes, sir.

9            THE COURT:  Southern District?

10           PROSPECTIVE JUROR:  Yes, sir.

11           THE COURT:  That's interesting.  Okay.  In any event,

12   I'll try to get back on track.

13           You have other prosecutors you have worked with, or

14   not?

15           PROSPECTIVE JUROR:  No, sir, just my time at the DA's

16   Office.  That was it.

17           THE COURT:  Tell me about other defense people you

18   worked with.

19           PROSPECTIVE JUROR:  My time at the Defender's Office.

20   That was it as well.

21           THE COURT:  And then -- all right.  And the public

22   defenders office is the only one you've worked at in

23   Philadelphia, then?

24           PROSPECTIVE JUROR:  Yes, sir.

25           THE COURT:  Then we've got to ask about you, a family

member or close friend ever arrested, convicted of, or charged

with a crime?

            PROSPECTIVE JUROR:  Yes, sir.

            THE COURT:  What was that?

            PROSPECTIVE JUROR:  I'm actually not sure.  So I have

two older brothers who I'm not close with, but they've been in

and out of the system for as long as I remember.  Nothing

violent, mostly, I guess like shoplifting-type crimes, things

of that nature.

            THE COURT:  Okay.  These are older brothers?

            PROSPECTIVE JUROR:  Yes, sir.

            THE COURT:  And tell me in terms of how they've been

treated by the criminal justice system -- and I know you may

not know all of the facts -- have they been fairly treated by

the criminal justice system?

            PROSPECTIVE JUROR:  To my knowledge, yes.

            THE COURT:  Anything about their treatment have any

affect on your ability to be a fair and impartial juror here?

            PROSPECTIVE JUROR:  Not at all.

            THE COURT:  The next one, you or a family member or a

close friend ever a victim or witness to a crime?

            PROSPECTIVE JUROR:  Yes, sir.

            THE COURT:  Tell me about that one.

            PROSPECTIVE JUROR:  So when I was -- that would have

been my freshman year of college.  Geez, when was that?  I was

```
 1    at a family friend's house, and the friend's house was being

 2    robbed while I was there.  So I was a witness to that.  It

 3    never went to trial.  I do believe it was -- there was a plea

 4    in that situation, but I was there for that.

 5              THE COURT:  Okay.  You didn't testify at the trial?

 6              PROSPECTIVE JUROR:  No, sir.

 7              THE COURT:  Anything about that case have any effect

 8    on your ability to be a fair juror here?

 9              PROSPECTIVE JUROR:  No, sir.

10              THE COURT:  Who investigated that, Philadelphia

11    police?

12              PROSPECTIVE JUROR:  Yes, sir.

13              THE COURT:  Is Villanova in Philadelphia?

14              PROSPECTIVE JUROR:  It's right outside the city

15    limits.

16              THE COURT:  I haven't had a clerk from Villanova.

17    People keep telling me I should.

18              PROSPECTIVE JUROR:  I think you should, too.

19              THE COURT:  Okay.  Now, where were you January 6th?

20              PROSPECTIVE JUROR:  I was home.

21              THE COURT:  You were home.  Working at home --

22              PROSPECTIVE JUROR:  Yes.

23              THE COURT:  -- that day?

24              PROSPECTIVE JUROR:  Yes.

25              THE COURT:  Okay.  And you saw it live?
```

1              PROSPECTIVE JUROR:  Yes.

2              THE COURT:  Tell us what you saw.

3              PROSPECTIVE JUROR:  I just -- well, I didn't see it

4       live on TV.  I saw Twitter feeds, a lot of information that

5       way, through CNN or other political accounts that I follow.  I

6       watched it happen and I watched the aftermath.

7              THE COURT:  Tell us what you were seeing at the time,

8       then.

9              PROSPECTIVE JUROR:  A lot of violence.  I didn't see

10      the beginning of everything that started.  I just saw, I guess

11      you would say the aftermath, as far as people climbing the

12      walls or going over barriers, things of that nature.

13             THE COURT:  Okay.  To what extent have you followed

14      the news about that since then?

15             PROSPECTIVE JUROR:  You mean like whether I followed

16      it closely?  I haven't followed it closely.  But I do

17      understand what's going on with the whole situation.  But I

18      haven't followed any particular --

19             THE COURT:  What's your normal news source?

20             PROSPECTIVE JUROR:  Usually CNN, but -- I mean,

21      television-wise, CNN.  But Twitter is probably where I get the

22      majority of my news.

23             THE COURT:  Do you take the *Post* or subscribe to the

24      *Post*?

25             PROSPECTIVE JUROR:  No, but I do subscribe to the *New*

1    *York Times*, though.

2           THE COURT:  The *Times*?

3           PROSPECTIVE JUROR:  Yes, sir.

4           THE COURT:  Did you watch any of the congressional

5    hearings about January 6th?

6           PROSPECTIVE JUROR:  No, but I know that they happened.

7           THE COURT:  Okay.  Did you follow any of the court

8    cases about these?

9           PROSPECTIVE JUROR:  No.

10          THE COURT:  Now, you were asked on the questionnaire

11   about whether you could -- I think the way the question was

12   worded, along the lines of what I talked about this morning.

13   You could set aside whatever you have seen and read outside and

14   decide this case just on the evidence you heard here in the

15   courtroom.  Do you have any problem with that?

16          PROSPECTIVE JUROR:  No, sir.

17          THE COURT:  I wanted to talk through that with you.

18          As we start the trial, I'm going to give you an

19   instruction that we presume the defendants are innocent.  The

20   government has to come in and prove beyond a reasonable doubt

21   exactly what they said that violated the law.  And you can only

22   consider evidence in this courtroom, not anything you've seen

23   or heard or heard about, but just the evidence that you see in

24   this courtroom.

25          Could you be fair and impartial in doing that?

1            PROSPECTIVE JUROR:  Yes, sir.

2            THE COURT:  And then the hardest question.  You know

3    this one because you're a lawyer.

4            But if you're sitting over there where the defendants

5    are sitting, would you want somebody with your mindset sitting

6    on that jury?

7            PROSPECTIVE JUROR:  I believe so.

8            THE COURT:  You could be fair and open-minded,

9    impartial, and decide this case just on the evidence you saw at

10   this trial?

11           PROSPECTIVE JUROR:  I believe so.  Someone with the

12   understanding of the actual burden of proof and things that are

13   required and an understanding that --

14           THE COURT:  See, that's what I'm looking for.

15           PROSPECTIVE JUROR:  -- a defendant is guilty until

16   proven innocent -- or innocent until proven guilty.

17           I'm sorry, guys.  My bad.

18           (Begin bench conference)

19           MR. PALLAS:  Judge, I just had one follow-up question.

20           The question you asked him was, have you been

21   following the investigation or events of January 6th, and he

22   said, no, I haven't, but I understand what's going on with the

23   whole situation, and then you moved on to something else.

24           But I guess the question you asked is, what does he

25   understand is going on with the whole situation about

 1  January 6th.

 2          THE COURT:  I'll ask it.

 3          MS. ISAAK:  I had that same question.

 4          MR. BARKET:  Did you ask him about 32?  He indicated a

 5  positive response to 32, strong feelings about people who don't

 6  accept the validity of the election.

 7          THE COURT:  I didn't notice.  I'll ask him.

 8      (End bench conference)

 9          THE COURT:  I just have two other questions.

10          One was, you said something about you understand --

11  let's see what your phasing was, something about you understand

12  what was going on about January 6th anyway.

13          PROSPECTIVE JUROR:  Yes, sir.

14          THE COURT:  How did you phrase that?

15          PROSPECTIVE JUROR:  You mean -- you asked a few

16  questions about it.  You asked what I saw.

17          THE COURT:  You said something like you understand

18  what happened that day, or something like that.

19          PROSPECTIVE JUROR:  I was saying -- you had asked what

20  I had saw, and I was explaining, you know, how I didn't see the

21  actual beginning of everything that happened on January 6th,

22  but, you know, I saw the aftermath of what had happened as far

23  as, you know, people going into the Capitol.  And I'm not sure

24  if they were allowed to be in there, but I did see people

25  entering the Capitol.

1          I don't recall what I would have said about I

2   understood what was going on because I don't know if I really

3   understood why what was happening -- actually was happening.

4          THE COURT:  All right.  There's one other question I

5   didn't ask you about.  Do you have strong feelings about

6   persons who do not accept the validity of the results of the

7   2020 presidential election that would affect your ability to be

8   a fair and impartial juror?  And you said yes to that one.

9          PROSPECTIVE JUROR:  Yes, sir.

10         THE COURT:  Tell me a little more about that.

11         PROSPECTIVE JUROR:  I think we have to accept the

12   outcomes of our elections here in this country, and if you

13   don't, I don't believe that taking the law into your own hands

14   is the right remedy for any issues you may have with any

15   outcomes.

16         THE COURT:  Okay.  But you still have a right to

17   protest.  You might not be able to do everything that was done

18   on January 6th, that day, but you certainly have the right

19   under the Constitution to protest that day.

20         PROSPECTIVE JUROR:  Well, there's a difference between

21   protesting and violence, which, you know, I think it's a very

22   clear line.  You know, once it moves into the area of physical

23   violence and physical safety is being threatened, then I think

24   we have an issue.

25         THE COURT:  The next one said, do you have an opinion

1    about former President Donald Trump or people that strongly

2    support President Trump that would make it hard for you to

3    serve as a fair and impartial juror in the case where the

4    defendant is such a person.  You did not answer yes to that one

5    because you think, even in that situation, you could be a fair

6    juror?

7              PROSPECTIVE JUROR:  Yes.

8              THE COURT:  Because, again, there's a right to

9    protest.  The question is whether what happened that day at

10   some point was no longer a protest.

11             PROSPECTIVE JUROR:  Correct.

12             THE COURT:  Obviously, there's a right to protest.

13   And part of the jury instructions here will be there is a right

14   to protest, that it's a question of at what point that changed

15   that day, and maybe at what point physically, as well as in

16   other ways, it changed.  That will be what the jury is going to

17   have to decide in accordance with the instructions.

18             And I guess, as a lawyer, the instructions are going

19   to be vital to the jury deciding, and you're saying you will

20   decide it in accordance with the instructions?

21             PROSPECTIVE JUROR:  Yes, sir.

22             THE COURT:  I'll see what else counsel want to ask, if

23   anything.

24         (Begin bench conference)

25             MR. BARKET:  This is Dylan Barket.  I'm going to move

1  to strike for cause.  He's already made his mind up.  He said

2  there was a difference between protesting and violence, and

3  when violence starts -- violence and things involving other

4  people's safety, I don't believe you should take the law into

5  your own hands.  I think he's already made his mind up and, I

6  mean, this case involves an assault -- alleged assault on an

7  officer.  For that reason, I'm going to ask to strike him for

8  cause.

9          THE COURT:  Denied.

10      (End bench conference)

11          DEPUTY CLERK:  Juror 0296.

12          THE COURT:  You know some lawyers?

13          PROSPECTIVE JUROR:  I do, yes, some close friends who

14  are lawyers.

15          THE COURT:  Okay.  Any of them have any criminal

16  practice?

17          PROSPECTIVE JUROR:  No.

18          THE COURT:  Okay.  And some that worked in the court

19  system or for probation or parole?

20          PROSPECTIVE JUROR:  A brother-in-law who was a U.S.

21  marshal.

22          THE COURT:  Where does he work?

23          PROSPECTIVE JUROR:  The Moultrie, and then I don't

24  remember the other ones.

25          THE COURT:  How long has he been there?

1      PROSPECTIVE JUROR:  I believe five years or so.

2      THE COURT:  Ever discuss his work with him?

3      PROSPECTIVE JUROR:  No, not in any great detail.

4      THE COURT:  Okay.  How often do you see him?

5      PROSPECTIVE JUROR:  Once every couple months or so.

6      THE COURT:  And you or a family member or close friend

7  live in or work near the Capitol?

8      PROSPECTIVE JUROR:  My then fiancée, now wife,

9  lives -- and we both, we live in southwest, just down South

10  Capitol Street.

11      THE COURT:  On January 6th, you watched the events on

12  live TV.  Where were you at the time?

13      PROSPECTIVE JUROR:  I was at work at the time.

14      THE COURT:  Where were you working then?

15      PROSPECTIVE JUROR:  Up in Brookland.

16      THE COURT:  Okay.  And then tell us a little more

17  about what you saw on the video that you saw, then, that day.

18      PROSPECTIVE JUROR:  What I saw on the video mostly was

19  wide-angle shots, so just the -- you know, nothing that I could

20  see.

21      THE COURT:  Of the Capitol?

22      PROSPECTIVE JUROR:  Yeah, of the Capitol.

23      THE COURT:  Tell us more about what you saw, then.

24      PROSPECTIVE JUROR:  Largely, the crowd at the time

25  coming into the Capitol space.  And then pretty much that's

 1    pretty much it as far as the video goes.

 2              THE COURT:  Okay.  To what extent did you follow news

 3    reports of that afterwards?

 4              PROSPECTIVE JUROR:  Through the immediate weeks

 5    afterwards, probably every day I saw various news clips.

 6              THE COURT:  What's your news access usually, the *Post*

 7    or --

 8              PROSPECTIVE JUROR:  A variety.  Yes, The WaPo, various

 9    other outlets as well.

10              THE COURT:  Okay.  Do you watch TV news as well?

11              PROSPECTIVE JUROR:  No, mostly entirely online.

12              THE COURT:  What things do you look at online?

13              PROSPECTIVE JUROR:  How do you mean, as far as news?

14              THE COURT:  Yeah, news.

15              PROSPECTIVE JUROR:  Got it.  Are we asking about a

16    particular idealogical event or --

17              THE COURT:  Yeah.

18              PROSPECTIVE JUROR:  Okay.  So a conservative.  So

19    those are, for example, *The American Conservative*, et cetera,

20    versus things, Heritage Foundation, in that regard.

21              THE COURT:  Okay.  Did you subscribe to the *Post*, did

22    you say?

23              PROSPECTIVE JUROR:  No, I'm not a subscriber.

24              THE COURT:  Okay.  But you could look at it online?

25              PROSPECTIVE JUROR:  Yes.

1          THE COURT:  And the *New York Times*?

2          PROSPECTIVE JUROR:  The *New York Times*, a little less,

3    is a little less accessible subscription-wise.

4          THE COURT:  What other things would you see online?

5          PROSPECTIVE JUROR:  CNN, I usually check as well.

6          THE COURT:  Okay.  And you did not watch TV news

7    usually?

8          PROSPECTIVE JUROR:  No.

9          THE COURT:  Okay.  Did you watch any of the

10   congressional hearings that the House had?

11         PROSPECTIVE JUROR:  No.  I did read news articles

12   about them, but I didn't watch CSPAN footage.

13         THE COURT:  Did you follow the court cases?

14         PROSPECTIVE JUROR:  No.  None beyond that were briefly

15   discussed in an article that I might have read, but I didn't

16   follow a particular case of anybody in particular.

17         THE COURT:  Okay.  So if I go through the way the

18   process works in the courtroom, I'm going to instruct the jury

19   that we start with the presumption the defendants are innocent,

20   the government has to come to court in the courtroom and put on

21   evidence and prove beyond a reasonable doubt that they

22   committed what they're actually charged with.  You have to find

23   and be convinced beyond a reasonable doubt that they committed

24   what they're charged with, and be fair and impartial in making

25   that decision.

1    Any reason you couldn't do that fairly and

2    impartially?

3    PROSPECTIVE JUROR:  No, not that I'm aware of.

4    THE COURT:  And then in deciding that, I'm going to

5    ask the hardest question.  That is, if you're sitting over

6    there where the defendants are sitting, would you want somebody

7    with your mindset sitting where you're sitting there in the

8    jury box?  Are you somebody they could count on to be fair and

9    impartial?

10    PROSPECTIVE JUROR:  I would, because I believe that

11    for the success of our American project, the laws as we have

12    them, it's in our best interest to enforce them when they've

13    been broken.

14    THE COURT:  You don't know what they did?

15    PROSPECTIVE JUROR:  No.

16    THE COURT:  If anything?

17    PROSPECTIVE JUROR:  Yeah.  I'm not aware of their

18    names or --

19    THE COURT:  You can follow my instructions on the law

20    to decide whether they did something that was wrong under the

21    law?

22    PROSPECTIVE JUROR:  Yes.

23    THE COURT:  Can I speak to counsel?

24    (Begin bench conference)

25    MR. PALLAS:  Yes, Your Honor.  George Pallas.  I

1    didn't get that last answer about your question about would he

2    be comfortable if he sat here as a defendant, would he want him

3    himself as a juror.  He said something about enforcement of

4    laws, and I didn't quite catch it.

5              (Answer read back by court reporter.)

6              MR. PALLAS:  Thank you.

7              Judge, I don't have any grounds to move for cause.

8    Maybe one of the other attorneys does.

9              MR. BARKET:  None here, Your Honor.

10             MS. ISAAK:  No.

11         (End bench conference)

12             THE COURT:  Thank you very much.

13             DEPUTY CLERK:  Juror 0691.

14             THE COURT:  First, you had a scheduling issue?

15             PROSPECTIVE JUROR:  Yes.

16             THE COURT:  Use the microphone there.

17             PROSPECTIVE JUROR:  Yes.  I have been having some

18   medical problems, and I have an appointment on Friday to try to

19   get checked out.  But those medical problems may be

20   problematic.  I have been having chronic migraines for about

21   six weeks now, where it's every morning I wake up with one.

22             THE COURT:  Okay.  I have usually had good success if

23   you ended up on the jury with talking to the doctor directly

24   about how soon could they reschedule it if you're on the jury.

25   Would you have any problem if I did that?

1          PROSPECTIVE JUROR:  I would not have a problem, but

2     that's not my concern.  My concern is the migraines, because

3     they're trying to -- excuse me, but they think it might be

4     perimenopausal, so they're trying to get my hormones balanced.

5     But right now, every morning I wake up with one.  This morning,

6     I was able to take Relpax, which is what I'm on, but I only

7     have one left.

8          THE COURT:  So your concern is you might not be able

9     to serve?

10          PROSPECTIVE JUROR:  I might be sick.

11          THE COURT:  Between now and Friday?

12          PROSPECTIVE JUROR:  I'm not eligible for refill for

13     another four days, so I'm likely to have a migraine and be

14     incapacitated before I get my medical refill.

15       (Begin bench conference)

16          MR. PALLAS:  No objection to challenge for cause.

17          MS. ISAAK:  No objection.

18       (End bench conference)

19          THE COURT:  I'll go ahead and excuse you now, then.

20          (Prospective juror 0691 excused.)

21          DEPUTY CLERK:  Juror 0391.

22          THE COURT:  Tell us about the video you saw of

23     happenings.

24          PROSPECTIVE JUROR:  I think it was pretty unavoidable

25     that day, just on Twitter, friends talking about it.  So I

1     can't recall specific videos, other than just like, you know,

2     news headlines and kind of snippets, but I don't think I

3     watched, like, an in-depth more than, like, 30 minutes.

4               THE COURT:  Where were you that day?

5               PROSPECTIVE JUROR:  I believe I was in Georgia,

6     stationed at Fort Benning in the Army.

7               THE COURT:  You were still in the Army then?

8               PROSPECTIVE JUROR:  Yes.

9               THE COURT:  What are you doing now?

10              PROSPECTIVE JUROR:  I work at the Navy Yard Marine

11    Barracks as a rec attendant.

12              THE COURT:  Okay.  What news coverage of this have you

13    followed, then?

14              PROSPECTIVE JUROR:  Like I said, it's hard to avoid

15    it.  I don't really actively seek it out, but I'm on Twitter a

16    lot.  I see, like, pundits and their kind of 30-second takes on

17    it and, yeah, the occasional headline, but nothing too serious.

18              THE COURT:  What's your normal news source?

19              PROSPECTIVE JUROR:  Reddit and YouTube, I would say.

20    And Facebook, I guess.

21              THE COURT:  You don't take the *Post*?

22              PROSPECTIVE JUROR:  I guess not, no.

23              THE COURT:  Do you watch TV news?

24              PROSPECTIVE JUROR:  No.  No, sir.

25              THE COURT:  I'm surprised by how many people don't

1    watch it.  My jury selection today, not too many people are

2    watching TV news now.  I'm surprised how many don't watch it.

3              To what extent, then, are you finding news -- you're

4    seeing more on Twitter and things like that?

5              PROSPECTIVE JUROR:  Yeah.  It's mostly just online

6    stuff, so like -- yeah, I don't know.  Just on my phone a lot,

7    I guess.

8              THE COURT:  I'm too old to know these things.  Okay.

9              Did you watch any of the congressional hearings,

10   January 6th Committee?

11             PROSPECTIVE JUROR:  I did not.

12             THE COURT:  Did you follow any of the court cases?

13             PROSPECTIVE JUROR:  No, I did not.

14             THE COURT:  So you've got a pretty open mind as we

15   start, then?

16             PROSPECTIVE JUROR:  I think so.

17             THE COURT:  So if I go through a little more of what I

18   went through this morning, as we start the trial, you have to

19   presume the defendants are innocent.  That's going to be an

20   instruction I give you, and the government has to come in and

21   prove the evidence they have to try to show the defendants are

22   guilty beyond a reasonable doubt.

23             Any reason you couldn't be fair and impartial and

24   decide if the government has really proven that?

25             PROSPECTIVE JUROR:  I don't believe so.

```
 1              THE COURT:  And then I'm going to ask you the hardest
 2   question.
 3              If you're sitting over there where the defendants are
 4   sitting, would you want someone on that jury that has your
 5   mindset, thinks like you do?  Is that the kind of person you
 6   would want on the jury?
 7              PROSPECTIVE JUROR:  Impartial and fair.  I believe so,
 8   I guess, yeah.
 9              What was the question?  I apologize.
10              THE COURT:  That's right.  You would think fairly and
11   impartially and decide whether they really did it or not
12   because you don't know what they did, if anything?
13              PROSPECTIVE JUROR:  No clue.
14              THE COURT:  You could decide that just on what you see
15   in this courtroom?
16              PROSPECTIVE JUROR:  I believe so, Your Honor.
17              THE COURT:  See if counsel have other questions.
18              (Begin bench conference)
19              MR. PALLAS:  No objection to him sitting.
20              MS. ISAAK:  No objection, Judge.
21              (End bench conference)
22              THE COURT:  Thank you very much.
23              We'll go to 2048, and that will be the last for the
24   day.
25              (Prospective juror 2048 enters courtroom.)
```

1          THE COURT:  Just have a few follow-up questions.  It

2    said on the questionnaire, is there anything about the nature

3    of the charges that would make it difficult for you to render a

4    fair and impartial verdict in this case, and you said yes.

5          What did you have in mind there.

6          PROSPECTIVE JUROR:  Yeah.  I would say the topic

7    itself, it's a tough one.  I try not to see it as binary, but

8    at the end of the day, if it has to deal with support of

9    Donald Trump, that's somebody that I see as somebody who has,

10   you know, spoken on or said racist things.  And so if you're

11   supporting that, I either see it as you're okay with racism or

12   an overt racist.  That's why I marked it.

13         THE COURT:  And you're also asked, do you have an

14   opinion about former President Donald Trump or people who

15   strongly support former President Donald Trump that make it

16   hard for you to serve as a fair and impartial juror in a case

17   where the defendant is such a person, and you said yes.

18         PROSPECTIVE JUROR:  That's right.  Just pretty much

19   the same what I had just said.  It's kind of along the same

20   lines.

21      (Begin bench conference)

22         MR. PALLAS:  Move for cause, Your Honor.

23         THE COURT:  It's granted.

24      (End bench conference)

25         THE COURT:  Thank you for your honesty today.

1          (Prospective juror 2048 excused.)

2          THE COURT:  The remainder of the panel will be excused

3  until 9:45 a.m. so we can start at 10:00 a.m. tomorrow.  Let me

4  make sure everybody's records comport with mine.

5          So I show in the pool, then, would be on page 1,

6  number 1050, line 6.

7          Number 647, line 7.

8          Number 812 would be line 8.

9          Number 1824, who is line 10.

10          Number 0300, which would be line 14.

11          Number 0459, which would be line 16.

12          Number 1626 would be line 19.

13          Number 0254, which would be line 20.

14          2042, which would be line 22.

15          0351, which would be line 23.

16          0763 would be line 24.

17          1423 would be line 26.

18          1109 would be line 28.

19          0691 would be line 30.

20          And 204, it would be line 32.

21          MR. PALLAS:  0691 is for cause.  It would be 0296 that

22  remain.

23          THE COURT:  I'm sorry.

24          MR. PALLAS:  I'm sorry, Judge.  I have 0296 as gone

25  and 0391 on the panel, but 0691 struck for cause.

 1          MS. WAGNER:  The government concurs with that.  0691

 2  was the female with the medical migraines.

 3          THE COURT:  Let me look here.  Maybe I jotted that

 4  down wrong.

 5          MR. PALLAS:  The last one was 248, which we struck,

 6  and then 0391 we kept.  He's the Army guy.  And then 0691 we

 7  struck.  She's had the migraines.  0296 we kept.  He's the

 8  musician.

 9          THE COURT:  That's what I have.  We kept 391?

10          MR. PALLAS:  391, yes.

11          THE COURT:  That's right.  So we have 15 in the pool.

12  Okay.

13          DEPUTY CLERK:  Correct.

14          MR. PALLAS:  I didn't count them.

15          THE COURT:  So we may or make not make it tomorrow.

16          MS. WAGNER:  Your Honor, if I may, this is Ms. Wagner.

17          Does the Court -- it looks like we have 15, but we've

18  been through quite a few of the pool, and at least one of the

19  remaining pools has been already excused.  So does the Court

20  anticipate calling an additional pool of jurors?

21          THE COURT:  Well, we have the remainder of this pool.

22  There is 70 in this pool.  If we have to pull more, we'll have

23  to call them for Wednesday.

24          MS. WAGNER:  Okay.  And also, just as a scheduling

25  matter, Your Honor, I just wanted to advise the Court, this

1    morning I did produce a copy of the government's PowerPoint for

2    its opening statement to the defendants.  I don't know if they

3    have had time to look at it yet, but I would ask that perhaps

4    tomorrow we discuss if there are going to be objections on

5    that.

6        THE COURT:  I have not seen my voir dire go as slowly

7    as this has, but we have a lot more people that have a lot more

8    problems than I have seen in the past.

9        MR. PALLAS:  I think it's going well, Judge.  It's

10   just we happen to have a lot that were cause and they just made

11   no sense to try and rehabilitate them.  People that answered

12   number two about some of the nature of the charges, they are

13   immediately --

14       THE COURT:  There was a lot of publicity about Trump

15   that has engendered a lot of interest.

16       MR. PALLAS:  I think that's exactly it, especially

17   with his trial.  It all kind of rehashed things.

18       THE COURT:  I understand.  I asked your questions you

19   wanted, and you ferreted out a lot of interest.

20       MR. PALLAS:  But that's what we need, Judge.

21       THE COURT:  I understand.  I gave you what you asked

22   for.

23       MR. PALLAS:  Judge, I'm here to fight for justice.

24       THE COURT:  I have sustained almost every objection

25   you have made, haven't I?

1          MR. PALLAS:  Yes, you have, Your Honor.  I have to

2    admit that.

3          THE COURT:  I gave you one or two you can argue on

4    appeal.

5          MR. PALLAS:  Always have to have something.

6          THE COURT:  Good luck.

7          MR. PALLAS:  Always have to keep some cards close to

8    your chest.

9          THE COURT:  Off the record.

10         (Pause)

11         MR. PALLAS:  I think Mr. Greg Purdy wanted to address

12   the Court.

13         DEFENDANT GREGORY PURDY:  Your Honor, I want to say I

14   sincerely apologize for saying hi to someone.  I'm new to this,

15   and I'm learning.  I will obey your orders and I won't do it

16   again.  I sincerely apologize.  You won't hear that I do that

17   or say hi to anybody.  Thank you.

18         THE COURT:  Don't worry.  I come on gruff.

19         I'll see you all tomorrow at 10:00 a.m.

20         DEPUTY CLERK:  All rise.  Court stands in recess.

21   Parties are excused.

22      (Proceedings recessed at 5:09 p.m.)

