## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:22-cr-00019** |
| | ) | |
| **ROBERT TURNER, et. al.,** | ) | |
| **Defendant** | ) | |
| _____/ | | |

## MOTION TO VACATE SENTENCING DATE

The Defendant, ROBERT TURNER, by and through undersigned counsel, moves this Honorable Court to enter its order vacating the sentencing date in the above captioned matter and as ground states the following:

1.  Sentencing in this matter is currently scheduled for December 9, 2024, at 10:00 A.M.

2.  Undersigned counsel has an overlapping conflict in that he begins a jury trial in United States v. Edward George, Jr., Case Number 21-CR-378 (TJK) on the same date.

3.  Undersigned counsel has conferred with all defense counsel in this matter, and with government counsel, and they are all available for the sentencing hearing on December 6, 2024, at 2:00 P.M, if the court is available.

4.  This motion is being made in good faith and is not interposed for the purposes of unnecessary delay.

Respectfully submitted,

GEORGE T. PALLAS, P.A
Counsel for Robert Turner
Bar No:  FL0108
2420 SW 22nd Street
Miami, FL 33145
305-856-8580
305-860-4828 FAX
george@pallaslaw.com

By:/s/ *George T. Pallas*
 GEORGE T. PALLAS, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF system which will send notification of such filing.