23

24

25

```
 1                          CERTIFICATE

 2        I, Sonja L. Reeves, Federal Official Court Reporter in and
      for the United States District Court of the District of
 3    Columbia, do hereby certify that the foregoing transcript is a
      true and accurate transcript from the original stenographic
 4    record in the above-entitled matter and that the transcript
      page format is in conformance with the regulations of the
 5    Judicial Conference of the United States.

 6        Dated this 16th day of June, 2024.

 7

 8                              /s/ Sonja L. Reeves
                              SONJA L. REEVES, RDR-CRR
 9                            FEDERAL OFFICIAL COURT REPORTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**$**

**$50** [1] - 113:18

**/**

**/s** [1] - 182:8

**0**

**00145** [1] - 145:17
**00647** [1] - 48:13
**0213** [2] - 109:12, 112:17
**0254** [2] - 116:5, 178:13
**0296** [4] - 167:11, 178:21, 178:24, 179:7
**0300** [2] - 87:1, 178:10
**0351** [2] - 129:12, 178:15
**0391** [3] - 173:21, 178:25, 179:6
**0400** [2] - 24:21, 30:21
**0403** [2] - 40:16, 42:13
**0459** [2] - 98:7, 178:11
**0691** [7] - 172:13, 173:20, 178:19, 178:21, 178:25, 179:1, 179:6
**0733** [2] - 31:14, 32:11
**0763** [2] - 136:25, 178:16
**0812** [1] - 55:9
**0883** [2] - 72:16, 81:12

**1**

**1** [4] - 1:10, 6:17, 24:16, 178:5
**10** [3] - 7:20, 13:1, 178:9
**100** [2] - 96:3, 96:25
**1007** [1] - 81:17
**1050** [2] - 42:14, 178:6
**10:00** [3] - 16:15, 178:3, 181:19
**10:26** [2] - 1:11, 3:1
**10:28** [1] - 4:9
**10th** [1] - 110:22
**11** [4] - 7:23, 13:7, 13:16, 13:23
**1109** [2] - 154:25,

178:18
**1161** [2] - 32:12, 40:15
**1198** [3] - 30:23, 30:24, 31:13
**11:07** [1] - 23:4
**12** [4] - 8:3, 13:17, 13:22, 76:16
**12:09** [1] - 55:8
**12:30** [1] - 16:17
**13** [5] - 8:6, 13:24, 14:7, 76:17, 121:20
**14** [3] - 14:8, 14:13, 178:10
**1400** [1] - 1:15
**1423** [3] - 145:20, 145:21, 178:17
**1428** [2] - 82:19, 86:25
**145** [2] - 145:13, 154:20
**15** [5] - 4:12, 14:14, 146:21, 179:11, 179:17
**16** [2] - 14:17, 178:11
**1620** [1] - 1:15
**1626** [2] - 112:18, 178:12
**1693** [2] - 104:21, 107:6
**16th** [1] - 182:6
**17** [1] - 14:21
**18** [2] - 15:1, 15:21
**1824** [3] - 67:3, 67:4, 178:9
**1828** [2] - 143:14, 145:11
**19** [4] - 15:22, 16:1, 16:4, 178:12
**1934** [2] - 62:12, 64:8, 64:9, 67:2
**1990** [1] - 64:19
**19th** [5] - 77:15, 147:14, 147:16, 147:18, 147:19
**1:15** [2] - 54:25, 55:5
**1:22-cr-00019-RCL** [1] - 1:5
**1:24** [1] - 55:8
**1:45** [1] - 16:17

**2**

**2** [2] - 6:19, 145:18
**20** [4] - 16:2, 16:4, 64:10, 178:13
**20001** [2] - 1:19, 1:24
**2012** [1] - 76:16
**2016** [3] - 137:5, 155:7, 157:18

**2017** [1] - 74:15
**2020** [9] - 18:10, 35:14, 39:12, 80:10, 111:19, 123:25, 144:16, 153:14, 165:7
**2021** [13] - 6:12, 6:16, 17:6, 17:8, 17:11, 17:14, 17:16, 17:19, 18:19, 27:17, 43:3, 43:11, 82:5
**2024** [2] - 1:11, 182:6
**204** [1] - 178:20
**2042** [2] - 125:21, 178:14
**2048** [3] - 176:23, 176:25, 178:1
**2078** [3] - 95:14, 95:15, 98:6
**21** [3] - 16:6, 16:8, 16:12
**2195** [2] - 152:1, 154:16
**22** [2] - 16:22, 178:14
**22-019** [1] - 3:2
**23** [3] - 17:2, 17:4, 178:15
**24** [3] - 17:5, 17:8, 178:16
**2420** [1] - 2:9
**248** [1] - 179:5
**25** [2] - 17:9, 17:12
**26** [2] - 17:13, 178:17
**262-8200** [1] - 2:7
**27** [1] - 17:15
**28** [3] - 17:18, 17:20, 178:18
**29** [2] - 17:21, 17:23
**2:53** [1] - 107:8

**3**

**3** [3] - 1:11, 6:23, 121:20
**30** [4] - 17:24, 74:2, 174:3, 178:19
**30-second** [1] - 174:16
**305** [2] - 2:3, 2:10
**31** [3] - 18:2, 18:8, 40:10
**32** [6] - 18:9, 18:12, 153:7, 164:4, 164:5, 178:20
**33** [2] - 18:13, 18:17
**33130** [1] - 2:3
**33145** [1] - 2:10
**333** [1] - 1:24
**334** [1] - 2:7
**34** [1] - 18:18
**35** [4] - 18:24, 53:21,

54:5, 62:4
**36** [2] - 19:1, 53:18
**36103** [1] - 2:6
**37** [1] - 19:2
**373-6711** [1] - 2:3
**38** [2] - 19:5, 19:10
**39** [1] - 19:11
**391** [2] - 179:9, 179:10
**3:09** [1] - 107:8
**3rd** [1] - 16:13

**4**

**4** [4] - 6:25, 79:2, 121:20, 126:23
**40** [2] - 19:15, 20:2
**402** [1] - 1:16
**41** [2] - 20:3, 20:11
**42** [2] - 20:12, 20:19
**4894** [1] - 2:6
**4:30** [1] - 121:19

**5**

**5** [4] - 7:2, 90:14, 126:22, 126:24
**52** [2] - 145:13, 145:18
**585** [2] - 120:12, 125:20
**5:00** [2] - 16:15, 121:18
**5:09** [2] - 1:11, 181:22

**6**

**6** [14] - 6:12, 6:16, 7:6, 14:19, 17:6, 17:8, 17:11, 17:14, 17:16, 17:19, 18:6, 18:19, 43:11, 178:6
**60** [1] - 39:15
**601** [1] - 1:18
**647** [1] - 178:7
**66** [1] - 2:2
**661-3700** [1] - 1:16
**68** [1] - 154:23
**68102** [1] - 1:16
**6th** [53] - 17:11, 17:22, 18:1, 26:2, 26:6, 27:16, 33:19, 39:13, 39:16, 41:7, 42:6, 46:24, 47:2, 50:11, 50:23, 59:24, 63:4, 68:13, 69:20, 78:2, 82:6, 83:6, 92:2, 93:6, 95:25, 98:23, 110:20, 112:11,

112:20, 113:2, 113:21, 116:18, 117:18, 118:5, 121:13, 122:21, 127:10, 131:23, 133:11, 140:23, 142:3, 143:24, 147:25, 151:7, 160:19, 162:5, 163:21, 164:1, 164:12, 164:21, 165:18, 168:11, 175:10

**7**

**7** [2] - 7:10, 178:7
**70** [1] - 179:22
**712** [1] - 64:7
**7th** [1] - 2:2

**8**

**8** [2] - 7:13, 178:8
**80s** [1] - 154:24
**812** [1] - 178:8
**856-8580** [1] - 2:10

**9**

**9** [2] - 7:16, 51:22
**902-5977** [1] - 1:19
**918** [1] - 1:19
**9:45** [1] - 178:3

**A**

**a.m** [8] - 1:11, 3:1, 4:9, 16:15, 23:4, 178:3, 181:19
**ABC** [2] - 44:14, 44:16
**abetting** [2] - 7:1, 7:12
**ability** [29] - 14:20, 18:11, 19:7, 19:13, 20:1, 25:21, 35:15, 49:10, 50:2, 53:21, 56:23, 77:9, 80:11, 83:2, 87:15, 88:15, 97:23, 98:20, 104:24, 110:20, 111:20, 124:1, 131:16, 144:17, 147:11, 153:14, 159:18, 160:8, 165:7
**able** [17] - 18:24, 47:17, 54:1, 54:6, 69:22, 82:6, 86:13, 105:7, 111:24, 112:12, 124:5, 124:9,

133:23, 134:8, 165:17, 173:6, 173:8
**above-entitled** [1] - 182:4
**absolute** [1] - 12:10
**absolutely** [4] - 99:13, 101:22, 115:12, 115:17
**accept** [14] - 18:10, 35:13, 38:10, 38:12, 40:1, 80:9, 80:16, 111:18, 123:24, 144:15, 153:13, 164:6, 165:6, 165:11
**accepting** [3] - 35:20, 35:24, 39:25
**access** [1] - 169:6
**accessible** [1] - 170:3
**accommodate** [1] - 134:11
**accord** [2] - 29:1, 71:5
**accordance** [2] - 166:17, 166:20
**accounting** [1] - 123:9
**accounts** [6] - 60:1, 83:17, 100:12, 117:8, 123:15, 161:5
**accurate** [1] - 182:3
**accusing** [2] - 37:19, 52:15
**acquaintance** [1] - 130:2
**act** [1] - 63:3
**action** [1] - 105:24
**active** [1] - 14:1
**actively** [2] - 141:18, 174:15
**activity** [1] - 119:20
**acts** [2] - 62:25, 78:16
**actual** [3] - 106:2, 163:12, 164:21
**add** [2] - 108:3, 108:8
**added** [2] - 8:18, 179:20
**address** [1] - 181:11
**admin** [1] - 67:7
**administer** [1] - 21:6
**administered** [1] - 4:19
**admit** [1] - 181:2
**adverse** [1] - 72:13
**advertising** [1] - 58:1
**advise** [2] - 145:19, 179:25

**advised** [1] - 145:13
**advocacy** [1] - 14:2
**Affairs** [2] - 27:8, 155:5
**affect** [18] - 14:20, 18:11, 35:15, 36:1, 80:10, 85:6, 85:15, 85:16, 110:20, 111:19, 112:2, 124:1, 144:17, 147:11, 153:14, 154:2, 159:18, 165:7
**affects** [1] - 88:13
**afraid** [5] - 85:17, 86:3, 90:6, 92:1, 93:4
**aftermath** [3] - 161:6, 161:11, 164:22
**afternoon** [3] - 16:16, 87:2, 137:2
**afterwards** [5] - 59:9, 131:3, 141:14, 169:3, 169:5
**agencies** [4] - 13:12, 13:13, 15:2, 57:6, 57:7, 110:5
**agency** [4] - 13:4, 13:10, 13:15, 14:13
**agent** [2] - 121:2, 121:5
**Agent** [1] - 9:9
**aggregate** [1] - 70:12
**ago** [14] - 40:24, 49:19, 56:7, 64:18, 67:17, 73:25, 74:2, 76:15, 76:16, 76:17, 76:24, 130:12, 139:7, 146:21
**agree** [10] - 86:12, 105:6, 105:9, 105:23, 106:8, 120:2, 125:10, 135:16, 145:8, 151:23
**ahead** [4] - 31:11, 145:17, 145:20, 173:19
**aide** [1] - 43:4
**aiding** [2] - 7:1, 7:12
**aim** [1] - 4:23
**airport** [1] - 139:7
**Akhtar** [1] - 11:4
**AKHTAR** [1] - 11:4
**Alabama** [6] - 2:6, 98:10, 99:1, 99:16, 100:19, 102:21
**align** [1] - 28:19
**alleged** [2] - 6:13, 167:6
**alleges** [2] - 118:20, 118:23
**allow** [1] - 8:14
**allowed** [4] - 108:3,

108:4, 108:17, 164:24
**almost** [3] - 92:5, 102:22, 180:24
**Alphonso** [1] - 10:20
**alternates** [1] - 135:22
**Amazon** [1] - 138:9
**AMERICA** [1] - 1:3
**America** [3] - 3:3, 4:15, 6:10
**American** [5] - 57:25, 59:11, 80:23, 169:19, 171:11
**ammunition** [1] - 77:1
**anchor** [1] - 142:1
**anger** [2] - 50:7, 122:15
**angle** [1] - 168:19
**answer** [21] - 5:5, 5:11, 5:13, 5:16, 18:3, 28:8, 44:3, 47:5, 52:22, 58:2, 62:7, 73:13, 82:2, 84:19, 86:16, 96:3, 106:9, 119:24, 166:4, 172:1, 172:5
**answered** [5] - 86:18, 101:10, 120:2, 120:3, 180:11
**answers** [4] - 24:3, 86:11, 103:3, 105:8
**Anthony** [1] - 11:2
**anticipate** [1] - 179:20
**Antonio** [1] - 157:15
**anxious** [1] - 153:2
**anyway** [1] - 164:12
**apartment** [1] - 140:25
**apologize** [4] - 137:23, 176:9, 181:14, 181:16
**appeal** [1] - 181:4
**appear** [1] - 6:4
**appearance** [2] - 3:7, 3:21
**application** [2] - 14:9, 63:15
**apply** [2] - 108:17, 108:19
**applying** [1] - 108:1
**appointment** [2] - 67:23, 172:18
**appreciate** [3] - 23:18, 23:23, 81:4
**appreciation** [1] - 6:2
**apprehended** [4] - 64:24, 65:3, 130:16,

147:3
**approach** [1] - 3:6
**appropriate** [2] - 5:9, 5:12
**approximate** [1] - 148:5
**area** [2] - 33:14, 165:22
**argue** [2] - 39:1, 181:3
**argument** [1] - 39:20
**arises** [1] - 6:11
**arising** [1] - 6:15
**Arizona** [1] - 67:14
**Army** [3] - 174:6, 174:7, 179:6
**arrange** [1] - 145:16
**arrangements** [1] - 121:21
**arrest** [1] - 156:19
**arrested** [8] - 15:23, 15:25, 49:17, 58:3, 63:22, 65:6, 139:3, 159:1
**article** [1] - 170:15
**articles** [2] - 19:19, 170:11
**aside** [25] - 18:21, 21:19, 29:11, 37:24, 52:19, 52:20, 53:8, 54:2, 54:13, 84:16, 112:12, 114:6, 114:9, 115:13, 124:6, 124:20, 125:3, 125:4, 125:6, 128:16, 134:21, 150:7, 154:5, 154:11, 162:13
**aspects** [1] - 86:9
**assault** [2] - 167:6
**assaulted** [1] - 130:11
**assaulting** [3] - 6:20, 7:3, 7:7
**assess** [1] - 19:13
**assist** [1] - 3:22
**Assistant** [1] - 9:7
**assistant** [2] - 41:18, 67:7
**assisted** [1] - 10:7
**associated** [1] - 14:22
**association** [1] - 17:25
**assume** [6] - 25:9, 39:1, 46:4, 97:12, 138:25, 148:12
**assure** [1] - 21:11
**Atlanta** [1] - 67:17
**attempt** [2] - 6:5, 112:7

**attendant** [1] - 174:11
**attention** [5] - 19:2, 117:1, 122:20, 122:21, 141:17
**attentively** [1] - 20:15
**attorney** [7] - 9:22, 10:2, 10:5, 40:21, 73:16, 73:21, 73:22, 137:4, 152:4, 152:7
**Attorney** [6] - 1:14, 1:17, 9:7, 9:19, 9:25, 13:11
**Attorney's** [5] - 13:10, 13:11, 14:10, 41:2, 63:15
**attorneys** [4] - 13:21, 14:18, 110:19, 172:8
**AUSA** [5] - 3:9, 40:24, 41:24, 47:21, 53:17
**Austin** [3] - 3:21, 3:24, 4:1, 10:7
**authoritative** [1] - 103:16
**Avenue** [1] - 1:24
**avoid** [2] - 19:16, 174:14
**aware** [6] - 69:3, 111:13, 111:24, 121:15, 171:3, 171:17

# B

**background** [2] - 37:22, 74:3
**backpack** [2] - 139:8, 139:14
**backyard** [1] - 140:13
**bad** [3] - 95:4, 106:2, 163:17
**balanced** [1] - 173:4
**Baltimore** [2] - 120:16, 120:20
**bandied** [1] - 39:15
**bank** [1] - 66:14
**bar** [1] - 3:19
**Barket** [10] - 2:1, 3:11, 9:19, 61:25, 81:6, 82:14, 92:8, 103:4, 108:12, 166:25
**barket** [1] - 108:13
**BARKET** [21] - 2:2, 3:11, 53:23, 61:25, 72:2, 81:6, 81:9, 82:14, 92:8, 93:21, 94:5, 103:4, 104:17, 115:22, 120:4,

125:15, 145:8, 151:3, 164:4, 166:25, 172:9
**Barracks** [1] - 174:11
**barricaded** [1] - 111:9
**barricades** [1] - 141:7
**barriers** [7] - 51:8, 53:23, 54:1, 54:12, 54:13, 54:14, 161:12
**base** [4] - 52:20, 54:19, 128:14, 142:16
**based** [16] - 4:24, 12:1, 19:14, 21:20, 52:18, 103:3, 111:25, 112:6, 115:10, 119:20, 134:24, 135:3, 141:16, 143:4, 146:5, 150:8
**basis** [3] - 115:20, 135:25, 153:17
**beating** [1] - 120:6
**became** [1] - 127:19
**BEFORE** [1] - 1:10
**Begin** [37] - 22:8, 30:7, 31:6, 32:5, 38:6, 41:17, 42:2, 46:19, 53:16, 61:22, 66:20, 71:25, 81:5, 82:13, 85:23, 91:24, 93:20, 97:14, 102:17, 104:16, 106:4, 112:9, 115:19, 119:15, 125:1, 129:6, 135:24, 143:7, 145:5, 150:25, 154:9, 163:18, 166:24, 171:24, 173:15, 176:18, 177:21
**begin** [2] - 16:18, 16:19
**beginning** [2] - 161:10, 164:21
**behalf** [2] - 3:17, 21:4
**beliefs** [4] - 19:12, 20:9, 104:23, 153:23
**believes** [2] - 38:11, 92:11
**Bell** [1] - 120:19
**belonged** [2] - 13:25, 14:6
**bench** [76] - 5:16, 5:17, 22:8, 22:17, 30:7, 30:20, 31:6, 31:10, 32:5, 32:9, 38:6, 40:13, 41:17, 41:23, 42:2, 42:11, 46:19, 48:11, 53:16, 54:4, 61:22, 62:1,

66:20, 66:25, 71:25, 72:10, 81:5, 81:10, 82:13, 82:17, 85:23, 86:23, 91:24, 92:16, 93:20, 94:6, 97:14, 98:4, 102:17, 103:9, 104:16, 104:20, 106:4, 107:5, 112:9, 112:15, 115:19, 115:25, 119:15, 120:10, 125:1, 125:18, 129:6, 129:11, 135:24, 136:10, 143:7, 143:12, 145:5, 145:9, 150:25, 151:24, 154:9, 154:14, 163:18, 164:8, 166:24, 167:10, 171:24, 172:11, 173:15, 173:18, 176:18, 176:21, 177:21, 177:24
**Benning** [1] - 174:6
**beside** [1] - 134:1
**best** [4] - 40:23, 48:20, 121:1, 171:12
**better** [2] - 39:8, 94:4
**between** [5] - 26:10, 51:9, 165:20, 167:2, 173:11
**beyond** [27] - 11:22, 12:4, 12:18, 12:22, 29:6, 29:8, 45:10, 60:19, 70:18, 84:11, 90:25, 91:6, 96:14, 96:20, 106:11, 114:17, 118:19, 128:12, 134:18, 134:19, 142:15, 150:5, 162:20, 170:14, 170:21, 170:23, 175:22
**bias** [1] - 4:22
**biases** [2] - 154:7
**big** [5] - 26:20, 39:22, 40:2, 77:19, 85:5
**binary** [1] - 177:7
**Birmingham** [3] - 98:10, 99:1, 99:16
**bit** [9] - 35:10, 35:16, 46:9, 57:20, 58:19, 99:18, 101:1, 103:10, 136:3
**bits** [1] - 123:17
**black** [1] - 40:4
**blade** [1] - 140:3
**blank** [2] - 71:4, 93:21

**blind** [1] - 54:10
**block** [3] - 107:23, 151:5, 151:21
**blogging** [1] - 19:22
**Bob** [1] - 74:14
**body** [1] - 39:17
**Border** [1] - 75:5
**born** [1] - 81:24
**Boston** [1] - 147:17
**bothers** [1] - 73:2
**bottle** [1] - 130:12
**bound** [1] - 5:4
**Box** [3] - 2:6, 53:18, 53:21
**box** [11] - 5:12, 24:1, 29:20, 37:11, 45:25, 53:5, 61:6, 71:17, 71:18, 137:23, 171:8
**Bradley** [1] - 10:21
**branded** [1] - 57:22
**breached** [4] - 53:23, 54:12, 54:13, 54:14
**breaching** [1] - 51:8
**break** [4] - 16:16, 68:1, 132:8
**breaking** [5] - 43:22, 53:24, 54:1, 54:24, 63:7
**brief** [2] - 8:21, 62:13
**briefly** [2] - 53:19, 170:14
**bring** [2] - 23:24, 33:16
**broad** [1] - 138:2
**broke** [2] - 29:8, 64:22
**broken** [1] - 171:13
**Brookland** [1] - 168:15
**brother** [28] - 24:24, 25:11, 25:12, 25:24, 32:14, 32:16, 49:19, 75:23, 87:23, 89:9, 92:4, 92:9, 92:11, 92:18, 93:15, 93:23, 93:25, 94:1, 94:17, 94:19, 98:9, 103:6, 103:10, 103:12, 103:24, 104:9, 116:10, 167:20
**brother-in-law** [4] - 75:23, 89:9, 116:10, 167:20
**brothers** [2] - 159:6, 159:10
**brought** [2] - 38:9, 81:16
**build** [1] - 125:15
**building** [8] - 7:15, 7:22, 8:9, 51:9, 53:24,

69:12, 78:16, 81:23
**buildings** [3] - 7:19, 8:2, 8:5
**burden** [16] - 11:21, 45:16, 45:18, 46:6, 46:11, 46:13, 46:16, 47:7, 48:1, 48:2, 71:7, 96:13, 106:10, 157:21, 163:12
**bureau** [1] - 50:20
**Burling** [2] - 25:4, 25:5
**buses** [4] - 148:20, 148:21, 151:5, 151:19
**bush** [1] - 120:6
**busy** [1] - 115:23
**but..** [1] - 124:24
**BY** [6] - 1:10, 1:15, 1:18, 2:2, 2:5, 2:9
**bye** [1] - 107:17

**C**

**C-a-r-r** [1] - 4:4
**cabin** [1] - 34:4
**cable** [1] - 100:1
**cafeteria** [1] - 108:13
**California** [2] - 10:4, 116:15
**calm** [1] - 51:11
**camera** [2] - 57:15
**cameras** [1] - 57:15
**camping** [1] - 139:8
**campus** [1] - 83:13
**cannot** [1] - 86:5
**capacity** [3] - 13:3, 74:25, 151:16
**Capitol** [79] - 6:12, 6:15, 8:1, 8:5, 8:9, 10:15, 10:17, 10:21, 11:4, 17:4, 17:6, 17:8, 17:10, 17:14, 17:16, 17:19, 18:6, 18:19, 26:5, 26:24, 34:2, 34:7, 34:15, 40:11, 42:17, 42:23, 43:22, 44:6, 47:4, 58:8, 58:22, 58:24, 59:3, 63:4, 68:9, 68:11, 68:13, 69:1, 69:9, 77:22, 77:24, 78:1, 78:4, 78:5, 78:16, 89:8, 89:12, 89:15, 110:22, 110:24, 112:6, 113:4, 117:6, 119:18, 122:2, 122:4, 126:13, 132:8, 141:11, 147:23, 147:24, 148:7, 148:8, 148:16, 148:21,

148:22, 151:20, 151:22, 164:23, 164:25, 168:7, 168:10, 168:21, 168:22, 168:25
**card** [1] - 66:14
**cards** [1] - 181:7
**care** [3] - 108:25, 145:14, 145:16
**career** [1] - 155:10
**carefully** [1] - 94:17
**Carneysha** [1] - 10:17
**Carr** [4] - 3:21, 3:24, 4:4, 10:7
**carried** [1] - 139:7
**carry** [1] - 12:24
**carrying** [2] - 69:11, 151:14
**cars** [1] - 82:5
**case** [82] - 4:13, 4:14, 4:22, 4:23, 6:8, 6:9, 8:22, 8:23, 8:25, 9:4, 9:6, 12:1, 12:9, 12:12, 14:25, 15:2, 16:10, 16:14, 16:22, 18:8, 18:16, 18:21, 18:22, 19:8, 19:16, 19:18, 19:20, 19:21, 19:23, 20:2, 20:16, 20:19, 21:16, 21:18, 21:24, 22:1, 22:13, 30:2, 36:2, 36:3, 53:6, 53:9, 60:24, 61:11, 61:12, 61:13, 62:13, 62:14, 65:13, 71:16, 76:18, 76:19, 80:25, 84:13, 85:10, 97:4, 108:7, 112:3, 124:13, 136:17, 136:20, 136:21, 136:22, 143:1, 143:18, 144:25, 145:3, 150:12, 152:23, 153:21, 160:7, 162:14, 163:9, 166:3, 167:6, 170:16, 177:4, 177:16
**CASE** [1] - 1:5
**Case** [1] - 3:2
**cases** [37] - 5:23, 14:19, 41:7, 42:7, 44:24, 52:6, 55:17, 60:7, 60:9, 67:18, 70:4, 79:13, 90:18, 100:15, 110:20, 111:13, 114:3, 116:16, 121:13, 127:12, 133:15, 137:15, 137:17,

142:6, 152:10,
152:17, 152:20,
155:9, 156:20,
157:25, 158:2, 162:8,
170:13, 175:12
  **casually** [2] - 34:21,
34:22
  **catch** [3] - 41:21,
119:24, 172:4
  **catchall** [1] - 20:12
  **Catholic** [1] - 130:4
  **causing** [1] - 106:17
  **CBP** [3] - 74:25,
75:2, 75:5
  **cell** [2] - 107:23,
131:7
  **Center** [1] - 131:21
  **certain** [4] - 105:7,
105:24, 132:10
  **certainly** [7] - 73:4,
79:24, 80:15, 83:23,
114:8, 122:20, 165:18
  **certainty** [1] - 125:5
  **CERTIFICATE** [1] -
182:1
  **Certified** [1] - 1:23
  **certify** [1] - 182:3
  **cetera** [2] - 50:8,
169:19
  **chair** [1] - 31:3
  **challenge** [9] - 95:6,
95:9, 115:21, 135:25,
143:8, 151:2, 151:3,
154:12, 173:16
  **challenged** [1] -
106:19
  **challenges** [2] -
39:14, 39:15
  **challenging** [1] -
42:8
  **Chamber** [1] - 69:7
  **chambers** [1] - 69:11
  **change** [1] - 48:8
  **changed** [2] -
166:14, 166:16
  **channel** [2] - 44:15,
126:22
  **Channel** [1] - 79:2
  **channels** [2] - 79:1,
132:10
  **chaos** [3] - 90:4,
122:15, 132:11
  **charge** [2] - 31:16,
140:3
  **charged** [23] - 12:19,
12:22, 15:23, 15:25,
16:4, 49:18, 58:4,
58:6, 60:20, 63:23,
70:20, 72:23, 73:3,
102:7, 108:24,

108:25, 114:18,
114:20, 134:20,
140:1, 159:1, 170:22,
170:24
  **charges** [24] - 6:17,
6:19, 6:23, 6:25, 7:2,
7:6, 7:10, 7:13, 7:16,
7:20, 7:23, 8:3, 8:6,
8:12, 9:3, 31:20,
72:18, 81:15, 81:19,
95:17, 139:20,
143:16, 177:3, 180:12
  **charging** [1] - 90:25,
101:6, 142:16
  **Charleston** [1] -
73:23
  **check** [4] - 63:19,
93:2, 113:14, 170:5
  **checked** [9] - 53:18,
53:21, 58:6, 63:18,
111:8, 137:22,
137:24, 140:14,
172:19
  **chest** [1] - 181:8
  **Chicago** [5] - 110:4,
110:8, 110:9, 110:12,
110:15
  **chief** [1] - 138:18
  **Christopher** [1] -
10:22
  **chronic** [1] - 172:20
  **CIA** [1] - 13:14
  **Cincinnati** [1] -
32:21
  **circumstance** [1] -
104:10
  **circumstances** [3] -
49:23, 107:17, 107:18
  **citizen** [1] - 21:7
  **citizens** [2] - 6:1,
21:6
  **City** [1] - 155:15
  **city** [3] - 99:18,
99:19, 160:14
  **civil** [3] - 6:17, 6:23,
7:1
  **claimed** [1] - 111:23
  **Claims** [1] - 138:14
  **claims** [4] - 112:1,
112:5, 138:15, 153:16
  **class** [1] - 57:24
  **classes** [1] - 50:7
  **clear** [7] - 72:9,
97:16, 107:14,
107:15, 111:23,
112:4, 165:22
  **clearcut** [1] - 120:5
  **clearly** [2] - 112:6,
112:7
  **CLERK** [35] - 3:2,

24:21, 30:24, 31:14,
32:12, 40:16, 42:14,
48:13, 55:7, 55:9,
62:12, 67:4, 72:16,
81:17, 82:19, 87:1,
95:15, 98:7, 104:21,
109:12, 112:18,
116:5, 120:12,
125:21, 129:12,
136:25, 143:14,
145:21, 152:1,
154:25, 167:11,
172:13, 173:21,
179:13, 181:20
  **clerk** [5] - 4:5, 4:17,
138:15, 157:5, 160:16
  **clerked** [2] - 138:13,
157:4
  **clerking** [1] - 158:3
  **clerks** [1] - 11:18
  **clerkship** [1] - 158:1
  **clients** [1] - 107:16
  **climbing** [1] - 161:11
  **clips** [8] - 28:4, 28:6,
52:3, 69:24, 83:23,
149:15, 149:18, 169:5
  **close** [55] - 9:21,
10:1, 13:1, 13:8,
13:15, 13:18, 13:24,
14:6, 14:8, 14:14,
15:22, 15:25, 16:2,
17:3, 17:5, 17:7,
17:24, 24:25, 34:6,
34:8, 34:9, 49:12,
58:3, 63:14, 63:22,
63:25, 64:10, 68:9,
68:12, 74:22, 75:17,
76:5, 76:6, 89:8,
92:10, 92:23, 103:7,
122:1, 122:20,
129:25, 130:1, 130:9,
139:1, 139:3, 140:11,
146:16, 147:22,
153:4, 159:1, 159:6,
159:21, 167:13,
168:6, 181:7
  **closed** [1] - 59:1
  **closely** [8] - 26:17,
26:18, 74:25, 75:2,
75:4, 113:23, 161:16
  **closer** [3] - 32:15,
143:22, 148:23
  **closet** [2] - 76:23,
76:24
  **clue** [1] - 176:13
  **CNN** [11] - 34:25,
36:21, 51:23, 70:12,
78:21, 100:2, 100:8,
161:5, 161:20,
161:21, 170:5

  **co** [1] - 67:25
  **co-workers** [1] -
67:25
  **cocktails** [1] - 56:15
  **collar** [1] - 152:21
  **colleague** [1] - 3:18
  **colleagues** [1] - 26:5
  **collect** [1] - 5:14
  **college** [6] - 129:22,
130:3, 146:21,
146:22, 159:25
  **color** [2] - 54:10,
95:21
  **Columbia** [2] -
141:1, 182:3
  **COLUMBIA** [1] - 1:1
  **comfortable** [4] -
95:22, 96:2, 96:3,
172:2
  **coming** [8] - 21:7,
31:12, 32:10, 67:1,
107:4, 112:16,
145:10, 168:25
  **comment** [4] - 22:13,
22:18, 39:9, 46:22
  **comments** [1] -
19:23
  **Commerce** [2] -
74:9, 75:1
  **commercial** [1] -
57:25
  **commercials** [2] -
56:20, 57:22
  **Commission** [1] -
55:16
  **committed** [5] - 6:14,
101:6, 101:13,
170:22, 170:23
  **Committee** [5] -
17:22, 18:1, 41:5,
69:20, 175:10
  **committing** [1] -
60:20
  **common** [1] - 141:5
  **communication** [1] -
26:1
  **community** [6] -
21:5, 21:11, 50:7,
103:18, 110:10,
139:19
  **company** [1] - 50:19
  **compared** [1] - 104:3
  **compelled** [2] -
12:11, 97:6
  **completely** [1] -
85:20
  **completion** [1] -
16:13
  **comply** [1] - 104:1
  **comport** [1] - 178:4

  **concern** [7] - 31:22,
85:5, 92:10, 93:24,
173:2, 173:8
  **concerned** [7] - 72:6,
76:25, 92:1, 102:18,
103:6, 119:25, 151:7
  **concerns** [2] - 19:25,
92:7
  **concluded** [1] -
181:22
  **conclusion** [1] -
108:9
  **concurs** [1] - 179:1
  **condition** [5] - 108:3,
108:4, 108:6, 108:7,
108:8
  **conduct** [2] - 7:18,
7:25
  **conference** [74] -
22:8, 22:17, 30:7,
30:20, 31:6, 31:10,
32:5, 32:9, 38:6,
40:13, 41:17, 41:23,
42:2, 42:11, 46:19,
48:11, 53:16, 54:4,
61:22, 62:1, 66:20,
66:25, 71:25, 72:10,
81:5, 81:10, 82:13,
82:17, 85:23, 86:23,
91:24, 92:16, 93:20,
94:6, 97:14, 98:4,
102:17, 103:9,
104:16, 104:20,
106:4, 107:5, 112:9,
112:15, 115:19,
115:25, 119:15,
120:10, 125:1,
125:18, 129:6,
129:11, 135:24,
136:10, 143:7,
143:12, 145:5, 145:9,
150:25, 151:24,
154:9, 154:14,
163:18, 164:8,
164:24, 167:10,
171:24, 172:11,
173:15, 173:18,
176:18, 176:21,
177:21, 177:24
  **Conference** [1] -
182:5
  **conformance** [1] -
182:4
  **confusing** [2] - 62:4,
86:12
  **confusion** [1] - 62:10
  **Congress** [2] -
133:12, 142:4
  **congressional** [18] -
26:19, 28:1, 35:8,

44:21, 52:1, 59:24,
79:8, 83:21, 90:15,
100:10, 114:1, 118:5,
123:11, 127:10,
149:13, 162:4,
170:10, 175:9
**connection** [10] -
14:19, 17:10, 33:18,
50:12, 50:22, 82:20,
94:13, 103:22,
110:19, 121:13
**consequences** [1] -
72:13
**conservative** [1] -
169:18
**Conservative** [1] -
169:19
**consider** [2] - 94:12,
162:22
**considerations** [1] -
86:14
**consistent** [1] -
54:25
**consistently** [1] -
27:7
**Constitution** [5] -
1:24, 12:10, 31:24,
97:5, 165:19
**consulting** [1] -
113:7
**Consumer** [2] -
55:15, 55:16
**consuming** [1] - 5:24
**contact** [3] - 107:22,
108:11, 108:15
**contacts** [1] - 137:20
**content** [1] - 57:23
**context** [1] - 85:10
**continue** [3] - 55:5,
107:11, 124:16
**continues** [2] - 12:2,
96:19
**continuous** [1] -
123:19
**contracts** [1] - 138:9
**contrary** [1] - 111:25
**conversation** [2] -
20:22, 107:18
**conversations** [1] -
107:16
**convicted** [9] -
15:23, 15:25, 16:4,
49:17, 58:4, 63:23,
80:2, 139:3, 159:1
**convinced** [3] -
21:12, 21:16, 170:23
**copies** [1] - 24:2
**copy** [1] - 24:4,
180:1
**copying** [1] - 24:6

**Coral** [1] - 2:9
**correct** [23] - 41:9,
49:3, 49:19, 52:4,
52:25, 55:4, 61:20,
98:24, 99:7, 100:21,
100:24, 102:5, 118:9,
128:13, 128:22,
136:22, 136:23,
138:22, 140:22,
146:12, 148:1,
166:11, 179:13
**corrections** [1] -
49:4
**correctly** [1] - 76:23
**corruptly** [1] - 7:11
**counsel** [37] - 4:10,
8:14, 8:18, 9:5, 9:10,
9:12, 9:16, 22:5, 22:7,
30:6, 30:8, 31:5, 32:4,
38:5, 41:16, 53:15,
61:21, 66:18, 71:24,
82:12, 91:23, 97:13,
102:16, 106:3,
107:10, 107:15,
112:8, 115:18,
124:25, 129:5,
135:17, 150:24,
154:8, 166:22,
171:23, 176:17
**Counsel** [1] - 46:18
**Count** [2] - 6:17,
6:19
**count** [14] - 6:23,
6:25, 7:2, 7:6, 7:10,
7:13, 7:16, 7:20, 7:23,
8:3, 8:6, 71:18, 171:8,
179:14
**counting** [1] - 16:3
**country** [7] - 30:4,
50:20, 78:17, 81:1,
85:5, 153:25, 165:12
**counts** [2] - 50:6,
71:18
**County** [3] - 73:18,
73:23, 137:8
**couple** [10] - 41:4,
70:2, 90:5, 92:2, 93:5,
103:13, 112:19,
113:11, 125:22, 168:5
**course** [8] - 5:4,
8:17, 37:4, 60:19,
73:1, 78:23, 80:7,
105:24
**court** [34] - 14:16,
16:7, 44:23, 52:5,
52:6, 60:6, 60:8, 66:5,
70:4, 79:13, 90:18,
100:15, 105:12,
105:14, 106:7,
106:17, 114:3,

123:21, 127:12,
133:14, 138:12,
138:15, 142:6,
149:20, 156:13,
156:16, 156:17,
162:7, 167:18,
170:13, 170:20,
172:5, 175:12, 181:20
**Court** [15] - 1:23, 3:1,
8:13, 8:15, 21:4,
47:25, 48:2, 48:3,
138:14, 179:17,
179:19, 179:25,
181:12, 182:2, 182:2
**COURT** [920] - 1:1,
3:23, 3:25, 4:3, 4:5,
4:10, 4:20, 22:16,
22:18, 23:5, 23:11,
23:14, 23:18, 24:1,
24:6, 24:8, 24:11,
24:17, 24:22, 25:1,
25:5, 25:8, 25:11,
25:16, 25:20, 25:23,
26:1, 26:8, 26:12,
26:14, 26:22, 27:1,
27:5, 27:9, 27:13,
27:16, 27:19, 27:21,
27:25, 28:6, 28:8,
28:13, 28:17, 28:22,
29:15, 29:24, 30:6,
30:8, 30:13, 30:18,
30:22, 30:25, 31:5,
31:7, 31:11, 31:15,
31:19, 32:1, 32:4,
32:6, 32:10, 32:13,
32:15, 32:18, 32:20,
32:22, 32:25, 33:3,
33:7, 33:10, 33:12,
33:15, 33:18, 33:21,
33:23, 33:25, 34:3,
34:6, 34:10, 34:12,
34:16, 34:19, 34:23,
35:2, 35:4, 35:7,
35:12, 35:22, 35:25,
36:16, 37:1, 37:5,
37:8, 37:13, 37:17,
37:21, 38:5, 38:7,
38:20, 40:8, 40:12,
40:14, 40:17, 40:20,
40:25, 41:2, 41:7,
41:10, 41:13, 41:16,
41:18, 41:24, 42:3,
42:5, 42:10, 42:12,
42:15, 42:19, 42:21,
42:23, 42:25, 43:2,
43:5, 43:10, 43:13,
43:16, 43:20, 43:25,
44:3, 44:7, 44:12,
44:15, 44:17, 44:20,
44:23, 45:1, 45:4,
45:7, 45:14, 45:20,

45:22, 46:5, 46:11,
46:18, 46:22, 46:25,
47:3, 48:10, 48:12,
48:14, 48:16, 48:18,
48:21, 48:23, 49:1,
49:6, 49:9, 49:12,
49:15, 49:17, 49:20,
49:22, 50:1, 50:4,
50:9, 50:11, 50:14,
50:17, 50:22, 51:2,
51:5, 51:13, 51:19,
51:25, 52:3, 52:5,
52:9, 53:1, 53:8,
53:12, 53:14, 54:5,
54:8, 54:11, 54:16,
54:22, 54:24, 55:5,
55:10, 55:14, 55:17,
55:23, 56:3, 56:5,
56:8, 56:12, 56:14,
56:18, 56:21, 56:25,
57:5, 57:12, 57:20,
58:2, 58:8, 58:13,
59:4, 59:14, 59:20,
59:23, 60:1, 60:6,
60:10, 60:13, 60:16,
61:3, 61:9, 61:12,
61:14, 61:18, 61:21,
62:2, 62:5, 62:9,
62:13, 62:16, 62:18,
62:20, 62:22, 63:2,
63:5, 63:8, 63:13,
63:18, 63:21, 63:25,
64:3, 64:5, 64:7, 64:9,
64:13, 64:16, 64:18,
64:20, 64:24, 65:1,
65:3, 65:6, 65:8,
65:10, 65:13, 65:15,
65:18, 65:22, 65:24,
66:2, 66:5, 66:8,
66:18, 66:21, 67:1,
67:3, 67:5, 67:9,
67:13, 67:15, 67:18,
67:21, 68:3, 68:6,
68:8, 68:12, 68:15,
68:18, 68:20, 69:4,
69:14, 69:23, 70:4,
70:7, 70:10, 70:14,
70:23, 71:2, 71:5,
71:15, 71:20, 71:23,
72:1, 72:5, 72:11,
72:15, 72:17, 72:25,
73:6, 73:11, 73:19,
73:21, 74:1, 74:3,
74:5, 74:8, 74:10,
74:16, 74:18, 74:22,
75:4, 75:6, 75:8,
75:12, 75:16, 75:20,
75:22, 75:25, 76:2,
76:5, 76:9, 76:12,
76:15, 76:18, 77:4,
77:6, 77:8, 77:11,

77:17, 77:21, 77:25,
78:6, 78:9, 78:11,
78:14, 78:19, 78:25,
79:3, 79:8, 79:13,
79:16, 79:18, 80:1,
80:5, 80:8, 80:18,
80:20, 81:4, 81:8,
81:11, 81:13, 81:18,
82:3, 82:12, 82:16,
82:18, 82:20, 82:24,
83:2, 83:5, 83:10,
83:14, 83:20, 83:25,
84:4, 84:8, 84:24,
85:6, 85:15, 85:22,
86:1, 86:6, 86:22,
86:24, 87:2, 87:5,
87:7, 87:10, 87:12,
87:15, 87:18, 87:20,
87:22, 87:24, 88:1,
88:3, 88:5, 88:7,
88:10, 88:14, 88:18,
88:21, 88:24, 89:4,
89:7, 89:10, 89:13,
89:15, 89:18, 89:20,
89:23, 89:25, 90:2,
90:7, 90:11, 90:15,
90:18, 90:21, 91:3,
91:9, 91:12, 91:19,
91:22, 92:15, 92:17,
92:22, 93:3, 93:12,
93:14, 93:17, 93:19,
94:3, 94:7, 95:2, 95:5,
95:12, 95:14, 95:16,
95:23, 96:4, 96:8,
96:12, 97:2, 97:13,
98:3, 98:5, 98:8,
98:11, 98:14, 98:17,
98:19, 98:22, 98:25,
99:2, 99:5, 99:8,
99:12, 99:22, 100:5,
100:9, 100:12,
100:14, 100:19,
100:22, 100:25,
101:10, 101:17,
101:23, 101:25,
102:4, 102:6, 102:9,
102:13, 103:8,
103:10, 103:20,
104:7, 104:15,
104:19, 104:22,
105:2, 105:4, 105:11,
105:17, 105:20,
106:3, 106:20, 107:1,
107:4, 107:7, 107:9,
108:19, 108:25,
109:5, 109:8, 109:13,
109:15, 109:17,
109:19, 109:22,
109:24, 110:1, 110:6,
110:11, 110:14,
110:17, 111:3,

111:15, 111:17,
112:2, 112:8, 112:14,
112:16, 112:19,
112:24, 113:5, 113:8,
113:10, 113:15,
113:17, 113:20,
113:24, 114:3, 114:5,
114:10, 114:13,
114:22, 115:4, 115:6,
115:10, 115:13,
115:16, 115:18,
116:1, 116:4, 116:6,
116:11, 116:13,
116:16, 116:18,
116:21, 116:24,
117:1, 117:3, 117:7,
117:13, 117:17,
117:19, 117:23,
117:25, 118:4, 118:7,
118:10, 118:13,
118:18, 119:1, 119:8,
119:10, 119:14,
120:2, 120:8, 120:11,
120:13, 120:15,
120:18, 120:21,
120:24, 121:3, 121:5,
121:9, 121:12,
121:16, 121:21,
121:25, 122:6, 122:9,
122:11, 122:14,
122:17, 122:22,
123:1, 123:4, 123:8,
123:10, 123:13,
123:15, 123:20,
123:23, 124:10,
124:19, 124:25,
125:17, 125:19,
125:22, 126:2, 126:4,
126:6, 126:10,
126:14, 126:17,
126:21, 126:23,
127:1, 127:4, 127:6,
127:9, 127:12,
127:14, 127:16,
127:19, 127:23,
128:1, 128:4, 128:6,
128:11, 128:14,
128:19, 128:23,
129:3, 129:5, 129:13,
129:15, 129:17,
129:19, 129:21,
129:24, 130:3, 130:5,
130:9, 130:14,
130:16, 130:18,
130:20, 130:22,
130:24, 131:1,
131:12, 131:14,
131:16, 131:19,
131:22, 131:25,
132:3, 132:6, 132:12,
132:15, 132:20,

132:25, 133:3, 133:5,
133:7, 133:11,
133:14, 133:17,
133:25, 134:4, 134:7,
134:10, 134:13,
135:2, 135:5, 135:12,
135:14, 135:17,
135:22, 136:9,
136:11, 136:15,
136:19, 136:24,
137:1, 137:3, 137:6,
137:10, 137:14,
137:19, 137:24,
138:5, 138:7, 138:11,
138:15, 138:18,
138:21, 138:23,
138:25, 139:2, 139:5,
139:10, 139:12,
139:16, 139:21,
139:24, 140:6,
140:10, 140:15,
140:20, 140:23,
141:2, 141:6, 141:13,
141:19, 141:21,
141:23, 142:3, 142:6,
142:8, 142:12,
142:21, 143:5,
143:11, 143:13,
143:15, 143:22,
143:25, 144:3, 144:7,
144:14, 144:21,
145:2, 145:10,
145:12, 145:22,
145:25, 146:2, 146:4,
146:7, 146:10,
146:13, 146:16,
146:19, 146:22,
146:24, 147:3, 147:5,
147:7, 147:10,
147:13, 147:16,
147:18, 147:20,
147:22, 147:25,
148:2, 148:4, 148:8,
148:11, 148:14,
148:17, 148:23,
149:1, 149:4, 149:7,
149:11, 149:13,
149:17, 149:20,
149:23, 150:1,
150:11, 150:15,
150:22, 150:24,
151:23, 151:25,
152:2, 152:6, 152:8,
152:10, 152:13,
152:17, 152:20,
152:22, 152:25,
153:2, 153:18, 154:2,
154:8, 154:13,
154:15, 154:19,
154:22, 155:1, 155:3,
155:6, 155:8, 155:11,

155:13, 155:18,
155:21, 155:24,
156:2, 156:4, 156:6,
156:8, 156:10,
156:14, 156:19,
156:22, 156:25,
157:2, 157:5, 157:8,
157:11, 157:13,
157:15, 157:17,
157:19, 157:21,
157:25, 158:7, 158:9,
158:11, 158:17,
158:21, 158:25,
159:4, 159:10,
159:12, 159:17,
159:20, 159:23,
160:5, 160:7, 160:10,
160:13, 160:16,
160:19, 160:21,
160:23, 160:25,
161:2, 161:7, 161:13,
161:19, 161:23,
162:2, 162:4, 162:7,
162:10, 162:17,
163:2, 163:8, 163:14,
164:2, 164:7, 164:9,
164:14, 164:17,
165:4, 165:10,
165:16, 165:25,
166:8, 166:12,
166:22, 167:9,
167:12, 167:15,
167:18, 167:22,
167:25, 168:2, 168:4,
168:6, 168:11,
168:14, 168:16,
168:21, 168:23,
169:2, 169:6, 169:10,
169:12, 169:14,
169:17, 169:21,
169:24, 170:1, 170:4,
170:6, 170:9, 170:13,
170:17, 171:4,
171:14, 171:16,
171:19, 171:23,
172:12, 172:14,
172:16, 172:22,
173:8, 173:11,
173:19, 173:22,
174:4, 174:7, 174:9,
174:12, 174:18,
174:21, 174:23,
174:25, 175:8,
175:12, 175:14,
175:17, 176:1,
176:10, 176:14,
176:17, 176:22,
177:1, 177:13,
177:23, 177:25,
178:2, 178:23, 179:3,
179:9, 179:11,

179:15, 179:21,
180:6, 180:14,
180:18, 180:21,
180:24, 181:3, 181:6,
181:9, 181:18, 182:9
   **Court's** [2] - 8:14,
48:5
   **courthouse** [2] -
14:15, 138:12
   **Courtroom** [1] - 4:12
   **courtroom** [65] -
3:12, 3:15, 4:9, 4:14,
4:25, 11:17, 18:22,
21:19, 21:21, 21:23,
21:25, 22:1, 22:2,
22:3, 23:4, 29:4, 36:6,
36:9, 36:11, 36:20,
36:23, 37:2, 45:15,
52:17, 52:18, 52:21,
53:6, 53:10, 60:21,
60:25, 71:8, 71:10,
71:16, 82:11, 84:14,
84:17, 86:15, 91:4,
91:5, 101:5, 101:8,
101:13, 115:7,
115:11, 128:15,
128:16, 128:20,
134:21, 134:23,
134:25, 142:17,
150:6, 150:8, 150:9,
150:13, 162:15,
162:22, 162:24,
170:18, 170:20,
176:15, 176:25
   **cousin** [3] - 82:22,
82:24, 87:6
   **cousins** [2] - 34:8,
116:10
   **cover** [3] - 26:4,
26:23, 30:2
   **coverage** [17] -
19:16, 26:22, 27:1,
51:7, 51:16, 51:24,
52:5, 59:4, 69:14,
83:15, 83:19, 99:23,
118:7, 126:14,
132:13, 141:14,
174:12
   **covered** [2] - 23:8,
141:17
   **covers** [1] - 27:15
   **COVID** [3] - 83:12,
111:7, 141:4
   **Covington** [2] - 25:4,
25:5
   **crazy** [3] - 38:13,
38:23, 39:2
   **credit** [3] - 22:19,
23:21, 104:4
   **crime** [22] - 14:1,

14:5, 15:23, 16:1,
16:3, 49:18, 49:20,
58:4, 58:7, 63:23,
64:11, 73:3, 76:6,
76:11, 130:10, 139:3,
140:11, 146:17,
146:18, 159:2, 159:21
   **Crime** [2] - 14:3
   **crimes** [4] - 80:3,
101:6, 151:7, 159:8
   **Criminal** [1] - 3:2
   **criminal** [39] - 4:14,
6:9, 12:9, 13:19,
14:11, 14:18, 14:23,
25:6, 25:14, 32:22,
40:21, 48:23, 49:24,
55:17, 55:21, 55:24,
67:9, 67:18, 87:10,
97:4, 109:17, 110:18,
116:11, 116:16,
119:20, 120:21,
137:6, 137:11,
137:12, 137:15,
146:7, 146:10,
146:14, 152:6, 155:8,
157:25, 159:13,
159:15, 167:15
   **criminals** [1] - 147:2
   **criteria** [1] - 73:7
   **critical** [1] - 106:15
   **crossing** [1] - 28:20
   **crowd** [1] - 168:24
   **crowds** [7] - 58:16,
58:17, 58:22, 59:3,
69:5, 69:6, 132:8
   **CRR** [1] - 182:8
   **CSPAN** [2] - 79:11,
170:12
   **curative** [1] - 23:7
   **curious** [1] - 30:14,
69:22
   **current** [1] - 27:13,
155:10
   **custodian** [1] - 10:25
   **custody** [1] - 107:11
   **Custom** [1] - 75:5
   **cyberbullied** [1] -
66:13
   **cyberbullying** [1] -
66:17
   **cycles** [1] - 132:19

## D

   **D-e-n-v-e-r** [1] -
129:20
   **DA's** [4] - 156:2,
156:8, 157:4, 158:15
   **daily** [1] - 92:5
   **Daily** [2] - 59:10,

59:16
**damage** [1] - 153:25
**Daniel** [1] - 11:3
**data** [1] - 51:3
**Dated** [1] - 182:6
**Datori** [1] - 11:5
**daughter** [3] - 90:5, 93:8, 135:19
**daunting** [2] - 99:18, 102:20
**DAY** [1] - 1:10
**day's** [1] - 132:23
**daycare** [1] - 135:20
**days** [9] - 44:9, 77:5, 90:5, 92:2, 93:5, 95:10, 122:25, 139:10, 173:13
**DC** [33] - 1:12, 1:19, 1:24, 3:19, 16:7, 25:3, 25:4, 25:13, 34:14, 65:1, 65:2, 65:6, 76:14, 78:12, 81:24, 81:25, 93:1, 93:8, 99:15, 99:17, 110:5, 113:7, 122:13, 129:14, 130:14, 131:12, 136:11, 136:13, 140:12, 152:5, 157:17
**DEA** [1] - 57:7
**deadline** [1] - 72:7
**deal** [1] - 177:8
**dealing** [4] - 106:6, 109:6, 109:8, 140:1
**dealt** [1] - 75:10
**debates** [1] - 27:11
**debrief** [1] - 88:12
**decade** [1] - 130:12
**decide** [40] - 15:16, 15:17, 18:21, 18:22, 21:16, 21:18, 21:24, 22:1, 22:20, 22:24, 23:1, 23:10, 37:14, 37:18, 45:20, 53:6, 53:9, 60:24, 61:15, 71:16, 84:13, 91:4, 91:7, 101:7, 102:1, 102:6, 102:14, 104:4, 115:6, 128:20, 134:23, 136:20, 162:14, 163:9, 166:17, 166:20, 171:20, 175:24, 176:11, 176:14
**decided** [2] - 73:6, 90:9
**deciding** [11] - 36:13, 37:6, 70:24, 91:10, 114:20, 118:23, 119:11,

143:1, 150:12, 166:19, 171:4
**decision** [12] - 12:13, 52:17, 52:20, 54:19, 81:3, 97:8, 101:12, 128:14, 128:20, 142:17, 150:8, 170:25
**deep** [1] - 51:17
**defend** [1] - 31:23
**Defendant** [4] - 3:3, 3:4, 81:6
**DEFENDANT** [4] - 2:1, 2:4, 2:8, 181:13
**defendant** [54] - 9:17, 9:21, 9:23, 10:3, 11:20, 11:22, 11:23, 11:25, 12:3, 12:9, 12:11, 12:20, 12:23, 18:16, 29:1, 29:7, 29:18, 52:13, 53:3, 60:18, 71:12, 84:10, 90:23, 96:13, 96:14, 96:15, 96:17, 96:20, 97:4, 97:6, 101:4, 101:20, 105:13, 105:15, 115:7, 119:3, 124:13, 128:7, 128:24, 134:16, 134:18, 134:24, 135:8, 136:6, 142:23, 144:25, 153:22, 163:15, 166:4, 172:2, 177:17
**defendants** [40] - 8:23, 8:25, 9:15, 12:9, 28:25, 29:2, 36:4, 37:9, 38:11, 38:13, 45:9, 45:23, 46:2, 52:15, 61:4, 63:9, 63:11, 70:17, 71:3, 72:22, 91:10, 91:14, 107:10, 114:15, 114:25, 118:15, 119:25, 142:10, 144:8, 150:4, 150:18, 162:19, 163:4, 170:19, 171:6, 175:19, 175:21, 176:3, 180:2
**Defendants** [1] - 1:8
**Defender** [1] - 63:16
**defender** [4] - 14:11, 73:16, 153:5, 155:22
**defender's** [1] - 13:5
**Defender's** [4] - 13:20, 155:16, 158:19
**defenders** [1] - 158:22
**defense** [15] - 13:19, 13:21, 14:12, 14:18,

40:21, 73:16, 73:21, 73:22, 75:17, 75:23, 110:10, 110:19, 152:7, 156:23, 158:17
**deferred** [1] - 139:18
**definitely** [5] - 18:3, 28:18, 58:11, 59:9, 79:25
**deliberate** [1] - 47:18
**deliberating** [2] - 16:18, 16:19
**deliberations** [2] - 16:20, 86:14
**delivered** [1] - 113:13
**demonstrate** [1] - 111:25
**demonstrating** [1] - 8:8
**denied** [6] - 22:16, 95:12, 104:19, 120:9, 151:23, 167:9
**dentist** [1] - 67:23
**Denver** [2] - 129:16, 129:18
**Department** [12] - 6:22, 7:5, 7:9, 10:20, 10:22, 10:23, 11:1, 56:2, 74:9, 75:1, 138:3, 155:4
**department** [1] - 98:10
**departments** [2] - 13:13, 57:7
**depth** [2] - 96:3, 174:3
**DEPUTY** [35] - 3:2, 24:21, 30:24, 31:14, 32:12, 40:16, 42:14, 48:13, 55:7, 55:9, 62:12, 67:4, 72:16, 81:17, 82:19, 87:1, 95:15, 98:7, 104:21, 109:12, 112:18, 116:5, 120:12, 125:21, 129:12, 136:25, 143:14, 145:21, 152:1, 154:25, 167:11, 172:13, 173:21, 179:13, 181:20
**description** [2] - 8:22, 62:13
**deserve** [1] - 80:3
**destruction** [1] - 122:15
**detail** [4] - 84:9, 100:25, 119:18, 168:3
**determine** [1] - 86:15
**died** [2] - 65:16,

65:18
**difference** [2] - 165:20, 167:2
**different** [9] - 30:1, 33:13, 40:5, 51:10, 59:22, 100:2, 113:3, 113:12, 132:18
**difficult** [29] - 9:3, 14:24, 15:11, 18:7, 19:6, 19:9, 20:10, 20:14, 20:18, 31:1, 31:16, 31:20, 45:23, 46:9, 47:15, 66:9, 72:18, 79:20, 80:25, 81:2, 81:20, 95:17, 106:8, 106:12, 119:1, 119:5, 135:5, 143:17, 177:3
**difficultly** [3] - 12:5, 96:23, 97:3
**difficulty** [7] - 12:14, 15:19, 47:13, 48:6, 96:21, 97:8, 97:10
**digital** [1] - 59:18
**diner** [1] - 77:24
**Diplomate** [1] - 1:22
**dire** [3] - 12:16, 22:10, 180:6
**direct** [3] - 17:9, 26:1, 86:13
**direction** [1] - 93:14
**directly** [3] - 36:2, 75:13, 172:23
**disabled** [2] - 127:18, 127:20
**disagree** [1] - 143:23
**disagrees** [1] - 20:6
**disbelieve** [1] - 136:5
**discharged** [1] - 107:1
**discourse** [2] - 83:23, 85:3
**discs** [1] - 133:20
**discuss** [5] - 16:23, 86:8, 92:6, 168:2, 180:4
**discussed** [6] - 42:6, 56:17, 59:12, 85:10, 85:12, 170:15
**discussion** [1] - 21:13
**dislikes** [1] - 20:6
**dismissed** [2] - 20:24, 139:20
**disorder** [3] - 6:18, 6:24, 7:1
**disorderly** [2] - 7:17, 7:25
**dispute** [2] - 12:1,

96:18
**disruptive** [2] - 7:18, 7:25
**dissatisfied** [1] - 111:1
**distinction** [1] - 40:2
**distraction** [1] - 133:24
**District** [6] - 13:11, 157:6, 157:9, 158:9, 182:2
**DISTRICT** [3] - 1:1, 1:1, 1:10
**distrust** [1] - 106:13
**dive** [1] - 51:18
**division** [1] - 137:8
**doable** [1] - 121:23
**doctor** [3] - 36:17, 37:21, 172:23
**documents** [1] - 108:23
**Dodge** [1] - 1:15
**domestic** [1] - 26:25
**Dominican** [1] - 87:9
**Donald** [13] - 18:14, 18:15, 124:17, 144:22, 144:23, 153:12, 153:19, 153:20, 153:24, 166:1, 177:9, 177:14, 177:15
**done** [8] - 13:18, 21:12, 43:8, 69:2, 105:22, 153:4, 153:25, 165:17
**door** [1] - 59:1
**doubt** [26] - 11:23, 12:4, 12:19, 12:22, 29:6, 29:8, 45:11, 60:20, 70:19, 84:12, 90:25, 91:6, 96:15, 96:21, 106:11, 114:17, 118:19, 128:12, 134:18, 134:19, 142:15, 150:6, 162:20, 170:21, 170:23, 175:22
**down** [16] - 21:7, 31:12, 32:10, 39:23, 40:7, 51:11, 67:1, 99:6, 107:4, 108:14, 138:21, 143:24, 145:10, 157:10, 168:9, 179:4
**dozens** [1] - 131:9
**draw** [2] - 12:12, 97:7
**driver's** [1] - 66:15
**driveway** [1] - 131:7

**driving** [1] - 93:9
**dropped** [1] - 131:10
**drug** [1] - 137:17
**during** [11] - 3:22, 5:1, 8:17, 10:7, 68:1, 69:2, 83:12, 110:24, 117:15, 137:14, 155:16
**duties** [1] - 12:25
**duty** [3] - 12:20, 20:8, 21:7
**DYLAN** [1] - 2:2
**Dylan** [6] - 3:11, 9:19, 81:6, 92:8, 103:4, 166:25

## E

**EAB** [1] - 113:7
**eager** [1] - 102:22
**early** [1] - 16:18
**easily** [1] - 6:8
**East** [5] - 34:14, 77:24, 78:4, 110:22, 148:21
**Eastern** [2] - 68:10, 157:8
**economist** [2] - 74:6, 74:25
**educational** [1] - 113:6
**EEOC** [2] - 146:1, 146:11
**effect** [10] - 36:13, 49:9, 56:22, 77:9, 83:2, 87:15, 88:15, 98:19, 131:16, 160:7
**efforts** [1] - 51:17
**eight** [5] - 12:8, 12:15, 111:6, 152:9, 155:7
**eight-year-old** [1] - 111:6
**either** [17] - 4:22, 9:21, 10:1, 10:5, 14:18, 15:6, 15:10, 16:6, 25:14, 32:25, 41:20, 54:9, 57:5, 92:25, 110:18, 134:7, 177:11
**eject** [1] - 51:11
**eldest** [1] - 103:15
**election** [26] - 18:11, 27:11, 35:20, 35:24, 36:7, 36:11, 36:12, 37:24, 38:16, 38:17, 38:23, 39:6, 39:7, 39:18, 80:10, 80:17, 111:19, 111:23, 112:7, 123:25, 124:5,

125:8, 144:16, 153:14, 164:6, 165:7
**elections** [2] - 35:14, 165:12
**electoral** [1] - 72:23
**elects** [2] - 12:12, 97:6
**element** [4] - 11:22, 12:19, 12:22, 96:14
**eligible** [1] - 173:12
**Elizabeth** [1] - 10:16
**email** [1] - 149:10
**embarrassed** [2] - 113:22, 113:24
**embarrassing** [3] - 134:2, 134:10, 139:18
**employed** [4] - 14:22, 17:25, 27:16, 56:22
**employment** [9] - 14:10, 27:13, 49:9, 56:21, 57:21, 63:15, 88:8, 88:14, 98:19
**End** [37] - 22:17, 30:20, 31:10, 32:9, 40:13, 41:23, 42:11, 48:11, 54:4, 62:1, 66:25, 72:10, 81:10, 82:17, 86:23, 92:16, 94:6, 98:4, 103:9, 104:20, 107:5, 112:15, 115:25, 120:10, 125:18, 129:11, 136:10, 143:12, 145:9, 151:24, 154:14, 164:8, 167:10, 172:11, 173:18, 176:21, 177:24
**end** [18] - 15:3, 15:18, 20:23, 24:11, 24:13, 24:14, 45:7, 46:16, 66:8, 77:14, 94:9, 94:24, 107:23, 133:25, 134:7, 147:5, 147:15, 177:8
**ended** [6] - 74:18, 113:2, 130:6, 144:11, 152:23, 172:23
**energy** [2] - 109:21, 137:5
**enforce** [1] - 171:12
**enforcement** [44] - 6:21, 7:4, 7:8, 13:9, 13:12, 13:15, 14:1, 14:13, 14:22, 15:2, 15:4, 15:8, 15:10, 15:13, 15:15, 33:1, 49:2, 57:1, 57:5, 57:6, 57:9, 74:23, 82:21,

87:20, 94:4, 94:8, 94:10, 94:15, 94:16, 94:18, 94:22, 98:8, 103:22, 103:25, 104:1, 104:10, 110:1, 110:4, 120:25, 137:19, 137:21, 137:24, 139:22, 172:3
**engaging** [4] - 7:17, 7:21, 7:25, 8:4
**engendered** [1] - 180:15
**English** [9] - 18:25, 47:14, 47:17, 47:22, 47:24, 53:22, 54:6, 60:11, 152:16
**enormous** [1] - 153:25
**enter** [2] - 4:9, 81:3
**entered** [1] - 73:10
**entering** [5] - 3:21, 7:14, 51:9, 54:1, 164:25
**enters** [2] - 73:4, 176:25
**entirely** [2] - 6:6, 169:11
**entitled** [4] - 6:9, 71:6, 182:4
**episodes** [1] - 59:9
**equivocal** [1] - 125:3
**ER** [1] - 33:11
**especially** [4] - 80:19, 82:9, 95:21, 180:16
**essentially** [1] - 151:6
**estate** [1] - 67:12
**et** [2] - 50:8, 169:19
**evasive** [3] - 97:23, 98:1, 106:24
**evening** [1] - 113:2
**event** [7] - 110:23, 110:24, 111:10, 132:11, 140:21, 158:11, 169:16
**events** [24] - 6:11, 6:15, 17:10, 17:11, 17:13, 17:19, 18:6, 18:19, 26:10, 33:20, 43:10, 43:17, 58:8, 78:6, 79:19, 84:20, 85:5, 98:23, 122:6, 122:18, 125:24, 148:12, 163:21, 168:11
**eventually** [1] - 65:15
**evidence** [85] - 4:24, 11:24, 12:18, 15:17,

16:14, 18:21, 19:14, 21:18, 21:20, 21:22, 21:24, 22:2, 22:11, 22:13, 22:15, 22:19, 22:20, 23:10, 29:4, 35:18, 36:6, 36:11, 36:20, 36:23, 37:2, 37:6, 37:14, 37:22, 38:15, 38:24, 39:6, 39:17, 39:19, 39:21, 45:15, 46:2, 46:3, 46:6, 46:10, 46:13, 48:9, 52:14, 52:18, 53:6, 53:25, 54:13, 54:17, 54:18, 60:21, 71:8, 71:10, 80:24, 82:10, 84:14, 85:8, 91:3, 91:7, 94:18, 96:16, 101:5, 101:7, 101:12, 102:2, 102:10, 111:22, 111:25, 115:6, 119:11, 124:6, 124:18, 134:21, 134:22, 142:17, 143:4, 144:12, 150:6, 150:8, 162:14, 162:22, 162:23, 163:9, 170:21, 175:21
**ex** [1] - 55:13
**ex-wife** [1] - 55:13
**exact** [1] - 148:5
**exactly** [8] - 34:5, 54:17, 62:24, 63:10, 70:11, 156:15, 162:21, 180:16
**example** [3] - 13:3, 38:10, 169:19
**excellent** [1] - 119:22
**except** [1] - 77:2
**excited** [1] - 99:18
**exclusively** [1] - 82:11
**excuse** [8] - 16:25, 22:5, 23:3, 31:11, 145:17, 154:17, 173:3, 173:19
**excused** [25] - 21:3, 21:4, 30:21, 31:13, 32:11, 40:15, 42:13, 54:22, 55:1, 67:2, 81:12, 86:25, 98:6, 107:6, 112:17, 125:20, 145:11, 145:15, 154:16, 154:22, 173:20, 178:1, 178:2, 179:19, 181:21
**excusing** [1] - 31:7

**exit** [1] - 23:4
**expect** [3] - 10:12, 29:21, 78:17
**expected** [2] - 10:10, 10:14
**expects** [1] - 97:19
**experience** [7] - 5:23, 14:21, 77:8, 108:14, 131:11, 131:14, 153:3
**explain** [1] - 47:7
**Explained** [1] - 59:10
**explaining** [1] - 164:20
**explanation** [1] - 82:1
**explicitly** [1] - 85:10
**exports** [1] - 75:1
**exposed** [1] - 29:12
**exposure** [2] - 30:4, 137:9
**express** [2] - 6:1, 82:2
**extensively** [1] - 74:14
**extent** [20] - 26:14, 34:19, 43:16, 51:13, 78:19, 79:3, 83:14, 99:22, 99:24, 113:20, 117:7, 117:9, 122:17, 132:12, 141:13, 141:16, 149:1, 161:13, 169:2, 175:3
**extreme** [2] - 16:22, 95:11
**eye** [1] - 106:15
**eyes** [2] - 102:24, 148:20

## F

**fabric** [1] - 153:25
**Facebook** [2] - 84:3, 174:20
**faces** [1] - 63:11
**fact** [5] - 11:25, 83:24, 95:9, 96:17, 101:3
**factors** [1] - 154:1
**facts** [3] - 19:13, 20:3, 159:14
**failed** [1] - 12:21
**fair** [87] - 5:4, 9:3, 14:20, 14:24, 18:7, 18:12, 18:16, 18:23, 19:13, 20:18, 21:8, 21:10, 21:13, 21:15, 25:21, 28:10, 28:23, 29:21, 31:21, 32:1, 35:15, 37:5, 38:16,

45:4, 48:6, 49:10, 50:2, 53:5, 53:12, 56:23, 61:7, 61:14, 70:23, 71:15, 72:19, 77:9, 80:11, 81:20, 83:3, 86:4, 87:16, 88:15, 91:9, 91:16, 91:19, 95:18, 96:9, 98:20, 101:11, 102:4, 110:20, 111:20, 114:19, 118:11, 118:22, 119:10, 124:1, 124:12, 125:4, 128:2, 128:19, 129:3, 135:12, 142:25, 143:17, 144:17, 144:24, 145:2, 147:11, 149:23, 150:22, 153:15, 153:21, 159:18, 160:8, 162:25, 163:8, 165:8, 166:3, 166:5, 170:24, 171:8, 175:23, 176:7, 177:4, 177:16

**fair-minded** [1] - 61:14

**fairly** [23] - 5:25, 20:14, 21:5, 28:16, 29:10, 29:13, 36:13, 37:13, 37:23, 38:14, 45:20, 49:23, 52:23, 60:25, 111:22, 133:23, 134:23, 142:18, 150:11, 153:24, 159:14, 171:1, 176:10

**falsehoods** [1] - 112:6

**family** [57] - 9:11, 9:21, 10:1, 10:5, 10:11, 13:1, 13:7, 13:15, 13:18, 13:24, 14:6, 14:8, 14:14, 15:22, 15:24, 16:2, 17:2, 17:5, 17:7, 17:24, 34:7, 34:14, 42:16, 45:3, 49:17, 55:11, 58:3, 63:14, 63:22, 63:25, 64:10, 67:11, 68:9, 68:12, 74:22, 75:17, 76:6, 77:25, 89:8, 92:23, 92:24, 99:16, 103:7, 103:15, 106:6, 122:1, 130:9, 139:2, 140:10, 146:16, 147:22, 153:4, 158:25, 159:20, 160:1, 168:6

**fan** [1] - 145:1

**far** [9] - 47:23, 49:25, 108:16, 111:24, 119:19, 161:11, 164:22, 169:1, 169:13

**farm** [1] - 34:4

**fatalities** [1] - 82:8

**father** [3] - 116:9, 116:10, 116:13

**father's** [1] - 110:8

**favor** [2] - 105:15, 105:18

**FBI** [10] - 3:10, 10:18, 13:14, 57:7, 57:10, 57:12, 75:6, 75:8, 75:11, 121:2

**feared** [2] - 84:20, 85:13

**feature** [1] - 132:22

**FEDERAL** [1] - 182:9

**federal** [7] - 1:23, 13:13, 14:12, 16:7, 57:7, 74:6, 157:4

**Federal** [3] - 13:20, 138:14, 182:2

**feed** [6] - 26:21, 70:9, 70:10, 79:6, 100:3, 132:7

**feeds** [4] - 28:5, 78:22, 78:23, 161:4

**feelings** [24] - 15:9, 18:5, 18:9, 28:15, 35:13, 36:12, 40:11, 79:19, 79:25, 80:1, 80:9, 80:16, 81:3, 111:18, 123:24, 124:4, 124:16, 125:11, 144:15, 151:9, 153:12, 154:5, 164:5, 165:5

**fell** [1] - 44:6

**fellow** [3] - 39:18, 40:3, 131:17

**felonies** [1] - 156:17

**female** [1] - 179:2

**ferreted** [1] - 180:19

**few** [16] - 24:25, 26:4, 42:15, 44:9, 56:7, 59:9, 67:17, 116:6, 137:17, 141:16, 143:15, 145:22, 152:2, 164:15, 177:1, 179:18

**fiancée** [1] - 168:8

**Fifth** [2] - 77:24, 78:4

**fight** [1] - 180:23

**fighting** [1] - 43:23

**figured** [1] - 140:18

**film** [1] - 56:19

**filmmaking** [1] - 57:25

**final** [2] - 10:3, 20:12

**financially** [2] - 115:24, 116:2

**fine** [6] - 60:12, 72:14, 116:3, 134:3, 134:9, 134:12

**finish** [1] - 158:6

**finished** [2] - 28:20, 147:20

**firm** [15] - 13:3, 13:5, 13:21, 14:11, 24:23, 25:2, 25:8, 25:13, 40:22, 48:22, 56:1, 73:24, 109:24, 113:7, 146:5

**Firm** [1] - 2:5

**first** [22] - 3:24, 8:21, 9:6, 9:18, 23:24, 24:1, 24:2, 24:12, 25:1, 25:12, 41:25, 47:14, 55:1, 55:2, 69:16, 74:11, 74:14, 80:14, 97:16, 108:10, 153:15, 172:14

**Fischer** [1] - 30:17

**fit** [1] - 105:9

**five** [10] - 11:13, 11:15, 13:25, 14:5, 55:1, 121:7, 131:6, 132:18, 132:23, 168:1

**five-minute** [2] - 132:18, 132:23

**Flagler** [1] - 2:2

**flesh** [1] - 106:18

**flip** [2] - 136:7, 136:12

**Floor** [1] - 2:2

**Florida** [3] - 2:3, 2:10, 3:18

**flu** [2] - 135:19

**focus** [1] - 19:9

**Foerster** [1] - 138:8

**folks** [4] - 51:8, 59:1, 75:11, 110:9

**follow** [68] - 11:8, 13:5, 15:11, 15:20, 16:9, 18:3, 18:22, 20:1, 20:4, 20:5, 20:8, 20:10, 26:16, 26:18, 38:19, 38:22, 42:15, 43:17, 43:19, 44:8, 45:12, 46:18, 47:16, 60:6, 60:8, 70:4, 79:13, 83:18, 84:7, 90:18, 93:14, 100:3, 100:15, 100:16, 103:2, 106:16, 107:21, 112:19, 113:25, 115:16, 116:6, 117:10,

119:12, 119:14, 119:24, 123:20, 124:6, 124:18, 125:22, 126:17, 126:19, 127:12, 133:14, 141:13, 142:1, 143:15, 145:22, 149:20, 152:2, 161:5, 162:7, 163:19, 169:2, 170:13, 170:16, 171:19, 175:12, 177:1

**follow-up** [14] - 38:19, 46:18, 47:16, 103:2, 106:16, 116:6, 119:14, 119:24, 125:22, 143:15, 145:22, 152:2, 163:19, 177:1

**follow-ups** [3] - 42:15, 43:19, 112:19

**followed** [25] - 26:14, 34:19, 44:10, 44:23, 51:14, 58:14, 59:5, 69:14, 78:19, 83:14, 90:7, 99:22, 113:20, 114:3, 117:8, 122:17, 126:15, 132:12, 142:6, 149:1, 161:13, 161:15, 161:16, 161:18, 174:13

**following** [19] - 8:13, 12:5, 12:14, 16:13, 17:18, 36:1, 68:25, 79:4, 94:21, 96:21, 97:8, 97:11, 104:5, 104:13, 117:11, 122:21, 131:10, 141:18, 163:21

**follows** [1] - 30:16

**fond** [1] - 105:14

**footage** [5] - 58:18, 141:10, 151:8, 151:20, 170:12

**FOR** [5] - 1:1, 1:14, 2:1, 2:4, 2:8

**forbidden** [1] - 19:19

**force** [1] - 103:14

**forcibly** [3] - 6:20, 7:3, 7:6

**foregoing** [2] - 72:3, 182:3

**foreign** [4] - 26:4, 26:23, 26:24, 27:15

**Foreign** [1] - 27:8

**foreign-policy** [1] - 26:4

**forever** [1] - 92:19

**forget** [2] - 34:5, 140:6

**forgetting** [1] - 139:7

**forgot** [1] - 38:23

**form** [2] - 119:19, 151:15

**format** [1] - 182:4

**formed** [2] - 18:20, 119:16, 151:11

**former** [2] - 11:2, 31:22

**Former** [11] - 18:13, 18:14, 28:9, 144:22, 144:23, 153:11, 153:19, 153:20, 166:1, 177:14, 177:15

**Fort** [1] - 174:6

**foundation** [1] - 106:1

**Foundation** [1] - 169:20

**founded** [1] - 25:2

**four** [10] - 10:13, 11:8, 11:12, 33:13, 35:18, 35:19, 39:4, 77:5, 86:19, 173:13

**Fox** [3] - 70:12, 113:3, 113:14

**fox** [1] - 90:14

**Francisco** [2] - 116:20, 117:13

**Fraternal** [1] - 14:4

**fraternity** [2] - 32:14, 32:16

**fraud** [1] - 56:11

**freshman** [1] - 159:25

**Friday** [2] - 172:18, 173:11

**friend** [41] - 9:21, 10:1, 13:1, 13:8, 13:16, 13:24, 14:6, 15:22, 15:25, 16:2, 17:5, 17:7, 17:25, 55:25, 57:10, 58:3, 63:14, 63:22, 64:1, 64:11, 68:9, 74:23, 75:17, 76:6, 110:7, 110:8, 110:11, 111:11, 111:12, 111:15, 129:14, 129:25, 130:1, 130:10, 139:3, 140:11, 146:17, 153:4, 159:1, 159:21, 168:6

**friend's** [2] - 160:1

**friends** [29] - 9:12, 10:5, 10:12, 13:18, 14:9, 14:15, 17:3, 24:25, 25:16, 34:6, 42:16, 48:20, 56:21,

68:13, 77:21, 77:23, 77:25, 78:3, 89:8, 110:3, 121:1, 122:1, 137:10, 137:20, 137:24, 146:13, 147:23, 167:13, 173:25

**front** [4] - 5:8, 36:23, 130:19, 140:19
**full** [1] - 151:15
**fully** [1] - 29:23
**function** [1] - 154:6
**funny** [1] - 139:16
**future** [1] - 108:24

**G**

**Gabby** [3] - 41:1, 41:25, 42:3
**GABBY** [1] - 42:3
**Gabrielle** [2] - 41:6, 42:1
**gallery** [1] - 11:13
**Gazelle** [1] - 10:15
**Gbatu** [1] - 10:20
**gear** [1] - 151:15
**geez** [1] - 159:25
**general** [6] - 14:18, 26:16, 26:18, 59:2, 78:22, 110:19
**General's** [1] - 13:11
**generally** [3] - 94:8, 117:10, 152:20
**gentleman** [1] - 143:9
**gentlemen** [1] - 4:11
**genuinely** [1] - 84:18
**GEORGE** [2] - 2:2, 2:9
**George** [8] - 2:8, 3:16, 10:6, 106:5, 112:10, 115:20, 151:1, 171:25
**Georgetown** [2] - 47:21, 152:14
**Georgia** [2] - 67:8, 174:5
**girlfriends** [1] - 40:23
**given** [6] - 4:7, 15:6, 35:18, 39:6, 111:7, 140:2
**Glavey** [1] - 10:16
**global** [1] - 40:22
**God** [1] - 139:15
**good-bye** [1] - 107:17
**Google** [2] - 70:9, 70:10
**Googling** [1] - 19:21

**GOVERNMENT** [1] - 1:14
**government** [74] - 3:6, 9:6, 11:21, 12:3, 12:18, 12:21, 13:4, 13:10, 13:12, 29:3, 29:6, 30:9, 36:5, 36:8, 37:1, 37:19, 45:10, 46:6, 46:11, 46:14, 46:16, 52:14, 53:25, 54:2, 57:6, 60:19, 61:15, 61:24, 66:24, 70:18, 70:24, 71:6, 71:7, 73:6, 74:4, 74:7, 74:15, 75:10, 81:16, 84:11, 90:24, 91:5, 96:14, 96:20, 101:5, 102:6, 102:15, 105:18, 106:9, 106:10, 106:12, 106:13, 106:15, 114:16, 118:18, 118:19, 118:23, 120:17, 128:11, 129:10, 134:17, 136:2, 138:9, 142:14, 142:16, 143:10, 150:5, 151:8, 151:18, 162:20, 170:20, 175:20, 175:24, 179:1
**government's** [5] - 9:13, 22:13, 45:16, 107:1, 180:1
**graduated** [1] - 137:4
**Grand** [1] - 10:23
**grand** [2] - 16:7, 76:13
**grant** [2] - 30:18, 109:1
**granted** [5] - 81:8, 98:3, 108:20, 154:13, 177:23
**Granted** [1] - 82:16
**grapple** [1] - 81:23
**great** [3] - 131:14, 131:15, 168:3
**greater** [1] - 15:6
**Greg** [1] - 181:11
**Gregory** [20] - 3:3, 3:12, 4:15, 6:10, 6:13, 6:17, 6:19, 6:23, 6:25, 7:2, 7:10, 7:13, 7:16, 7:20, 7:23, 8:3, 8:6, 8:10, 9:17, 107:25
**GREGORY** [3] - 1:6, 2:1, 181:13
**ground** [2] - 44:6, 151:4
**grounds** [10] - 7:15,

7:19, 7:22, 8:1, 8:5, 129:7, 143:8, 148:16, 151:13, 172:7
**group** [4] - 13:25, 55:6, 117:5, 131:6
**groups** [3] - 14:4, 14:7
**grown** [1] - 81:25
**gruff** [1] - 181:18
**Guard** [4] - 148:10, 151:5, 151:13, 151:16
**guardsmen** [1] - 151:14
**guess** [28] - 27:6, 38:21, 54:5, 57:8, 58:23, 59:15, 76:8, 76:11, 86:6, 92:19, 96:2, 96:6, 96:7, 105:9, 124:19, 130:25, 132:11, 140:4, 140:19, 141:15, 159:8, 161:10, 163:24, 166:18, 174:20, 174:22, 175:7, 176:8
**guilt** [4] - 12:13, 86:15, 97:7, 142:9
**guilty** [48] - 8:11, 11:22, 12:3, 12:20, 12:23, 29:7, 36:6, 36:21, 36:24, 37:3, 45:10, 46:3, 46:7, 46:14, 50:6, 52:15, 60:20, 66:2, 70:19, 76:11, 77:2, 80:6, 85:21, 86:5, 90:24, 91:6, 96:14, 96:20, 97:12, 97:20, 101:14, 102:9, 102:10, 102:25, 114:17, 115:7, 115:8, 128:11, 128:21, 134:16, 134:19, 134:24, 150:5, 163:15, 163:16, 175:22
**gun** [3] - 76:20, 76:25
**gunshot** [1] - 141:8
**guy** [8] - 57:15, 69:11, 94:1, 114:10, 134:14, 138:23, 179:6
**guys** [7] - 30:17, 37:14, 38:4, 61:16, 97:17, 102:7, 163:17
**GW** [1] - 137:5

**H**

**half** [7] - 68:11, 87:23, 92:9, 92:11,

93:23, 133:20, 139:7
**half-brother** [4] - 87:23, 92:9, 92:11, 93:23
**hall** [2] - 108:14, 130:2
**hallway** [2] - 107:12, 107:14
**Hampshire** [2] - 82:23, 82:25
**hand** [1] - 12:21
**handicapped** [1] - 24:11
**handled** [1] - 139:21
**handler** [2] - 127:22, 127:25
**handles** [1] - 13:8
**handling** [1] - 156:17
**hands** [3] - 4:18, 165:13, 167:5
**hanging** [2] - 58:21, 141:12
**happenings** [1] - 173:23
**hard** [22] - 18:15, 28:10, 32:1, 71:23, 81:22, 82:10, 85:1, 88:11, 88:12, 91:13, 93:9, 93:11, 105:17, 119:24, 124:12, 144:24, 145:2, 153:20, 154:6, 166:2, 174:14, 177:16
**hardest** [17] - 29:15, 29:16, 37:8, 53:2, 61:3, 71:11, 91:12, 101:17, 101:18, 114:23, 135:6, 135:14, 142:21, 150:15, 163:2, 171:5, 176:1
**hardship** [5] - 16:22, 16:23, 16:24, 67:21, 77:12
**harsher** [1] - 80:3
**hate** [2] - 25:23, 125:7
**hates** [2] - 125:7
**Hats** [1] - 14:3
**head** [1] - 47:8
**headed** [1] - 113:4
**headline** [2] - 69:18, 174:17
**headlines** [5] - 26:20, 27:23, 34:21, 79:14, 174:2
**health** [5] - 19:5, 30:25, 43:4, 43:5, 133:17
**healthcare** [8] - 25:3,

25:8, 46:25, 47:4, 56:10, 56:17, 57:24
**healthy** [1] - 106:13
**hear** [21] - 15:17, 16:14, 21:21, 21:22, 22:7, 38:2, 52:21, 53:10, 63:1, 65:24, 69:1, 69:22, 86:14, 97:19, 99:12, 111:1, 111:7, 115:10, 134:25, 148:24, 181:16
**heard** [20] - 8:21, 8:22, 12:17, 18:18, 21:19, 29:11, 36:21, 52:19, 60:22, 62:14, 70:2, 84:17, 115:13, 131:9, 134:22, 148:8, 150:7, 162:14, 162:23
**hearing** [6] - 19:1, 43:24, 53:19, 54:9, 60:14, 147:15
**hearings** [25] - 17:21, 27:25, 28:1, 35:8, 44:21, 52:1, 59:24, 69:21, 69:23, 79:9, 83:21, 90:16, 100:10, 114:1, 118:5, 123:11, 123:16, 127:10, 133:12, 142:4, 149:14, 149:17, 162:5, 170:10, 175:9
**hello** [3] - 107:13, 107:17, 107:19
**help** [2] - 21:8, 86:22
**helpful** [5] - 5:3, 23:6, 23:11, 23:15, 23:20
**hereby** [1] - 182:3
**Heritage** [1] - 169:20
**herniated** [1] - 133:19
**herself** [1] - 120:1
**hesitancy** [1] - 119:8
**hesitated** [1] - 119:23
**hesitation** [3] - 28:17, 29:24, 30:5
**hi** [2] - 181:14, 181:17
**high** [1] - 106:10
**higher** [3] - 92:12, 92:13, 93:25
**highest** [2] - 21:7, 106:10
**highly** [1] - 103:18
**hiking** [1] - 57:17
**Hill** [6] - 26:24, 41:5, 78:5, 122:4, 147:24

**himself** [1] - 172:3
**Hinojsa** [1] - 157:6
**Hogan** [1] - 152:5
**hold** [12] - 8:15, 19:11, 32:15, 45:17, 71:6, 84:21, 93:24, 99:12, 120:18, 136:21, 143:22, 148:23
**holds** [1] - 92:12
**home** [41] - 26:10, 27:19, 43:4, 43:5, 46:25, 47:4, 58:9, 58:10, 58:11, 68:14, 68:18, 68:19, 78:10, 78:11, 88:12, 90:1, 99:19, 110:23, 111:6, 111:7, 113:2, 116:21, 116:23, 116:24, 116:25, 121:20, 122:12, 126:4, 130:20, 131:24, 132:1, 132:3, 141:2, 141:3, 141:4, 148:3, 148:4, 160:20, 160:21
**Homeland** [2] - 13:14, 138:3
**honest** [7] - 95:4, 100:1, 104:18, 119:10, 122:25, 144:6, 154:4
**honestly** [1] - 131:2
**honesty** [5] - 81:3, 81:4, 82:18, 154:15, 177:25
**Honor** [46] - 3:11, 3:13, 3:16, 32:7, 39:25, 47:20, 55:3, 61:23, 61:24, 63:1, 66:22, 66:24, 86:11, 91:25, 92:6, 113:1, 113:19, 113:23, 114:2, 114:21, 115:3, 115:9, 116:3, 125:2, 136:8, 137:2, 137:13, 138:22, 139:4, 139:13, 139:23, 140:22, 142:5, 142:11, 142:20, 143:2, 143:10, 154:10, 171:25, 172:9, 176:16, 177:22, 179:16, 179:25, 181:1, 181:13
**HONORABLE** [1] - 1:10
**hope** [8] - 15:13, 80:14, 80:20, 80:22, 124:5, 124:17, 125:4, 125:14

**hopefully** [3] - 16:24, 19:3, 20:23
**hormones** [1] - 173:4
**horrible** [2] - 78:16, 144:1
**horrified** [1] - 78:18
**Horton** [1] - 10:25
**hospital** [1] - 46:23
**Hospital** [1] - 47:22
**hospitals** [1] - 33:13
**house** [14] - 64:23, 76:20, 76:22, 92:25, 93:1, 93:5, 95:10, 111:1, 111:8, 126:1, 126:3, 138:9, 160:1
**House** [5] - 17:22, 17:25, 69:7, 69:20, 170:10
**household** [2] - 14:9, 14:15
**hung** [1] - 74:18
**Hurst** [2] - 50:18
**hurt** [2] - 82:7, 122:16
**husband** [8] - 40:19, 41:13, 65:12, 65:16, 65:18, 121:22, 123:7, 123:8

## I

**iconic** [1] - 69:13
**idea** [2] - 32:24, 138:6
**ideal** [1] - 80:23
**idealogical** [1] - 169:16
**identity** [1] - 66:14
**idiots** [1] - 144:5
**ignore** [1] - 20:6
**illegal** [1] - 158:4
**imagine** [1] - 82:9
**imagined** [1] - 82:6
**immediate** [9] - 13:17, 17:2, 34:7, 68:8, 89:7, 122:1, 147:22, 153:4, 169:4
**immediately** [1] - 180:13
**immigration** [2] - 67:7, 67:19
**impact** [8] - 17:12, 25:20, 28:15, 50:1, 102:21, 115:23, 116:2, 140:20
**impactful** [1] - 102:19
**impair** [1] - 19:7
**impanel** [1] - 5:25

**impartial** [72] - 5:4, 9:4, 14:24, 18:7, 18:12, 18:16, 18:23, 19:14, 20:18, 21:9, 21:11, 21:13, 21:15, 28:11, 28:23, 29:21, 31:21, 32:2, 35:15, 37:5, 45:5, 48:6, 53:5, 53:12, 70:24, 71:15, 72:19, 79:24, 80:11, 80:14, 80:21, 80:23, 81:20, 84:22, 85:2, 85:20, 86:10, 91:10, 91:16, 91:19, 95:18, 97:23, 101:11, 101:12, 102:4, 111:20, 114:19, 124:1, 124:13, 125:13, 128:2, 128:19, 135:12, 143:1, 143:17, 144:17, 144:24, 149:24, 153:15, 153:21, 154:5, 159:18, 162:25, 163:9, 165:8, 166:3, 170:24, 171:9, 175:23, 176:7, 177:4, 177:16
**impartially** [16] - 5:25, 20:15, 21:5, 29:11, 29:13, 36:13, 37:14, 45:20, 52:23, 61:1, 80:24, 134:23, 142:19, 150:12, 171:2, 176:11
**impeding** [4] - 6:20, 7:3, 7:7, 7:11
**implausible** [1] - 39:5
**implications** [1] - 81:23
**important** [5] - 6:6, 11:19, 12:8, 47:23, 81:24
**improper** [1] - 22:12
**in-depth** [2] - 96:3, 174:3
**in-house** [1] - 138:9
**incapacitated** [1] - 173:14
**incident** [9] - 33:19, 65:19, 65:20, 65:21, 65:22, 89:22, 93:5, 146:24, 147:10
**incidents** [1] - 140:16
**inclined** [1] - 30:12
**include** [4] - 13:4, 14:2, 15:24, 19:8

**includes** [1] - 13:21
**including** [3] - 14:16, 19:17, 55:12
**indicate** [2] - 5:11, 48:2
**indicated** [4] - 31:15, 40:9, 98:22, 164:4
**indirect** [1] - 17:10
**individual** [3] - 8:17, 20:22, 76:21
**individually** [9] - 5:15, 5:17, 13:6, 15:21, 20:20, 21:17, 22:4, 22:6, 102:14
**individuals** [1] - 9:12
**inference** [1] - 97:7
**inferences** [1] - 12:13
**influence** [2] - 88:25, 89:1
**influencing** [1] - 7:11
**information** [2] - 98:16, 161:4
**initial** [2] - 144:4, 144:13
**injured** [1] - 47:2, 82:7
**innocence** [10] - 11:25, 12:2, 29:1, 71:6, 86:15, 90:22, 96:17, 97:19, 134:16, 142:9
**innocent** [25] - 11:21, 36:5, 36:19, 37:1, 45:10, 52:13, 60:19, 70:17, 84:11, 85:20, 86:5, 86:21, 90:23, 96:13, 101:4, 114:16, 118:15, 128:8, 142:14, 150:4, 162:19, 163:16, 170:19, 175:19
**inquire** [4] - 53:19, 53:25, 92:9, 136:4
**inquiry** [2] - 92:14, 136:3
**inside** [2] - 58:23, 69:10
**Instagram** [4] - 83:17, 84:3, 123:6, 132:17
**instruct** [6] - 4:25, 19:16, 45:9, 94:9, 101:3, 170:18
**instructed** [1] - 20:5
**instructing** [1] - 15:3
**instruction** [17] - 12:1, 15:11, 20:1, 23:8, 45:12, 94:21, 94:24, 95:7, 103:21,

104:5, 104:12, 107:21, 118:15, 142:13, 150:4, 162:19, 175:20
**instructions** [15] - 15:14, 20:10, 23:1, 45:8, 46:16, 47:14, 47:25, 48:5, 115:16, 119:12, 166:13, 166:17, 166:18, 166:20, 171:19
**insurrection** [1] - 73:3
**intellectual** [1] - 25:15
**intelligence** [1] - 110:10
**intensely** [1] - 35:10
**interaction** [2] - 136:4, 136:11
**interactions** [1] - 136:3
**interest** [4] - 70:13, 171:12, 180:15, 180:19
**interesting** [3] - 107:9, 157:13, 158:11
**interfere** [2] - 19:12, 104:23
**interfering** [4] - 6:21, 7:4, 7:8, 72:23
**intern** [2] - 155:16, 155:23
**interned** [3] - 137:7, 138:3, 156:22
**internet** [4] - 17:17, 17:20, 19:18, 68:24
**internship** [1] - 137:14
**interrupted** [1] - 23:13
**interviews** [1] - 131:5
**intimidating** [3] - 6:21, 7:4, 7:7
**introduce** [2] - 9:5, 9:15
**introduced** [2] - 5:1, 10:18
**invade** [1] - 78:15
**invalid** [2] - 38:23, 39:21
**investigated** [1] - 160:10
**investigation** [2] - 17:18, 163:21
**investigations** [1] - 117:11
**investigator** [2] - 13:3, 13:22

**involve** [1] - 36:2
**involved** [4] - 33:5, 63:9, 111:12, 137:15
**involves** [2] - 26:24, 167:6
**involving** [4] - 8:23, 76:19, 156:18, 167:3
**irrelevant** [1] - 60:23
**IRS** [1] - 13:14
**is..** [1] - 124:9
**Isaak** [7] - 2:5, 3:13, 9:25, 10:2, 48:4, 97:22, 125:10
**ISAAK** [14] - 2:5, 3:13, 48:4, 66:23, 86:8, 97:22, 119:16, 125:10, 129:9, 151:10, 164:3, 172:10, 173:17, 176:20
**ish** [1] - 98:16
**issue** [12] - 31:3, 38:8, 38:9, 48:1, 108:5, 141:18, 147:13, 153:9, 154:18, 154:20, 165:24, 172:14
**issued** [1] - 108:18
**issues** [4] - 30:25, 36:2, 153:10, 165:14
**IT** [1] - 131:21
**it's..** [1] - 121:24
**itself** [2] - 106:18, 177:7

**J**

**jail** [3] - 65:5, 66:3, 66:4
**January** [65] - 6:12, 6:16, 14:19, 17:6, 17:8, 17:11, 17:14, 17:16, 17:19, 17:22, 18:1, 18:6, 18:19, 26:2, 26:6, 27:16, 33:19, 39:13, 39:16, 41:7, 42:6, 43:11, 46:24, 47:2, 50:11, 50:23, 59:24, 63:4, 68:13, 69:20, 78:2, 82:6, 83:6, 92:2, 93:6, 95:25, 98:23, 110:20, 112:11, 112:20, 113:2, 113:21, 116:18, 117:18, 118:5, 121:13, 122:21, 127:10, 131:23, 133:11, 140:23, 142:3, 143:24, 147:25,

151:7, 160:19, 162:5, 163:21, 164:1, 164:12, 164:21, 165:18, 168:11, 175:10
**Jeng** [3] - 3:10, 9:9, 10:18
**Jersey** [5] - 48:17, 48:22, 49:7, 50:9, 75:15
**Jillian** [1] - 56:4
**job** [2] - 33:9, 33:10
**jobs** [1] - 26:10
**John** [2] - 10:25, 82:14
**Johnson** [1] - 11:3
**Jones** [1] - 11:3
**Jordan** [1] - 30:17
**jotted** [1] - 179:3
**Journal** [1] - 117:21
**journalist** [1] - 26:3
**JR** [2] - 1:6, 2:1
**Jr** [16] - 4:15, 6:14, 6:17, 6:19, 6:23, 6:25, 7:2, 7:10, 7:13, 7:16, 7:20, 7:23, 8:3, 8:6, 8:10, 9:17
**Judge** [42] - 3:18, 3:19, 4:2, 4:12, 22:9, 23:7, 30:10, 32:8, 38:8, 40:9, 43:24, 46:20, 48:4, 85:24, 91:25, 97:15, 97:16, 97:21, 98:1, 102:18, 106:23, 108:16, 109:4, 109:11, 111:16, 129:7, 129:9, 138:17, 148:13, 149:25, 150:10, 150:14, 151:1, 151:3, 154:17, 163:19, 172:7, 176:20, 178:24, 180:9, 180:20, 180:23
**judge** [11] - 4:13, 73:15, 73:17, 73:19, 73:20, 73:24, 109:2, 111:12, 138:19, 157:4, 158:3
**JUDGE** [1] - 1:10
**judges** [1] - 20:3
**Judicial** [1] - 182:5
**Judiciary** [1] - 41:5
**June** [8] - 1:11, 16:13, 77:16, 147:14, 147:16, 147:18, 147:19, 182:6
**Junior** [1] - 6:10
**juries** [3] - 5:25, 11:17, 21:11

**juror** [101] - 14:24, 16:21, 18:8, 18:12, 18:16, 19:8, 19:15, 20:18, 23:24, 25:21, 28:11, 30:21, 30:24, 31:13, 31:14, 32:2, 32:11, 32:12, 35:15, 38:11, 39:3, 40:15, 40:16, 42:13, 42:14, 45:5, 49:10, 50:2, 53:18, 55:9, 56:23, 62:12, 64:3, 64:5, 67:2, 67:4, 77:9, 80:11, 81:12, 81:17, 82:19, 83:3, 86:25, 87:1, 87:16, 88:15, 91:20, 95:15, 98:6, 98:7, 98:20, 103:5, 104:21, 104:24, 107:6, 107:16, 107:18, 107:19, 107:20, 109:12, 111:20, 112:17, 112:18, 116:5, 120:12, 124:1, 124:13, 125:20, 125:21, 128:2, 129:12, 131:17, 136:25, 143:14, 144:17, 144:24, 145:3, 145:11, 145:13, 145:14, 145:17, 145:21, 147:11, 149:24, 152:1, 153:21, 154:16, 154:25, 159:18, 160:8, 165:8, 166:3, 166:6, 167:11, 172:3, 172:13, 173:20, 173:21, 176:25, 177:16, 178:1
**JUROR** [768] - 24:24, 25:2, 25:7, 25:10, 25:12, 25:17, 25:22, 25:25, 26:3, 26:9, 26:13, 26:16, 26:23, 27:2, 27:6, 27:10, 27:14, 27:18, 27:20, 27:22, 28:2, 28:7, 28:12, 28:14, 28:18, 29:14, 29:22, 29:25, 31:2, 31:18, 31:22, 32:3, 32:14, 32:16, 32:19, 32:21, 32:24, 33:2, 33:5, 33:8, 33:11, 33:13, 33:16, 33:20, 33:22, 33:24, 34:1, 34:4, 34:8, 34:11, 34:13, 34:18, 34:21, 34:25, 35:3, 35:6, 35:10, 35:17,

35:23, 36:15, 36:25, 37:4, 37:7, 37:12, 37:16, 37:20, 38:1, 38:3, 40:19, 40:21, 41:1, 41:4, 41:9, 41:12, 41:15, 41:25, 42:18, 42:20, 42:22, 42:24, 43:1, 43:3, 43:7, 43:12, 43:14, 43:18, 43:21, 44:2, 44:4, 44:9, 44:13, 44:16, 44:19, 44:22, 44:25, 45:2, 45:6, 45:13, 45:19, 45:21, 46:1, 46:9, 46:17, 48:15, 48:17, 48:19, 48:22, 48:24, 49:3, 49:7, 49:11, 49:14, 49:16, 49:19, 49:21, 49:25, 50:3, 50:5, 50:10, 50:13, 50:15, 50:18, 50:24, 51:3, 51:7, 51:15, 51:21, 52:2, 52:4, 52:7, 52:25, 53:7, 53:11, 53:13, 54:7, 54:10, 54:15, 54:21, 55:12, 55:15, 55:19, 55:25, 56:4, 56:6, 56:10, 56:13, 56:15, 56:19, 56:24, 57:2, 57:8, 57:14, 57:22, 58:5, 58:10, 58:15, 59:6, 59:15, 59:21, 59:25, 60:3, 60:8, 60:12, 60:15, 61:2, 61:7, 61:11, 61:13, 61:17, 61:20, 62:15, 62:17, 62:19, 62:21, 62:24, 63:3, 63:6, 63:10, 63:17, 63:19, 63:24, 64:2, 64:4, 64:6, 64:8, 64:12, 64:14, 64:17, 64:19, 64:22, 64:25, 65:2, 65:5, 65:7, 65:9, 65:11, 65:14, 65:16, 65:20, 65:23, 66:1, 66:3, 66:7, 66:12, 66:19, 67:6, 67:11, 67:14, 67:16, 67:20, 67:23, 68:5, 68:7, 68:10, 68:14, 68:17, 68:19, 68:22, 69:5, 69:16, 69:25, 70:6, 70:8, 70:11, 70:22, 71:1, 71:4, 71:14, 71:17, 71:22, 72:14, 72:21, 73:1, 73:8, 73:15, 73:20, 73:22, 74:2, 74:4, 74:6, 74:9, 74:12, 74:17, 74:20,

74:24, 75:5, 75:7, 75:10, 75:14, 75:19, 75:21, 75:23, 76:1, 76:3, 76:7, 76:10, 76:14, 76:16, 76:19, 77:5, 77:7, 77:10, 77:13, 77:20, 77:23, 78:3, 78:8, 78:10, 78:12, 78:15, 78:21, 79:1, 79:5, 79:10, 79:14, 79:17, 79:22, 80:2, 80:6, 80:13, 80:19, 80:22, 81:22, 82:4, 82:22, 83:1, 83:4, 83:8, 83:11, 83:16, 83:22, 84:2, 84:6, 84:18, 84:25, 85:8, 85:19, 87:4, 87:6, 87:8, 87:11, 87:14, 87:17, 87:19, 87:21, 87:23, 87:25, 88:2, 88:4, 88:6, 88:9, 88:11, 88:16, 88:20, 88:23, 89:3, 89:6, 89:9, 89:11, 89:14, 89:17, 89:19, 89:21, 89:24, 90:1, 90:4, 90:9, 90:14, 90:17, 90:20, 91:2, 91:8, 91:11, 91:18, 91:21, 92:21, 92:23, 93:7, 93:13, 93:16, 93:18, 95:1, 95:3, 95:20, 95:24, 96:6, 96:10, 96:24, 97:10, 98:9, 98:13, 98:15, 98:18, 98:21, 98:24, 99:1, 99:4, 99:7, 99:9, 99:13, 99:24, 100:7, 100:11, 100:13, 100:16, 100:21, 100:24, 101:9, 101:16, 101:22, 101:24, 102:3, 102:5, 102:8, 102:12, 103:12, 104:6, 104:14, 104:25, 105:3, 105:5, 105:12, 105:19, 105:21, 109:14, 109:16, 109:18, 109:21, 109:23, 109:25, 110:3, 110:7, 110:13, 110:16, 110:22, 111:4, 111:16, 111:22, 112:4, 112:22, 113:1, 113:6, 113:9, 113:11, 113:16, 113:19, 113:22, 114:2, 114:4, 114:8, 114:12,

114:21, 115:3, 115:5, 115:9, 115:12, 115:15, 115:17, 116:3, 116:9, 116:12, 116:15, 116:17, 116:20, 116:23, 116:25, 117:2, 117:5, 117:9, 117:15, 117:18, 117:21, 117:24, 118:2, 118:6, 118:9, 118:12, 118:17, 118:25, 119:7, 119:9, 119:13, 120:14, 120:16, 120:19, 120:23, 121:1, 121:4, 121:6, 121:10, 121:15, 121:17, 121:23, 122:3, 122:8, 122:10, 122:12, 122:15, 122:19, 122:24, 123:3, 123:5, 123:9, 123:12, 123:14, 123:17, 123:22, 124:3, 124:15, 124:21, 126:1, 126:3, 126:5, 126:8, 126:12, 126:16, 126:20, 126:22, 126:25, 127:3, 127:5, 127:8, 127:11, 127:13, 127:15, 127:17, 127:21, 127:24, 128:3, 128:5, 128:10, 128:13, 128:18, 128:22, 129:1, 129:4, 129:14, 129:16, 129:18, 129:20, 129:22, 129:25, 130:4, 130:8, 130:11, 130:15, 130:17, 130:19, 130:21, 130:23, 130:25, 131:2, 131:13, 131:15, 131:18, 131:20, 131:24, 132:1, 132:5, 132:7, 132:14, 132:16, 132:21, 133:1, 133:4, 133:6, 133:8, 133:13, 133:16, 133:19, 134:3, 134:6, 134:8, 134:12, 135:1, 135:3, 135:11, 135:13, 135:16, 135:18, 135:23, 136:14, 136:18, 136:23, 137:2, 137:4, 137:7, 137:12, 137:16, 137:22, 138:1, 138:6, 138:8, 138:13,

138:17, 138:20, 138:22, 138:24, 139:1, 139:4, 139:6, 139:11, 139:13, 139:17, 139:23, 139:25, 140:9, 140:12, 140:17, 140:22, 140:25, 141:4, 141:7, 141:15, 141:20, 141:22, 141:25, 142:5, 142:7, 142:11, 142:20, 143:2, 143:20, 143:23, 144:1, 144:4, 144:9, 144:19, 145:1, 145:4, 145:24, 146:1, 146:3, 146:5, 146:9, 146:12, 146:15, 146:18, 146:20, 146:23, 147:1, 147:4, 147:6, 147:9, 147:12, 147:14, 147:17, 147:19, 147:21, 147:24, 148:1, 148:3, 148:6, 148:10, 148:13, 148:15, 148:19, 148:25, 149:3, 149:5, 149:9, 149:12, 149:15, 149:19, 149:22, 149:25, 150:10, 150:14, 150:21, 150:23, 152:4, 152:7, 152:9, 152:12, 152:14, 152:16, 152:18, 152:21, 152:24, 153:1, 153:16, 153:23, 154:4, 155:2, 155:4, 155:7, 155:10, 155:12, 155:14, 155:19, 155:23, 155:25, 156:3, 156:5, 156:7, 156:9, 156:12, 156:15, 156:21, 156:24, 157:1, 157:3, 157:6, 157:9, 157:12, 157:14, 157:16, 157:18, 157:20, 157:24, 158:2, 158:8, 158:10, 158:15, 158:19, 158:24, 159:3, 159:5, 159:11, 159:16, 159:19, 159:22, 159:24, 160:6, 160:9, 160:12, 160:14, 160:18, 160:20, 160:22, 160:24, 161:1, 161:3, 161:9, 161:15, 161:20, 161:25,

162:3, 162:6, 162:9, 162:16, 163:1, 163:7, 163:11, 163:15, 164:13, 164:15, 164:19, 165:9, 165:11, 165:20, 166:7, 166:11, 166:21, 167:13, 167:17, 167:20, 167:23, 168:1, 168:3, 168:5, 168:8, 168:13, 168:15, 168:18, 168:22, 168:24, 169:4, 169:8, 169:11, 169:13, 169:15, 169:18, 169:23, 169:25, 170:2, 170:5, 170:8, 170:11, 170:14, 171:3, 171:10, 171:15, 171:17, 171:22, 172:15, 172:17, 173:1, 173:10, 173:12, 173:24, 174:5, 174:8, 174:10, 174:14, 174:19, 174:22, 174:24, 175:5, 175:11, 175:13, 175:16, 175:25, 176:7, 176:13, 176:16, 177:6, 177:18
   **Jurors** [1] - 20:3
   **jurors** [12] - 4:9, 4:19, 4:21, 23:4, 23:9, 47:19, 107:11, 107:13, 107:14, 107:22, 108:12, 179:20
   **jury** [83] - 3:22, 4:5, 4:21, 4:23, 5:4, 5:8, 6:8, 11:14, 16:6, 16:7, 16:10, 16:14, 16:25, 19:6, 20:4, 20:5, 20:6, 20:15, 21:9, 21:13, 21:15, 24:1, 24:18, 29:20, 37:11, 37:17, 45:1, 45:25, 52:10, 52:21, 53:5, 61:6, 66:10, 71:13, 71:21, 74:18, 76:12, 76:13, 76:14, 76:15, 77:6, 85:7, 90:22, 91:15, 91:17, 94:9, 101:3, 101:21, 102:14, 102:23, 104:7, 104:11, 105:8, 115:1, 115:2, 118:10, 119:5, 120:1, 128:1, 128:23, 128:25, 129:13, 130:6, 135:10,

136:20, 142:24, 145:7, 150:3, 150:20, 152:23, 154:3, 163:6, 166:13, 166:16, 166:19, 170:18, 171:8, 172:23, 172:24, 175:1, 176:4, 176:6
   **JURY** [1] - 1:10
   **jury's** [2] - 20:8, 22:25
   **Justice** [4] - 56:2, 56:5, 56:12, 56:14
   **justice** [8] - 14:23, 21:6, 49:24, 102:24, 159:13, 159:15, 180:23
   **juvenile** [3] - 137:8, 156:17, 156:18
   **juveniles** [1] - 156:18

## K

   **K-e-n-n-y** [1] - 42:3
   **Kaiser** [1] - 57:23
   **keep** [2] - 160:17, 181:7
   **keeping** [1] - 69:2
   **keeps** [1] - 115:23
   **Kelly** [1] - 3:19
   **Kenny** [3] - 41:1, 42:1, 42:3
   **kept** [2] - 179:6, 179:7, 179:9
   **kids** [2] - 121:19, 137:18
   **killed** [3] - 58:19, 65:22, 141:9
   **kind** [41] - 13:14, 16:9, 25:18, 27:1, 27:8, 28:3, 31:4, 32:18, 51:8, 51:11, 68:23, 68:25, 69:2, 76:18, 80:23, 99:9, 102:23, 103:15, 105:1, 105:8, 105:15, 106:6, 106:24, 109:19, 114:10, 119:23, 120:1, 120:6, 125:15, 134:14, 136:5, 136:7, 137:15, 145:3, 152:20, 156:10, 174:2, 174:16, 176:5, 177:19, 180:17
   **kinds** [1] - 14:6
   **knowing** [3] - 16:21, 124:8, 124:22
   **knowingly** [4] - 7:14,

7:21, 7:24, 8:7
   **knowledge** [6] - 4:22, 9:11, 10:11, 47:22, 54:2, 159:16
   **known** [2] - 16:25, 106:11
   **knows** [1] - 41:20
   **Kurland** [1] - 10:22
   **Kyle** [2] - 3:9, 9:8
   **KYLE** [1] - 1:18

## L

   **lack** [1] - 20:25
   **Lacrosse** [1] - 129:22
   **ladies** [1] - 4:11
   **LAMBERTH** [1] - 1:10
   **Lamberth** [1] - 4:12
   **language** [5] - 18:25, 47:13, 47:15, 54:6, 60:11
   **large** [1] - 40:22
   **largely** [1] - 168:24
   **last** [15] - 3:24, 13:25, 14:5, 16:20, 42:1, 44:3, 46:22, 47:8, 103:5, 119:21, 121:7, 124:15, 172:1, 176:23, 179:5
   **Latham** [1] - 41:15
   **Lauren** [1] - 120:19
   **law** [99] - 4:25, 6:21, 7:4, 7:8, 11:18, 11:19, 11:20, 12:1, 12:6, 12:8, 12:15, 13:2, 13:5, 13:9, 13:12, 13:15, 13:21, 14:1, 14:11, 14:12, 14:21, 15:2, 15:4, 15:7, 15:9, 15:13, 15:15, 18:22, 20:4, 20:5, 20:7, 24:22, 25:2, 25:3, 25:13, 25:15, 29:5, 29:9, 32:22, 33:1, 36:8, 36:9, 36:18, 40:22, 45:16, 45:17, 48:22, 49:1, 56:1, 56:25, 57:5, 57:6, 57:9, 67:11, 67:12, 67:19, 73:24, 74:3, 74:23, 75:23, 82:20, 84:13, 87:20, 89:9, 94:4, 94:7, 94:10, 94:15, 94:16, 94:18, 94:21, 96:12, 98:8, 103:22, 103:25, 104:1, 104:10, 110:1, 110:3, 115:16,

116:10, 119:12, 120:24, 137:5, 137:19, 137:20, 137:24, 138:4, 139:9, 139:21, 155:14, 155:16, 162:21, 165:13, 167:4, 167:20, 171:19, 171:21

**Law** [2] - 2:5, 137:5

**laws** [3] - 105:24, 171:11, 172:4

**lawyer** [23] - 13:2, 24:23, 32:13, 32:17, 40:17, 48:14, 55:10, 55:11, 66:17, 67:6, 73:1, 73:4, 73:9, 87:3, 109:13, 116:7, 137:1, 142:22, 150:16, 155:1, 155:2, 163:3, 166:18

**lawyers** [19] - 5:3, 25:23, 55:23, 56:22, 67:5, 73:13, 74:10, 109:14, 109:16, 109:19, 116:7, 120:13, 137:1, 137:11, 145:23, 152:3, 167:12, 167:14

**Lawyers** [1] - 2:1

**layer** [1] - 145:24

**LEA** [1] - 2:5

**leading** [1] - 74:20

**learn** [1] - 140:5

**learning** [1] - 181:15

**least** [12] - 10:7, 69:18, 69:25, 70:3, 92:24, 93:1, 93:7, 93:9, 110:25, 111:2, 111:24, 179:18

**leave** [2] - 93:4, 95:10

**left** [7] - 23:14, 55:1, 99:10, 99:15, 131:6, 131:7, 173:7

**legal** [4] - 20:10, 39:14, 39:15, 106:11

**length** [1] - 140:3

**lengthy** [1] - 79:11

**less** [3] - 15:6, 170:2, 170:3

**liaison** [1] - 76:4

**license** [1] - 66:15

**life** [1] - 103:14

**Life** [1] - 59:11

**lightly** [2] - 101:24, 101:25

**likely** [3] - 16:12, 16:18, 173:13

**limit** [1] - 86:13

**limits** [1] - 160:15

**line** [18] - 145:13, 145:18, 165:22, 178:6, 178:7, 178:8, 178:9, 178:10, 178:11, 178:12, 178:13, 178:14, 178:15, 178:16, 178:17, 178:18, 178:19, 178:20

**lines** [3] - 38:19, 162:12, 177:20

**list** [1] - 20:19

**listed** [1] - 4:7

**listen** [6] - 47:18, 59:12, 59:16, 70:3, 141:15, 149:9

**listened** [2] - 69:21, 150:7

**listening** [2] - 19:20, 59:8

**literally** [1] - 62:7

**literature** [1] - 152:16

**litigation** [1] - 73:25

**live** [50] - 17:3, 17:14, 26:11, 26:12, 26:13, 27:21, 33:23, 34:8, 34:10, 42:16, 43:10, 50:14, 58:9, 68:9, 68:10, 68:15, 77:21, 78:4, 78:6, 78:12, 82:24, 89:8, 89:10, 98:23, 110:22, 112:21, 116:18, 122:1, 122:3, 122:5, 122:6, 122:12, 125:24, 131:22, 132:4, 132:7, 132:17, 133:9, 140:5, 140:23, 147:23, 147:24, 148:12, 148:17, 148:20, 160:25, 161:4, 168:7, 168:9, 168:12

**lived** [5] - 34:7, 34:9, 49:15, 82:5, 151:18

**lives** [5] - 34:14, 89:11, 89:16, 151:5, 168:9

**living** [4] - 99:2, 99:5, 117:13, 140:12

**loaded** [1] - 151:18

**lobbyist** [1] - 109:23

**local** [5] - 13:13, 14:12, 33:15, 50:19, 51:24

**locally** [1] - 51:21

**location** [2] - 148:5

**look** [12] - 11:13,

37:21, 84:1, 94:12, 104:2, 106:14, 134:20, 145:12, 169:12, 169:24, 179:3, 180:3

**looking** [11] - 37:17, 37:23, 53:14, 62:2, 86:16, 91:22, 114:11, 134:14, 143:5, 143:6, 163:14

**looks** [3] - 28:13, 106:5, 179:17

**loosely** [1] - 141:15

**Loren** [1] - 138:18

**losing** [2] - 72:4, 72:12

**lost** [1] - 131:8

**louder** [1] - 43:25

**Lovells** [1] - 152:5

**loves** [2] - 103:17

**low** [1] - 125:8

**lower** [1] - 133:20

**luck** [1] - 181:6

**lunch** [2] - 16:16, 62:11

**Lynnett** [3] - 3:9, 9:7, 151:17

**LYNNETT** [1] - 1:15

## M

**machete** [1] - 139:8

**Magazine** [1] - 27:8

**magazine** [2] - 27:14, 30:15

**magazines** [1] - 27:4

**main** [2] - 39:9, 70:9

**Main** [2] - 56:12, 56:14

**maintenance** [1] - 89:14

**majority** [6] - 96:1, 97:24, 97:25, 98:1, 161:22

**males** [1] - 98:1

**man** [1] - 129:8

**management** [1] - 50:7

**manager** [1] - 131:21

**managerial** [1] - 121:7

**mandatory** [1] - 50:7

**manner** [1] - 18:23

**manufacturers** [1] - 55:20

**Marcelin** [2] - 3:10, 9:9

**Marine** [1] - 174:10

**Mark** [1] - 10:15

**marked** [1] - 177:12

**Markell** [1] - 11:3

**Market** [1] - 68:10

**married** [2] - 41:1, 82:23

**marshal** [1] - 167:21

**Maryland** [5] - 33:14, 33:16, 89:11, 120:17, 120:20

**material** [2] - 127:21, 127:24

**matter** [8] - 18:18, 18:20, 36:22, 37:25, 68:2, 108:10, 179:25, 182:4

**MATTHEW** [2] - 1:6, 2:4

**Matthew** [14] - 3:4, 3:14, 4:16, 6:10, 6:14, 7:14, 7:16, 7:24, 8:7, 8:10, 9:23, 10:1, 107:13, 108:1

**McAllen** [2] - 157:10, 157:11

**McWaters** [14] - 1:18, 3:9, 9:8, 31:9, 32:8, 39:3, 40:9, 41:19, 61:24, 66:24, 86:11, 129:10, 136:2, 143:10

**mean** [45] - 13:9, 13:12, 22:21, 26:16, 26:19, 28:18, 36:17, 46:3, 55:19, 60:3, 61:12, 63:19, 65:11, 66:4, 70:11, 85:16, 85:18, 93:21, 93:22, 94:16, 95:10, 95:20, 95:25, 96:6, 97:11, 99:24, 102:9, 103:1, 103:15, 103:16, 121:17, 121:23, 122:19, 123:6, 123:17, 124:3, 124:8, 124:21, 124:22, 144:6, 161:15, 161:20, 164:15, 167:6, 169:13

**meaning** [2] - 8:24, 114:25

**means** [4] - 22:19, 97:1, 105:18, 150:17

**meant** [2] - 23:7, 144:11

**media** [13] - 17:20, 19:16, 19:17, 19:24, 28:4, 83:17, 83:24, 83:25, 84:7, 84:15, 119:20, 132:14, 133:9

**medias** [1] - 99:25

**Medical** [1] - 131:21

**medical** [6] - 40:3, 133:17, 172:18, 172:19, 173:14, 179:2

**medication** [2] - 19:7, 19:8

**medicine** [1] - 31:4

**MedStar** [1] - 47:21

**meet** [4] - 16:20, 72:7, 73:7, 92:25

**meetings** [1] - 51:10

**Mehta** [1] - 111:16

**MELISSA** [1] - 2:5

**Melissa** [6] - 3:13, 9:25, 10:2, 48:4, 97:22, 125:10

**member** [38] - 9:20, 9:25, 11:14, 13:1, 13:7, 13:15, 13:17, 13:24, 14:6, 14:8, 14:14, 15:22, 15:25, 16:2, 17:5, 17:7, 17:24, 20:15, 49:17, 58:3, 63:14, 63:22, 63:25, 64:10, 68:8, 68:12, 74:22, 75:17, 76:5, 85:7, 89:7, 130:9, 139:2, 140:10, 146:16, 159:1, 159:20, 168:6

**members** [4] - 14:9, 14:15, 17:2, 121:25

**memories** [3] - 58:20, 59:2, 82:9

**Memphis** [1] - 56:16

**Mendoza** [1] - 10:17

**Menendez** [3] - 74:14, 75:8, 76:8

**mentioned** [4] - 22:11, 53:23, 68:22, 68:23

**mess** [1] - 105:10

**met** [1] - 57:10

**mete** [1] - 102:23

**Metropolitan** [6] - 6:22, 7:5, 7:9, 10:20, 10:22, 11:1

**Miami** [2] - 2:3, 2:10

**mic** [5] - 43:25, 99:12, 120:18, 126:2, 148:23

**Michael** [3] - 3:10, 9:9, 10:18

**Michigan** [1] - 10:24

**microphone** [2] - 62:16, 172:16

**might** [26] - 11:16, 14:19, 19:7, 19:8, 20:14, 23:22, 35:14, 47:16, 51:23, 62:14, 82:4, 84:21, 86:16,

89:4, 105:15, 105:23, 106:2, 106:18, 110:20, 112:2, 120:1, 165:17, 170:15, 173:3, 173:8, 173:10

**migraine** [1] - 173:13

**migraines** [4] - 172:20, 173:2, 179:2, 179:7

**mile** [3] - 68:11, 148:6, 151:19

**military** [2] - 31:23, 103:13

**Military** [1] - 131:20

**mind** [21] - 28:23, 33:3, 60:24, 61:9, 72:20, 73:5, 73:10, 80:19, 82:9, 85:12, 92:13, 95:19, 115:4, 115:5, 118:11, 143:3, 143:19, 167:1, 167:5, 175:14, 177:5

**minded** [4] - 61:14, 102:1, 150:22, 163:8

**mindset** [21] - 29:19, 37:10, 37:23, 45:24, 48:8, 53:4, 61:5, 71:13, 71:20, 101:21, 102:1, 103:16, 115:1, 119:4, 128:25, 135:9, 142:25, 150:19, 163:5, 171:7, 176:5

**mine** [7] - 3:18, 22:25, 54:25, 55:25, 57:10, 130:1, 178:4

**minute** [6] - 18:2, 117:12, 132:18, 132:23, 145:12

**minutes** [2] - 107:7, 174:3

**misdemeanors** [3] - 108:24, 156:12, 156:17

**missed** [1] - 74:11

**missing** [1] - 140:19

**mistake** [2] - 140:2, 140:4

**misunderstood** [1] - 96:24

**modified** [1] - 40:1

**mom** [1] - 154:23

**Monday** [2] - 16:13, 67:25

**money** [2] - 72:4, 72:12

**monitors** [1] - 50:16

**Monk** [1] - 11:5

**Montgomery** [1] - 2:6

**month** [2] - 92:24,

92:25

**months** [8] - 56:7, 59:13, 111:10, 117:15, 121:20, 122:21, 137:9, 168:5

**moral** [3] - 19:11, 104:22, 105:6

**MORAN** [1] - 1:18

**morning** [26] - 3:8, 3:11, 3:13, 3:16, 4:11, 11:14, 16:16, 42:15, 70:16, 78:23, 84:9, 90:21, 101:1, 114:14, 118:14, 128:6, 141:16, 142:12, 150:2, 157:22, 162:12, 172:21, 173:5, 175:18, 180:1

**Morrison** [1] - 138:8

**mortgage** [1] - 32:19

**most** [10] - 25:17, 27:3, 27:7, 45:23, 103:13, 108:22, 119:1, 119:5, 126:23, 135:5

**mostly** [12] - 75:10, 75:12, 79:2, 109:21, 118:2, 118:8, 141:25, 158:3, 159:8, 168:18, 169:11, 175:9

**mother** [6] - 24:24, 25:1, 25:24, 145:14, 154:18, 154:20

**motion** [2] - 30:18, 107:2

**Mott** [1] - 10:23

**Moultrie** [1] - 167:23

**Mount** [1] - 82:5

**mouth** [3] - 38:25, 44:1, 143:22

**move** [20] - 22:10, 30:10, 67:3, 81:7, 82:14, 85:25, 95:8, 97:21, 98:2, 103:2, 104:17, 112:13, 125:14, 129:7, 151:3, 154:10, 154:12, 166:25, 172:7, 177:22

**moved** [3] - 34:13, 99:17, 163:23

**moves** [1] - 165:22

**MR** [118] - 3:11, 3:16, 4:1, 4:4, 22:9, 23:7, 23:12, 23:17, 23:22, 24:4, 24:7, 24:10, 24:15, 30:10, 30:14, 31:8, 31:9, 32:7, 32:8, 38:2, 38:8, 38:21, 39:3, 39:13, 40:9, 41:19, 41:21, 42:4,

42:8, 43:24, 46:20, 46:23, 47:1, 47:6, 53:21, 53:23, 55:3, 61:23, 61:24, 61:25, 62:4, 62:8, 62:10, 63:1, 66:22, 66:24, 72:2, 72:6, 81:6, 81:9, 81:15, 82:14, 85:24, 86:3, 86:7, 86:11, 86:18, 91:25, 92:8, 93:21, 94:5, 95:8, 95:13, 97:15, 102:18, 103:4, 104:17, 106:5, 106:23, 107:3, 108:10, 108:21, 109:4, 109:7, 109:11, 112:10, 115:20, 115:22, 119:21, 120:4, 125:2, 125:15, 129:7, 129:10, 135:25, 136:2, 143:8, 143:10, 145:6, 145:8, 151:1, 151:3, 154:10, 154:17, 154:20, 154:23, 163:19, 164:4, 166:25, 171:25, 172:6, 172:9, 173:16, 176:19, 177:22, 178:21, 178:24, 179:5, 179:10, 179:14, 180:9, 180:16, 180:20, 180:23, 181:1, 181:5, 181:7, 181:11

**MS** [21] - 3:8, 3:13, 30:9, 47:20, 48:4, 53:17, 66:23, 86:8, 97:22, 119:16, 125:10, 129:9, 151:10, 151:17, 164:3, 172:10, 173:17, 176:20, 179:1, 179:16, 179:24

**MSNBC** [2] - 51:23, 100:8

**mugged** [2] - 146:20, 147:1

**municipal** [2] - 156:13, 156:16

**musician** [1] - 179:8

**must** [4] - 12:12, 12:23, 20:4, 97:7

## N

**name** [19] - 3:21, 3:23, 3:24, 11:9, 24:15, 40:25, 41:1, 41:21, 41:24, 41:25, 42:1, 56:3, 56:6,

66:12, 100:17, 129:16, 129:18

**names** [4] - 10:10, 11:7, 24:20, 171:18, 121:19

**national** [1] - 51:22

**National** [4] - 148:10, 151:5, 151:13, 151:16

**nature** [13] - 9:2, 30:3, 31:16, 31:20, 72:18, 81:19, 95:17, 106:2, 143:16, 159:9, 161:12, 177:2, 180:12

**Navy** [1] - 174:10

**NBC** [1] - 79:1

**near** [17] - 17:3, 17:6, 17:7, 34:7, 42:16, 42:23, 42:25, 47:4, 68:9, 68:13, 77:22, 78:1, 89:8, 122:1, 147:23, 168:7

**Nebraska** [1] - 116:18

**necessarily** [4] - 11:11, 30:1, 47:9, 113:25

**need** [6] - 38:19, 60:23, 96:10, 125:17, 145:18, 180:20

**needed** [1] - 55:21

**negative** [1] - 15:10

**neighborhood** [2] - 14:3, 111:9

**neighbors** [1] - 110:24

**never** [10] - 45:1, 56:15, 57:10, 78:17, 80:19, 123:18, 124:7, 130:24, 131:8, 160:3

**new** [1] - 181:14

**New** [28] - 9:18, 9:24, 27:7, 34:1, 34:5, 34:25, 35:4, 36:21, 48:17, 48:22, 49:7, 50:9, 51:23, 70:12, 75:15, 82:23, 82:25, 87:25, 92:4, 92:18, 113:3, 113:13, 117:21, 149:5, 161:25, 170:1, 170:2

**News** [2] - 113:3, 113:14

**news** [121] - 17:16, 17:20, 19:21, 26:15, 26:16, 26:18, 26:21, 26:22, 27:1, 27:2, 27:3, 27:9, 30:14, 30:15, 34:18, 34:20, 34:23, 35:8, 44:8, 44:10, 44:12, 44:13,

50:19, 51:14, 51:15, 51:19, 51:24, 52:3, 59:4, 59:7, 59:8, 59:14, 59:17, 59:22, 60:1, 69:13, 69:14, 69:24, 70:7, 78:20, 78:22, 78:23, 78:25, 79:2, 79:4, 79:6, 79:12, 79:15, 79:16, 83:14, 83:19, 90:8, 90:11, 90:12, 99:23, 99:25, 100:2, 100:5, 100:12, 111:8, 112:23, 113:10, 113:11, 113:15, 113:16, 113:17, 113:20, 117:2, 117:8, 117:10, 117:19, 117:23, 122:17, 122:22, 122:25, 123:1, 123:7, 123:15, 126:14, 126:17, 126:20, 126:24, 127:7, 132:13, 132:15, 132:17, 132:19, 132:22, 132:24, 133:5, 133:7, 141:13, 141:16, 141:19, 141:23, 142:2, 149:1, 149:4, 149:11, 151:20, 161:14, 161:19, 161:22, 169:2, 169:5, 169:6, 169:10, 169:13, 169:14, 170:6, 170:11, 174:2, 174:12, 174:18, 174:23, 175:2, 175:3

**newsletters** [1] - 149:10

**newspaper** [2] - 19:19, 84:5, 113:12

**newspapers** [3] - 27:4, 27:5, 59:18

**next** [19] - 9:23, 16:18, 44:1, 55:6, 63:21, 67:25, 72:11, 77:18, 95:14, 96:7, 96:12, 97:2, 97:4, 106:21, 115:24, 116:1, 141:1, 159:20, 165:25

**night** [1] - 27:11

**nine** [2] - 12:17, 12:25

**NO** [1] - 1:5

**none** [1] - 30:9, 60:15, 61:24, 61:25, 66:24, 123:3, 126:16,

129:10, 143:10,
170:14, 172:9
  **nonsense** [4] -
109:6, 109:9, 109:10,
144:2
  **normal** [21] - 26:22,
34:23, 44:12, 50:24,
51:2, 51:19, 59:14,
70:7, 78:20, 100:5,
113:10, 113:17,
117:19, 122:22,
126:17, 126:24,
132:15, 141:19,
149:4, 161:19, 174:18
  **normally** [1] - 108:2
  **northeast** [3] -
42:20, 43:1, 122:13
  **note** [2] - 69:2, 130:5
  **notes** [1] - 54:25
  **nothing** [13] - 60:4,
61:11, 61:13, 96:6,
107:17, 131:8,
132:10, 149:16,
151:1, 159:7, 168:19,
174:17
  **notice** [1] - 164:7
  **noticed** [1] - 62:11
  **notifications** [1] -
100:2
  **notified** [2] - 108:2,
108:5
  **notions** [1] - 112:11
  **notwithstanding** [1]
- 92:6
  **November** [1] -
157:18
  **nowhere** [1] - 22:2
  **NPR** [2] - 141:20,
149:5
  **Number** [30] - 13:24,
14:8, 14:14, 14:17,
14:21, 15:1, 15:22,
16:2, 16:6, 16:12,
17:2, 17:5, 17:9,
17:13, 17:15, 17:18,
17:21, 17:24, 18:2,
18:9, 18:13, 18:18,
18:24, 19:1, 19:2,
19:5, 19:11, 19:15,
20:3, 20:12
  **number** [53] - 5:8,
8:24, 8:25, 9:2, 9:4,
9:5, 9:13, 9:14, 9:22,
10:8, 10:13, 11:11,
11:13, 11:15, 11:16,
11:18, 11:19, 12:6,
12:8, 12:15, 12:17,
12:25, 13:1, 13:7,
13:16, 13:17, 13:22,
15:21, 20:2, 24:12,

24:18, 30:22, 40:10,
49:3, 50:19, 64:3,
64:5, 79:23, 92:3,
92:4, 97:18, 97:19,
145:13, 154:20,
178:6, 178:7, 178:8,
178:9, 178:10,
178:11, 178:12,
178:13, 180:12
  **numbers** [1] - 39:14
  **nurse** [2] - 43:9,
47:21
  **NW** [2] - 1:18, 1:24
  **NYPD** [1] - 87:25

## O

  **oath** [3] - 4:19, 5:5,
31:23
  **obey** [1] - 181:15
  **object** [4] - 22:9,
22:12, 47:6, 125:9
  **objection** [15] - 23:5,
31:7, 31:8, 31:9, 32:6,
42:8, 48:10, 66:21,
66:22, 66:23, 173:16,
173:17, 176:19,
176:20, 180:24
  **objections** [1] -
180:4
  **objective** [1] -
118:22
  **observe** [1] - 69:4
  **observer** [1] - 69:22
  **observing** [1] - 34:22
  **obstructing** [1] -
7:11
  **obviously** [10] -
51:16, 69:3, 73:8,
81:7, 111:9, 122:4,
125:7, 136:16,
136:21, 166:12
  **occasional** [1] -
174:17
  **occasionally** [1] -
123:6
  **occurred** [3] - 6:15,
110:23, 151:7
  **occurs** [1] - 85:10
  **OF** [3] - 1:1, 1:3, 1:10
  **offense** [5] - 11:22,
12:19, 12:20, 12:22,
12:23
  **offenses** [4] - 6:14,
15:24, 16:4, 101:13
  **office** [11] - 1:14,
13:5, 13:8, 14:11,
14:23, 17:1, 67:7,
108:5, 121:11, 157:4,
158:22

  **Office** [16] - 1:17,
13:10, 13:11, 13:20,
14:10, 41:3, 63:15,
63:16, 137:8, 155:16,
156:2, 158:16, 158:19
  **Officer** [2] - 11:3
  **officer** [27] - 7:4, 7:8,
11:2, 11:4, 14:16,
15:4, 15:8, 31:23,
49:4, 58:24, 88:1,
92:4, 93:24, 93:25,
94:1, 94:15, 98:12,
103:6, 103:7, 103:11,
110:8, 110:9, 110:11,
110:12, 167:7
  **officer's** [3] - 94:22,
104:1, 104:10
  **Officers** [1] - 10:21
  **officers** [16] - 6:21,
15:2, 15:13, 15:15,
33:8, 49:4, 82:7,
92:17, 93:22, 94:8,
94:10, 94:17, 94:18,
103:20, 103:25,
136:13
  **officers'** [1] - 92:11
  **official** [1] - 7:12
  **Official** [2] - 1:23,
182:2
  **OFFICIAL** [1] - 182:9
  **often** [5] - 92:20,
92:22, 98:17, 152:18,
168:4
  **Ohio** [1] - 146:23
  **old** [2] - 111:6, 175:8
  **older** [4] - 103:12,
103:13, 159:6, 159:10
  **Omaha** [1] - 1:16
  **once** [8] - 16:19,
57:16, 90:9, 92:24,
92:25, 93:1, 165:22,
168:5
  **One** [1] - 3:3
  **one** [96] - 4:2, 8:19,
8:24, 8:25, 11:17,
18:3, 18:4, 22:9,
23:22, 24:15, 25:24,
32:16, 35:16, 35:25,
38:10, 40:23, 41:9,
45:2, 48:19, 49:4,
49:12, 52:22, 58:24,
60:16, 62:24, 66:11,
69:19, 69:25, 70:3,
70:9, 70:14, 72:22,
75:18, 76:23, 76:24,
77:10, 77:18, 80:12,
84:19, 84:21, 85:17,
92:3, 96:12, 96:24,
97:2, 97:4, 102:7,
102:9, 102:14,

108:12, 108:17,
108:18, 108:20,
110:14, 110:21,
111:21, 111:23,
113:19, 114:24,
116:7, 119:25, 121:1,
124:2, 124:8, 124:14,
131:5, 131:6, 134:7,
134:19, 140:7,
144:18, 145:14,
154:17, 158:5,
158:22, 159:20,
159:23, 163:3,
163:19, 164:10,
165:4, 165:8, 165:25,
166:4, 172:8, 172:21,
173:5, 173:7, 177:7,
179:5, 179:18, 181:3
  **ones** [1] - 167:24
  **online** [17] - 27:14,
35:5, 35:6, 66:19,
83:9, 84:15, 113:13,
113:18, 123:4, 127:4,
133:3, 149:7, 169:11,
169:12, 169:24,
170:4, 175:5
  **open** [13] - 102:1,
115:4, 115:5, 118:11,
118:22, 119:7,
119:10, 120:4, 120:5,
143:3, 150:22, 163:8,
175:14
  **open-minded** [3] -
102:1, 150:22, 163:8
  **opening** [2] - 60:17,
180:2
  **opinion** [16] - 18:13,
28:9, 28:16, 36:1,
39:10, 39:12, 114:8,
119:19, 124:11,
142:9, 144:22,
151:15, 153:11,
153:18, 165:25,
177:14
  **opinions** [8] - 14:17,
18:5, 18:20, 79:19,
110:18, 114:5,
119:17, 151:11
  **opportunity** [1] -
8:18
  **opposed** [1] - 39:9
  **opposing** [3] - 6:20,
7:3, 7:7
  **opposite** [1] - 136:5
  **Orange** [1] - 14:3
  **order** [2] - 4:6, 24:8
  **Order** [2] - 3:1, 14:4
  **ordered** [1] - 24:19
  **orders** [1] - 181:15
  **organization** [3] -

13:19, 14:1, 57:24
  **original** [1] - 182:3
  **originally** [4] - 52:12,
108:8, 110:4, 157:15
  **outcome** [3] - 50:4,
65:4, 65:10
  **outcomes** [2] -
165:12, 165:15
  **outlet** [1] - 30:14
  **outlets** [3] - 51:22,
100:2, 169:9
  **outside** [8] - 71:18,
84:17, 88:25, 150:7,
155:19, 160:14,
162:13
  **overall** [4] - 36:12,
48:8, 106:2, 132:11
  **overruled** [1] - 48:10
  **overt** [1] - 177:12
  **overtime** [1] - 72:4
  **overwhelming** [3] -
22:14, 38:15, 38:24
  **OWAIS** [1] - 11:4
  **own** [10] - 28:19,
50:19, 78:4, 78:17,
136:22, 148:20,
154:6, 154:7, 165:13,
167:5

## P

  **P.A** [1] - 2:8
  **p.m** [11] - 1:11,
16:15, 54:25, 55:5,
55:8, 107:8, 121:18,
121:19, 181:22
  **PA** [1] - 69:1
  **package** [1] - 140:18
  **packages** [1] -
140:13
  **packing** [1] - 140:7
  **page** [5] - 27:24,
69:16, 145:18, 178:5,
182:4
  **paid** [2] - 122:20,
141:17
  **pain** [1] - 19:9
  **Pallas** [11] - 2:8,
3:16, 10:6, 23:5,
106:5, 112:10,
115:20, 125:11,
151:1, 171:25
  **PALLAS** [89] - 2:9,
3:16, 3:24, 4:1, 4:4,
22:9, 23:7, 23:12,
23:17, 23:22, 24:4,
24:7, 24:10, 24:15,
30:10, 30:14, 31:8,
32:7, 38:2, 38:8,
38:21, 39:13, 41:21,

42:4, 42:8, 43:24,
46:20, 46:23, 47:1,
47:6, 53:21, 55:3,
61:23, 62:4, 62:8,
62:10, 63:1, 66:22,
72:6, 81:15, 85:24,
86:3, 86:7, 86:18,
91:25, 95:8, 95:13,
97:15, 102:18, 106:5,
106:23, 107:3,
108:10, 108:21,
109:4, 109:7, 109:11,
112:10, 115:20,
119:21, 125:2, 129:7,
135:25, 143:8, 145:6,
151:1, 154:10,
154:17, 154:20,
154:23, 163:19,
171:25, 172:6,
173:16, 176:19,
177:22, 178:21,
178:24, 179:5,
179:10, 179:14,
180:9, 180:16,
180:20, 180:23,
181:1, 181:5, 181:7,
181:11
**pandemic** [1] -
117:16
**panel** [9] - 4:6,
11:14, 22:5, 22:10,
23:3, 24:8, 129:13,
178:2, 178:25
**paper** [1] - 5:7
**papers** [4] - 34:25,
44:18, 59:19, 84:5
**parading** [1] - 8:8
**paralegal** [6] - 9:9,
13:4, 48:15, 48:16,
48:19, 48:20
**parallel** [1] - 93:25
**parents'** [1] - 116:25
**Park** [1] - 13:14
**parole** [2] - 14:16,
167:19
**part** [12] - 5:9, 5:20,
10:7, 46:15, 51:16,
57:3, 62:10, 74:11,
74:12, 80:14, 80:15,
166:13
**participants** [2] -
5:2, 19:22
**particular** [12] - 5:11,
5:17, 8:23, 14:19,
96:7, 132:10, 141:18,
153:24, 161:18,
169:16, 170:16
**particularly** [4] -
49:12, 100:16, 130:1,
152:12

**parties** [3] - 8:14,
9:6, 181:21
**partner's** [1] - 116:10
**parts** [1] - 35:11
**pass** [2] - 107:9,
107:19
**passport** [6] - 108:2,
108:4, 108:5, 108:8,
108:16
**passports** [2] -
108:3, 109:1
**past** [2] - 35:18,
180:8
**patience** [3] - 5:21,
5:24, 6:2
**patient** [1] - 43:4
**patients** [1] - 33:17
**Pause** [3] - 4:8,
54:23, 181:10
**pay** [1] - 122:20
**paying** [1] - 19:2
**PBS** [1] - 51:22
**pen** [1] - 5:7
**pending** [3] - 14:9,
63:14, 109:1
**Pennsylvania** [1] -
49:8
**Pentagon** [2] -
127:21, 127:24
**people** [86] - 10:12,
11:6, 18:14, 21:14,
28:9, 30:16, 33:16,
38:12, 38:16, 38:17,
38:22, 39:17, 39:20,
40:7, 43:22, 43:23,
44:5, 44:6, 47:14,
47:23, 51:11, 53:24,
58:17, 58:21, 58:25,
59:3, 62:25, 63:6,
66:13, 66:15, 69:5,
69:6, 69:8, 69:10,
69:12, 78:15, 80:2,
80:16, 85:4, 102:24,
103:16, 106:14,
108:22, 109:1, 113:4,
113:24, 117:5,
119:17, 122:16,
124:4, 124:11,
124:16, 125:7, 125:8,
125:12, 126:12,
126:23, 131:3, 131:6,
132:7, 136:6, 140:2,
140:6, 141:8, 141:12,
144:22, 148:15,
151:2, 151:11,
151:12, 153:19,
158:17, 160:17,
161:11, 164:5,
164:23, 164:24,
166:1, 174:25, 175:1,

177:14, 180:7, 180:11
**people's** [1] - 167:4
**per** [1] - 100:4
**perceive** [1] - 154:7
**percent** [2] - 96:3,
96:25
**peremptories** [1] -
120:8
**perfect** [4] - 24:10,
136:15, 136:17,
136:19
**performed** [1] - 21:7
**perhaps** [1] - 180:3
**perimenopausal** [1]
- 173:4
**period** [1] - 77:15
**periodicals** [1] -
118:3
**periods** [3] - 19:3,
19:10, 133:22
**Permanente** [1] -
57:23
**person** [20] - 11:8,
11:9, 14:22, 18:17,
24:11, 38:10, 61:8,
61:15, 66:2, 73:2,
92:12, 93:23, 95:21,
124:14, 144:25,
145:16, 153:22,
166:4, 176:5, 177:17
**personal** [6] - 6:5,
13:18, 17:3, 20:9,
28:15, 28:19
**personally** [1] -
17:12
**persons** [9] - 18:9,
35:13, 40:11, 80:9,
111:18, 123:24,
144:15, 153:13, 165:6
**petit** [2] - 76:14,
76:15
**petty** [1] - 137:16
**phasing** [1] - 164:11
**Philadelphia** [9] -
93:1, 155:15, 155:16,
155:20, 155:22,
156:4, 158:23,
160:10, 160:13
**philosophical** [2] -
19:12, 104:23
**phone** [4] - 78:21,
131:6, 131:7, 175:6
**phrase** [4] - 38:20,
38:21, 112:6, 164:14
**physical** [11] - 7:21,
8:4, 19:5, 19:9, 81:23,
85:4, 85:9, 86:9,
86:20, 165:22, 165:23
**physically** [1] -
166:15

**physician** [1] - 33:11
**pick** [2] - 21:8, 21:13
**picketing** [1] - 8:8
**picture** [1] - 106:2
**pictures** [5] - 69:6,
69:8, 69:10, 69:13
**piece** [1] - 5:7
**pieces** [1] - 123:17
**place** [8] - 18:6, 18:8,
40:11, 68:1, 68:4,
70:1, 79:19, 157:13
**places** [1] - 66:16
**Plaintiff** [1] - 1:4
**planned** [1] - 67:24
**plans** [1] - 108:23
**platforms** [1] -
132:18
**played** [2] - 129:22,
151:8
**Plaza** [1] - 141:1
**plea** [1] - 160:3
**plead** [1] - 66:2
**pleaded** [1] - 8:11
**pleas** [1] - 158:4
**Pleasant** [1] - 82:5
**plenty** [6] - 21:24,
22:11, 22:14, 22:18,
22:21, 83:9
**PO** [1] - 2:6
**podcast** [1] - 19:20
**podcasts** [9] - 19:17,
59:8, 59:11, 59:12,
59:18, 59:20, 59:22,
141:16, 149:9
**podium** [2] - 3:7,
69:11
**point** [10] - 20:22,
33:6, 54:24, 75:18,
86:22, 93:21, 136:16,
160:10, 166:14,
166:15
**point-blank** [1] -
93:21
**pointed** [1] - 108:13
**Police** [13] - 6:22,
7:5, 7:9, 10:15, 10:17,
10:20, 10:21, 10:22,
10:23, 11:1, 11:4,
13:14, 14:4
**police** [37] - 13:13,
15:1, 33:5, 33:8,
33:15, 49:4, 57:6,
58:24, 65:6, 76:22,
82:5, 92:4, 93:22,
93:23, 98:10, 103:6,
103:7, 103:11,
103:20, 110:8, 110:9,
110:11, 130:22,
131:1, 131:4, 131:7,
131:12, 136:4, 136:7,

136:11, 136:13,
136:16, 136:22,
140:15, 140:18,
147:7, 160:11
**policeman** [1] -
92:19
**policy** [4] - 26:4,
26:23, 26:25, 27:15
**political** [9] - 19:11,
30:3, 85:4, 85:9, 86:9,
86:19, 104:22,
153:23, 161:5
**politics** [3] - 26:25,
28:19, 74:4
**pool** [6] - 178:5,
179:11, 179:18,
179:20, 179:21,
179:22
**pools** [1] - 179:19
**poorly** [1] - 62:9
**popped** [1] - 59:7
**pops** [1] - 70:9
**popular** [1] - 132:22
**porch** [2] - 130:19,
140:19
**positive** [2] - 15:10,
164:5
**possible** [5] - 4:14,
11:5, 11:10, 80:24,
153:8
**Post** [34] - 27:6,
35:1, 35:2, 44:17,
51:22, 59:16, 69:17,
70:8, 78:22, 84:4,
84:6, 84:7, 84:15,
90:12, 100:6, 100:8,
113:12, 113:18,
117:20, 118:8,
122:23, 123:6,
126:18, 127:1, 127:2,
132:25, 133:2,
141:21, 149:6,
161:23, 161:24,
169:6, 169:21, 174:21
**post** [1] - 117:21
**posted** [1] - 83:18
**posting** [1] - 19:23
**potential** [1] - 53:18
**potentially** [1] -
84:21
**PowerPoint** [1] -
180:1
**practice** [17] - 8:14,
8:15, 32:18, 41:14,
55:14, 55:24, 67:9,
87:7, 87:13, 109:17,
116:11, 120:22,
137:5, 146:8, 146:14,
152:6, 167:16
**practices** [1] - 87:8

**precautions** [1] - 111:13

**preconceived** [1] - 112:11

**predisposed** [1] - 31:24

**present** [14] - 3:10, 3:12, 3:14, 17:6, 17:7, 38:1, 38:3, 46:2, 46:6, 46:10, 48:9, 68:13, 78:1, 78:5

**presented** [5] - 4:24, 48:7, 82:11, 84:22, 101:7

**presently** [1] - 19:7

**preserve** [2] - 5:18, 5:22

**President** [12] - 18:14, 18:15, 124:11, 144:22, 144:23, 153:12, 153:19, 153:20, 166:1, 166:2, 177:14, 177:15

**presidential** [9] - 18:11, 27:11, 35:14, 80:10, 111:19, 123:25, 144:16, 153:14, 165:7

**presiding** [1] - 4:13

**presume** [13] - 36:18, 60:18, 70:17, 84:10, 86:5, 90:23, 114:15, 118:15, 128:7, 134:16, 150:4, 162:19, 175:19

**presumed** [4] - 11:21, 96:13, 128:7, 142:14

**presuming** [2] - 86:20, 101:4

**presumption** [13] - 12:2, 28:25, 36:4, 36:17, 36:19, 52:13, 71:5, 90:22, 96:19, 97:18, 114:15, 134:15, 170:19

**pretrial** [3] - 108:2, 108:6, 108:21

**pretty** [14] - 26:17, 92:2, 92:3, 95:10, 97:16, 103:13, 127:14, 137:17, 141:5, 168:25, 169:1, 173:24, 175:14, 177:18

**prevent** [1] - 86:20

**prevention** [1] - 14:2

**previously** [4] - 25:3, 47:3, 155:10, 155:11

**principle** [5] - 11:19,

12:6, 12:8, 12:14, 96:22

**principles** [1] - 20:4

**printout** [1] - 24:3

**privacy** [2] - 5:18, 5:22

**private** [4] - 13:5, 13:21, 13:22, 146:5

**probation** [2] - 14:16, 167:19

**problem** [43] - 19:5, 23:19, 31:3, 36:24, 36:25, 38:18, 39:22, 40:6, 40:7, 47:12, 54:9, 54:16, 54:20, 60:10, 70:21, 77:15, 84:15, 91:1, 93:17, 94:20, 94:25, 101:2, 101:8, 101:9, 101:14, 101:16, 102:13, 104:5, 104:13, 104:14, 118:16, 121:16, 128:9, 128:17, 129:1, 130:7, 133:21, 150:11, 152:25, 153:1, 162:15, 172:25, 173:1

**problematic** [1] - 172:20

**problems** [18] - 109:5, 109:7, 129:9, 133:18, 153:8, 172:18, 172:19, 180:8

**procedure** [1] - 84:9

**proceed** [1] - 4:18

**proceeding** [1] - 7:12

**proceedings** [1] - 108:9

**Proceedings** [1] - 181:22

**process** [8] - 5:1, 5:19, 5:22, 6:3, 52:10, 72:23, 105:10, 170:18

**produce** [4] - 11:23, 46:13, 96:15, 180:1

**Produced** [1] - 1:25

**produced** [1] - 91:3

**Product** [1] - 55:16

**production** [1] - 56:19

**professional** [1] - 40:3

**professor** [1] - 152:14

**program** [1] - 131:21

**prohibited** [1] - 107:14

**project** [1] - 171:11

**proof** [8] - 45:18,

46:11, 47:7, 48:1, 48:2, 71:7, 157:22, 163:12

**property** [2] - 25:15, 78:4

**propose** [2] - 30:8, 42:5

**prosecution** [7] - 13:9, 33:1, 57:5, 74:13, 74:23, 139:18

**prosecutor** [6] - 56:1, 73:17, 73:23, 155:15, 155:25, 156:1

**Prosecutor's** [2] - 63:16, 137:8

**prosecutor's** [2] - 14:10, 14:23

**prosecutors** [7] - 14:18, 74:15, 75:11, 75:13, 75:14, 110:18, 158:13

**PROSPECTIVE** [768] - 24:24, 25:2, 25:7, 25:10, 25:12, 25:17, 25:22, 25:25, 26:3, 26:9, 26:13, 26:16, 26:23, 27:2, 27:6, 27:10, 27:14, 27:18, 27:20, 27:22, 28:2, 28:7, 28:12, 28:14, 28:18, 29:14, 29:22, 29:25, 31:2, 31:18, 31:22, 32:3, 32:14, 32:16, 32:19, 32:21, 32:24, 33:2, 33:5, 33:8, 33:11, 33:13, 33:16, 33:20, 33:22, 33:24, 34:1, 34:4, 34:8, 34:11, 34:13, 34:18, 34:21, 34:25, 35:3, 35:6, 35:10, 35:17, 35:23, 36:15, 36:25, 37:4, 37:7, 37:12, 37:16, 37:20, 38:1, 38:3, 40:19, 40:21, 41:1, 41:4, 41:9, 41:12, 41:15, 41:25, 42:18, 42:20, 42:22, 42:24, 43:1, 43:3, 43:7, 43:12, 43:14, 43:18, 43:21, 44:2, 44:4, 44:9, 44:13, 44:16, 44:19, 44:22, 44:25, 45:2, 45:6, 45:13, 45:19, 45:21, 46:1, 46:9, 46:17, 48:15, 48:17, 48:19, 48:22, 48:24, 49:3, 49:7, 49:11, 49:14, 49:16, 49:19,

49:21, 49:25, 50:3, 50:5, 50:10, 50:13, 50:15, 50:18, 50:24, 51:3, 51:7, 51:15, 51:21, 52:2, 52:4, 52:7, 52:25, 53:7, 53:11, 53:13, 54:7, 54:10, 54:15, 54:21, 55:12, 55:15, 55:19, 55:25, 56:4, 56:6, 56:10, 56:13, 56:15, 56:19, 56:24, 57:2, 57:8, 57:14, 57:22, 58:5, 58:10, 58:15, 59:6, 59:15, 59:21, 59:25, 60:3, 60:8, 60:12, 60:15, 61:2, 61:7, 61:11, 61:13, 61:17, 61:20, 62:15, 62:17, 62:19, 62:21, 62:24, 63:3, 63:6, 63:10, 63:17, 63:19, 63:24, 64:2, 64:4, 64:6, 64:8, 64:12, 64:14, 64:17, 64:19, 64:22, 64:25, 65:2, 65:5, 65:7, 65:9, 65:11, 65:14, 65:16, 65:20, 65:23, 66:1, 66:3, 66:7, 66:12, 66:19, 67:6, 67:11, 67:14, 67:16, 67:20, 67:23, 68:5, 68:7, 68:10, 68:14, 68:17, 68:19, 68:22, 69:5, 69:16, 69:25, 70:6, 70:8, 70:11, 70:22, 71:1, 71:4, 71:14, 71:17, 71:22, 72:14, 72:21, 73:1, 73:8, 73:15, 73:20, 73:22, 74:2, 74:4, 74:6, 74:9, 74:12, 74:17, 74:20, 74:24, 75:5, 75:7, 75:10, 75:14, 75:19, 75:21, 75:23, 76:1, 76:3, 76:7, 76:10, 76:14, 76:16, 76:19, 77:5, 77:7, 77:10, 77:13, 77:20, 77:23, 78:3, 78:8, 78:10, 78:12, 78:15, 78:21, 79:1, 79:5, 79:10, 79:14, 79:17, 79:22, 80:2, 80:6, 80:13, 80:19, 80:22, 81:22, 82:4, 82:22, 83:1, 83:4, 83:8, 83:11, 83:16, 83:22, 84:2, 84:6, 84:18, 84:25, 85:8, 85:19, 87:4,

87:6, 87:8, 87:11, 87:14, 87:17, 87:19, 87:21, 87:23, 87:25, 88:2, 88:4, 88:6, 88:9, 88:11, 88:16, 88:20, 88:23, 89:3, 89:6, 89:9, 89:11, 89:14, 89:17, 89:19, 89:21, 89:24, 90:1, 90:4, 90:9, 90:14, 90:17, 90:20, 91:2, 91:8, 91:11, 91:18, 91:21, 92:21, 92:23, 93:7, 93:13, 93:16, 93:18, 95:1, 95:3, 95:20, 95:24, 96:6, 96:10, 96:24, 97:10, 98:9, 98:13, 98:15, 98:18, 98:21, 98:24, 99:1, 99:4, 99:7, 99:9, 99:13, 99:24, 100:7, 100:11, 100:13, 100:16, 100:21, 100:24, 101:9, 101:16, 101:22, 101:24, 102:3, 102:5, 102:8, 102:12, 103:12, 104:6, 104:14, 104:25, 105:3, 105:5, 105:12, 105:19, 105:21, 109:14, 109:16, 109:18, 109:21, 109:23, 109:25, 110:3, 110:7, 110:13, 110:16, 110:22, 111:4, 111:16, 111:22, 112:4, 112:22, 113:1, 113:6, 113:9, 113:11, 113:16, 113:19, 113:22, 114:2, 114:4, 114:8, 114:12, 114:21, 115:3, 115:5, 115:9, 115:12, 115:15, 115:17, 116:3, 116:9, 116:12, 116:15, 116:17, 116:20, 116:23, 116:25, 117:2, 117:5, 117:9, 117:15, 117:18, 117:21, 117:24, 118:2, 118:6, 118:9, 118:12, 118:17, 118:25, 119:7, 119:9, 119:13, 120:14, 120:16, 120:19, 120:23, 121:1, 121:4, 121:6, 121:10, 121:15, 121:17, 121:23,

122:3, 122:8, 122:10, 122:12, 122:15, 122:19, 122:24, 123:3, 123:5, 123:9, 123:12, 123:14, 123:17, 123:22, 124:3, 124:15, 124:21, 126:1, 126:3, 126:5, 126:8, 126:12, 126:16, 126:20, 126:22, 126:25, 127:3, 127:5, 127:8, 127:11, 127:13, 127:15, 127:17, 127:21, 127:24, 128:3, 128:5, 128:10, 128:13, 128:18, 128:22, 129:1, 129:4, 129:14, 129:16, 129:18, 129:20, 129:22, 129:25, 130:4, 130:8, 130:11, 130:15, 130:17, 130:19, 130:21, 130:23, 130:25, 131:2, 131:13, 131:15, 131:18, 131:20, 131:24, 132:1, 132:5, 132:7, 132:14, 132:16, 132:21, 133:1, 133:4, 133:6, 133:8, 133:13, 133:16, 133:19, 134:3, 134:6, 134:8, 134:12, 135:1, 135:3, 135:11, 135:13, 135:16, 135:18, 135:23, 136:14, 136:18, 136:23, 137:2, 137:4, 137:7, 137:12, 137:16, 137:22, 138:1, 138:6, 138:8, 138:13, 138:17, 138:20, 138:22, 138:24, 139:1, 139:4, 139:6, 139:11, 139:13, 139:17, 139:23, 139:25, 140:9, 140:12, 140:17, 140:22, 140:25, 141:4, 141:7, 141:15, 141:20, 141:22, 141:25, 142:5, 142:7, 142:11, 142:20, 143:2, 143:20, 143:23, 144:1, 144:4, 144:9, 144:19, 145:1, 145:4, 145:24, 146:1, 146:3, 146:5, 146:9, 146:12, 146:15,

146:18, 146:20, 146:23, 147:1, 147:4, 147:6, 147:9, 147:12, 147:14, 147:17, 147:19, 147:21, 147:24, 148:1, 148:3, 148:6, 148:10, 148:13, 148:15, 148:19, 148:25, 149:3, 149:5, 149:9, 149:12, 149:15, 149:19, 149:22, 149:25, 150:10, 150:14, 150:21, 150:23, 152:4, 152:7, 152:9, 152:12, 152:14, 152:16, 152:18, 152:21, 152:24, 153:1, 153:16, 153:23, 154:4, 155:2, 155:4, 155:7, 155:10, 155:12, 155:14, 155:19, 155:23, 155:25, 156:3, 156:5, 156:7, 156:9, 156:12, 156:15, 156:21, 156:24, 157:1, 157:3, 157:6, 157:9, 157:12, 157:14, 157:16, 157:18, 157:20, 157:24, 158:2, 158:8, 158:10, 158:15, 158:19, 158:24, 159:3, 159:5, 159:11, 159:16, 159:19, 159:22, 159:24, 160:6, 160:9, 160:12, 160:14, 160:18, 160:20, 160:22, 160:24, 161:1, 161:3, 161:9, 161:15, 161:20, 161:25, 162:3, 162:6, 162:9, 162:16, 163:1, 163:7, 163:11, 163:15, 164:13, 164:15, 164:19, 165:9, 165:11, 165:20, 166:7, 166:11, 166:21, 167:13, 167:17, 167:20, 167:23, 168:1, 168:3, 168:5, 168:8, 168:13, 168:15, 168:18, 168:22, 168:24, 169:4, 169:8, 169:11, 169:13, 169:15, 169:18, 169:23, 169:25, 170:2, 170:5, 170:8, 170:11,

170:14, 171:3, 171:10, 171:15, 171:17, 171:22, 172:15, 172:17, 173:1, 173:10, 173:12, 173:24, 174:5, 174:8, 174:10, 174:14, 174:19, 174:22, 174:24, 175:5, 175:11, 175:13, 175:16, 175:25, 176:7, 176:13, 176:16, 177:6, 177:18

**Prospective** [2] - 107:6, 154:16

**prospective** [21] - 4:6, 4:9, 4:19, 23:4, 30:21, 31:13, 32:11, 38:11, 40:15, 42:13, 67:2, 81:12, 86:25, 98:6, 107:20, 112:17, 125:20, 145:11, 173:20, 176:25, 178:1

**protecting** [1] - 103:17

**Protection** [1] - 75:5

**protest** [6] - 165:17, 165:19, 166:9, 166:10, 166:12, 166:14

**protesting** [2] - 165:21, 167:2

**provably** [1] - 112:1

**prove** [34] - 11:21, 11:24, 11:25, 12:21, 29:3, 29:6, 29:8, 36:9, 45:10, 45:15, 45:16, 46:8, 46:12, 46:14, 52:15, 60:19, 70:18, 70:24, 71:7, 84:11, 90:24, 96:14, 96:16, 96:17, 101:5, 114:17, 118:18, 128:11, 134:17, 142:15, 150:5, 162:20, 170:21, 175:21

**proved** [1] - 46:3

**proven** [8] - 12:18, 61:15, 85:20, 91:5, 102:6, 163:16, 175:24

**proves** [3] - 12:3, 36:5, 96:20

**provides** [4] - 11:20, 12:10, 96:12, 97:5

**province** [1] - 22:25

**proving** [1] - 46:7

**proximity** [2] - 7:18, 82:4

**public** [7] - 13:4,

14:11, 73:16, 123:9, 153:5, 155:21, 158:21

**Public** [3] - 13:20, 63:16

**publicity** [2] - 29:12, 180:14

**publicity-wise** [1] - 29:12

**publicly** [1] - 111:24

**pull** [3] - 62:16, 126:2, 179:22

**pundits** [1] - 174:16

**Purdy** [36] - 3:4, 3:12, 3:14, 4:15, 4:16, 6:10, 6:14, 6:17, 6:19, 6:23, 6:25, 7:2, 7:10, 7:13, 7:14, 7:16, 7:17, 7:20, 7:23, 7:24, 8:3, 8:6, 8:7, 8:10, 9:17, 9:23, 10:1, 81:6, 107:13, 107:25, 108:1, 181:11

**PURDY** [5] - 1:6, 1:6, 2:1, 2:4, 181:13

**purpose** [2] - 4:21, 19:18

**purposefully** [1] - 79:5

**push** [1] - 58:17

**put** [27] - 8:24, 9:1, 9:13, 9:14, 9:22, 10:2, 10:8, 10:13, 11:8, 11:15, 11:18, 12:6, 12:15, 12:25, 13:16, 16:22, 18:20, 24:12, 53:25, 54:1, 60:23, 112:12, 124:6, 125:4, 125:5, 132:23, 170:20

**putting** [1] - 106:14, 125:3

## Q

**quantitative** [1] - 81:25

**questioned** [1] - 48:3

**questionnaire** [5] - 24:4, 81:18, 101:10, 162:10, 177:2

**questionnaires** [1] - 24:2

**questions** [42] - 5:3, 5:6, 5:10, 5:14, 6:5, 8:13, 8:15, 8:16, 8:17, 8:19, 8:20, 20:21, 21:14, 30:8, 30:11, 30:13, 38:7, 40:3, 40:8, 61:21, 61:23, 62:6, 69:20, 72:1, 73:12, 84:19, 103:2,

106:16, 116:6, 125:23, 143:15, 145:22, 150:24, 151:10, 152:2, 164:9, 164:16, 176:17, 177:1, 180:18

**quite** [4] - 58:19, 100:1, 172:4, 179:18

## R

**R's** [1] - 4:4

**Rachel** [2] - 3:10, 9:9

**racism** [1] - 177:11

**racist** [2] - 177:10, 177:12

**racists** [1] - 97:17

**radio** [3] - 19:17, 19:20, 58:1

**raise** [2] - 4:18, 67:22

**Rapids** [1] - 10:23

**rarely** [2] - 27:10, 141:25

**rather** [1] - 24:19

**rational** [1] - 82:1

**rationale** [1] - 154:1

**RDR** [1] - 182:8

**RDR-CRR** [1] - 182:8

**reach** [5] - 4:24, 20:23, 21:3, 76:25, 77:3

**reached** [1] - 77:6

**reaction** [4] - 92:3, 95:11, 144:4, 144:13

**reactions** [1] - 136:16

**read** [23] - 5:14, 10:10, 18:24, 21:20, 26:18, 27:5, 27:6, 27:7, 34:25, 35:4, 51:20, 52:5, 52:19, 53:21, 54:6, 59:15, 69:16, 71:9, 84:15, 162:13, 170:11, 170:15, 172:5

**reading** [4] - 19:19, 19:23, 60:11, 80:4

**Reagan** [1] - 139:12

**real** [1] - 120:5

**reality** [2] - 153:17, 154:12

**really** [40] - 25:18, 28:5, 37:14, 37:18, 37:25, 39:11, 42:5, 43:18, 51:17, 52:7, 57:14, 60:4, 61:15, 64:15, 70:24, 91:10, 100:3, 102:6, 105:5, 105:6, 105:14, 106:9,

108:6, 114:20, 115:7, 119:11, 119:23, 119:24, 122:25, 123:5, 125:2, 132:16, 133:9, 158:2, 158:7, 165:2, 174:15, 175:24, 176:11
**Realtime** [1] - 1:23
**rearranging** [1] - 72:11
**reason** [25] - 20:7, 20:13, 20:17, 29:12, 45:4, 45:12, 45:17, 53:1, 60:25, 61:2, 70:23, 91:6, 91:9, 105:20, 108:7, 114:19, 114:21, 118:22, 128:1, 135:2, 142:18, 149:23, 167:7, 171:1, 175:23
**reasonable** [26] - 11:23, 12:4, 12:19, 12:22, 29:6, 29:8, 45:11, 60:20, 70:19, 84:12, 90:25, 91:6, 96:15, 96:21, 106:11, 114:17, 118:19, 128:12, 134:18, 134:19, 142:15, 150:5, 162:20, 170:21, 170:23, 175:22
**reasoning** [1] - 105:8
**reasons** [1] - 145:6
**rec** [1] - 174:11
**recalled** [1] - 55:20
**receive** [1] - 18:22
**recently** [4] - 99:15, 99:17, 103:14, 138:20
**recess** [1] - 107:7, 181:20
**Recessed** [2] - 55:8, 107:8
**recognize** [5] - 10:11, 11:7, 11:9, 11:14, 11:16
**recollections** [1] - 151:9
**Record** [1] - 1:25
**record** [5] - 3:7, 95:8, 104:3, 181:9, 182:4
**records** [2] - 10:25, 178:4
**recusal** [1] - 143:8
**redacted** [1] - 24:15
**Reddit** [2] - 84:2, 174:19
**Reed** [1] - 131:20
**reentry** [1] - 158:4
**REEVES** [2] - 1:22,

182:8
**Reeves** [2] - 182:2, 182:8
**refer** [1] - 24:18
**referred** [1] - 81:7
**referring** [3] - 76:7, 78:3, 79:23
**refill** [2] - 173:12, 173:14
**regard** [4] - 15:11, 19:18, 93:25, 169:20
**regarding** [5] - 73:13, 77:11, 108:10, 151:10, 151:13
**registered** [3] - 43:9, 47:21, 77:1
**Registered** [1] - 1:22
**regular** [6] - 84:4, 84:5, 92:12, 93:23, 127:7, 156:8
**regularly** [4] - 27:12, 113:14, 118:1, 133:23
**regulations** [1] - 182:4
**regulatory** [2] - 109:21, 137:5
**rehabilitate** [3] - 81:14, 85:24, 180:11
**rehabilitating** [1] - 97:15
**rehashed** [1] - 180:17
**Reilly** [1] - 30:17
**reject** [1] - 23:9
**rejected** [1] - 39:16
**related** [3] - 26:4, 61:11, 75:3
**relating** [1] - 14:4
**relations** [1] - 136:7
**relationship** [1] - 92:10
**relatives** [1] - 137:20, 137:25
**release** [2] - 30:12, 108:6
**releasing** [1] - 66:21
**religious** [4] - 19:12, 104:23, 104:25, 105:6
**Relpax** [1] - 173:6
**reluctance** [2] - 106:7, 106:17
**reluctant** [1] - 12:24
**rely** [1] - 54:2
**remain** [1] - 178:22
**remainder** [2] - 178:2, 179:21
**remaining** [2] - 7:15, 179:19
**remedy** [1] - 165:14
**remember** [22] -

26:10, 27:22, 50:5, 58:13, 58:16, 58:17, 58:18, 58:19, 58:24, 59:8, 60:5, 68:20, 69:5, 69:6, 69:7, 69:10, 70:1, 76:23, 106:21, 141:10, 159:7, 167:24
**Remembered** [1] - 59:17
**remotely** [1] - 117:16
**render** [7] - 9:3, 31:21, 72:19, 81:20, 95:18, 143:17, 177:3
**repeat** [3] - 44:3, 63:2, 105:3
**replayed** [1] - 58:19
**report** [2] - 107:12, 145:18
**reported** [1] - 130:22
**REPORTER** [1] - 182:9
**Reporter** [4] - 1:22, 1:23, 1:23, 182:2
**reporter** [1] - 172:5
**reporters** [1] - 50:25
**reporting** [1] - 26:5
**reports** [3] - 35:8, 141:9, 169:3
**reposted** [1] - 133:9
**Representatives** [1] - 17:22
**represented** [3] - 9:7, 9:19, 9:24
**representing** [2] - 3:8, 3:14
**Republic** [1] - 87:9
**request** [1] - 40:1
**requested** [1] - 145:15
**requests** [2] - 120:9, 151:23
**required** [5] - 11:24, 11:25, 96:16, 96:17, 163:13
**reschedule** [2] - 67:24, 172:24
**research** [1] - 105:22
**reservations** [1] - 19:25
**resident** [3] - 9:18, 9:24, 10:4
**resisting** [3] - 6:20, 7:3, 7:7
**resolved** [1] - 68:6
**resonates** [1] - 60:4
**respect** [6] - 21:1, 48:1, 103:16, 103:17, 103:18
**respond** [1] - 39:13

**responded** [4] - 62:6, 131:1, 140:15, 147:7
**response** [2] - 79:22, 164:5
**responses** [1] - 6:7
**restricted** [3] - 7:15, 7:18, 7:22
**restrictions** [1] - 111:7
**result** [1] - 111:14
**results** [15] - 18:10, 35:14, 35:20, 35:24, 38:12, 39:18, 39:25, 40:2, 80:10, 80:16, 111:19, 123:25, 144:16, 153:13, 165:6
**retired** [2] - 49:5, 127:16
**retried** [1] - 74:19
**return** [1] - 19:13
**Ricardo** [1] - 157:6
**RICHARD** [2] - 1:6, 2:1
**Richard** [17] - 3:3, 4:15, 6:10, 6:13, 6:17, 6:19, 6:23, 6:25, 7:2, 7:13, 7:16, 7:20, 7:23, 8:3, 8:6, 8:10, 9:17
**Richmond** [1] - 76:3
**ridiculous** [1] - 35:17
**rigged** [1] - 38:18
**rioting** [2] - 43:22, 44:5
**riots** [1] - 132:8
**rise** [2] - 55:7, 181:20
**robbed** [2] - 64:23, 160:2
**robbery** [1] - 64:17
**Robert** [16] - 3:5, 3:17, 4:16, 6:11, 6:14, 7:1, 7:6, 7:10, 7:14, 7:17, 7:20, 7:24, 8:3, 8:7, 8:11, 10:3
**ROBERT** [2] - 1:6, 2:8
**role** [1] - 121:7
**roll** [1] - 115:24
**rolls** [1] - 116:1
**room** [3] - 58:25, 84:23, 85:2
**roommate** [1] - 130:1
**row** [1] - 24:12
**row's** [1] - 24:2
**Royce** [1] - 4:12
**ROYCE** [1] - 1:10
**rule** [2] - 105:17, 106:12

**rules** [3] - 20:5, 20:7, 20:8
**run** [2] - 77:24, 147:2
**running** [1] - 44:5
**Ryan** [1] - 30:17

## S

**Safety** [1] - 55:16
**safety** [9] - 84:20, 85:4, 85:9, 85:13, 86:19, 86:20, 165:23, 167:4
**Samuel** [1] - 10:23
**San** [3] - 116:20, 117:13, 157:15
**sane** [1] - 113:24
**sat** [1] - 172:2
**satisfied** [2] - 139:21, 140:15, 147:7
**saw** [88] - 27:23, 28:5, 33:23, 33:25, 34:2, 35:8, 43:10, 43:21, 44:5, 50:14, 51:6, 51:7, 52:19, 60:3, 60:22, 62:22, 68:15, 68:21, 71:9, 78:6, 78:14, 78:15, 78:16, 78:18, 82:5, 83:9, 90:2, 98:22, 99:8, 100:12, 100:17, 112:20, 112:24, 112:25, 113:3, 114:6, 115:7, 116:18, 117:3, 119:17, 119:20, 122:14, 126:7, 126:11, 131:22, 132:4, 132:6, 134:22, 140:23, 141:6, 147:1, 147:2, 148:10, 148:11, 148:15, 148:17, 148:19, 148:20, 148:21, 149:15, 150:7, 151:4, 151:5, 151:12, 151:19, 151:20, 151:21, 156:25, 157:16, 158:5, 160:25, 161:2, 161:4, 161:10, 163:9, 164:16, 164:20, 164:22, 168:17, 168:18, 168:23, 169:5, 173:22
**scared** [1] - 93:7
**scene** [1] - 51:1
**schedule** [7] - 16:12, 16:21, 72:11, 153:8, 153:9, 153:10
**scheduled** [2] -

77:17, 147:17
**scheduling** [5] - 77:11, 121:16, 147:13, 172:14, 179:24
**school** [7] - 13:2, 93:8, 111:7, 138:4, 155:14, 155:17, 155:18
**science** [2] - 37:22, 40:5
**scientific** [1] - 37:22
**scooter** [1] - 140:13
**scratched** [1] - 40:10
**se** [1] - 100:4
**seat** [3] - 4:5, 24:1, 133:25
**seated** [14] - 3:17, 4:6, 4:10, 4:20, 10:9, 10:19, 20:2, 43:6, 45:5, 52:9, 128:1, 128:23, 149:24, 152:22
**second** [2] - 80:15, 120:3
**seconded** [1] - 138:9
**Secret** [3] - 10:16, 57:18
**security** [2] - 58:24, 111:13
**Security** [2] - 13:14, 138:4
**see** [84] - 11:8, 20:25, 21:21, 21:22, 22:5, 22:6, 24:3, 26:12, 26:13, 27:21, 29:3, 32:4, 33:8, 36:23, 40:4, 43:20, 51:24, 52:6, 52:7, 52:18, 52:21, 54:19, 58:2, 59:6, 60:1, 60:24, 63:11, 69:18, 71:16, 78:17, 83:6, 84:5, 84:14, 91:4, 91:7, 92:20, 92:23, 98:17, 100:3, 100:14, 101:7, 111:1, 112:21, 115:20, 117:23, 119:17, 123:13, 123:15, 128:15, 128:20, 133:5, 133:6, 133:7, 134:21, 134:25, 142:17, 144:12, 148:11, 148:14, 150:6, 150:12, 150:24, 151:8, 151:19, 153:9, 161:3, 161:9, 162:23, 163:14, 164:11, 164:20, 164:24,

166:22, 168:4, 168:20, 170:4, 174:16, 176:14, 176:17, 177:7, 177:9, 177:11, 181:19
**seeing** [14] - 19:1, 20:24, 53:19, 54:9, 58:13, 58:19, 60:13, 69:7, 69:8, 132:9, 141:7, 141:10, 161:7, 167:8
**seek** [1] - 174:15
**seeking** [1] - 79:5
**seem** [1] - 104:18
**select** [3] - 4:21, 4:23, 6:8
**selected** [3] - 19:15, 68:2, 133:22
**selecting** [1] - 5:4
**selection** [5] - 3:22, 4:14, 4:21, 16:14, 175:1
**Senate** [2] - 41:5, 69:7
**sense** [7] - 85:24, 102:23, 105:11, 105:16, 136:8, 144:2, 180:11
**sent** [1] - 135:20
**sentences** [1] - 80:3
**separate** [2] - 82:10, 102:11
**separated** [1] - 99:21
**Sergeant** [1] - 11:5
**series** [2] - 5:2, 5:9
**serious** [3] - 81:15, 133:21, 174:17
**serve** [15] - 18:7, 18:15, 19:6, 28:10, 28:16, 31:1, 79:20, 104:24, 124:12, 131:17, 144:24, 153:21, 166:3, 173:9, 177:16
**served** [4] - 16:6, 16:9, 76:20, 76:21
**Service** [3] - 10:16, 57:18, 57:19
**service** [4] - 14:11, 21:2, 50:7, 152:23
**services** [3] - 108:2, 108:22, 139:19
**serving** [2] - 16:21, 16:25
**session** [1] - 60:17
**sessions** [3] - 69:21, 70:1, 70:3
**set** [15] - 29:11, 37:24, 51:8, 53:8, 54:13, 84:16, 114:6,

114:9, 115:13, 124:20, 128:16, 150:7, 154:5, 154:11, 162:13
**setting** [4] - 21:19, 52:18, 52:20, 134:21
**seven** [3] - 11:19, 12:6, 88:4
**seventh** [1] - 55:2
**several** [4] - 39:14, 40:24, 59:13, 111:10
**shall** [1] - 110:25
**Shaw** [1] - 34:11
**sheet** [5] - 4:7, 5:9, 5:12, 24:9, 55:2
**sheets** [1] - 5:15
**shoplifting** [1] - 159:8
**shoplifting-type** [1] - 159:8
**short** [5] - 4:23, 16:15, 16:16, 100:20, 107:7
**shot** [4] - 58:18, 65:17, 65:21, 65:25
**shots** [2] - 58:23, 168:19
**Show** [2] - 122:24, 123:2
**show** [7] - 36:20, 38:4, 52:17, 128:16, 142:1, 175:21, 178:5
**showed** [1] - 28:4
**shows** [4] - 54:3, 101:13, 119:11, 132:22
**sick** [4] - 135:21, 145:14, 154:21, 173:10
**sick..** [1] - 154:24
**side** [8] - 4:23, 13:23, 58:1, 75:16, 78:12, 136:7, 136:12, 156:23
**sides** [3] - 14:20, 110:21, 116:10
**significant** [1] - 28:3
**signs** [1] - 58:21
**similar** [2] - 97:2, 124:15
**simple** [1] - 107:21
**simply** [2] - 15:7, 151:11
**sincerely** [2] - 181:14, 181:16
**sirens** [4] - 69:1, 148:9, 148:22, 151:6
**sister** [6] - 73:15, 74:11, 75:18, 75:21, 152:4, 153:6
**sister's** [1] - 92:25

**sit** [12] - 3:20, 19:8, 19:9, 20:14, 20:18, 31:17, 66:10, 85:1, 101:20, 102:22, 118:10, 142:8
**sites** [2] - 19:24, 112:23
**sitting** [54] - 9:10, 29:18, 29:19, 37:9, 37:10, 37:11, 45:22, 45:23, 45:24, 53:3, 53:4, 61:4, 61:5, 71:12, 71:13, 72:4, 91:14, 91:15, 101:20, 101:21, 114:24, 114:25, 115:1, 115:2, 119:3, 119:4, 128:24, 133:21, 134:1, 135:8, 135:9, 135:10, 142:23, 142:24, 145:7, 150:18, 150:19, 163:4, 163:5, 171:5, 171:6, 171:7, 176:3, 176:4, 176:19
**situation** [9] - 104:8, 124:7, 124:22, 124:24, 160:4, 161:17, 163:23, 163:25, 166:5
**six** [5] - 11:16, 11:18, 35:19, 117:15, 172:21
**sixth** [1] - 55:1
**slate** [1] - 71:4
**sleepy** [1] - 31:4
**slowly** [1] - 180:6
**small** [3] - 25:2, 27:14, 132:18
**Smith** [2] - 138:17, 138:18
**Snapchat** [2] - 132:17, 132:21
**snippets** [6] - 79:10, 79:11, 132:22, 133:8, 174:2
**social** [3] - 19:11, 19:17, 19:24, 28:4, 83:17, 83:23, 83:25, 84:7, 84:15, 99:25, 104:22, 132:14, 133:9
**sole** [2] - 20:3
**solely** [3] - 4:24, 19:14, 135:3
**someone** [30] - 17:9, 17:12, 24:22, 26:2, 32:13, 32:25, 39:5, 39:10, 39:12, 40:17, 49:1, 55:10, 56:25, 61:8, 82:20, 87:2, 87:20, 98:8, 106:6, 109:13, 129:13,

138:11, 143:3, 146:20, 147:1, 147:3, 155:1, 163:11, 176:4, 181:14
**sometimes** [7] - 78:22, 78:24, 84:2, 88:12, 88:13, 106:13, 106:14
**son** [1] - 111:6
**SONJA** [2] - 1:22, 182:8
**Sonja** [2] - 182:2, 182:8
**soon** [1] - 172:24
**sorry** [23] - 33:2, 34:13, 35:19, 35:22, 44:2, 46:20, 48:18, 57:8, 58:5, 62:20, 63:1, 65:24, 99:13, 109:15, 111:4, 121:10, 127:23, 129:17, 148:25, 154:19, 163:17, 178:23, 178:24
**sort** [9] - 13:23, 26:20, 28:4, 51:10, 58:20, 59:4, 105:1, 136:12, 158:4
**sound** [1] - 62:2
**sounds** [2] - 86:8, 92:5
**source** [17] - 34:24, 44:12, 59:14, 78:20, 90:11, 113:10, 113:17, 117:19, 122:22, 123:2, 123:7, 126:24, 132:15, 141:19, 149:4, 161:19, 174:18
**sources** [6] - 51:21, 70:7, 113:12, 123:4, 127:6, 132:24
**South** [1] - 168:9
**southeast** [1] - 68:11
**Southern** [2] - 157:6, 157:9
**southern** [1] - 158:9
**southwest** [1] - 168:9
**space** [2] - 51:12, 168:25
**speaking** [5] - 60:11, 72:22, 107:11, 107:14, 112:10
**special** [3] - 95:6, 104:12, 121:5
**Special** [1] - 9:9
**specific** [2] - 59:2, 60:8, 174:1
**specifically** [3] -

30:2, 57:9, 60:4
**spell** [2] - 3:25, 129:19
**spend** [1] - 81:13
**spending** [1] - 42:5
**spent** [1] - 117:15
**spoken** [1] - 177:10
**sports** [1] - 141:25
**spot** [1] - 23:19
**Spotify** [1] - 59:21
**staff** [1] - 11:17
**Stafford** [2] - 73:18, 73:23
**stairs** [3] - 148:15, 151:4, 151:12
**stalking** [1] - 49:21
**stand** [11] - 4:17, 9:8, 9:18, 9:23, 9:25, 46:15, 133:23, 134:1, 134:2, 134:4, 134:8
**standard** [3] - 8:14, 92:12, 92:13
**standing** [5] - 9:19, 10:4, 10:6, 10:8, 133:22
**stands** [1] - 181:20
**Stark** [1] - 137:8
**start** [44] - 28:24, 28:25, 36:4, 36:16, 36:18, 36:19, 37:1, 45:8, 52:13, 52:14, 60:17, 61:14, 61:18, 67:5, 70:16, 71:2, 84:10, 90:22, 90:23, 94:20, 101:2, 101:3, 101:4, 114:14, 114:16, 118:11, 118:14, 118:16, 128:7, 128:8, 134:15, 134:17, 142:13, 142:14, 144:7, 150:3, 156:14, 156:15, 158:6, 162:18, 170:19, 175:15, 175:18, 178:3
**started** [4] - 27:24, 28:20, 103:14, 161:10
**starting** [2] - 20:21, 25:18
**Starting** [1] - 3:6
**starts** [2] - 29:2, 167:3
**state** [12] - 3:7, 9:18, 9:24, 13:13, 14:12, 16:7, 73:19, 73:20, 75:24, 76:1, 82:23, 139:25
**statement** [3] - 38:22, 151:18, 180:2
**statements** [1] -

22:10
**STATES** [2] - 1:1, 1:3
**States** [14] - 1:14, 1:17, 3:3, 3:9, 4:15, 6:9, 6:12, 6:13, 8:1, 8:5, 8:8, 9:7, 182:2, 182:5
**station** [3] - 50:16, 126:21, 132:23
**stationed** [1] - 174:6
**stations** [2] - 50:19, 51:24
**statute** [1] - 140:1
**staying** [1] - 31:2
**stays** [1] - 139:1
**stealing** [3] - 66:13, 66:14
**stenographer** [1] - 11:18
**Stenographic** [1] - 1:25
**stenographic** [1] - 182:3
**step** [1] - 116:10
**stepmother** [2] - 116:9, 116:14
**stepped** [1] - 138:21
**steps** [1] - 150:1
**stepsister** [1] - 116:9
**sticks** [1] - 132:11
**still** [18] - 38:17, 39:17, 48:5, 48:9, 55:16, 56:6, 76:2, 76:4, 85:11, 85:12, 95:8, 100:23, 139:1, 139:17, 141:4, 141:12, 165:16, 174:7
**stolen** [7] - 38:17, 39:6, 111:23, 112:7, 125:8, 140:13
**stop** [2] - 66:17, 112:7
**stopped** [1] - 97:25
**Stoppers** [1] - 14:3
**store** [1] - 83:13
**stories** [2] - 19:20, 51:15
**storm** [1] - 112:5
**stormed** [1] - 141:8
**storming** [2] - 117:6, 126:12
**story** [1] - 144:13
**straightforward** [2] - 6:7, 86:15
**Street** [6] - 1:15, 1:18, 2:2, 117:21, 148:21, 168:10
**street** [2] - 130:18, 156:19
**street-arrest-type** [1]

- 156:19
**stress** [1] - 72:8
**stricken** [2] - 30:22, 125:17
**strike** [11] - 22:10, 30:18, 40:12, 81:7, 82:14, 98:2, 103:2, 104:17, 125:14, 167:1, 167:7
**strikes** [1] - 97:21
**striking** [1] - 32:6
**strong** [23] - 14:17, 15:9, 18:5, 18:9, 35:13, 40:10, 79:19, 79:25, 80:8, 80:15, 89:4, 92:3, 110:18, 111:17, 123:24, 124:4, 124:16, 125:11, 144:15, 153:12, 153:24, 164:5, 165:5
**strongly** [7] - 18:14, 28:9, 124:11, 144:23, 153:19, 166:1, 177:15
**struck** [3] - 178:25, 179:5, 179:7
**stuff** [12] - 26:4, 26:24, 26:25, 55:20, 55:21, 56:17, 57:16, 58:16, 83:16, 83:18, 95:25, 175:6
**subscribe** [7] - 59:21, 113:13, 127:1, 149:8, 161:23, 161:25, 169:21
**subscriber** [1] - 169:23
**subscription** [2] - 133:1, 170:3
**subscription-wise** [1] - 170:3
**subsequent** [1] - 44:7
**success** [2] - 171:11, 172:22
**sufficient** [1] - 47:24
**suggest** [1] - 8:18
**Suite** [1] - 1:15
**summary** [1] - 132:23
**supervisor** [2] - 68:22, 68:23
**support** [10] - 14:2, 18:14, 28:9, 124:11, 124:17, 144:23, 153:19, 166:2, 177:8, 177:15
**supported** [2] - 124:17, 125:12
**supporting** [1] -

177:11
**surprised** [2] - 174:25, 175:2
**surreal** [2] - 99:9, 99:16, 102:19
**surrender** [1] - 108:22
**surrendered** [1] - 108:21
**sustained** [2] - 112:14, 180:24
**Suzette** [1] - 11:5
**swarming** [1] - 119:18
**swarms** [2] - 69:8, 69:12
**swear** [1] - 4:17
**sword** [1] - 139:14
**sworn** [1] - 3:19
**system** [14] - 14:16, 14:23, 49:24, 69:1, 105:12, 105:14, 106:7, 106:11, 106:17, 138:12, 159:7, 159:13, 159:15, 167:19
**systems** [1] - 51:4

## T

**table** [2] - 9:10, 9:13
**Takoma** [2] - 78:12, 78:13
**talks** [1] - 92:5
**tap** [1] - 123:5
**tapes** [1] - 21:23
**Tarik** [1] - 11:3
**task** [1] - 102:14
**teach** [2] - 57:24, 152:15
**technically** [1] - 76:11
**telephone** [1] - 23:15
**Television** [1] - 50:18
**television** [16] - 19:17, 43:15, 44:5, 44:13, 50:15, 62:19, 62:21, 62:22, 62:25, 78:23, 79:6, 99:20, 100:1, 111:9, 126:20, 161:21
**television-wise** [1] - 161:21
**ten** [2] - 43:8, 107:7
**terms** [5] - 28:22, 36:1, 154:3, 159:12
**testified** [2] - 39:3, 94:14
**testifies** [1] - 38:11

**testify** [13] - 12:10, 12:11, 12:12, 46:12, 46:15, 65:8, 66:5, 97:5, 97:6, 97:7, 97:19, 97:20, 160:5
**testifying** [2] - 92:18, 103:21, 147:5
**testimonials** [1] - 57:23
**testimony** [19] - 15:1, 15:3, 15:5, 15:6, 15:7, 15:15, 26:19, 47:18, 92:11, 94:10, 94:13, 94:22, 103:22, 104:2, 104:4, 104:11, 136:13
**Texas** [5] - 4:1, 121:9, 146:6, 157:7, 157:9
**texting** [1] - 67:25
**Thau** [1] - 11:3
**THE** [922] - 1:1, 1:10, 1:14, 3:23, 3:25, 4:3, 4:5, 4:10, 4:20, 22:16, 22:18, 23:5, 23:11, 23:14, 23:18, 24:1, 24:6, 24:8, 24:11, 24:17, 24:22, 25:1, 25:5, 25:8, 25:11, 25:16, 25:20, 25:23, 26:1, 26:8, 26:12, 26:14, 26:22, 27:1, 27:5, 27:9, 27:13, 27:16, 27:19, 27:21, 27:25, 28:6, 28:8, 28:13, 28:17, 28:22, 29:15, 29:24, 30:6, 30:8, 30:13, 30:18, 30:22, 30:25, 31:5, 31:7, 31:11, 31:15, 31:19, 32:1, 32:4, 32:6, 32:10, 32:13, 32:15, 32:18, 32:20, 32:22, 32:25, 33:3, 33:7, 33:10, 33:12, 33:15, 33:18, 33:21, 33:23, 33:25, 34:3, 34:6, 34:10, 34:12, 34:16, 34:19, 34:23, 35:2, 35:4, 35:7, 35:12, 35:22, 35:25, 36:16, 37:1, 37:5, 37:8, 37:13, 37:17, 37:21, 38:5, 38:7, 38:20, 40:8, 40:12, 40:14, 40:17, 40:20, 40:25, 41:2, 41:7, 41:10, 41:13, 41:16, 41:18, 41:24, 42:3, 42:5, 42:10, 42:12,

42:15, 42:19, 42:21,
42:23, 42:25, 43:2,
43:5, 43:10, 43:13,
43:16, 43:20, 43:25,
44:3, 44:7, 44:12,
44:15, 44:17, 44:20,
44:23, 45:1, 45:4,
45:7, 45:14, 45:20,
45:22, 46:5, 46:11,
46:18, 46:22, 46:25,
47:3, 48:10, 48:12,
48:14, 48:16, 48:18,
48:21, 48:23, 49:1,
49:6, 49:9, 49:12,
49:15, 49:17, 49:20,
49:22, 50:1, 50:4,
50:9, 50:11, 50:14,
50:17, 50:22, 51:2,
51:5, 51:13, 51:19,
51:25, 52:3, 52:5,
52:9, 53:1, 53:8,
53:12, 53:14, 54:5,
54:8, 54:11, 54:16,
54:22, 54:24, 55:5,
55:10, 55:14, 55:17,
55:23, 56:3, 56:5,
56:8, 56:12, 56:14,
56:18, 56:21, 56:25,
57:5, 57:12, 57:20,
58:2, 58:8, 58:13,
59:4, 59:14, 59:20,
59:23, 60:1, 60:6,
60:10, 60:13, 60:16,
61:3, 61:9, 61:12,
61:14, 61:18, 61:21,
62:2, 62:5, 62:9,
62:13, 62:16, 62:18,
62:20, 62:22, 63:2,
63:5, 63:8, 63:13,
63:18, 63:21, 63:25,
64:3, 64:5, 64:7, 64:9,
64:13, 64:16, 64:18,
64:20, 64:24, 65:1,
65:3, 65:6, 65:8,
65:10, 65:13, 65:15,
65:18, 65:22, 65:24,
66:2, 66:5, 66:8,
66:18, 66:21, 67:1,
67:3, 67:5, 67:9,
67:13, 67:15, 67:18,
67:21, 68:3, 68:6,
68:8, 68:12, 68:15,
68:18, 68:20, 69:4,
69:14, 69:23, 70:4,
70:7, 70:10, 70:14,
70:23, 71:2, 71:5,
71:15, 71:20, 71:23,
72:1, 72:5, 72:11,
72:15, 72:17, 72:25,
73:6, 73:11, 73:19,
73:21, 74:1, 74:3,

74:5, 74:8, 74:10,
74:16, 74:18, 74:22,
75:4, 75:6, 75:8,
75:12, 75:16, 75:20,
75:22, 75:25, 76:2,
76:5, 76:9, 76:12,
76:15, 76:18, 77:4,
77:6, 77:8, 77:11,
77:17, 77:21, 77:25,
78:6, 78:9, 78:11,
78:14, 78:19, 78:25,
79:3, 79:8, 79:13,
79:16, 79:18, 80:1,
80:5, 80:8, 80:18,
80:20, 81:4, 81:8,
81:11, 81:13, 81:18,
82:3, 82:12, 82:16,
82:18, 82:20, 82:24,
83:2, 83:5, 83:10,
83:14, 83:20, 83:25,
84:4, 84:8, 84:24,
85:6, 85:15, 85:22,
86:1, 86:6, 86:22,
86:24, 87:2, 87:5,
87:7, 87:10, 87:12,
87:15, 87:18, 87:20,
87:22, 87:24, 88:1,
88:3, 88:5, 88:7,
88:10, 88:14, 88:18,
88:21, 88:24, 89:4,
89:7, 89:10, 89:13,
89:15, 89:18, 89:20,
89:23, 89:25, 90:2,
90:7, 90:11, 90:15,
90:18, 90:21, 91:3,
91:9, 91:12, 91:19,
91:22, 92:15, 92:17,
92:22, 93:3, 93:12,
93:14, 93:17, 93:19,
94:3, 94:7, 95:2, 95:5,
95:12, 95:14, 95:16,
95:23, 96:4, 96:8,
96:12, 97:2, 97:13,
98:3, 98:5, 98:8,
98:11, 98:14, 98:17,
98:19, 98:22, 98:25,
99:2, 99:5, 99:8,
99:12, 99:22, 100:5,
100:9, 100:12,
100:14, 100:19,
100:22, 100:25,
101:10, 101:17,
101:23, 101:25,
102:4, 102:6, 102:9,
102:13, 103:8,
103:10, 103:20,
104:7, 104:15,
104:19, 104:22,
105:2, 105:4, 105:11,
105:17, 105:20,
106:3, 106:20, 107:1,

107:4, 107:7, 107:9,
108:19, 108:25,
109:5, 109:8, 109:13,
109:15, 109:17,
109:19, 109:22,
109:24, 110:1, 110:6,
110:11, 110:14,
110:17, 111:3,
111:15, 111:17,
112:2, 112:8, 112:14,
112:16, 112:19,
112:24, 113:5, 113:8,
113:10, 113:15,
113:17, 113:20,
113:24, 114:3, 114:5,
114:10, 114:13,
114:22, 115:4, 115:6,
115:10, 115:13,
115:16, 115:18,
116:1, 116:4, 116:6,
116:11, 116:13,
116:16, 116:18,
116:21, 116:24,
117:1, 117:3, 117:7,
117:13, 117:17,
117:19, 117:23,
117:25, 118:4, 118:7,
118:10, 118:13,
118:18, 119:1, 119:8,
119:10, 119:14,
120:2, 120:8, 120:11,
120:13, 120:15,
120:18, 120:21,
120:24, 121:3, 121:5,
121:9, 121:12,
121:16, 121:21,
121:25, 122:6, 122:9,
122:11, 122:14,
122:17, 122:22,
123:1, 123:4, 123:8,
123:10, 123:13,
123:15, 123:20,
123:23, 124:10,
124:19, 124:25,
125:17, 125:19,
125:22, 126:2, 126:4,
126:6, 126:10,
126:14, 126:17,
126:21, 126:23,
127:1, 127:4, 127:6,
127:9, 127:12,
127:14, 127:16,
127:19, 127:23,
128:1, 128:4, 128:6,
128:11, 128:14,
128:19, 128:23,
129:3, 129:5, 129:13,
129:15, 129:17,
129:19, 129:21,
129:24, 130:3, 130:5,
130:9, 130:14,

130:16, 130:18,
130:20, 130:22,
130:24, 131:1,
131:12, 131:14,
131:16, 131:19,
131:22, 131:25,
132:3, 132:6, 132:12,
132:15, 132:20,
132:25, 133:3, 133:5,
133:7, 133:11,
133:14, 133:17,
133:25, 134:4, 134:7,
134:10, 134:13,
135:2, 135:5, 135:12,
135:14, 135:17,
135:22, 136:9,
136:11, 136:15,
136:19, 136:24,
137:1, 137:3, 137:6,
137:10, 137:14,
137:19, 137:24,
138:5, 138:7, 138:11,
138:15, 138:18,
138:21, 138:23,
138:25, 139:2, 139:5,
139:10, 139:12,
139:16, 139:21,
139:24, 140:6,
140:10, 140:15,
140:20, 140:23,
141:2, 141:6, 141:13,
141:19, 141:21,
141:23, 142:3, 142:6,
142:8, 142:12,
142:21, 143:5,
143:11, 143:13,
143:15, 143:22,
143:25, 144:3, 144:7,
144:14, 144:21,
145:2, 145:10,
145:12, 145:22,
145:25, 146:2, 146:4,
146:7, 146:10,
146:13, 146:16,
146:19, 146:22,
146:24, 147:3, 147:5,
147:7, 147:10,
147:13, 147:16,
147:18, 147:20,
147:22, 147:25,
148:2, 148:4, 148:8,
148:11, 148:14,
148:17, 148:23,
149:1, 149:4, 149:7,
149:11, 149:13,
149:17, 149:20,
149:23, 150:1,
150:11, 150:15,
150:22, 150:24,
151:23, 151:25,
152:2, 152:6, 152:8,

152:10, 152:13,
152:15, 152:17,
152:20, 152:22,
152:25, 153:2,
153:18, 154:2, 154:8,
154:13, 154:15,
154:19, 154:22,
155:1, 155:3, 155:6,
155:8, 155:11,
155:13, 155:18,
155:21, 155:24,
156:2, 156:4, 156:6,
156:8, 156:10,
156:14, 156:19,
156:22, 156:25,
157:2, 157:5, 157:8,
157:11, 157:13,
157:15, 157:17,
157:19, 157:21,
157:25, 158:7, 158:9,
158:11, 158:17,
158:21, 158:25,
159:4, 159:10,
159:12, 159:17,
159:20, 159:23,
160:5, 160:7, 160:10,
160:13, 160:16,
160:19, 160:21,
160:23, 160:25,
161:2, 161:7, 161:13,
161:19, 161:23,
162:2, 162:4, 162:7,
162:10, 162:17,
163:2, 163:8, 163:14,
164:2, 164:7, 164:9,
164:14, 164:17,
165:4, 165:10,
165:16, 165:25,
166:8, 166:12,
166:22, 167:9,
167:12, 167:15,
167:18, 167:22,
167:25, 168:2, 168:4,
168:6, 168:11,
168:14, 168:16,
168:21, 168:23,
169:2, 169:6, 169:10,
169:12, 169:14,
169:17, 169:21,
169:24, 170:1, 170:4,
170:6, 170:9, 170:13,
170:17, 171:4,
171:14, 171:16,
171:19, 171:23,
172:12, 172:14,
172:16, 172:22,
173:8, 173:11,
173:19, 173:22,
174:4, 174:7, 174:9,
174:12, 174:18,
174:21, 174:23,

174:25, 175:8,
175:12, 175:14,
175:17, 176:1,
176:10, 176:14,
176:17, 176:22,
177:1, 177:13,
177:23, 177:25,
178:2, 178:23, 179:3,
179:9, 179:11,
179:15, 179:21,
180:6, 180:14,
180:18, 180:21,
180:24, 181:3, 181:6,
181:9, 181:18
**themselves** [5] -
8:15, 69:24, 97:12,
123:16, 149:17
**therefore** [1] - 106:7
**they've** [4] - 36:7,
159:6, 159:12, 171:12
**thinking** [3] - 91:15,
91:16, 140:14
**thinks** [4] - 39:11,
97:17, 125:8, 176:5
**thoughts** [2] - 31:24,
81:2
**threatened** [1] -
165:23
**Three** [1] - 3:4
**three** [18] - 9:5, 9:13,
9:14, 9:22, 10:2, 10:8,
39:4, 47:7, 47:10,
77:5, 86:19, 97:19,
97:20, 98:16, 98:18,
121:19, 137:9, 145:6
**three-ish** [1] - 98:16
**threshold** [1] - 140:4
**threw** [1] - 130:12
**throughout** [3] -
12:2, 50:19, 68:25
**Thursday** [1] - 67:25
**tidbit** [1] - 107:9
**timing** [1] - 121:18
**Today** [3] - 59:10,
122:24, 123:2
**today** [11] - 3:19,
3:20, 5:20, 16:13,
21:8, 39:11, 93:10,
135:19, 142:8, 175:1,
177:25
**tomorrow** [11] - 3:20,
5:20, 21:8, 67:24,
93:11, 145:15,
145:18, 178:3,
179:15, 180:4, 181:19
**took** [6] - 18:6,
40:11, 47:4, 70:1,
79:19, 120:2
**top** [1] - 82:9
**topic** [2] - 141:17,

177:6
**tort** [1] - 73:25
**totally** [2] - 22:25,
60:23
**tough** [1] - 177:7
**toward** [1] - 4:22
**towards** [3] - 105:12,
105:13
**toxic** [1] - 73:25
**toy** [1] - 55:20
**track** [1] - 158:12
**trade** [2] - 75:1
**traffic** [2] - 15:24,
16:4
**training** [1] - 36:18
**Transcript** [1] - 1:25
**TRANSCRIPT** [1] -
1:10
**transcript** [4] -
24:19, 182:3, 182:3,
182:4
**transitioned** [1] -
43:9
**trapped** [1] - 110:24
**travel** [4] - 77:13,
77:15, 108:22, 108:23
**treason** [1] - 73:3
**treat** [7] - 38:13,
47:1, 94:9, 94:21,
103:22, 104:1, 104:10
**treated** [4] - 15:4,
49:23, 159:13, 159:14
**treating** [1] - 47:23
**treatment** [1] -
159:17
**tremendous** [1] -
102:21
**TRIAL** [2] - 1:10
**trial** [67] - 5:2, 10:7,
11:7, 11:10, 11:11,
11:24, 12:2, 14:20,
15:3, 16:7, 22:1,
22:12, 23:23, 29:2,
36:19, 45:8, 45:9,
52:14, 54:18, 54:20,
60:18, 65:4, 65:8,
70:17, 74:14, 74:24,
76:8, 76:25, 77:4,
77:14, 77:18, 84:10,
88:18, 88:22, 89:1,
89:2, 90:23, 91:7,
93:15, 94:20, 96:16,
96:19, 101:2, 101:4,
107:11, 107:24,
109:6, 109:9, 114:16,
116:1, 118:7, 118:14,
118:16, 128:7, 128:8,
134:17, 142:13,
144:7, 150:3, 158:3,
158:5, 160:3, 160:5,

162:18, 163:10,
175:18, 180:17
**trials** [5] - 55:22,
109:1, 117:11,
123:20, 149:20
**trigger** [1] - 151:9
**Trinidad** [1] - 122:12
**trip** [5] - 67:24, 72:3,
72:12, 100:22, 147:17
**trooper** [5] - 75:24,
75:25, 76:1, 76:4,
82:23
**trouble** [10] - 19:1,
19:2, 24:19, 43:24,
53:19, 54:8, 60:13,
77:19, 109:8, 133:21
**troubled** [1] - 110:25
**truancy** [1] - 137:17
**true** [2] - 136:18,
182:3
**truly** [1] - 47:10
**Trump** [20] - 18:14,
18:15, 28:9, 28:10,
124:11, 124:17,
125:7, 125:11,
144:22, 144:23,
153:12, 153:19,
153:20, 153:24,
166:1, 166:2, 177:9,
177:14, 177:15,
180:14
**trust** [3] - 38:25,
39:1, 93:22
**trustworthy** [2] -
94:2, 104:9
**truth** [6] - 15:12,
15:13, 15:18, 94:11,
94:23, 103:23
**truthful** [1] - 103:25
**truthfully** [2] - 5:5,
84:25
**try** [9] - 5:21, 72:8,
80:23, 92:24, 158:12,
172:18, 175:21,
177:7, 180:11
**trying** [14] - 42:6,
50:5, 58:17, 66:16,
69:2, 78:15, 81:13,
84:16, 85:24, 93:25,
109:9, 132:8, 173:3,
173:4
**TSA** [2] - 139:24,
140:1
**turned** [2] - 27:24,
139:8
**Turner** [17] - 3:5,
3:17, 4:16, 6:11, 6:14,
7:1, 7:6, 7:10, 7:14,
7:17, 7:21, 7:24, 8:4,
8:7, 8:11, 10:3, 10:5

**TURNER** [2] - 1:7,
2:8
**turns** [1] - 139:11
**Tuttle** [1] - 10:21
**TV** [49] - 17:14,
19:21, 27:2, 27:9,
27:24, 33:21, 54:14,
58:15, 59:17, 62:23,
68:15, 68:21, 68:24,
71:9, 78:25, 83:19,
89:23, 90:12, 90:16,
96:1, 97:24, 98:23,
99:11, 99:15, 113:15,
113:16, 117:2,
117:23, 122:9,
125:24, 126:9,
126:18, 126:21,
133:5, 133:7, 133:10,
141:23, 142:1, 142:2,
148:12, 148:17,
148:19, 149:11,
161:4, 168:12,
169:10, 170:6,
174:23, 175:2
**tweeting** [1] - 19:22
**twelve** [1] - 64:4
**twenty** [1] - 88:4
**twenty-seven** [1] -
88:4
**twice** [2] - 90:9, 93:2
**Twitter** [12] - 27:3,
27:24, 30:16, 58:16,
83:17, 84:2, 132:17,
161:4, 161:21,
173:25, 174:15, 175:4
**Two** [1] - 3:4
**two** [21] - 4:4, 9:2,
9:4, 24:12, 30:22,
70:1, 70:3, 77:14,
79:23, 92:4, 95:10,
97:18, 98:18, 133:19,
143:15, 156:7, 159:6,
164:9, 180:12, 181:3
**two-week** [1] - 77:14
**type** [2] - 156:19,
159:8
**typically** [3] - 26:24,
27:5, 69:16
**Tysons** [3] - 121:4,
121:11
**tysons** [1] - 121:12

**U**

**U.S** [22] - 6:15,
10:15, 10:16, 10:17,
10:21, 11:4, 13:10,
14:10, 17:3, 17:6,
17:7, 17:10, 17:13,
17:16, 17:19, 18:19,

26:23, 27:15, 41:2,
63:15, 138:14, 167:20
**ultimately** [1] - 22:22
**unable** [1] - 12:24
**unavoidable** [1] -
173:24
**uncle** [2] - 67:6, 67:9
**uncles** [1] - 49:3
**uncomfortable** [1] -
96:4
**under** [6] - 72:7,
107:16, 107:17,
140:1, 165:19, 171:20
**undergrad** [1] -
137:7
**undergraduate** [1] -
83:12
**understatement** [1] -
157:14
**understood** [12] -
47:10, 48:2, 48:5,
48:7, 52:12, 72:21,
77:20, 109:4, 109:11,
152:24, 165:2, 165:3
**underway** [2] -
109:6, 109:9
**unfortunate** [1] -
140:4
**uniformed** [5] - 88:1,
98:11, 110:12,
110:13, 110:16
**unit** [1] - 56:8
**UNITED** [2] - 1:1, 1:3
**United** [14] - 1:14,
1:17, 3:3, 3:9, 4:15,
6:9, 6:12, 6:13, 8:1,
8:4, 8:8, 9:7, 182:2,
182:5
**University** [3] -
47:22, 57:25, 130:4
**unlawful** [2] - 71:3,
118:21
**unless** [4] - 12:3,
86:8, 96:19, 103:1
**unprecedented** [2] -
80:25, 81:1
**unrelated** [1] - 65:18
**untainted** [1] -
127:14
**untrue** [2] - 112:1,
112:5
**unusual** [1] - 104:9
**up** [59] - 5:15, 11:8,
13:5, 15:20, 16:9,
18:3, 22:22, 22:24,
23:25, 28:4, 32:15,
38:9, 38:19, 44:10,
46:18, 47:16, 48:17,
48:22, 50:16, 50:25,
51:9, 56:7, 56:15,

58:14, 59:7, 61:9, 62:16, 69:17, 70:9, 72:9, 81:25, 99:12, 103:2, 105:10, 106:16, 116:6, 119:14, 119:24, 120:18, 125:22, 126:2, 130:6, 132:23, 141:12, 143:15, 143:22, 144:12, 145:22, 147:5, 148:23, 152:2, 163:19, 167:1, 167:5, 168:15, 172:21, 172:23, 173:5, 177:1
**updates** [2] - 59:8, 68:25
**ups** [3] - 42:15, 43:19, 112:19
**upstate** [2] - 34:1, 34:4
**ushered** [1] - 58:25
**usual** [1] - 90:13
**utility** [1] - 137:5
**utmost** [1] - 21:1

**V**

**VA** [2] - 157:2, 157:19
**vacation** [1] - 34:2
**valid** [3] - 39:18, 39:19, 124:5
**validity** [11] - 18:10, 35:13, 38:12, 40:1, 80:9, 111:18, 123:24, 144:16, 153:13, 164:6, 165:6
**vandalism** [1] - 137:16
**variety** [2] - 132:16, 169:8
**various** [7] - 27:4, 103:18, 112:22, 117:10, 132:9, 169:5, 169:8
**vehicles** [3] - 148:21, 151:6, 151:19
**verbalize** [1] - 48:8
**verdict** [10] - 4:24, 9:4, 19:14, 31:21, 72:19, 77:6, 81:20, 95:18, 143:18, 177:4
**verdicts** [1] - 100:18
**versions** [1] - 79:11
**versus** [4] - 3:3, 4:15, 6:10, 169:20
**Veterans** [1] - 155:4
**victim** [11] - 14:2, 16:3, 16:5, 64:11,

65:9, 65:12, 76:6, 130:10, 140:11, 146:17, 159:21
**victims** [2] - 14:5, 156:18
**video** [10] - 17:15, 56:19, 83:5, 85:3, 112:20, 126:10, 168:17, 168:18, 169:1, 173:22
**videos** [7] - 34:16, 52:16, 56:20, 113:3, 114:6, 128:15, 174:1
**view** [2] - 21:22, 136:17
**viewed** [1] - 43:15
**viewpoint** [1] - 6:5
**views** [1] - 89:4
**Villanova** [3] - 155:19, 160:13, 160:16
**violate** [1] - 45:17
**violated** [5] - 36:8, 36:9, 45:16, 119:11, 162:21
**violates** [1] - 84:13
**violence** [10] - 7:21, 8:4, 78:16, 81:23, 161:9, 165:21, 165:23, 167:2, 167:3
**violent** [4] - 62:25, 63:3, 144:11, 159:8
**Virginia** [8] - 73:17, 73:23, 75:24, 76:1, 121:10, 121:11, 121:12, 139:25
**visit** [1] - 99:16
**visiting** [4] - 99:3, 99:4, 99:6, 117:14
**vital** [1] - 166:19
**voir** [3] - 12:16, 22:10, 180:6
**volume** [1] - 22:19
**vote** [4] - 29:7, 36:24, 85:17, 101:14
**vs** [1] - 1:5

**W**

**Wagner** [7] - 3:9, 9:8, 41:20, 47:21, 53:17, 151:17, 179:16
**WAGNER** [9] - 1:15, 3:8, 30:9, 47:20, 53:17, 151:17, 179:1, 179:16, 179:24
**waited** [1] - 23:13
**wake** [2] - 172:21, 173:5
**walk** [1] - 52:10

**Wall** [1] - 117:21
**wall** [5] - 24:16, 58:21
**walls** [2] - 85:11, 161:12
**Walsh** [1] - 11:2
**Walter** [1] - 131:20
**wants** [2] - 81:15, 108:19
**WaPo** [1] - 169:8
**warrant** [2] - 76:20, 76:21
**Washington** [24] - 1:12, 1:19, 1:24, 27:6, 35:1, 44:17, 50:20, 51:22, 59:16, 69:17, 70:8, 78:22, 84:6, 84:7, 100:7, 110:23, 113:7, 113:12, 123:6, 126:18, 127:2, 132:25, 133:2, 149:5
**waste** [1] - 106:20
**watch** [54] - 14:3, 17:13, 17:21, 27:1, 27:2, 27:9, 27:25, 28:1, 35:7, 44:13, 44:15, 44:20, 51:19, 51:25, 59:17, 59:23, 69:23, 78:25, 79:8, 79:11, 83:18, 83:20, 90:12, 90:15, 99:17, 99:25, 100:9, 113:15, 114:1, 118:4, 122:25, 123:10, 126:21, 126:23, 126:24, 127:9, 132:16, 133:9, 133:11, 141:23, 141:25, 142:3, 149:11, 149:13, 162:4, 169:10, 170:6, 170:9, 170:12, 174:23, 175:1, 175:2, 175:9
**Watch** [1] - 14:3
**watched** [17] - 26:19, 28:2, 28:4, 28:6, 33:20, 58:9, 69:25, 79:10, 95:25, 111:8, 122:6, 123:17, 125:24, 161:6, 168:11, 174:3
**watching** [14] - 19:21, 26:10, 27:24, 44:16, 50:13, 58:12, 68:24, 89:23, 97:24, 99:11, 99:15, 99:20, 102:21, 175:2
**Watergate** [1] - 141:1
**Watkins** [1] - 41:15

**ways** [3] - 103:18, 105:9, 166:16
**wayside** [1] - 141:8
**weapon** [2] - 76:22, 77:2
**weapons** [2] - 76:20, 151:14
**web** [2] - 56:20, 59:18
**websites** [2] - 117:25, 118:2
**Wednesday** [1] - 179:23
**week** [11] - 16:15, 16:18, 19:3, 72:12, 77:14, 93:2, 99:10, 115:24, 116:1, 117:18, 147:15
**weekends** [1] - 16:20
**weeks** [4] - 70:2, 77:14, 169:4, 172:21
**weigh** [3] - 15:16, 80:24, 94:17
**weight** [1] - 15:6
**welcome** [1] - 4:12
**West** [2] - 2:2, 73:23
**white** [3] - 40:4, 97:25, 152:21
**whole** [3] - 23:22, 46:13, 57:3, 59:17, 92:24, 143:20, 144:12, 161:17, 163:23, 163:25
**wide** [1] - 168:19
**wide-angle** [1] - 168:19
**wife** [9] - 34:9, 55:13, 57:10, 57:16, 67:7, 67:15, 138:3, 138:13, 168:8
**wild** [1] - 39:10
**willfully** [2] - 7:24, 8:7
**willing** [1] - 29:1
**willingness** [1] - 20:1
**Willis** [1] - 56:4
**wise** [3] - 29:12, 161:21, 170:3
**WITNESS** [1] - 152:15
**witness** [29] - 11:5, 15:5, 15:7, 16:3, 16:5, 22:25, 45:3, 64:11, 64:14, 74:13, 74:16, 74:17, 76:6, 76:9, 76:10, 94:10, 94:11, 94:22, 94:23, 103:23, 104:2, 104:11, 130:10, 140:11,

146:17, 151:6, 159:21, 160:2
**witnessed** [2] - 146:18, 146:20
**witnesses** [10] - 10:10, 10:13, 10:14, 11:7, 11:10, 15:12, 21:24, 52:16, 94:13, 128:15
**woman** [1] - 141:9
**word** [3] - 22:14, 38:23, 106:1
**worded** [2] - 62:9, 162:12
**words** [3] - 15:12, 17:11, 102:19
**workers** [1] - 67:25
**works** [13] - 24:22, 25:3, 25:14, 30:15, 47:11, 49:1, 76:3, 89:11, 89:18, 98:9, 120:16, 120:19, 170:18
**worry** [1] - 181:18
**worth** [1] - 62:5
**wounded** [1] - 43:23
**wow** [1] - 88:5
**write** [2] - 5:8, 5:13
**wrote** [2] - 39:23, 40:6
**WUSA** [1] - 51:22

**Y**

**Yard** [1] - 174:10
**year** [9] - 25:13, 98:18, 111:6, 133:20, 139:6, 146:3, 156:16, 158:5, 159:25
**years** [26] - 13:25, 14:5, 26:7, 35:19, 39:4, 39:7, 40:24, 41:5, 43:8, 49:19, 67:17, 73:25, 74:2, 76:16, 76:17, 88:4, 98:16, 103:13, 121:7, 131:10, 146:21, 152:9, 155:7, 156:7, 168:1
**York** [20] - 9:18, 9:24, 34:1, 34:5, 35:1, 35:4, 36:21, 49:7, 51:23, 70:12, 87:25, 92:4, 92:18, 113:3, 113:13, 117:22, 149:5, 162:1, 170:1, 170:2
**Yorker** [1] - 27:7
**young** [1] - 25:18
**yourself** [1] - 28:24

**YouTube** [1] -
174:19